AO 458 (Rev. 5/85) Appearance

# United States District Court

WESTERN _____ DISTRICT OF _____ PENNSYLVANIA _____

CLAUDETTE de LEON, Plaintiff
      vs.
CRAWFORD CENTRAL SCHOOL DISTRICT,
CRAWFORD CENTRAL SCHOOL BOARD,
MICHAEL E. DOLECKI, SUPERINTENDENT and
CHARLES E. HELLER, III, ASSISTANT
SUPERINTENDENT, Defendants

**APPEARANCE**

CASE NUMBER:
      05-126E

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

CRAWFORD CENTRAL SCHOOL DISTRICT, CRAWFORD CENTRAL SCHOOL BOARD, MICHAEL E. DOLECKI, SUPERINTENDENT AND CHARLES E. HELLER, III, ASSISTANT SUPERINTENDENT, Defendants

July 1, 2005
*Date*

*[signature: Carl P. Beard]*
*Signature*
Carl P. Beard, Esquire
Andrews & Beard
*Print Name*
3366 Lynnwood Drive
Altoona, PA 16602
*Address*
ph: 814-943-3304
fax: 814-943-3430
*City    State    Zip Code*
e-mail: cbeard@andrewsbeard.com

*Phone Number*

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that the foregoing Appearance has been served as follows on this the 1st day of July 2005.

**Regular U.S. Mail**

Caleb L. Nichols, Esquire
P.O. Box 1585
Erie, PA 16507

**ANDREWS & BEARD**

*Carl P. Beard* (signature)
Carl P. Beard, Esquire
Pa.Id. No. 33479
[cbeard@andrewsbeard.com]
Roberta Binder Heath, Esquire
Pa.Id. No. 50798
[rbheath@andrewsbeard.com]

3366 Lynnwood Drive
Altoona, PA 16602

Phone 814-943-3304
Fax: 814-943-3430

Attorneys for Crawford Central School District, Crawford Central School Board, Michael E. Dolecki, Superintendent and Charles E. Heller, III, Assistant Superintendent, Defendants