IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDETTE de LEON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| Vs. ) | (NO. 05-126E) |
| ) | |
| CRAWFORD CENTRAL SCHOOL DISTRICT ) | |
| CRAWFORD CENTRAL SCHOOL BOARD ) | |
| ) | |
| Defendants ) | |
| ) | |
| MICHAEL E. DOLECKI, SUPERINTENDENT ) | |
| ) | |
| Defendant ) | |
| ) | |
| CHARLES E. HELLER, III, ASSISTANT ) | |
| SUPERINTENDENT ) | |
| ) | |
| Defendant ) | |

## ALTERNATIVE ORDER

AND NOW, this _____ day of _____, 2005, upon

consideration of Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) filed on

July 1, 2005, AND any response thereto, it is hereby ORDERED,

ADJUDICATED, AND DECREED, that this Motion is **GRANTED** and the

Individual School District Defendants, Michael E. Dolecki, Superintendent, and

Charles E. Heller, III, Assistant Superintendent, are dismissed from this action as

to all claims.

_____
J.