IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDETTE DELEON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CRAWFORD CENTRAL SCHOOL )<br>DISTRICT, et al., )<br>)<br>Defendants. ) | Civil Action No. 05-126 Erie |

## NOTICE

TAKE NOTICE that oral argument is scheduled in the above-captioned case before the Honorable Sean J. McLaughlin, on **TUESDAY, AUGUST 9, 2005, at 1:30 p.m.**, in Courtroom C, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.  The argument will address the Defendants' motion to dismiss.

                                              s/ Kathleen A. Scibetta
                                                 Law Clerk to Judge McLaughlin

Dated:  July 28, 2005

cm:     All counsel of record.