UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDETTE deLEON, : | |
|     Plaintiff : | Case No. 05-126E |
| : | |
|     VS. : | |
| : | |
| CRAWFORD CENTRAL SCHOOL : | |
| DISTRICT, CRAWFORD CENTRAL : | |
| SCHOOL BOARD, MICHAEL E. : | |
| DOLECKI, SUPERINTENDENT : | |
| AND CHARLES E. HELLER, III, : | |
| ASSISTANT SUPERINTENDENT, : | |
|     Defendants : | |

## PRAECIPE FOR ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Kindly enter my appearance as counsel in this case for the Defendants, Crawford Central School District, Crawford Central School Board, Michael E. Dolecki, Superintendent and Charles E. Heller, III, Assistant Superintendent.

Date: July 28, 2005        /s/ Roberta Binder Heath
                                                             Pa. I.D. 50798
                                                              Andrews & Beard
                                                             3366 Lynnwood Drive
                                                             P.O. Box 1311
                                                            Altoona, PA  16603-1311
                                                             (814) 940-8670
                                                             email:  rbheath@andrewsbeard.com

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDETTE deLEON, : | |
|     Plaintiff : | Case No. 05-126E |
| : | |
|     VS. : | |
| : | |
| CRAWFORD CENTRAL SCHOOL : | |
| DISTRICT, CRAWFORD CENTRAL : | |
| SCHOOL BOARD, MICHAEL E. : | |
| DOLECKI, SUPERINTENDENT : | |
| AND CHARLES E. HELLER, III, : | |
| ASSISTANT SUPERINTENDENT, : | |
|     Defendants : | |

CERTIFICATE OF SERVICE

    The undersigned attorney does hereby certify that the foregoing Appearance has been served as follows on this the 28th day of July 2005.

**Regular U.S. Mail**

Caleb L. Nichols, Esquire
P.O. Box 1585
Erie, PA 16507

**ANDREWS & BEARD**

/s/ Roberta Binder Heath
Roberta Binder Heath, Esquire
Pa.Id. No. 50798

Andrews & Beard
3366 Lynnwood Drive
Altoona, PA 16602
Phone 814-940-8670
[rbheath@andrewsbeard.com]
Attorney for Defendant