# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Claudette DeLeon )
_____ )
**Plaintiff** )
 )
vs. ) No. CA 05-126 Erie
 )
Crawford Central School )
District, et al., )
_____ )
**Defendant** )

**HEARING ON** telephonic Case Management Conf.

**Held on** Dec. 7, 05

**Before Judge** McLaughlin

Caleb Nichols          Roberta Heath
(By phone)             (Participating by phone)
**Appear for Plaintiff**    **Appear for Defendant**

**Hearing begun** 9:27 a.m.     **Hearing adjourned to** 9:41 am

**Hearing concluded C.A.V.** _____    **Stenographer** Ron Bench

                                **Clerk** N/A

### WITNESSES:

| For Plaintiff | For Defendant |
|---|---|
| Disc Ddl. - 4-7-06 | If counsel can't resolve the |
| Sum Jgmt Mtn. - 4-27-06 | medical records issue and IME |
| Resp. to Mtn. - 5-19-06 | examination Δ has 10 days |
| Π's PTS - 4-27-06 | to file Mtn to Compel, Π |
| Δ's PTS - 5-19-06 | has ten (10) days thereafter |
|  | to respond. |