IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDETTE de LEON | ) | |
|        Plaintiff | ) | |
| | ) | |
| Vs. | ) | (NO. 05-126E) |
| | ) | |
| CRAWFORD CENTRAL SCHOOL DISTRICT | ) | |
| CRAWFORD CENTRAL SCHOOL BOARD | ) | |
| | ) | |
|        Defendants | ) | |
| | ) | |
| MICHAEL E. DOLECKI, SUPERINTENDENT | ) | |
| | ) | |
|        Defendant | ) | |
| | ) | |
| CHARLES E. HELLER, III, ASSISTANT SUPERINTENDENT | ) | |
| | ) | |
|        Defendant | ) | |

## ORDER

AND NOW, this _____ day of _____, 2005, after consideration of the foregoing Defendants' Motion to Compel Plaintiff's Cooperation, or in the alternative, Motion to Dismiss the Americans With Disabilities Act ("ADA") claims, at the Fourth Count of the Amended Complaint it is hereby ORDERED, DIRECTED and DECREED that said Motion is GRANTED and Plaintiff is hereby compelled to agree to submit herself to an Independent Medical Evaluation by a psychiatrist of Defendants' own choosing and sign all appropriate HIPAA releases within ten (10) days of the date of this Order, or in the alternative, withdraw her ADA claims from this lawsuit as well as any claims relating to emotional distress.

                                                                  _____
                                                                                        J.