## EXHIBIT B

Case 1:05-cv-00126-SJM    Document 29-4    Filed 12/23/2005    Page 1 of 2



U.S. Department of Justice

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5061 0630

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

April 7, 2005

Ms. Claudette G. de Leon
c/o Caleb Nichols, Esquire
Attorney at Law
P.O. Box 1585
Erie, PA  16507-0585

Re: EEOC Charge Against Crawford Central School Dist.
    No. 17F200361991

Dear Ms. de Leon:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under:
  Title I of the Americans with Disabilities Act of 1990,
  42 U.S.C. 12111, et seq., and,
  Title V, Section 503 of the Act, 42 U.S.C. 12203.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

R. Alexander Acosta
Assistant Attorney General
Civil Rights Division

by  *Karen J. Ferguson*
    Karen L. Ferguson
    Civil Rights Analyst
    Employment Litigation Section

cc: Philadelphia District Office, EEOC
    Crawford Central School Dist.