**EXHIBIT 2**



# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, *Superintendent*

Charles E. Heller III
*Assistant Superintendent*
Shawn G. Sampson
*Business Manager/Board Secretary*
Kathy K. Thomas
*Director of Curriculum & Instruction*
Nicholas J. Cheropovich
*Director of Special Services*
John M. Bauer
*Supervisor of Buildings & Grounds*
Richard L. Fraker
*Coordinator of Technology*

**OFFICE OF THE SUPERINTENDENT**

March 18, 2002

Claudette deLeon
11983 Eureka Road
Edinboro, PA 16412

Dear Ms. deLeon:

Please be advised that you are hereby suspended, with pay, from your teaching position at the Meadville Area Senior High School as of March 18, 2002. You are further hereby directed to submit to a psychiatric evaluation and the District will advise you of the time and date of your appointment with a psychiatrist to be selected. This action is based on the medical excuse that you presented to the administration of Meadville Area Senior High School on March 14, 2002.

Please acknowledge your willingness to comply with this directive on or before Friday, March 22, 2002.

Sincerely

Michael E. Dolecki

Michael E. Dolecki
Superintendent of Schools

MED/cak

PC: Mr. Emil M. Spadafore, Jr., C.C.S.D. Solicitor
Mr. George Deshner, Principal ~ Meadville Senior High
Personnel File

I will comply with the above directive

Claudette deLeon
3/18/02

File:CDrive|MiscMED\ConfidentialFolder\CdeLeon03-18-02.doc

CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, *Superintendent*

Charles E. Heller III
*Assistant Superintendent*
Shawn G. Sampson
*Business Manager/Board Secretary*
Kathy K. Thomas
*Director of Curriculum & Instruction*
Nicholas J. Cheropovich
*Director of Special Services*
John M. Bauer
*Supervisor of Buildings & Grounds*
Richard L. Fraker
*Coordinator of Technology*

**OFFICE OF THE SUPERINTENDENT**

April 25, 2002

Claudette déLeon
11983 Eureka Road
Edinboro, PA 16412

Dear Ms. déLeon:

Please be advised that a psychiatric appointment has been rescheduled for you with Dr. McFadden in Farrell, Pennsylvania, on Friday, May 3, 2002, at 1:30 P.M. The directions to his office are the following:

> Take 79 and exit at the Mercer Exit; take Rt. 62 to intersection of Rt. 18 and 62 (at the Shenango Mall); make a left onto Rt. 18 (heading towards West Middlesex); at the corner where there will be a Sheatz and Combine Bros. Restaurant; turn right and go up the hill past the cemetery and turn into the 2nd entrance to UPMC; right onto Memorial Drive; left onto Green Street. It is the Red Cedar Solar Building with a big blue sign "Green Street Building". The office is listed as UPMC Behavior Health.

The phone number for Dr. McFadden's office is 1-724-981-5601. You are encouraged to call my office if you have any questions.

Sincerely,

Michael E. Dolecki

Michael E. Dolecki
Superintendent of Schools

MED/cak

PC: Mr. Charles E. Heller, III, Ass't. Superintendent
Mr. Emil M. Spadafore, Jr., School District Solicitor
Mrs. Patricia A. Deardorff, C.C.E.A. President
Personnel File

Sent Certified Mail on April 25, 2002

File:CDrive|MiscMED\ConfidentialFolder\déLeonAppt.McFadden.doc



# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, *Superintendent*

Charles E. Heller III
*Assistant Superintendent*
Shawn G. Sampson
*Business Manager/Board Secretary*
Kathy K. Thomas
*Director of Curriculum & Instruction*
Nicholas J. Cheropovich
*Director of Special Services*
John M. Bauer
*Supervisor of Buildings & Grounds*
Richard L. Fraker
*Coordinator of Technology*

**OFFICE OF THE SUPERINTENDENT**

May 20, 2002

Claudette déLeon
11983Eureka Road
Edinboro, PA 16412

Dear Ms. deLeon:

Based upon the referral from Dr. McFadden you are to return to work on Thursday, May 23, 2002. Please plan to attend a meeting scheduled for 7:40 A.M. on May 23rd in the Principals Office at Meadville Area Senior High School.

Sincerely,

Michael E. Dolecki
Superintendent of Schools

MED/cak

PC: Mr. Charles E. Heller, III, Ass't. Superintendent
Mr. George H. Deshner, III, Principal ~ Meadville Senior High
Mrs. Patricia A. Deardorff, President of CCEA
Mr. Emil M. Spadafore, Jr., CCSD Solicitor
Personnel File

**Sent Certified Mail on May 20, 2002**

File:CDrive|MIsMED\ConfidentialFolder\\CdeLeonReturnToWork.doc