**EXHIBIT 3**

**SAINT VINCENT**

**EDINBORO MEDICAL CENTER**
Affiliate of Saint Vincent Health System
450 Erie Street
Edinboro, Pennsylvania 16412
814/734-1618

| | |
|---|---|
| John Streiff, MD | William Getson, MD |
| MD-039312-E | MD-057615-L |
| Gretchen Bybel, MD | Julia Roussos, CRNP |
| MD-042190-L | |

For _Claudette DeLeon-McCracken_

Address _____ Date _11/10/97_

Please excuse
Claudette from
Work due to Medical
Reasons X 33 day until 1-12-98

SUBSTITUTION
PERMISSIBLE                    DR. _____ M.D.

REFILL _____ TIMES            DEA# _____

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER
MUST WRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY"
IN THE SPACE BELOW.

9430-14 0397 CPI