**EXHIBIT 6**

File:A-2\Sabbatic.wps



**CRAWFORD CENTRAL SCHOOL DISTRICT**

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731

Michael E. Dolecki
   *Assistant Superintendent*
Lary L. Williams
   *Director of Curriculum & Instruction*
Nicholas J. Cheropovich
   *Director of Special Services*
Thomas E. Beers
   *Director of Support Services*
William E. Shelvey
   *Business Manager/Board Secretary*

James C. LaScola, *Superintendent*

## OFFICE OF THE SUPERINTENDENT

April 28, 1998

Claudette de-Leon McCracken
11983 Eureka Road
Edinboro, PA 16412-9626

Dear Mrs. de-Leon McCracken:

Your request for a Sabbatical leave for Medical purposes, for the 1998-99 school year was presented to, and approved by, the Crawford Central Board of School Directors at its Regular Meeting of Monday, April 27, 1998. You understand, of course, that this sabbatical carries with it the obligation of returning to your teaching position for the full school term following your leave. Should you not return, you would have the obligation of returning to the Board the salary which you were paid while on leave.

Please be advised that this sabbatical leave is granted under the present Pennsylvania School Code, Sections 1166-1171. If the legislature decides to change the sabbatical leave regulations in the future, the School District will review each sabbatical leave request on an individual basis.

We hope that your leave will prove beneficial to restoring you to better health. We will look forward to having you back with us the beginning of the 1999-2000 school year.

Sincerely,

*James C. LaScola*
James C. LaScola
Superintendent of Schools

JCL/cak

Enclosures

pc:   Payroll Department
      Personnel File
      Mr. George Deshner, Principal