**EXHIBIT 7**

Claudette deLeon-McCracken
11983 Eureka Road
Edinboro, PA 16412

April 30, 1998

Mr. James LaScola, Superintendent
Crawford Central School District
11280 Mercer Pike
Meadville, PA 16335

Dear Mr. LaScola:

First, I want to thank you and the Board of Directors for granting my sabbatical leave for the upcoming school year.

Second, I'm hereby indicating that, in accordance with the Collective Bargaining Agreement, I will be taking an unpaid leave that will begin at the exhaustion of my sick days and continue until the end of the school year.

Enclosed is a physician's excuse which indicates the need for this leave.

Thank you for your cooperation in these matters.

Sincerely,

*Claudette deLeon-McCracken*

Claudette deLeon-McCracken

Enclosure