**EXHIBIT 8**



**CRAWFORD CENTRAL SCHOOL DISTRICT**

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731

James C. LaScola, *Superintendent*

Michael E. Dolecki
  *Assistant Superintendent*
Lary L. Williams
  *Director of Curriculum & Instruction*
Nicholas J. Cheropovich
  *Director of Special Services*
Thomas E. Beers
  *Director of Support Services*
William E. Shelvey
  *Business Manager/Board Secretary*

### OFFICE OF THE ASSISTANT SUPERINTENDENT

November 13, 1998

Ms. Claudette deLeon McCracken
11983 Eureka Road
Edinboro, PA 16412

Dear Ms. deLeon-McCracken:

    It is our duty as administrators of Crawford Central School District to formerly evaluate all personnel. Therefore, please be informed of the following concerning your evaluation as a professional employee during the 1997-1998 school year:

    Ms. Claudette deLeon-McCracken worked as a Spanish teacher at Meadville Area Senior High School from the beginning of the 1997-1998 school year to October 15, 1997. After October 15, 1997, Ms. deLeon-McCracken completed the school year by taking medical and unpaid leaves.

    Since Ms. deLeon-McCracken taught for only a short time during the 1997-1998 school year, an official teaching observation was not completed. Her rating for the 1997-1998 school year was satisfactory.

    Please call my office if you have any questions.

Sincerely,

Michael E. Dolecki
Assistant Superintendent

George H. Deshner
Meadville Senior High School Principal

PC:    James C. LaScola, Superintendent
         Patricia Deardorff, C.C.E.A.
         File