IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDETTE de LEON )<br>　　　　Plaintiff )<br> )<br>Vs. )<br> )<br>CRAWFORD CENTRAL SCHOOL DISTRICT )<br>CRAWFORD CENTRAL SCHOOL BOARD )<br> )<br>　　　　Defendants )<br> )<br>MICHAEL E. DOLECKI, SUPERINTENDENT )<br> )<br>　　　　Defendant )<br> )<br>CHARLES E. HELLER, III, ASSISTANT )<br>SUPERINTENDENT )<br> )<br>　　　　Defendant )<br> ) | (NO. 05-126E)<br><br><br><br><br><br><br><br><br>Document:<br>UNOPPOSED MOTION<br>FOR SIXTY-DAY<br>ENLARGEMENT OF<br>DISCOVERY DEADLINE<br><br>Filed on behalf of<br>Defendants by:<br>**ANDREWS & BEARD**<br><br>Roberta Binder Heath, Esquire<br>Pa.Id. No. 50798<br><br>3366 Lynnwood Drive<br>Altoona, PA 16602<br>phone: 814-943-3304<br>fax: 814-943-0856 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  | |
|---|---|---|---|
| CLAUDETTE de LEON | ) | | |
| | ) | | |
| Plaintiff | ) | | |
| | ) | | |
| Vs. | ) | (NO. 05-126E) | |
| | ) | | |
| CRAWFORD CENTRAL SCHOOL DISTRICT | ) | | |
| CRAWFORD CENTRAL SCHOOL BOARD | ) | | |
| | ) | | |
| Defendants | ) | | |
| | ) | | |
| MICHAEL E. DOLECKI, SUPERINTENDENT | ) | | |
| | ) | | |
| Defendant | ) | | |
| | ) | | |
| CHARLES E. HELLER, III, ASSISTANT SUPERINTENDENT | ) | | |
| | ) | | |
| Defendant | ) | | |

## ORDER

AND NOW, this ___ day of _____, 2006, based upon the foregoing, it is hereby Ordered that the parties shall have an additional sixty (60) days for the conclusion of discovery. Accordingly, all discovery shall be completed by June 7, 2006.

BY THE COURT:

_____
Sean J. McLaughlin, Judge