IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDETTE de LEON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| Vs. ) | (NO. 05-126E) |
| ) | |
| CRAWFORD CENTRAL SCHOOL DISTRICT ) | |
| CRAWFORD CENTRAL SCHOOL BOARD ) | |
| ) | |
| Defendants ) | |
| ) | |
| MICHAEL E. DOLECKI, SUPERINTENDENT ) | |
| ) | |
| Defendant ) | |
| ) | |
| CHARLES E. HELLER, III, ASSISTANT ) | |
| SUPERINTENDENT ) | |
| ) | |
| Defendant ) | |

**ORDER**

AND NOW, this 10th day of March, 2006, based upon the foregoing, it is hereby Ordered that the parties shall have an additional sixty (60) days for the conclusion of discovery. Accordingly, all discovery shall be completed by June 7, 2006. Plaintiffs Pretrial Statements due 6-27-06; Defendants Pretrial Statements due 7-17; Motions for Summary Judgment due 6-27; Response due 7-17.   BY THE COURT:

_____
Sean J. McLaughlin, Judge