Page 22

1 And I was hoping to get pay, and
2 she paid me only $300. So it was just
3 right before she died. I left because
4 she was not paying me. So that was
5 another job. And then I started
6 working at Latino -- playing the
7 piano, only one day a week, and then
8 teaching also another day a week, on
9 Friday nights. That's it.
10 Q So essentially, is it fair to
11 say that the documents that you've
12 given me would encompass what you
13 applied to do in 2003 and 2004? And
14 then the only thing that's missing
15 would be --
16 A Gannon University.
17 Q -- Gannon University, and that
18 would have been in 2005?
19 A And Erie School District. That
20 wasn't 2004, Gannon University. There
21 was an ad in the newspaper.
22 Q And Erie was 2005?
23 A And Erie was last fall.
24 Correct.
25 Q So essentially, Gannon

Page 23

1 University and Erie are what's missing
2 from Exhibit Three?
3 A Right. Only two. Gannon and
4 Erie.
5 Q And then again, it's possible,
6 if you could just take a look for
7 information concerning those two job
8 possibilities and anything you might
9 have to verify that applications were
10 sent to these other employers, I would
11 appreciate that.
12 ATTORNEY HEATH:
13 Mr. Nichols, this is
14 probably the appropriate time on
15 the record for you to -- you
16 had indicated to me prior to the
17 deposition you wanted to address
18 my request for tax returns?
19 ATTORNEY NICHOLS:
20 Yes, Ms. Binder. You had
21 recently written a request for
22 Ms. de Leon's tax return for tax
23 years 2003, 2004, 2005, together
24 with a subpoena. We acknowledge
25 receipt of that. And the

Page 24

1 I sent a letter of inquiry, a letter of
2 interest, along with my résumé. They
3 never even responded.
4 Q And you're saying this is the
5 summer of 2005?
6 A I think it was summer of last
7 year. And the summer before, I also
8 sent a couple, but they never respond.
9 Q And then this is the GECAC --
10 the next to the last page of this is
11 dated May 27th, 2005, as the deadline
12 for applications for the GECAC
13 Community Charter School?
14 A Uh-huh (yes).
15 Q Did you send an application
16 there?
17 A Not for GECAC. No, I did not.
18 Not for this one. It was a
19 possibility. And I felt sending an
20 application, or perhaps maybe go out in
21 person, but I was just looking for work
22 to seek work in the Erie School
23 District. So it was just put on
24 resource -- this is my resource page.
25 I did not apply there.

Page 25

1 Q So in 2004, did you apply
2 anywhere other than the Luther Memorial
3 Learning Center School Board and the
4 Hispanic American Council of Erie?
5 A And I believe I also applied on
6 this. I submitted my application. The
7 first one, it was for education
8 certification evaluator since 2003.
9 And I was waiting for a response from
10 them. And then after that, then there
11 was another one, vocational
12 rehabilitation counselor in November of
13 2003.
14 And in 2004, at the beginning, I
15 was still going to school because I
16 couldn't graduate when my son died. I
17 had to stop school. I couldn't go back
18 to school. So for the first three
19 months, I worked only on my thesis. I
20 couldn't work right away. Then my
21 friend called me and told me that there
22 was an older lady, that she was dying,
23 that she was ill of cancer. She was
24 ready to die. And I went and took care
25 of this lady for about three months.

Page 14

1 District?
2 A. Yes. I applied on the Internet.
3 Q. And it's the Conroe Independent
4 School District. And did you ever
5 receive any information from them,
6 giving an interview or any information?
7 A. Yes. Just the information that
8 says, we did receive your application.
9 Q. Right.
10 A. And that's the only thing that I
11 received from them.
12 Q. And you never received any other
13 information?
14 A. Anything else. But I did send
15 --- as you can see, I applied via
16 Internet. And they never got back to
17 me.
18 Q. The next piece of information is
19 with the Department of Public Welfare
20 relative to a job posting?
21 A. Uh-huh (yes).
22 Q. Did you apply for any of the
23 positions here?
24 A. Yes, I did. It was for clerk
25 typist. It was the position that they

Page 15

1 had available. I wanted to see if
2 maybe by working as a clerk at the
3 welfare office, perhaps they will offer
4 me a job as a social worker working for
5 the welfare. But of course, I took the
6 test and they never got back to me.
7 I'm on the list.
8 Q. You mean you took the civil
9 service exam?
10 A. I took all of them, yes.
11 Q. And do you have your results
12 anywhere?
13 A. Yes. I would imagine they would
14 be there, but if not, I can probably
15 get them through the Internet. There
16 is one here, final earned report. This
17 one is 89. This one I cannot recall,
18 but probably I can download it.
19 Q. Well, I'd appreciate if you'd
20 try to do that.
21 A. This one is 89 for the several
22 positions.
23 Q. And is it your testimony that
24 relative to these other pieces of
25 paper with regard to the EEOC --- I'm

