# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Claudette DeLeon )
_____ )
Plaintiff )
)
vs. ) No. CA05-126E
)
Crawford Central School District, )
et al. )
_____ )
Defendant )

HEARING ON (telephonic) Argument on Motion to Compel [#34]

Held on Monday, May 15, 2006

Before Judge Sean J. McLaughlin

Caleb Nichols                                    Roberta Heath
_____     _____
Appear for Plaintiff                Appear for Defendant

Hearing begun 1:33 pm            Hearing adjourned to 1:52 pm

Hearing concluded C.A.V. _____   Stenographer Ron Bench

                                  Clerk n/a

### WITNESSES:

For Plaintiff                       For Defendant

Motion to Compel [Doc No. 34] is DENIED w/out prejudice