IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDETTE de LEON | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| Vs. | ) | (NO. 05-126E) |
| | ) | |
| CRAWFORD CENTRAL SCHOOL DISTRICT | ) | |
| CRAWFORD CENTRAL SCHOOL BOARD | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| MICHAEL E. DOLECKI, SUPERINTENDENT | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| CHARLES E. HELLER, III, ASSISTANT SUPERINTENDENT | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

AND NOW, on this _____ date of 2006, it hereby ORDERED and DECREED that: (1) Prior arbitration decisions involving Plaintiff and the Defendant School District have no preclusive evidentiary effect under the doctrines of collateral estoppel or res judicata; (2) Prior arbitration decisions based on the merits of a claim may be admitted for jury to consider; (3) Plaintiff must cooperate with Defendants for purpose of discovery and counsel shall permit Plaintiff to be re-deposed about those areas previously left unanswered due to the reliance by Plaintiff on inadmissible arbitration decisions; and (4) The discovery deadline shall be extended by three (3) weeks or until June 28, 2006 and all other discovery deadlines shall be extended similarly by three (3) weeks

time; and any further lack of courtesy or exhibition of combative behavior on the part of the Plaintiff shall be the subject of sanctions upon Motion by Defendants.

_____
J.