Multi-Page™

### Page 42

1 Talarico, Mr. Spadafore also
2 represented the school district; ---
3 A. Correct.
4 Q. --- is that correct?
5 A. Correct.
6 Q. Okay. Did anybody else
7 testify as best that you can recall?
8 Did anybody else testify along these
9 proceedings other than yourself?
10 A. Oh, definitely.
11 Q. Do you recall who?
12 A. Yes. Mr. LaScola, Ms.
13 Templeton, Mr. Berkebile and another
14 union rep who stabbed me in the back,
15 Scott the music teacher. Which he
16 had been on the hot seat for stealing
17 funds, but I think they came to an
18 agreement that if he will testify
19 against me they will reinstate ---
20 Q. All these people?
21 ATTORNEY HEATH:
22 Objection.
23 A. Which they did.
24 BY ATTORNEY NICHOLS:
25 Q. All these people testified?

### Page 43

1 A. Against me.
2 Q. Against you?
3 A. Against me.
4 ATTORNEY HEATH:
5 What's the union rep's
6 name?
7 A. Scott.
8 ATTORNEY HEATH:
9 Is it his first or last
10 name?
11 A. I can't remember his first
12 name, but they should know. They had
13 removed him from the decision because
14 of the funds that he stole ---
15 ATTORNEY HEATH:
16 Okay. Objection.
17 ATTORNEY NICHOLS:
18 Ms. Heath, you asked
19 for the transcripts of these
20 proceedings, these earlier
21 proceedings?
22 ATTORNEY HEATH:
23 Yes.
24 ATTORNEY NICHOLS:
25 And I rummaged my files

### Page 44

1 and I don't have the
2 transcripts of these. I
3 suppose they can be available
4 through Mr. --- through the
5 union PSEA, but I --- you
6 know, I did rummage through
7 and I don't have those
8 transcripts.
9 ATTORNEY HEATH:
10 Okay. And again, my
11 point for the record is this.
12 I believe Judge McGlaughlin
13 and his past practice and what
14 he has said to us initially
15 has made it clear that he will
16 not entertain these decisions
17 in the record. And so if he
18 does put them in the record,
19 as persuasive before a jury,
20 he will not utilize them as
21 collateral estoppel or res
22 judicata purposes. And that
23 would be particularly
24 underscored if, in fact, there
25 is no transcript to mark the

### Page 45

1 proceedings. But again, this
2 is something that we will be
3 arguing about ---
4 ATTORNEY NICHOLS:
5 Did he rule on --- I
6 don't think I ---.
7 ATTORNEY HEATH:
8 I didn't file my motion
9 yet, but I will.
10 ATTORNEY NICHOLS:
11 Yes. Because I don't
12 think --- I don't recall, you
13 know ---.
14 ATTORNEY HEATH:
15 It wasn't the subject
16 of the motion.
17 ATTORNEY NICHOLS:
18 Yes.
19 ATTORNEY HEATH:
20 But I will tell you in
21 other proceedings that he has
22 been involved in he barely
23 even lets the Arbitration
24 decision into evidence,
25 period.

EXHIBIT B