IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDETTE de LEON | ) | |
|     Plaintiff | ) | |
| | ) | |
| Vs. | ) | (NO. 05-126E) |
| | ) | |
| CRAWFORD CENTRAL SCHOOL DISTRICT | ) | |
| CRAWFORD CENTRAL SCHOOL BOARD | ) | |
|     Defendants | ) | |
| | ) | |
| MICHAEL E. DOLECKI, SUPERINTENDENT | ) | |
|     Defendant | ) | |
| | ) | |
| CHARLES E. HELLER, III, ASSISTANT SUPERINTENDENT | ) | |
|     Defendant | ) | |
| | ) | Document: |
| | ) | |
| | ) | Motion to Compel Plaintiffs to Produce Income Tax Returns for the Years 2004 and 2005 |

**ORDER**

AND NOW, on this _____ date of 2006, it hereby ORDERED and DECREED that Plaintiff be compelled to produce income tax returns for the years 2004 and 2005 and meet her ongoing obligation to continue to produce verification of wages from January 1, 2006 up to and including the time of trial.

_____

J.