**Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)**

OMB No. 1545-0008
39-1908647

| a Control number | | |
| --- | --- | --- |
| b Employer ID no. (EIN) 01-0001384 | 1 Wages, tips, other comp. 9568.74 | 2 Federal income tax withheld 1101.35 |
| | 3 Social security wages 9568.74 | 4 Social security tax withheld 593.26 |
| | 5 Medicare wages and tips 9568.74 | 6 Medicare tax withheld 138.75 |

c Employer's name, address, and ZIP code
25-150573E
TELATRON MARKETING GROUP, INC.
1545 WEST 38TH STREET
ERIE, PA 16508

d Employee's social security number
201-56-6 669

e Employee's name, address, and ZIP code
CLAUDETTE E. DELEON
11983 EUREKA ROAD
PO BOX 1 85
EDINBORO        PA 16412

| 7 Social security tips | 8 Allocated tips |
| --- | --- |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee / Retirement plan / Third-party sick pay  14 Other | 12b Code |
| | 12c Code |
| | 12d Code |

| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- |
| PA 25-1505736 | 9568.74 | 293.74 | 9568.74 | 110.04 | ERIE |

Form W-2 Wage and Tax Statement    2005    Dept. of the Treasury – IRS

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

**Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return.**

OMB No. 1545-0008
39-1908647

| a Control number | | |
| --- | --- | --- |
| b Employer ID no. (EIN) 01-0001384 | 1 Wages, tips, other comp. 9568.74 | 2 Federal income tax withheld 1101.35 |
| | 3 Social security wages 9568.74 | 4 Social security tax withheld 593.26 |
| | 5 Medicare wages and tips 9568.74 | 6 Medicare tax withheld 138.75 |

c Employer's name, address, and ZIP code
25-150573E
TELATRON MARKETING GROUP, INC.
1545 WEST 38TH STREET
ERIE, PA 16508

d Employee's social security number
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

e Employee's name, address, and ZIP code
CLAUDETTE DELEON
11983 EUREKA ROAD
PO BOX 185
EDINBORO        PA 16412

| 7 Social security tips | 8 Allocated tips |
| --- | --- |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a Code |
| 13 Statutory employee / Retirement plan / Third-party sick pay  14 Other | 12b Code |
| | 12c Code |
| | 12d Code |

| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| --- | --- | --- | --- | --- | --- |
| PA 25-1505736 | 9568.74 | 293.74 | 9568.74 | 110.04 | ERIE |

Form W-2 Wage and Tax Statement    2005    Dept. of the Treasury – IRS
BW2AUP    NTF 25618701

## Employee Reference Copy

# W-2
## Wage and Tax Statement
### 2005
OMB No. 1545-0008

Copy C for employee's records

Void

Employer use only

| | |
|---|---|
| a. Control Number | |
| 2905 | |
| | Dept. 53 | 4370 |

**1. Wages tips other comp.**
70.00

**2. Federal income tax withheld**

**3. Social security wages**
70.00

**4. Social security tax withheld**
4.34

**5. Medicare wages and tips**
70.00

**6. Medicare tax withheld**
1.02

**b. Employer's ID number**
25-6001265

**c. Employer's name, address and ZIP code**
ERIE CITY SCHOOL DISTRICT
148 WEST 21st STREET
ERIE, PA. 16502

**d. Employer's SSA number**
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

**e. Employee's name, address and ZIP code**
DE LEON CLAUDETTE
11983 EUREKA RD
EDINBORO    PA 16412

**7. Social security tips**

**8. Allocated tips**

**9. Advance EIC payment**

**10. Dependent care benefits**

**11. Nonqual. 457 plans**

**12. See instrs. for box 12**

**13.** Stat. emp. ☐  Pension plan ☐  Hshld. emp. ☐

**14. Other**
UNEMP AMT    .06

**15. State/State Employer's ID No.**
PA69-0200960L-001

**16. State wages**
70.00

**17. State tax**
2.15

**18. Locally name**
ERIE

**19. Local wages**
70.00

**20. Local tax**
.81

---

FOLD AND DETACH HERE

---

## 2005 W-2 and EARNINGS SUMMARY

This Earnings Summary section is included with your W-2 to help describe portions in r...

