IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDETTE de LEON<br>　　　　Plaintiff<br><br>Vs.<br><br>CRAWFORD CENTRAL SCHOOL DISTRICT<br>CRAWFORD CENTRAL SCHOOL BOARD<br>　　　　Defendants<br><br>MICHAEL E. DOLECKI, SUPERINTENDENT<br>　　　　Defendant<br><br>CHARLES E. HELLER, III, ASSISTANT<br>SUPERINTENDENT<br>　　　　Defendant | (NO. 05-126E)<br><br><br><br><br>Document:<br><br>MOTION FOR LEAVE OF<br>COURT TO INCREASE PAGE<br>LIMIT FOR BRIEF IN<br>SUPPORT OF MOTION FOR<br>SUMMARY JUDGMENT |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants' Motion for Leave of Court to Increase Page Limit for the Brief in Support of Motion for Summary Judgment from twenty-five (25) to thirty-five (35), it is hereby ORDERED and DECREED that said Motion is GRANTED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.