IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDETTE de LEON | ) | |
| Plaintiff | ) | |
| | ) | |
| Vs. | ) | (NO. 05-126E) |
| | ) | |
| CRAWFORD CENTRAL SCHOOL DISTRICT | ) | |
| CRAWFORD CENTRAL SCHOOL BOARD | ) | |
| Defendants | ) | |
| | ) | |
| MICHAEL E. DOLECKI, SUPERINTENDENT | ) | |
| Defendant | ) | |
| | ) | |
| CHARLES E. HELLER, III, ASSISTANT | ) | |
| SUPERINTENDENT | ) | |
| Defendant | ) | |
| | ) | Document: |
| | ) | |
| | ) | MOTION FOR LEAVE OF |
| | ) | COURT TO INCREASE PAGE |
| | ) | LIMIT FOR BRIEF IN |
| | ) | SUPPORT OF MOTION FOR |
| | ) | SUMMARY JUDGMENT |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of

Defendants' Motion for Leave of Court to Increase Page Limit for the Brief in

Support of Motion for Summary Judgment from twenty-five (25) to thirty-five (35),

it is hereby ORDERED and DECREED that said Motion is GRANTED.

_____

J.