IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDETTE de LEON<br>    Plaintiff | )<br>)<br>) |
| Vs. | )   (NO. 05-126E)<br>) |
| CRAWFORD CENTRAL SCHOOL DISTRICT<br>CRAWFORD CENTRAL SCHOOL BOARD<br>    Defendants | )<br>)<br>) |
| MICHAEL E. DOLECKI, SUPERINTENDENT<br>    Defendant | )<br>) |
| CHARLES E. HELLER, III, ASSISTANT<br>SUPERINTENDENT<br>    Defendant | )<br>)<br>) |
| | )   Document:<br>)<br>) MOTION FOR LEAVE OF<br>) COURT TO INCREASE PAGE<br>) LIMIT FOR BRIEF IN<br>) SUPPORT OF MOTION FOR<br>) SUMMARY JUDGMENT |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants' Motion for Leave of Court to Increase Page Limit for the Brief in Support of Motion for Summary Judgment from thirty-five (25) to fifty (50), it is hereby ORDERED and DECREED that said Motion is GRANTED.

                                                                            _____
                                                                                                                      J.