IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDETTE deLEON<br>            Plaintiff<br><br>    (vs)<br><br><br>CRAWFORD CENTRAL SCHOOL DISTRICT<br>CRAWFORD CENTRAL SCHOOL BOARD<br>            Defendants<br><br>MICHAEL E. DOLECKI, SUPERINTENDENT<br>            Defendant<br>CHARLES E. HELLER, III ASSISTANT<br>SUPERINTENDENT<br>            Defendant | )<br>)  (NO 05-126E)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Judge Sean J. McLaughlin<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO INCREASE PAGE LIMIT FOR BRIEF IN SUPPORT OF MOTION FOR SUUMMARY JUDGMENT**

*Caleb L. Nichols*
Caleb L. Nichols
Attorney for Plaintiff

6/13/06

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CLAUDETTE deLEON
           Plaintiff

(NO 05-126E)

(vs)

CRAWFORD CENTRAL SCHOOL DISTRICT
CRAWFORD CENTRAL SCHOOL BOARD
           Defendants

MICHEAL E. DOLECKI, SUPERINTENDENT
           Defendant
CHARLES E. HELLER, III ASSISTANT
SUPERINTENDENT
           Defendant

)

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO INCREASE PAGE LIMIT FOR BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The plaintiff, Claudette deLeon, motions the Court for leave to increase the allowable page limit of twenty-five (25) pages for her Brief in support of the motion for Summary Judgment.

The request to increase the allowable length of the Brief is made, essentially, because:

> The record of the case to date is copious and voluminous and therefore additional pages of the Brief are needed to adequately address the relevant issues of fact and principles of law.

2. Being complex and protracted, a thorough exposition of the case necessitates the requested page length.

Respectfully submitted,

Caleb L. Nichols
Counsel for Plaintiff
Claudette deLeon

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CLAUDETTE deLEON
    Plaintiff
              ) (NO 05-126E)
              )
 (vs)          )
              )
              )
CRAWFORD CENTRAL SCHOOL DISTRICT
CRAWFORD CENTRAL SCHOOL BOARD )
    Defendants     )
              )
MICHAEL E. DOLECKI, SUPERINTENDENT
    Defendant      )
CHARLES E. HELLER, III ASSISTANT )
SUPERINTENDENT       )
    Defendant      )
              )
              )

              ) MOTION FOR LEAVE OF
              ) COURT TO INCREASE PAGE
              ) LIMIT FOR BRIEF IN
              ) SUPPORT OF MOTION FOR
              ) SUMMARY JUDGMENT

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff's Motion for Leave of Court to Increase Page Limit for the Brief in Support of Motion for Summary Judgment from twenty-five (25) to Forty pages (40), exclusive of exhibits, it is hereby ORDERED that said Motion is GRANTED.

                                              J