IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDETTE deLEON | ) | |
| Plaintiff | ) | (NO 05-126E) |
| | ) | |
| (vs) | ) | |
| | ) | |
| | ) | |
| CRAWFORD CENTRAL SCHOOL DISTRICT | ) | |
| CRAWFORD CENTRAL SCHOOL BOARD | | |
| Defendants | ) | |
| | ) | |
| MICHEAL E. DOLECKI, SUPERINTENDENT | ) | |
| Defendant | ) | |
| CHARLES E. HELLER, III ASSISTANT SUPERINTENDENT | ) | |
| Defendant | ) | |
| | ) | |

PLAINTIFF'S MOTION FOR LEAVE OF COURT TO INCREASE PAGE LIMIT FOR BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The plaintiff, Claudette deLeon, motions the Court for leave to increase the allowable page limit of twenty-five (25) pages for her Brief in support of the motion for Summary Judgment and to enlarge the allowable page limit to 40 pages, exclusive of exhibits..

The request to increase the allowable length of the Brief is made, essentially, because:

> The record of the case to date is copious and voluminous and therefore additional pages of the Brief are needed to adequately address the relevant issues of fact and principles of law.

2. Being complex and protracted, a thorough exposition of the case necessitates the requested page length.

Respectfully submitted,

Caleb L. Nichols
Counsel for Plaintiff
Claudette deLeon