IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDETTE DELEON,<br>    Plaintiff,<br>V.<br><br>CRAWFORD CENTRAL SCHOOL<br>DISTRICT, et al.,<br>    Defendant. | )<br>)<br>)   Civil Action No. 05-126 Erie<br>)<br>)<br>)<br>) |

**O R D E R**

AND NOW this 26th day of June, 2006 the Defendant having filed a second Motion to Compel Plaintiff to Produce Income Tax Returns for the Years 2004 and 2005 (Document No. 41) and the Plaintiff having failed to respond to said motion as directed by this Court's Order of May 31, 2006

IT IS HEREBY ORDERED that said motion BE and HEREBY IS GRANTED

IT IS FURTHER ORDERED that Plaintiff shall produce her income tax returns for the years 2004 and 2005 within ten (10) days from date of this Order.


                                                Sean J. McLaughlin
                                                United States District Judge