IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDETTE DELEON,           ) | | |
|     Plaintiff,           ) | | |
|     V.           ) | Civil Action No. 05-126 Erie | |
|                ) | | |
| CRAWFORD CENTRAL SCHOOL           ) | | |
| DISTRICT, et al.,           ) | | |
|     Defendant.           ) | | |

**O R D E R**

AND NOW this 26th day of June, 2006 the Defendant having filed a Motion Requesting a Preliminary Ruling on Effect and Admissibility of Prior Arbitration Decisions Relative to Collective Bargaining Agreement (Document No. 38)

IT IS HEREBY ORDERED that an Oral Argument is scheduled on the said motion on **Wednesday, July 19, 2006 at 2:00 p.m.** before the Honorable Sean J. McLaughlin, U.S. Courthouse and Postoffice, 17 South Park Row, Erie, PA.

Sean J. McLaughlin
United States District Judge