IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDETTE de LEON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | (NO. 05-126E) |
| | ) | |
| CRAWFORD CENTRAL SCHOOL DISTRICT, | ) | |
| CRAWFORD CENTRAL SCHOOL BOARD, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| MICHAEL E. DOLECKI, SUPERINTENDENT, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| CHARLES E. HELLER, III, ASSISTANT SUPERINTENDENT, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants' Motion for Summary Judgment, and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED and Plaintiff's Complaint is dismissed in its entirety with prejudice.

_____

J.