04/24/2006  11:23    9438856    ANDREWS & BEARD    PAGE 13



# Meadville Area Senior High School

930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

George H. Dreher
Principal
Dr. Hne Berteotte
Assistant Principal
Carol A. Templeton
Assistant Principal
IL David Brewer
Guidance Director
Norma M. Price
Athletic Director

To: Claudette deLeon McCracken
From: Carol A Templeton
Subject: Procedure regarding students assigned to classes
Date: 9/18/97

On 9/18/97 I was informed that Brian McCall has been repeatedly sent out of his Spanish III class to the Library. Brian has indicated to me that he was in the process of dropping Spanish III. He had an appointment with Mrs. Medved today. Unless Brian's situation meets the criterion listed in the student hand book regarding dropping courses (pg. 20 F) he will not be excused from the Spanish III class. Until a determination has been made regarding this subject, Brian is to remain in the class and is expected to participate actively.

Under no circumstances is any teacher permitted to send individual students to a study hall, library, or other area where he/she has been assigned to a given class. Please cooperate with Brian in supplying any missed work or assignments. In the event that a class change is denied, Brian has the right to succeed in Spanish III.

*[signature]*
Carol Templeton
Administrator

*[signature]*
Claudette deLeon-McCracken
Administrator

EXHIBIT 31



EXHIBIT 22

## From the Desk of Carol A. Templeton
### Assistant Principal
### Meadville Senior High



To: 
Date: 10/10/97

☐ FYI
☐ See Me Personally
☐ Please Reply

10/10/97

2:15 students were coming
from the M.C. bathroom —
from - saw Mrs.
returned out of the hall —
away the hallway at
2:15

Templeton

04/24/2006   11:23   9430856   ANDREWS & BEARD   PAGE   17



# Meadville Area Senior High School

930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-0496

George H. Deshner
Principal

Dr. Wes Berkebile
Assistant Principal

Carol A. Templeton
Assistant Principal

L. David Bower
Guidance Director

Naomi M. Price
Athletic Director



EXHIBIT
25

To:     Claudette deLeon McCracken
From:   Carol A Templeton
Subject: Meeting
Date:   10/3/97

On 9/30/97 four students came into my office upset because they felt they have been singled out disciplined and in general have been treated unfairly by Mrs. deLeon McCracken. Other students are treated with favoritism. Since this situation involved the sixth period class at the end of the day, I asked them to document their individual concerns and submit them to me the following day. The next day they also told me that they received teacher detentions that they felt were unfair. As assistant principal it is my position to hear teacher and student complaints and try to mediate problems. It is always my purpose to help teachers with any problem that occurs within the class room. The goal of this administrator is to try to determine a solution that is conducive to a learning environment and mutually agreeable to all parties.

I had attempted to convey the student complaints, address your concerns and try to help to determine a solution to the problems during our meeting. However my points could not be adequately addressed due to consistent interruptions. I was unable to get my message across. After being accused of being unprofessional (because I was addressing student complaints) I closed the meeting.

The issue regarding the teacher detentions is to be addressed as follows:

You are to follow the correspondence issued on 10/2/97 regarding procedures. Verbal detentions are not acceptable. A copy of these instructions for issuing teacher detentions are attached for your reference.

The issue regarding Class rules. There is nothing wrong with the general rules you have set up however, they are imposed with such inflexible structure that students can't relax and learn in a comfortable environment. The process of assigning detentions for every rule broken, i.e. asking for clarification, requesting a tissue, returning a pencil, creates tension in the class and is not conducive to good class room control. It is my suggestion that the class should be more relaxed. The class is a shared experience and therefore the climate of the class should also be shared. My recommendation is that instead of issuing teacher detentions for every infraction of a rule to instead award points to each infraction. Students will accumulate points toward a teacher detention, once a maximum number of points have been accumulated then a teacher detention could be initiated. Prior to this a conference should be held between the teacher and student or teacher and parent if this is what it takes to resolve the problem. It is our experience that an over use of teacher detentions lessens the effectiveness of the process. In conclusion you should use some degree of flexibility in working with students.

Personal Notes:
Meeting 10/3/97

The meeting began with my instructions to Marlene Gourley as to her role as a building representative. Initially she was not to interrupt the meeting, and be an observer. She could take notes. I then tried to explain the student concerns regarding the ninth period class. Mrs. deLeon McCracken continued to interrupt me with personal interjections regarding the students. Ex:

She initially insisted it was a quiz not a work sheet – changed her mind later to it might have been a worksheet.
She said "I am not picking on them, they are picking on me".
She claimed that the only students causing the disturbance were the students who came to my office. (1/4 of the class)
She said the reason they are disruptive was because she did not have the episode for the subject.
She suggested these students should not be in the class, and volunteered two more names whom she thought were involved.

With these constant comments and interruptions I finally Asked her not to respond until I finished the student complaints. I told her she could respond after I completed the complaints. She stopped for a few minutes then began to interrupt again. We briefly addressed the teacher detentions. I asked to see her Rules". On her detention slips she had written broken Rule #___. She showed it to me telling me that they were approved by Mr. Deshner and waved a stack of signed consent slips saying she also had parent permission. I asked if she had student input in creating the rules. She responded angrily that it was her class room and she would decide on the rules. I wanted to explain further about positive discipline and a point system for offenses but at that point the meeting took another turn.

I concluded the meeting when Mrs. deLeon McCracken began pointing her finger at me and making accusatory statements such as:
"You are unprofessional, you always siding with the students"
(I tried to explain my position as mediator and students rights)
"Mrs. Templeton, YOU know we have this thing between us"
I said "No, would you explain?"
"Because of what has happened in the past I know you are trying to get rid of me. She was pointing and raising her voice.
(I again denied her accusation.)

At this point the meeting was not addressing the problem and had become a personal attack on me. I think I said "Now you are being unprofessional." I then concluded the meeting.

**Student Meeting #2**
Monday, 10/6/97

I explained to the students that I had met with Mrs. deleon McCracken and shared some of her comments with them.

The students deny that the material is above their ability level, two stated that they are A and B students. All said they did well in the Jr. High with Mrs. Kennedy.

They said they weren't learning very much she spends too much time on non-subject material. They said as an example she spent 10 min. one day discussing farts.

She shows open favoritism.
Assigns different consequences to the same offense.
Directed her Good students to report on her disruptive students if they see them misbehaving.

**CRAWFORD CENTRAL SCHOOL DISTRICT**
Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731

James C. LaScola, Superintendent



October 15, 1997

Mrs. Claudette DeLeon-McCracken
Meadville Area Senior High School
930 North Street
Meadville, PA 16335

Dear Mrs. DeLeon-McCracken:

On the morning of October 15, 1997, I was advised that you engaged in unprofessional conduct when you verbally criticized the School District administration and in addition, discussed your personal legal difficulties in front of your class.

As a result of this behavior, the School District hereby suspends you for a period of 3-1/2 days with pay beginning October 15, 1997.

At the conclusion of the period of suspension, a meeting will be set up between yourself, your union representative, and Mr. James C. LaScola, Superintendent, regarding your return to your classroom duties.

Very truly yours,

CRAWFORD CENTRAL SCHOOL DISTRICT

By: _____
Michael E. Dolecki, Assistant Superintendent



EXHIBIT 24