EXHIBIT 30

March 4, 2003

Mr. Higgins, Mr. Hozler, Mr. Derbour
Mr. Garson, Mr. Derlerow, myself

Mr. Garson

1- Discipline — Log not met — action plan not followed

Suspension without pay
W-T-F-S : M-T-W

Tues March 11 3:30pm — Determination of findings.

Beware of Confidentiality
Documents. Regarding of Discipline
Not Following through

Meeting 3:30 pm Tuesday —

March 3, 2003 -

Discipline files - information to Attorney -
Discipline log - names that being sent. Nothing
in file either point.

Evans File - to his Parents? - Evans said
not in file - Chavetti accidentally gave
him file -

Chavetti said she has not shredded discipline
file except with permission. - Discipline
letter for from attorney copy
files not in Discipline Log -
information in the Disk -

Information missing because of absenteeism

Log in Tuesday 2-25-03 - Glennon Thursday
is 2-27-03 - Fri upset/no version of office
exist not have - Therefore no log -
Dr. Yun states no version in forma
in the past and this past
files in binder -

Revisit Debra Blain -
Cars/ears missing work on its lift
in binder information too -



April 10, 2003

CCEA          Lundley
CCSD          Arthur, RB + Charlotte
              Glenn, Arthur, + George

George          Passed Classroom Visitation Observation Summary

    a)  Read Letter Summary

Charlotte    3)  Charlotte Right to respond Paper
CCSD            c)  ?) Letter from George
                 ii) History Worksheet

Charlotte       Response by Moving Willard to Shelley to
                Justify Myself calling Diane Zivergant & Diane Rivera
George          + Charlotte                      Jeffries into the notes
                                                 (4/11/03)

Charlie → Stelly Report of the Meeting  1) CCEA →
                                                 2) Other note

April 11, 2003          3:16 pm

CCEA          Jeffries, Charlotte, Diane, RB
CCSD          Charlie, George, Jo Ta

George:         Clough Although Charlotte Reviewed of events
                for him too

    a)  Ask questions about
    b)  Read letter from Charlotte & written to George
       Civil think a list of working about April 7
    c)  George gave a copy of working notes
       Willard Arthur a copy of all notes
    d)  All agree never made a phone call from notes
       during class

EXHIBIT



April 4, 2003    John, Gary, 1st period

On time (be in your seat)

Respect HW (No disrespect, respond
call only question related to the class)

Howard, Scott + Curt

Charlotte gone discipline for
review discipline

Curt to Attend Missing Work

George dress refusing but things are
but did not write it up

George club this hula vida trying for
anything special
this kid 5 multiple from Spanish +
5 special teachers.

George though, Gods He? the [illegible]
Charlotte says he turns his work in series
[illegible]

George intended not quiet soft ability will be good
if the student does it.

[illegible] (care given); Gr [illegible] + Barb + Ve [illegible]

Charlotte made a statement to George & that the firm gives visibility the studios

George & the will report by the end of the following will the matters

Charlotte will be 8th period thing

Meeting to close 2:16 pm



3/25/03  7th period

Page 95  Guidelines for using Punishment Effectively

Guideline 1: Define the problem
Talking about Missy or Dan

Page 97

Guideline 5: Establish Punishment to as few behaviors as possible

Expected Behaviors start by Charlotte
...to express to explain certain
Rules to the class — ones (what...
expectations when rules)
...Charlotte calling about a certain
class of the student — continue in the class

George:
You be confident say back nicely for
his study

still should here; nicely, but
he still does answer question in class

Missing work (school) from the classroom
to school; a number of studies

...to complete the attack the missing work to
Next Friday. 4/1/03  will at 2:18

From the desk of
CARL A. ROZNOWSKI

Issues, Claudette, Roz
Observation Report
John talked about what
he saw in the classroom.
Overall report was
positive

From the desk of
CARL A. ROZNOWSKI

Issues, Claudette, Roz
Pre-observation
John talked about
what he will be looking
for in the classroom. Very
positive meeting