Page 14 - Page 17

Page 16

1 sorry, the Civil Service Commission
2 information, that you applied for each
3 of these positions?
4 A. Yes.
5 Q. And do you have any
6 documentation that shows that an actual
7 application was submitted other than
8 --- what you provided me are job
9 postings.
10 A. Of course, I have to send all
11 my communication to them by mail. I
12 have to fill out an application, then I
13 file through the Internet. I fill out
14 information. That was the test, to
15 fill out the application and send it by
16 mail. Then I went to the interview,
17 and then they told me that they hired
18 somebody that was better because I
19 wasn't qualified.
20 Q. Was there anything that you
21 kept, though, other than, you know,
22 some sort of an e-mail saying that your
23 application was received, or some sort
24 of information confirming that you had
25 an interview for any of these

Page 17

1 positions, other than what you've given
2 me here, which are these job postings?
3 Do you have any other information ---?
4 A. This is not a job posting. This
5 is the interview, the evidence of the
6 interview.
7 Q. And it says, do not ---.
8 A. And I sent it to them and I went
9 to the interview. But they never got
10 back to me.
11 Q. Do not report for an interview.
12 Okay. Now, with regard to these pieces
13 of paper also, where it says, for
14 example, score, final earned rating,
15 89, was that when you were saying you
16 were taking the test online?
17 A. I actually filled out the form
18 in writing and I sent it to them along
19 with all my communication, my r sum .
20 I answered all the questions. And tha:
21 was the rating that they gave me, 89.
22 However, when I went to the interview
23 --- actually, I went to two interviews
24 in Albion Prison. They told me that
25 there were veterans that had

Page 6

EXHIBITS (cont.)

| | | |
|---|---|---|
| 3 | 19 Revised action plan 02/03 | 193 |
| 4 | | |
| 5 | 20 Discipline Log | 195 |
| 6 | 21 Discipline Log | 195 |
| 7 | 22 Memo 3/20/03 | 202 |
| 8 | 23 Memo 11/27/02 | 203 |
| 9 | 24 Notice of Hearing | 204 |
| 10 | 25 Evaluation | 207 |
| 11 | 26 Evaluation of Employees | 207 |
| 13 | 27 Professional Evaluation Instrument | 207 |
| 15 | P-1 Claim for unpaid wages | 219 |

Page 7

```
 1            OBJECTION PAGE
 2
 3   ATTORNEY                      PAGE
 4   Nichols                        97
```

Page 8

```
 1                P R O C E E D I N G S
 2            ---------
 3   CLAUDETTE DE LEON, HAVING FIRST BEEN
 4   DULY SWORN, TESTIFIED AS FOLLOWS:
 5
 6   EXAMINATION
 7   BY ATTORNEY HEATH:
 8   Q. Ms. de Leon, we've met before.
 9   My name is Roberta Binder Heath, and I
10   represent the School District, as well
11   as Mr. Dolecki and Mr. Heller, in a
12   lawsuit that you have brought in
13   Federal Court. As I'm sure you recall,
14   on March 6th, last month, we started
15   your deposition and were unable to
16   finish it, and that's why we're here
17   today to finish your deposition.
18   The instructions that I had
19   given you last time, I'll just go over
20   them quickly. You have Counsel here,
21   and certainly, you're free to take a
22   break at any time to speak to your
23   Counsel, use the restroom, whatever you
24   may need. So if you need a break, let
25   me know and we'll be happy to
```

Page 9

```
 1   accommodate you.
 2   It's very important that your
 3   responses are verbal so that the court
 4   reporter can take them down. She
 5   cannot make a clear record or an
 6   accurate representation of the
 7   testimony with simply a gesture or
 8   shrug of the shoulders or nod of the
 9   head, or an uh-uh or uh-huh. It has to
10   be yes or no.
11   I would also ask that you answer
12   my question so that we will have a
13   clear record, and that only one person
14   speak at a time. So it's important
15   that you let me finish my question
16   prior to you answering my question.
17   And also, that allows you an
18   opportunity to make sure you understand
19   my question prior to you answering it.
20   If you don't understand my question,
21   please let me know and I'll be happy to
22   repeat or rephrase it for you. Is that
23   clear?
24   A. Uh-huh (yes).
25   Q. Okay. And you said uh-huh. You
```