**1.** The following information was taken from your final 2005 paystub.

| | Gross Pay | | |
|---|---|---|---|
| Gross Pay | 70.00 | | |

| | Social Security Tax Withheld Box 4 of W-2 | Medicare Tax Withheld Box 6 of W-2 | PA State Income Tax Box 17 of W-2 |
| Fed Income Tax Withheld Box 2 of W-2 | 4.34 | 1.02 | Local Income Tax Box 20 of W-2 |

**2.** Your Gross Pay was adjusted as follows to produce your Reported W-2 Wages.

| GROSS PAY | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | PA State Wages, Tips, Etc. Box 16 of W-2 | ERIE Wag... Box... |
|---|---|---|---|---|---|
| REPORTED W-2 WAGES | 70.00 | 70.00 | 70.00 | 70.00 | |
| | 70.00 | 70.00 | 70.00 | 70.00 | |

**3.** Employee W-4 Profile. To change your Profile, file a new W-4 with your payroll departmen...

53    4370
DE LEON CLAUDETTE
11983 EUREKA RD
EDINBORO    PA 16412

| | Social Security Number | 201-5... |
|---|---|---|
| | Marital Status | S... |
| | Exemptions | |
| | Extra Withholding | Box... |

FROM:

CLAUDETTE DELEON
11983 EUREKA RD
EDINBORO PA 16412

```
POST OFFICE
WILL NOT
DELIVER MAIL
WITHOUT
PROPER
POSTAGE
```

DEPARTMENT OF LABOR AND INDUSTRY
BUREAU OF UC BENEFITS AND ALLOWANCES
607 LABOR AND INDUSTRY BLDG
7TH AND FORSTER STREETS
HARRISBURG PA 17120-0019

---

STATEMENT FOR RECIPIENTS OF PA
UNEMPLOYMENT COMPENSATION PAYMENTS

Payer:
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF LABOR AND INDUSTRY
BUREAU OF UC BENEFITS AND ALLOWANCES
HARRISBURG, PA 17121-0001
(717) 783-3140

OMB NO. 1545-0120 FEDERAL ID NO. 23-6003107

**THIS IS NOT A BILL - DO NOT DESTROY - KEEP WITH YOUR TAX RECORDS**

| SOC. SEC. NO. | TOTAL PAYMENT | TAX WITHHELD | TAX YR. |
|---|---|---|---|
| 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 | $3213.00 | $322.00 | 2004 |

RECIPIENT'S name, address, zip code

CLAUDETTE DELEON
11983 EUREKA RD
EDINBORO PA 16412

**CORRECTED COPY**

This form shows the total unemployment compensation paid to you by the Department of Labor and Industry in the tax year indicated, and the amount of Federal income tax withheld (if you requested tax withholding). This is important tax information and is being furnished to the Internal Revenue Service (IRS). If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. For income tax purposes, unemployment compensation benefits are reported in the calendar year in which they are paid, regardless of when the claim for benefits was filed.

Dear Recipient: YOU MAY BE ELIGIBLE FOR THE EARNED INCOME CREDIT, which is a federal benefit for both married and single parents who worked either full or part time during all or part of the year and earned less than a certain qualifying amount. If you are eligible, you will either owe less taxes or qualify for a larger tax refund. To file for the Earned Income Credit, fill out and attach "Schedule EIC" to your Federal income tax return. For more information, call the IRS toll free at 1-800-829-1040 or visit www.irs.gov.

NOTE: If you were overpaid benefits, and repaid the amount, it is still included in the TOTAL PAYMENT. If the repayment was made in the same year as the overpayment, make the necessary adjustments and explanation on your tax Form 1040 or 1040A. Your cancelled check or copy of money order may be used as your proof of adjustments claimed.

UC-1099G REV.: 05  Auxiliary aids and services are available upon request to individuals with disabilities. Equal Opportunity Employer/Program

| Copy C For EMPLOYEE'S RECORDS<br>(See Notice to Employee on back of Copy B.) | | 2003 | OMB No.<br>1545-0008 |
|---|---|---|---|
| 4 Control number<br>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 | 1 Wages, tips, other comp.<br>19932.69 | 2 Federal income tax withheld<br>3225.10 | |
| b Employer ID number<br>251215891 | 3 Social security wages<br>21332.63 | 4 Social security tax withheld<br>1322.62 | |
| | 5 Medicare wages and tips<br>21332.63 | 6 Medicare tax withheld<br>309.34 | |
| c Employer's name, address, and ZIP code<br>CRAWFORD CENTRAL SCHOOL DISTRICT<br>11280 MERCER PIKE<br>MEADVILLE, PA. 16335 | | | |
| d Employee's social security number<br>201566669 | | | |
| e Employee's name, address, and ZIP code<br>CLAUDETTE DELEON<br>11983 EUREKA RD<br>EDINBORO, PA. 16412 | 7 Social security tips<br>.00 | 8 Allocated tips<br>.00 | 9 Advance EIC payment<br>.00 |
| | 10 Dependent care benefits<br>.00 | 11 Nonqualified plans<br>.00 | 12a Code  See inst. for box 12 |
| 13 Statutory employee | | 14 Other<br>* 1599.94 | 12b Code |
| Retirement plan<br>X | | | 12c Code |
| Third-party sick pay | | | 12d Code |
| 15 State  Employer's state I.D. no.<br>PA 1639 1237 | 16 State wages, tips, etc.<br>21332.63 | 17 State income tax<br>597.34 | |
| 18 Local wages, tips, etc.<br>21332.63 | 19 Local income tax<br>213.31 | 20 Locality name<br>Meadv | |