From the desk of
CARL A. ROZNOWSKI

Ike, John, Claudette, Roz
Mike had some concerns
in his observation of Claudette
Overall, it was a good report.
Claudette talked about the
past. John talked about
confused about Claudette's
comments

10:42  Monday 3/24/03
Charlotte, John, Roy, John, George

John
Comments to
10 Ways to praise a child, Encolis
Negative Comments Page 1
                        Page 2
                        Page 3  Cameo

Section 2
            Page 2
Wants to Observe  Mr. McDonalds
                  Mr. R
                  Mr. Schuester
*
the  *  Talks about Coaching between teachers

                Page 2
How do you initiate positive reinforcement in
the class?
John will be looking for positive reinforcement
in the classroom.

Descriptive → describe the actual event
Evaluative → General description

Read Chapter 7 + 8

Patrick needs to talk to the others

Friday 7the Displine log
Wed 3:15pm — 3:45pm BS John  Charlotte

George John "Quality Run" 1:36 pm
Captivia Run

Looked at Cynia in Chapter 7 + 8
John + Charlotte talks about with
options can not be heard

What options can be used?
page 109

C
page 105        Option 3: Discussion

J: Step 3: Totally the Problem

page 94

John: Consistency is the key at positive
Movement Charlotte
Misconception 3

Misconception 4/ page 94-95

1247

3/19/03

Informal Review of action Plan

Review of Reading Material will be left

Every Tally sheet will be Revised Action Plan

(I)  1) Regular Schedule for term Pa
     2) Observation by Adm will be more informal
     3) 0 Classroom observation by Claudette
     4) Review Classroom Management Plan

⊙ Part Two

Any Question or explain note tally
cannot Give in the Plan —

① George is the Closure
   Teacher at the end —
   Ask for extra hour spine notice
   If not for + set spine notice
   bit — will Won't handkerchief on Friday

② Without handkerchief on Friday
   Should absent on Monday. Staff absent
   all week. Maybe will Do sum dollar expect
   white their paper on the verbalist

③ Staff Sight jumping around in the tally
   effort Diff 30'

④ Some should's daughter of Some are not

⑤ Be aware of your spelling goes on
   saying

II

Personal Tasks

① Gives Last File
   He gives Call-up form Chart Entry

Meeting on Monday 3/4/03
To Discuss file Reilly

Management

III

Charles → Claims Management needs to be
   more clear about is
   going to have the right to
   come work. Now I am
   supposed Charlotte to act in general
   doing the week.





814-732-2830

March 3-03  9:00am   George, John, Claudette, Roy, Dan
Dan left when I got to be at the meeting

Claudette → Gives John + George all of the folders
for her. She indicated she did not copy
all the folders

Roy → I indicated for the second + all parties
that we should copy all of the folders
together so that we come. Say something
so missing

George → Saying he involved to get back or that
but wanted me (Roy) to kill the folders
involved + Roy

Claudette → She indicated the information in the
folders were information to the lawyers

George → I wanted to have a problem with that that
he wanted to protest long the Stull -
Dan Roy got. It must be sign off
by the Board

Claudette → Nephew in a telling indirectly this
information was used for part purpose

All that I'm writing now called to on and
George instructed me to lock up the folders to better
in the dep

March 3, 2003

John H, George O, Charles H, Owen H, Claudette O, R2=

George = These files were sent to (Student + disciplic files) her Lawyer or BSEA Lawyer

Claudette = My files to the lawyer is in my notes to myself about different events

Event = Evan W. Missing

Charles = Did you ever shared student files with your Lawyer?

Claudette = In the past, I used this for previous grievance.
George = Where is missing?

Claudette = Simply need ELFT keep information re disk Must keep updating information (takes time)

John → This is the log you have been using all this year.

Page Two

## MEMO AND REPLY FORM

TO _____  FROM _____

DATE _____ 19 ___

**MEMO**

Charles → Where is standing with John H.O. ?

John → Review files with the on Thursday

Charlotte → Could not ... by on Tuesday because old father & dick

George → Should student discipline with people outside the district (who?) read

John → Should student discipline with people outside the district (who?) need

John → Do you still have files 13 yrs ago

Charlotte → Yes I do.