Form **W-2** Wage and Tax Statement    41-1626081

Dept. of the Treasury–IRS

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Form **1040**   Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2003**   (99)   IRS Use Only — Do not write or staple in this space.

For the year Jan. 1 – Dec. 31, 2003, or other tax year beginning , 2003, ending , 20   OMB No. 1545-0074

**Label** (See instructions.)

Use the IRS label. Otherwise, please print or type.

Your first name **CLAUDETTE**   MI   Last name **GUDINO**
Your social security number **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**

If a joint return, spouse's first name **EDGAR**   MI   Last name **DELEON-MCCRACKEN**
Spouse's social security number **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**

Home address (number and street). If you have a P.O. box, see instructions. **11983 EUREKA ROAD**   Apartment no.
**Important!** You must enter your social security number(s) above.

City, town or post office. If you have a foreign address, see instructions. State **PA** ZIP code **16412**
**EDINEORO**

**Presidential Election Campaign** (See instructions.) ▶
Note: Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ........   **You** ☐ Yes ☒ No   **Spouse** ☐ Yes ☒ No

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (See instructions)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.
b ☒ Spouse
c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| ANTONIO GUEVARA | 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 | Father | ☐ |
| NAOMI GUDINO | 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 | Child | ☒ |
| SEBASTIAN A GUDINO | 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 | Child | ☒ |
| EDGAR A GUDINO | 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 | Child | ☒ |

If more than five dependents, see instructions.

Boxes checked on 6a and 6b **2**
No. of children on 6c who: ● lived with you **3** ● did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above
Add numbers on lines above ▶ **6**

d Total number of exemptions claimed ........................................

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ............................ **7** **20,530.**
8a Taxable interest. Attach Schedule B if required ......................... **8a** **104.**
b Tax-exempt interest. Do not include on line 8a ........ **8b**
9a Ordinary dividends. Attach Schedule B if required ..................... **9a**
b Qualified dividends (see instrs) ......................... **9b**
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ... **10**
11 Alimony received ....................................... **11**
12 Business income or (loss). Attach Schedule C or C-EZ ................. **12**
13a Capital gain or (loss). Attach Sch D if reqd. If not reqd, ck here ▶ ☐ **13a** **1,178.**
b If box on 13a is checked, enter post-May 5 capital gain distributions ... **13b**
14 Other gains or (losses). Attach Form 4797 ............................. **14**
15a IRA distributions ....... **15a**   b Taxable amount (see instrs) ... **15b**
16a Pensions and annuities ... **16a**   b Taxable amount (see instrs) ... **16b**
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ... **17**
18 Farm income or (loss). Attach Schedule F ............................. **18**
19 Unemployment compensation .......................................... **19** **14,688.**
20a Social security benefits ... **20a**   b Taxable amount (see instrs) ... **20b**
21 Other income ......................................................... **21**
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ **22** **36,500.**

**Adjusted Gross Income**

23 Educator expenses (see instructions) .................. **23** **250.**
24 IRA deduction (see instructions) ....................... **24**
25 Student loan interest deduction (see instructions) .... **25**
26 Tuition and fees deduction (see instructions) ......... **26**
27 Moving expenses. Attach Form 3903 .................... **27**
28 One-half of self-employment tax. Attach Schedule SE ... **28**
29 Self-employed health insurance deduction (see instrs) ... **29**
30 Self-employed SEP, SIMPLE, and qualified plans ....... **30**
31 Penalty on early withdrawal of savings ............... **31**
32a Alimony paid b Recipient's SSN ▶ **32a** **33.**
33 Add lines 23 through 32a ............................. **33** **283.**
34 Subtract line 33 from line 22. This is your **adjusted gross income** ▶ **34** **36,217.**

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112  01/16/04   Form **1040** (2003)

TAXES

1. 2005 W2   TELATRON MARKETING
2. 2005 W2   ERIE SCHOOL DISTRICT

3. 2004 UNEMPLOYMENT COMPENSATION

4. 2003 W2   CRAWFORD CENTRAL SCHOOL DISTRICT
5. 2003 1040 TAX RETURN   SEE 19 UNEMPLOYMENT COMPENSATION