George → Have out Memo on Discipline files

Charles: Next meeting → Review Action Plan

George: Placing files in Sea Europe

**REPLY**

| | |
|---|---|
| ANSWER PROMPTLY | ☐ |
| RETURN WHEN CONVENIENT | ☐ |
| DIID NOT RETURN | ☐ |
| SEE ME PERSONALLY | ☐ |
| INVESTIGATE AND RETURN LATER | ☐ |
| TAKE UP FURTHER WITH | ☐ |



2/25/03  1:48 pm
Charles H, John H, Charlotte O, Carl Rg

1) Student in class called Charlotte (Autism?) a whore. Student does not support Charlotte but the others in group will say F--- bitch —

Charlotte wants to sit down with the others and join maybe Charlie. When check with the students to support or not support the incident

2) Another student David
Could be throwing something at her
(Did not see or observe the incident)

When wanted to see the big book
Charlotte keeps it under her control
She wants the big book which she
includes dispite detentions and contacts
with person. She will look at the action
given and set up the big book accordingly

Mrs. contact for detention for Louissis
a detention but was absent

4) What do we have going on at ____ in regard to the situation?
2) a) Discipline in Secondary discussion ........ Yes
    b) Discipline discussed ............................ Yes
5) a) Solving Discipline Problem

6) Gives Article which was placed in her mailbox
(John, Charlie, Roz)

7) Conversation about Stidd's grading teacher chat

8) a) Read Chapter 3, 7 & 8 (typos)
gather feedback on the chapters
& relate to students in classroom

b) Solicit Discipline Problems Chapter 4
Write her to realize the same occurred
in the classroom

9) Articles given by Charlotte (Upset people)
a) Think to be more specific

Evan W. Schedule   Appeal Hearing Thursday
HB 1157-8:14

Next Meeting → March 4 1:30 p
Next Meeting → March 11 1:30 p

2-27-03 John sees Roz, Charlie & Charlotte

1) John talking to Patrick (about the law —
2) Charlotte asking Patrick the question —
Did he leave Jeff there? and what hpp'n

3) John asked them by appt., PS is personal file,
Saic: why? by 6/6/02? Not what Charlotte said
What about discipline file? You but not there
at large. Do you want a print out of school? No
will not Keep records.

Log Book → without Evan W. file (all but 5 things)
after school → Tomorrow morning student file of discipline
1st period

1/10/03 Charlotte, John H George, Charles, Rob
1:30 pm

Charles →
Yesterday observed period 5 2nd time
Attachment to the sign
Review the Attachment
• Mentor Classroom Management

Charlotte → Mentor this was a good class
2:08

Jan 3, 2003      7th period

① Student in class during Claudette's problem
(Kyle Manuel) in Spanish I class (B) sent progress reports
+ request, a parent-teacher conference

② Lesson Plans for two days → was edit → yes
similar's during lesson Plans in a timely
manner stapled by Mr. Higgins
Monday     7th period with Kyle Manuel

③ Observation on Dec 19, 2002
Spanish I Class Period 1
If you abuse the power then it would be
revoked (Higgins agreed + Bob)
Given Anita Detention but not always

Tom  2:09

12/16/02   Monday   149

Charlotte, John, Dick, Ms Winslow, Evan, Rob

Charlotte → Explain to parents situation
Evan Refuses to do work
Evan said I am not taking that "Quiz"
Everyone wants to get his opinion
Evan → David threw the "papers at Charlotte
Evan → Charlotte do not agree

Ms Winslow → Went to Wash some questions
on what is happening in class

Dec 11 2002

1) I feel like giving Evan Detention
   translate from English → Spanish
2) frustration level for Evan is
   very high Charlotte is very high
3) Would like to have a contract
   in class
4) Shelle test after school not
   during detention
5) ⊘ she found the bussing
   assignment from the previous meeting
6) Evan needs ⊘ four written assignments
   + that the 2nd 6wks
7) Evan attendance (Wed - Fri)

1:18 pm   11/27/02   John Claudette Roz

John → informal observation

Suggestion about classroom skills

John is reaching for a better

says (→ follow through your discipline plan)

11/13/02  Wednesday  7:00pm  Noskec's House
Next meeting  Jan 15, 2003

11/14/02 - 3 hrs long
Talked w/ Mom about student
Claudette → told Mom to set up appointment
to talk. Child not talked about Grades
W/ Grades did not talk about Grades
Mom → better to talk  Child (Students)

Claudette → telling they were kids who are sleeping
Not + 8 Grade  Never said
Last 6 weeks  Progressive Report sent home
Time of the Call  10:22

Parent Teacher Conference  1:13 pm
Robin Stockton → Phil Civarc (ingrade)
Grades Incomplete
Assignments Replying
Wanted to set up Conference

11/15/02  Friday  1:37
Charles Hella John Regina Claudette Deleen
Mrs (Sipos)  Carl Berenski
Claudette →
Mrs → wants to talk about Calling me
at work talking about grades
Claudette - did not talk about grade talk about
sleeping, talking about the students
Hella → Wants this school to Policy not to call
Mrs → the who answers

Clardette → Have done this before!
If not, I will call at a later to

Charlie → Reviewing the events,

Time 1:30 pm

Tuesday  3:17 pm  Don, Jim George, Charlie, Roy
Clardette

Time 1:50 pm

Student were off task
Continuing in morning
Set up the student

Ongoing with against the action plan
If you follow the action, they will not
happen

After the sleeping in 2nd wk if school
Failed the classroom management plan

Suspended three days without pay
Nov 20 21 22

If you want to discuss the action plan
contact John or George ok

If you care to appeal contact the board
or grievance  (Goss the Dec 2)

Supervisor
Ms
Contr

3:25 pm end

George: 10/15/02 1:45

Point at the Action Plan → Review the observation at different teachers

Helm: He is scheduled to observe Charlotte on 10/16/02

Charlotte: Meeting with Lisa → meet on month (3 times)
: Summary of Observation
   a) Teachers review papers during class
   b) Teacher walk around during class

Helm: Did you pick up energy New + going in
Charlotte: Helm greets the students to close
: is the

Helm: Do they use language
Charlotte: yes

Helm: Did the speaking out loud or not of time during the class
Charlotte: No                                                    Comment

Helm: Maybe I reinforce the language too much
Often teachers are saying the students

are lying to the teaching
Following the rules on discipline of poor work
notice the students would say they child not do
I send you back my homework

Helm: How many times has this began before
Charlotte: Talking about students + what happen
in class about previous students

There are too many things to deal with
the Observation were very positive learning
experience.

George: Would like to look at them and sit in that them
but would take the notebook

George   Make ss copy of observation + contract
         with parents.

Helen    Be on little more proactive.
         Get to the parents first before the child
         gets home to the parents

George   Repeating what Charlie said
Dave     Repeating what George + Charlie said
Helen    It is - when of a defensive mechanism

George   Talk away the requirement of longrige
         How are the clocks?

Charlotte A little bit better, having my own classroom
         helps a lot.

Helen    Will observe 5th period - Wednesday
         (Meeting to review observation Oct 23, 7th period.
         & observation we have

         Observation for filing   2) Observation Data + five
                                  One next          3) Classification
                                  Wednesday    5)   Reflection
         observe how other people
         (misplace) record + manage homework

Helen    Where flag working with is not low?
         Work meeting with Cheryl, Joe, Dep. Riz
                Charlie
         Charlie will on leaving the meeting
         Looking forward for us will start work closures
         by the St @ ?
         Meeting with June at 12:15 pm

10/4/02   1:43 pm
George, Claudette, Roy

1) Transparent
   3 In on the Observation Summary

2) Certain students not be attentive (Carlisle/Kerry)
   Respond from Claudette → talk to the class
   as a whole - if I would have seen her
   I would tell her to be attentive

3) Claudette gave George Summary dates of
   Observations if Teacher George was to
   set up after summary of Lenlt observation
   that a written meeting to do this

4) During the first two weeks → Oct 15, 2002
   Period 7 (next meeting)

Charlotte                                    9/13/02   1:4/

John Higgins, Charlotte, Roz

Over the Lesson Plan

Suggestion on sleeping cle
Instead of sleeping use to be Hector effective
Nice cue with a student on not
having test out K

Observation was              9/11/02    8:53 - 9:38

                                              RoZ

9/31/02
John H., Charles H, George O, Doug M, Roz

John It is questioning the time Geno Goldstein
on thursday or Kyle Bosco (10 min per)

Charlotte - Questioning the teachers to clone
              in in style than was Roz
              Believes the instructor to be correct

George - Till the teacher to see you later
          when you start your class

John will send a memo about the meeting
George + Charles will be coming in within
the next two weeks

                              RoZ



Aug 26, 2002  1:00 pm
Pages
Gayle, John, Charles, Charlotte, Pat, Don
(Doug), RR

John - Higgins → Review of Lesson Plans
1) Lessons Plans - give (Friday before)
2) Observations by Building Pr.
3) Charlotte will observe another teacher
   John give list of teachers to Charlotte
4) Develop a Management Plan and the
   Building you I she give the plan
   to Gayle

Heller - Duplicate the plan will observe
different classes it will be able to
set them all (Starting Wednesday
next week, 9-3-02)

Charlotte gave a memo
about change in Room C16

Aug 14, 2001

Claude, Pat
John, George

e) Claudette
   Claudette's & George her Disipline Policy
   Claudette talked about having a room since
   she was here longer then some the teaching

2) Claudette wants
   b) Claudette's rm for a room is the trailer
   c) When she came back, she became charity teacher
   d) George + John looking over schedule to see
      if Claudette stay on the 2nd floor in
      travel as little as possible in distance
   e) Period   S/h →   #3) →   No George
                S/h →   @14 →   C15OR

   f) George initials
      these would be a possible
      for him to have his own e-mail Claudette at
   g) change in key
   h) see construction about her w/ her cleaner Rules

Claudette sent George her Disipline Policy

i) Check Claudette's (moving) cart in
   check catalogs for different carts.
2) George is asking about her policy
3) John talks about homework
   with worksheet + handouts



Joann Williams notes

Fri. 4/11/03

Mr. H: CE has rt to disagree
        CE must honor Calm- if disagree-
                can ask ques. & can write reply.

Mr. B to: letter from Mr. Always
to: phone conversation w/ CE - requesting work.
4/4 Adam although signed a statement that
        he work was given to Mr. Browne
        Adam waited in 8 A for class quite
        awhile for her to help him - came
        back last 5 min. of class.

Adam came on 4th only requesting work along w
CE wrote Dise memo to Mr. B. noting
        she had given Adam his assign. & he
        lost it again - She gave it to him again.

(CE was observed 4/3, paragraph 4/3 this incident
        reversed 4/4)

– was asked if she even helped outside classrm.
        to receive calls - she had only from parents.
Mr. Always said CE called pharmacy "students
        heard it. (Her admitted she took calls from
        her Dr. and her pharmacy.)

Mr. B: reminded her that these calls should
        be happening on planning time only.

Dr. _Neupane_ — _Appendix A_ — "overall" Unsatisfied
Teke. effectiveness — U.
Teke. — Student Interaction — U.
Response to Supervision — U.
Attitude — U.
Ability to Cooperate — U.
Maturity — U.
Dependability — U.
Communication — U.

① Admin. Team — As per Mr. Bielecki
Recommending dismissal to board
Suspended without pay — (board will vote on 4/28)

Ques:

Along — compensated for days worked.
— Should receive rest of a more Plaga.
Credits — transmitted on 30 days of board. (by Ms
Insurance Plans — pay of her. Dist.
Grade book — prop.
Student's work.

3/19/03   Mtg. w/ E. Dehm
Mr. Dehm, Mr. Wiggins, Mr. Wells, Roy, Charlotte, me

Run. - 4th per. 3/24/03
meet to discuss
strategies
and tips.

Review action plan.

I. Prof Competency
   Structure Techniques        (refer to attachment)

   - @ door - wants for students without
     materials - sent to locker.

   - Have extra worksheets
     Be aware of absentees! Have materials
     for them.

   - jumping around in book told students
     to proceed! (w/ much on 60 pg.)

   - Consistency in what students are doing.
   - Remember who has turned in materials.
   - Watch statements that are being made
     to students.

II. Prom Charles & Trust
    Mr. Wiggins opened w/ a "stud. Disciplinary"
    and a "Parent Contact log."
     - Opens consistency in logging.

III. Assignment é Org.
Refer to letter-plan

Claudette acted mad and/or upset - Mr. Wells
Reprimanded her - Reminded her to act professionally

Rep. G. Wiggins, W. Blakner,
C. Wells, Claudette, me.

Mtg. Thurs. 4/10/03
Re: Claudm. observation

Part. w/ Stud. + w/ missing work - ongoing.
Claudette admitted she misplaced papers -
in Yiddish in wrong class. Wordby / Stud.
As Wiggins said he talked to 2 students who
were missing work that she misplaced.
Mr. Blakner said that wasn't the case.
(He had to warn her about being disrespectful.)

Cl.   kept her class was perfect
Cl/Mr.B   brought up about disruptive
Cl.   He indicated was totally than
Mr.B   perspective. She said kids were
acting permission in response to talk.
Mr.B   said No one missing hands.
Cl.   Kids sitting in Spanish
Mr.D   accused Cl. of they came learn
as in beginning of yr.
Cl.   Boys no - were 8th, brog, novice
Mr.D   He disagreed

At beginning Cl. were handed a sealed
envelope which contained her most
recent Claudm. observation. She

let it lay without saying anything until told.
Once named, she refused to read it
after being prompted by Deere.
Q: indicated to Nigeria that her lawyer
would respond to his letter.
- She was told it wasn't a lawyer issue.
It was an in-school issue between
employee - employer.

Q: grievement - was told by Bldg. reps.
to calm down and not threaten admin.
She didn't letter.
threatened Grievance agst. Mr. B. (reminded
him that he filed 2 others over you and
win - could win again.)
threw in Mr. B's face that he was in
bed quilting @ another teller - but never
wrote him up. - Basically accusing
discrimination.

Q: basically was a perfect teller and
the admin. was harassing, Bldg. reps.
couldn't help her - admin. couldn't
help her. Bldg. reps. finally took
her out so no longer her issue,
the other was telling her to stop -

finally escorted her out to Mr. Morgan's office. Tried to calm her - couldn't. She wanted to go home — we asked admin. - they said no - she is "under obligations" and must fulfill her daily

(?) Crutces and must fulfill her daily she still had to work 8th per. class.

Admin. told Wkp. reg. that she was insubordinate - and reminded me what that meant - implying termination.

Mtg. resch. for Fri. April 11, 2003 @ 3:10.

Mon. 3/24/03

Re: Rdgn on clssrm. mngment.

Philippine: Found behaviors etc. (negative)
- Neg. comment in 3rd paragraph appt. Mr. Heller
- wants her to re-read Chap. 6 on T.A.
  merging for her clssrm.

Chap 4 Pages 2 "Games"
① Student is verbally abusive
  "inappropt. — address after class"
Ques.     Ken move on.
in Wgine    When meet w/ stud. after class —
response     explain why —
           Wrote 8 rules — inappropt. behavior
           Will need to file "misconduct — with clssrm. rule
           be a game — not to be tolerated.

② Another disc. prob. —
   be more accurate in reporting facts.

Chap 3    recording clssrm.
- It stated    She took prob. w/ — nothing done
- Mr. Radnice  took some prob. w/ same stud.
  just stud. disputed
  Charlotte the prob. w/ that —

Claudette would like to Heaven Patrick & McDonald because they have done student.

- She wanted to know if she could send a student to "time out" in another prog. Teli ic. here.

Ms. Hippini - wants to see more compliments to students who are making an effort

* "High Achievers" - awards - not same as low level - based on effort

* descriptors - "Hard work on ee and nn words Evaluation - "hard work on HW."

Need Chapters 7 & 8          Met    7th per. Friday
Part @ what we do in classroom.
and how to utilize the specific.

Meet 3:15 - 3:45 Wed . 2/26/03
in my room to go over above pts

Turn in Disc. for

Mtg. after school 2/4/03
w/ E. Baker, Mr. Beahan, Mr. Morgan, me

Re: Incident on previous Fri. when Claudette
sent Anita Morley to office for putting gum
in Claudette's hair.

Mr. B. talked to Anita — she didn't do it —
but Claudette and Anita became the ones
fighting. Mr. found Stephanie Rée to
be the one who threw gum.
Stephanie got a 1 day in-sch. suspension
and 2 Sat. Sch.'s

Claudette doesn't quite believe Stephanie did it —
but if she did, did like to find out why.
Stephanie is throwing things.

Mr. B. "talked" to her for not listening to what
adm. tell her about Park's in class.
If actor. plan isn't working — need to do
something else.

Claudette feels "Pressure" when being observed.
Pressure went to Mr. medication.

Talke to Ben Hartman to help calm her - feels
he's friend and cares.

Wanted to visit a tchr - friend @ Villa Maria
to observe her.



(2/4/03 mtg. continued)

Mr. commented Charlotte for turning computer around.

Suggested a letter system for collecting monies.

Jan. 21, 2003

Mtg. w/ Mr. Dishner, Mrs. Dedom, J. William,
Mr. Higgins —

Mrs. Dedom was @ computer w/ Weck to Cleo-
printing design & for an absent student
as per Mr. Higgins' request.

Anice Nealy came out of her seat — Gum
thrown at Mrs. Dedom's hair — Anice
was accused — denied it — Diverted attention
etc. (as per Mrs. Dedom)

Anice asked to be written up — wants
to be sent to a home.

Happened at ≈ 8:14 1st per. on 1/31/03.
(She didn't call Mrs. Nealy;
a similar situation happened on phone,
w/ Loren Wisinski — supposedly to throw
an eraser @ a pencil @ Mrs. Dedom)

Claudette had 2 students out on passes.
they were questioned as to who did this —
they did it was another "Gerb" —
Mr. A. had Anice in office @ 8:09, which
doesn't "gel" w/ Claudette memo



Time discrepancies.
Unsure how had many detentions —
but no misconducts prior to this.
Quantities in bulletin board.

Mrs. Mosley wants to come in for a conf.
Mrs. Wininski   "   "   "   "   "
(just acc'd w/ David Vandenlaff — accused of
and Stephanie R.i.)    throwing items

Claudette believes her Classrm.
Management Plan is working.
Dogs she monitors students closely

Action Plan — she says — is not working!
Being observed every 2 wks. isn't helping
wants to go to workshops.

Claudette DeZee

10/23/02  Classrm. Obsern.
by Mr. Keller.                    10/16 (Wed. - 5th per.)

Prep and observation - given "S"
Instruc. & effectiveness - "    "
- everything else              "    "

Mrs. DeZee - on time - took attend. etc.

Objective: telling class for clarity.
OK for indirect before moving on
to next concept

When asking ques. - said "anybody"
about time then kand had
given them time for a response.
End ques. too soon.

When bd. & overhead w/ lit. ans. -
need for reinforcement.
She doesn't lie class in Spanish -
but will try to do more.

Trys a very learn. more toward
total instead rather than
teacher centered.

Overall - lesson went well and was verified.
Mr. Higgins and Mr. Keller will observe a diff.
class next time.

In regards to Action Plan - very good.
Claudette doesn't agree that things are
going that well. She says set that there are

disruptive students.

- Mrs. Heller feels this letter is unfair because of letter plan.

- She says it helps to have her own classroom.

- More understanding from students w/ mem.

- She says she's doing the same things she's always done. But that + are still disruptive.

  she doesn't think letter plan is helping a lot.

- New strategies are lame —

- Claudette says the things things are lame —

- Mrs. Heller says things seem better. He asked repeatedly what the City could be attributed to — She didn't know because she didn't think the classes went better.

- It wasn't resolved.
  Mrs. Heller tried to be positive — she didn't seem to understand that.