Multi-Page™

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

CLAUDETTE DELEON,                    *

        Plaintiff,                   *

    vs.                              *   Case No:

CRAWFORD CENTRAL SCHOOL              *   05-126E

DISTRICT, CRAWFORD                   *

CENTRAL SCHOOL BOARD,                *

        Defendants,                  *

MICHAEL E. DOLECKI,                  *

SUPERINTENDENT,                      *

        Defendant,                   *

CHARLES E. HELLER, III,              *

ASSISTANT SUPERINTENDENT,*

        Defendant                    *

        * * * * * * * * * * *

DEPOSITION OF

JOANN WILLISON

March 6, 2006

Any reproduction of this transcript

is prohibited without authorization

by the certifying agency.

tabbies
EXHIBIT
31

1

Multi-Page™

**Page 2**

```
 1
 2              DEPOSITION
 3                  OF
 4
 5   JOANN WILLISON, taken on behalf of the
 6   Defendants herein, pursuant to the
 7   Rules of Civil Procedure, taken before
 8   m.re, the undersigned, Wendy Blair, a
 9   Court Reporter and Commissioner of
10   Deeds in and for the Commonwealth of
11   Pennsylvania, at the administrative
12   offices of Crawford Central School
13   District, 11280 Mercer Pike, Meadville,
14   Pennsylvania, on Monday, March 6, 2006,
15   beginning at 1:08 p.m.
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1
 2           A P P E A R A N C E S
 3   CALEB L. NICHOLS, ESQUIRE
 4   P.O. Box 1585
 5   Erie, PA  16507
 6      COUNSEL FOR PLAINTIFF
 7
 8   ROBERTA BINDER HEATH, ESQUIRE
 9   Andrews and Beard
10   3366 Lynnwood Drive
11   Altoona, PA  16603-1311
12      COUNSEL FOR DEFENDANTS
13
14   RICHARD S. MCEWEN, ESQUIRE
15   Pennsylvania State Education
16   Association
17   4250 Rt. 6N
18   Edinboro, PA  16412
19      COUNSEL FOR JOANN WILLISON
20
21   ALSO PRESENT:
22   MICHAEL E. DOLECKI
23
24
25
```

**Page 4**

```
 1
 2                  I N D E X
 3   WITNESS: JOANN WILLISON
 4   EXAMINATION
 5      By Attorney Heath         7    60
 6   EXAMINATION
 7      By Attorney Nichols      60   68
 8   RE-EXAMINATION
 9      By Attorney Heath        69 - 70
10   CERTIFICATE                      71
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
 1              EXHIBIT PAGE
 2
 3                                   PAGE
 4   NUMBER   DESCRIPTION        IDENTIFIED
 5   One      Personal Notes         13
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Multi-Page™**

1 High School for eight years. Have you
2 worked for the District any longer than
3 that time?
4 A.Yes, I have.
5 Q.And when did you start with the
6 District?
7 A.I started in 1980.
8 Q.And where did you work at that
9 time?
10 A.At the junior high school. I
11 also worked a year in the mid-'70s as a
12 permanent sub at the high school.
13 Q.And did you work in the junior
14 high school until the time you came to
15 Meadville High School?
16 A.Yes.
17 Q.As a math teacher?
18 A.Yes.
19 Q.Prior to becoming employed with
20 the Crawford Central School District,
21 did you work for any other school
22 district?
23 A.Yes, I did.
24 Q.Where else did you work in?
25 A.Iroquois School District in

1 Erie, and Webster School District in
2 Rochester, New York, as well as lots of
3 subbing in other states and other
4 districts.
5 Q.When did you graduate from
6 college?
7 A.1970.
8 Q.And do you have any other higher
9 education degree, post-graduate?
10 A.No, just Bachelor's.
11 Q.Is that in math?
12 A.Yes.
13 Q.Do you currently hold any
14 positions with the union?
15 A.I'm the building rep.
16 Q.How long have you been a
17 building rep?
18 A.I don't know exactly. Probably
19 since about 1985, '86, somewhere in
20 there.
21 Q.So you were also a building rep
22 when you were at the junior high school
23 as well?
24 A.Yes. Uh-huh (yes).
25 Q.And then since you came to the

1 high school, you've been a building
2 representative that entire time?
3 A.Not the first two years, but
4 after that.
5 Q.As a building rep, what does
6 that mean? What do you do relative to
7 your position with the union?
8 A.Whenever someone feels that they
9 need representation from the union, i
10 go along and take notes, and I'm
11 basically there for moral support, and
12 any questions they might have in
13 regards to their position with the
14 union.
15 Q.And relatively speaking, in the
16 hierarchy of things above you, would
17 that be the grievance chairperson?
18 A.Yes.
19 Q.And then above the grievance
20 chairperson would be the president of
21 the union, is that correct?
22 A.Yes.
23 Q.And how many building reps are
24 there at Meadville High School?
25 A.Four.

1 Q.And who are they currently?
2 A.Myself, Carl Rozxnowski, Tammy
3 Shilling and Rick Zylak.
4 Q.How do you spell his last name?
5 A.Z-Y-L-A-K.
6 Q.And for the school year
7 2002/2003, were the same four people
8 building reps?
9 A.No.
10 Q.I know you and Mr. Roznowski
11 were, correct?
12 A.Right.
13 Q.There were two other different
14 people?
15 A.Mr. Zylak was, and I don't
16 remember who the fourth one was.
17 Q.In preparation for today, did
18 you review any notes or files from the
19 PSEA kept on record?
20 A.Just only my own notes.
21 (Willison Exhibit Number
22 One marked for
23 identification.)
24 BY ATTORNEY HEATH:
25 Q.And looking at what's been

Multi-Page™

Page 18

1 A.I don't remember if that was Mr.
2 Hootman or Pat Deardorff in '02.
3 Q.But from what you recall, one of
4 them, at least, ---
5 A.Yes.
6 Q--- told you that legally it
7 would be better if a woman went in for
8 moral support?
9 A.Right.
10 Q.Was there any other discussion
11 that you can recall concerning why a
12 woman would be preferable?
13 A.No, not that I recall.
14 And prior to this time, I know
15 you worked in the same building as Ms.
16 deLeon. Did you know her?
17 A.Oh, yes.
18 Q.Did you socialize with her?
19 A.No, not outside school. No.
20 Q.And did you talk to Claudette
21 prior to going into the meeting of
22 October 23rd, 2002; if you recall?
23 A.I don't remember.
24 Q.And looking at these two pages
25 of notes, do you recall --- does this

Page 19

1 refresh your recollection in any way as
2 to what the issues were that were
3 discussed at this meeting?
4 A.Yes.
5 Q.Now, there's an action plan that
6 is mentioned. Did you have that action
7 plan available to you to review?
8 A.No, no.
9 Q.So at no time did you ever
10 review the action plan, is that what
11 you're saying; that's referred to in
12 this meeting?
13 A.No.
14 Q.Who is in this meeting other
15 than yourself and Claudette deLeon?
16 A.Mr. Heller and I think Mr.
17 Deimer.
18 Q.And what was discussed?
19 A.Basically was based on a
20 classroom observation that they had
21 done on her.
22 Q.And what do you recall
23 specifically about what was discussed?
24 A.Basically that they thought
25 things were going better for her in the

Page 20

1 classroom, and wanted to know if she
2 agreed. And she said yes, that she
3 thought things were going better.
4 Q.And then you said at the bottom
5 page, on the second --- which would be
6 the last page of your exhibit towards
7 the bottom, Mr. Heller says things
8 being better. He asked repeatedly what
9 the --- now is C-H-G, is that change?
10 A.Yes.
11 Q.Change would be attributed to?
12 She, referring to Ms. deLeon, didn't
13 know because she didn't think the
14 classes were better. It wasn't
15 resolved. Mr. Heller tried to be
16 positive. She didn't seem to
17 understand that. Do you recall what
18 you meant by that?
19 A.She felt that she still had ---
20 what she said to me at the time ---
21 and this is Claudette when you
22 say she?
23 A.Claudette. That she didn't
24 think things were going all that better
25 based on the action plan.

Page 21

1 Q.And do you recall any specifics?
2 A.No, I don't.
3 Q.And she discussed ongoing issues
4 with student discipline?
5 A.Yes.
6 Q.At that time?
7 A.Yes. She did mention that.
8 Q.What do you recall about that?
9 A.Just that she was still
10 concerned about the discipline in her
11 room, but frankly, I don't remember the
12 specifics.
13 Q.Is there anything else that you
14 recall that was discussed relative to
15 this meeting in October of 2002?
16 A.No, I don't remember.
17 Q.And as you said, at this point,
18 you had not seen the action plans?
19 A.No, I hadn't seen it. No.
20 Q.The two pages preceding the last
21 two pages, it looks like it's the next
22 meeting that you were involved with,
23 which is dated January 31st of 2003.
24 And again, it's two pages of notes
25 concerning this meeting. And this is a

Multi-Page™

Page 26

1 I gave her more time to be consistent.
2 Q. And relative to -- there's a
3 statement on the first page, again,
4 about having her back to the class and
5 there was gum being thrown at her and
6 then the eraser being thrown at her.
7 Do you recall if there was any times
8 that the placement of her computer was
9 discussed?
10 A. Yes. Mr. Deshner thought it
11 would be best for her and recommended
12 to her that she turn the computer
13 around so that she was always facing
14 the class when she was sitting at the
15 computer rather than having her back to
16 the class. And so she did subsequently
17 do that.
18 Q. After the meeting of January
19 31st, 2003, did you have any
20 discussions with Ms. deLeon?
21 A. Yes.
22 Q. And what do you recall about
23 that?
24 A. We talked about what had been
25 suggested to her by the principals, and

Page 27

1 she tried to the best of her ability,
2 as far as I know, to do what they
3 suggested as far as turning the
4 computer around.
5 Q. And at this point, you still
6 hadn't seen the action plan?
7 A. No.
8 Q. Looking at the next two pages,
9 preceding two pages, I should say.
10 A. Okay.
11 Q. There's a notation at the top
12 that looks like the next meeting you
13 attended was on February 4th of 2003.
14 There's a meeting after school with Ms.
15 deLeon, Mr. Deshner, Mr. Morgan and
16 yourself. Who is Mr. Morgan?
17 A. Mr. Morgan was the assistant
18 principal at the time. He is now the
19 principal of the building.
20 Q. And if you would please take a
21 moment to look at these two pages.
22 WITNESS COMPLIES
23 BY ATTORNEY HEATH:
24 Q. Do you recall being at this
25 meeting?

Page 28

1 A. Yes.
2 Q. And essentially is it fair to
3 say that this is a follow-up of the
4 prior meeting on January 31st?
5 A. Yes, it was.
6 Q. And again, the issue of the one
7 student throwing the gum, whether or
8 not she threw the gum in Ms. deLeon's
9 hair was discussed. And then there's
10 an indication that potentially it was
11 another student. And why was it
12 necessary to have a follow-up meeting
13 on this issue?
14 A. As I recall, it was because Mr.
15 Deshner wanted to further look into it
16 to see who really was at fault.
17 Q. Which student, you mean?
18 A. Yes.
19 Q. And he ultimately reached a
20 different conclusion than Ms. deLeon
21 had concerning the student who threw
22 the gum?
23 A. Yes.
24 Q. And then there's an indication
25 towards the bottom of the first page

Page 29

1 that looks like it says George, G-E-O,
2 period, D, period, quote, scolded, end
3 quote, her for not listening to what
4 admin tells her about problems in
5 class. Do you see where I'm just
6 referring to? What do you recall about
7 that specifically?
8 A. Just basically that Mr. Deshner
9 was referring to the fact that he had
10 given her pointers for better classroom
11 control and he felt that she wasn't
12 heeding those suggestions.
13 Q. What prompted you to put the
14 word scolded in parenthesis -- I'm
15 sorry, in quotation marks?
16 A. Don't remember. Don't remember
17 now why at the time I wrote that.
18 Q. And again, had you seen the
19 action plan at all at this point?
20 A. No.
21 Q. At the bottom of the first page
22 of this February 4th, 2003 meeting,
23 there's an indication that Claudette
24 feels, quote, pressure, end quote, in
25 being observed. She doesn't want to

Multi-Page™

## Page 34

1 A.Yes, I was in the meeting.
2 Q.What do you recall?
3 A.Basically as it's written here,
4 that they were just talking about
5 professional competency, instructional
6 techniques, and her own personal
7 characteristics and traits. It was
8 just a very vague conversation. Other
9 than what's under the first item, there
10 weren't a whole lot of specifics.
11 Q.And reviewing what's under the
12 Roman numeral one there, do you recall
13 this as being an accurate
14 representation of what was discussed at
15 the meeting?
16 A.Yes.
17 Q.Do you recall who was doing the
18 talking at this time?
19 A.I believe it was Mr. Higgins.
20 Q.And did Ms. deLeon respond to
21 the first item concerning the teaching
22 techniques?
23 A.I don't remember.
24 Q.Looking at personal
25 characteristics and traits, you say Mr.

## Page 35

1 Higgins gave her a student discipline
2 log?
3 A.Yes.
4 Q.And a parent contact log?
5 A.Yes.
6 Q.And you say gave her a student
7 discipline log and a parent contact
8 log. What do you mean by that?
9 A.It was a series of papers that were
10 she could write down students that were
11 — needed discipline and also another
12 log where she could write down when she
13 had contacted parents and talked to
14 them.
15 Q.And is that something — I
16 mean, in your practice as a teacher, do
17 you keep a discipline log?
18 A.Yes, I do.
19 Q.And do you keep a parent contact
20 log?
21 A.Yes, I do.
22 Q.So was it unusual to request
23 that Ms. deLeon keep this kind of
24 information?
25 A.Some people do and — some

## Page 36

1 teachers do and some don't. So I can't
2 answer that.
3 Q.So you wouldn't say it would be
4 unusual?
5 A.It wouldn't be unusual, no.
6 Q.If you look at the second page,
7 it says, and refer to action plan. And
8 again, I understand your testimony that
9 you don't recall whether or not you saw
10 it at the time?
11 A.No, I don't remember.
12 Q.Then the last sentence says,
13 Claudette acted mad and/or upset. Mr.
14 Heller reprimanded her, reminded her to
15 act professionally. What do you recall
16 about that?
17 A.The only thing I do recall is
18 that she did seem to be upset over all
19 of the instructional technique pointers
20 as well as keeping the logs. And Mr.
21 Heller, as I said here, told her to act
22 professionally. I do remember that,
23 but I don't remember other specifics.
24 Q.When you say she was acting
25 upset, do you recall anything specific

## Page 37

1 about that? Would it have been words,
2 actions?
3 A.More actions, probably.
4 Q.And what do you recall?
5 A.Just that she just seemed
6 irritated, frustrated probably.
7 Q.Do you recall anything specific
8 about how she manifested that
9 frustration or irritation?
10 A.Maybe the look on her face and
11 just, you know, the way she was sitting
12 as opposed to the way she was sitting
13 previously to that.
14 Q.That's all you can recall?
15 A.That's all I can remember.
16 Q.In looking at the following two
17 pages, you'll see the top there it
18 says Roz, Higgins, Deshner, C. Heller,
19 Claudette and you?
20 A.Yes.
21 Q.And then the date on this
22 meeting is April 10th, 2003, and it's
23 concerning a classroom observation. Do
24 you recall why in this meeting and the
25 prior meeting there were two building

Multi-Page™

Page 42

1 said that wasn't the case. What wasn't
2 the case?
3 A.I think he was referring back to
4 that it was only one --- when she said
5 it was only one student's paper that
6 she had misplaced.
7 Q.Then you have in parenthesis
8 there, he had to warn her about being
9 disrespectful. What happened?
10 A.I don't remember exactly the details.
11 I remember exactly the details. I don't
12 Q.Do you remember anything that
13 prompted you to write that?
14 A.Well, just that she was trying
15 to make the point that it was only one
16 student's paper that she had misplaced.
17 Q.And trying to make her point, do
18 you recall anything about her demeanor?
19 A.She was getting upset.
20 Q.And could you tell that by her
21 actions or her tone of voice or both?
22 A.Both.
23 Q.And then you say here, next
24 Claudette says her class was perfect.
25 What do you recall about that

Page 43

1 discussion?
2 A.Just that she maintained that as
3 far as she was concerned, her class was
4 perfect, that the kids were well
5 disciplined and ---.
6 Q.And did this relate to one
7 particular class, or all of her
8 classes; do you recall?
9 A.I think in general all of
10 the classes, but I'm not perfectly sure
11 about that.
12 Q.And then do you recall that
13 student discipline issues were brought
14 up by Mr. Desher?
15 A.Yes.
16 Q.And she, she being Claudette,
17 indicated this was totally Mr.
18 Desher's perception that there were
19 discipline problems; is that accurate?
20 A.Yes.
21 Q.Then there was a disagreement
22 about what lesson Claudette was
23 teaching; isn't that correct, during
24 this classroom observation?
25 A.Yes.

Page 44

1 Q.That Mr. Desher believed it was
2 the same lesson she had taught in the
3 beginning of the year, and Ms. deLeon
4 disagreed; is that right?
5 A.That's correct.
6 Q.Now, if you look at the second
7 page, this is when, again, you were
8 talking about opening the classroom
9 observation papers. And you recall Ms.
10 deLeon indicating to Mr. Higgins that
11 her lawyer would respond to this
12 letter?
13 A.Yes.
14 Q.And do you recall anything else
15 that was discussed concerning her
16 lawyer being the person that would
17 respond to the letter?
18 A.Just what I have written, that
19 she was told that it wasn't a lawyer
20 issue, it was an in-school issue
21 between employer and employer.
22 Q.When it said she was told that,
23 who told her that?
24 A.There again, I didn't write it
25 down, so I don't know if it was Mr.

Page 45

1 Higgins or Mr. Desher.
2 Q.And next you say Claudette got
3 belligerent, was told by building reps
4 to calm down and not threaten the
5 administration. She didn't listen.
6 What do you remember about that?
7 A.Well, just what it goes on to
8 say, that she did threaten a grievance
9 against Mr. Desher, and basically was
10 --- when she said that, the building
11 reps were trying to calm her down and
12 get her not to say those things.
13 Q.And what was Ms. deLeon doing
14 when you say got belligerent? What
15 does that mean? What was she doing?
16 A.She was getting angry. She was
17 basically threatening them with a
18 grievance.
19 Q.Was she yelling?
20 A.Yes.
21 Q.Was she out of her chair?
22 A.No.
23 Q.Did she get out of her chair?
24 A.No.
25 Q.At some point during that

Multi-Page™

Page 50

1 A Me.
2 Q And who told you that?
3 A Right.
4 Q And what did he say concerning
5 this being insubordinate?
6 A He just said that -- he said
7 you know what that might potentially
8 mean. And I said, yes. And he said
9 implying, he said that could mean
10 termination.
11 Q And is it your understanding
12 that pursuant to your collective
13 bargaining agreement that could be a
14 grounds for termination, being
15 insubordinate?
16 A Yes.
17 Q Looking at the beginning two
18 pages of the exhibit, this is the next
19 day then, April 11, 2003. It's not
20 clear who was in the meeting other than
21 your notes indicate that Mr. Higgins
22 was there, I presume, it says Mr. H.
23 But then the next page says Mr.
24 Higgins, then it says Mr. D. Do you
25 know if that was Mr. Dolecki or Mr.

Page 51

1 Deshner?
2 A Deshner.
3 Q And was it just Mr. Higgins or
4 was it Mr. Heller also?
5 A Mr. Heller was also there.
6 Actually, that was Mr. Heller --
7 Q Mr. Heller on the page in the
8 front?
9 A -- on the first line, right.
10 Q And was Mr. Dolecki present at
11 this meeting?
12 A I don't believe so.
13 Q What do you recall prompted this
14 meeting the next day following the
15 April 10th meeting when she had to be
16 escorted out of the room?
17 A They wanted to have her come
18 back again so that we could discuss
19 what had happened the day before, and
20 also other issues that they had not
21 discussed with her in the previous
22 days.
23 Q Other issues that they didn't
24 ever get to them?
25 A Right.

Page 52

1 Q Because this meeting ended?
2 A Right.
3 Q What do you recall specifically
4 was discussed? What other issues?
5 A They were talking about another
6 student whose mother had indicated that
7 Claudette was receiving calls from her
8 doctor during class time in front of
9 students.
10 Q And would that be a violation of
11 school policy?
12 A Yes.
13 Q What did Claudette say about
14 that?
15 A Basically that she had needed to
16 get in contact with her doctor, and
17 that was the only time the doctor could
18 get back to her. And that she was
19 basically very discreet about it.
20 Q Was anything else discussed
21 about this issue?
22 A No.
23 Q What about taking calls from her
24 pharmacy?
25 A Well, other then what's written

Page 53

1 here, I don't remember.
2 Q There's an indication here at
3 the bottom of the first page, was asked
4 if she ever stepped outside classroom
5 to receive calls. She said only from
6 parents, meaning what?
7 A I would just say that if parents
8 called, she probably was meaning that
9 she stepped outside of the room in
10 order to talk to the parents, instead
11 of being in front of students.
12 Q But didn't do that when she
13 received calls from her doctor and her
14 pharmacy, is the next line?
15 A Well, that's what this parent
16 was claiming.
17 Q She said then admitted she took
18 calls from her doctor and her pharmacy.
19 Then she had said previously that she
20 only accepted outside calls from
21 parents, which leads me to believe she
22 was indicating that she didn't do that
23 when she received calls from the doctor
24 and pharmacy. Is that what you recall?
25 A Well, that's what I wrote.

**Multi-Page™**

Page 58

1 seems to refer to is the losing of
2 assignments and there's an issue about
3 that, but I don't necessarily see
4 anything concerning confidentiality
5 specifically?
6 A No.
7 Q So there's nothing else that you
8 recall independently?
9 A No.
10 Q As a teacher in the Crawford
11 Central School District, are you aware
12 of what FERPA is, F-E-R-P-A? Do you
13 know what that is?
14 A No.
15 Q Have you ever had any training
16 on student confidentiality at
17 in-service days or anything along those
18 lines?
19 A I don't know if I have.
20 Q Are you aware that there's a
21 student records policy?
22 A Yes.
23 Q If, in fact, you were sitting in
24 a classroom and received a phone call
25 from a parent, would you be discussing

Page 59

1 a student in front of other students?
2 A No.
3 Q Why not?
4 A It's not the appropriate thing
5 to do.
6 Q What is your understanding of
7 the School District's policy on student
8 confidentiality?
9 A Just that --- that it's
10 confidential. It's between parent,
11 student, teacher and sometimes not even
12 teacher.
13 Q Meaning other teachers?
14 A Just their confidential files,
15 yeah, I'm not privy to.
16 Q During any of the meetings that
17 we discussed today, was there ever a
18 period of time when Ms. deLeon was
19 looking at the floor and not making eye
20 contact with the administration?
21 A Yes.
22 Q And what do you recall about
23 that?
24 A I remember one time when it
25 happened that one --- I don't remember

Page 60

1 who it was, one of the principals asked
2 her to look at them when they were
3 talking to her.
4 Q And did you ever have to direct
5 her to look up?
6 A I don't believe I did.
7 Q Did Mr. Roznowski?
8 A I don't recall.
9   ATTORNEY HEATH:
10   I have nothing further.
11   Thank you.
12   ATTORNEY NICHOLS:
13   If you want to take a
14 short break, then I've got a few
15 questions. We'll take a short
16 break.
17   SHORT BREAK TAKEN
18   ATTORNEY NICHOLS:
19   Okay. We're back on the
20 record.
21   EXAMINATION
22 BY ATTORNEY NICHOLS:
23 Q Ms. Willison, I'm Caleb Nichols.
24 I represent Ms. deLeon. I have just a
25 few questions based on questions posed

Page 61

1 to you by Ms. Heath, and the question
2 regards, if I recall, that you said you
3 didn't understand the details of the
4 FERPA law; is that correct?
5 A Well, as those letters, what
6 they meant. I don't know what the
7 letters meant, but I know what the
8 confidentiality ---
9 Q But more specifically, as to the
10 confidentiality policy as it relates to
11 the students' records, you did offer
12 your understanding, is that correct?
13 A Yes.
14 Q And if you would be kind enough
15 to just restate that?
16 A My understanding of
17 confidentiality?
18 Q Policy as it relates to the
19 handling of students' records, here in
20 the District.
21 A The confidentiality is that any
22 student and their parents, whatever is
23 in the student's record, if it pertains
24 to classroom procedures and/or grades,
25 then the teacher is allowed to look at

**Multi-Page™**

## Page 66

```
 1   Q   Yes.
 2   Q   Okay.  All right.  Now,
 3   following on the meeting on April 11th,
 4   the next day, and as I understood at
 5   that meeting on April the 11th, again,
 6   the same questions I pose to you.  Did
 7   you hear her direct profanity at anyone
 8   during that meeting?
 9   A   Yes.
10   Q   And likewise with respect to ---
11   did you observe her physically accost
12   anyone or try to physically injure
13   anyone?
14   A   No, she didn't.
15   Q   No?  Okay.  You used the word ,
16   belligerent, and I think you used it in
17   the context with Ms. deLeon said that
18   she would file a grievance.  Do you
19   find that uncommon, someone to say I
20   feel they've been indignant or feel
21   unjustified, so I'm going to file a
22   grievance?  Is there anything
23   particularly belligerent about that?
24         ATTORNEY HEATH:
25         Objection to form.
```

## Page 67

```
 1   BY ATTORNEY NICHOLS:
 2   Q   You can answer.
 3   A   I'm not sure what I'm
 4   Q   Well, I mean, your attorney used
 5   the term belligerent in there.  But I
 6   say in the context in which you said
 7   she said that she would file a
 8   grievance.  I was asking you if using
 9   that term belligerent in that context,
10   if someone feels aggrieved and says I'm
11   going to file a grievance against you,
12   is that commonly thought to be
13   belligerent?
14   A   I don't know.  It was in the
15   context of the meeting.
16   Q   Yeah, but I'm saying is what she
17   said she would do, she had a right to
18   do, you know.  As a union person, you
19   wouldn't deny that she had a right to
20   file a grievance if she felt aggrieved;
21   right?
22   A   Right.
23   Q   Well, if you seek to exercise
24   your right, then is it really fair to
25   say that that is characteristically
```

## Page 68

```
 1   belligerent or insubordinate?
 2   A   I don't know.  That wasn't my
 3   determination.
 4   Q   Do at least one occasion, based
 5   on your notes, you say that Mr. Deaner
 6   admonished Ms. deLeon to be respectful?
 7   A   Yes.
 8   Q   And to be professional?
 9   A   Yes.
10   Q   Did he raise his voice when he
11   said that?
12   A   I don't remember.
13   Q   Would it be proper to say be was
14   chastising her?
15   A   It's more of a reminder.
16   Q   In the course of these meetings,
17   do you hear him make these ---
18   admonished her more than once in this
19   sense?
20   A   I only recall the once, because
21   that was the only meeting that I have
22   it written down in my notes.
23   Q   Okay.  All right.  Excuse me.
24         ATTORNEY NICHOLS:
25         I have no more questions.
```

## Page 69

```
 1         I have no more questions.
 2         ATTORNEY HEATH:
 3         Just as a follow-up.
 4         RE-EXAMINATION
 5   BY ATTORNEY HEATH:
 6   Q   In reviewing your notes, would
 7   it be fair to say that it's a fairly
 8   objective record of what occurred?
 9   A   Yes.
10   Q   And a factual record of what
11   occurred?
12   A   Yes.
13   Q   Mr. Nichols asked you if, in
14   fact, when you wrote down that Ms.
15   deLeon was behaving belligerently, it
16   was because she was expressing her
17   feelings, and you said yes?
18   A   Yes.
19   Q   But essentially, is it fair to
20   say that she was expressing her
21   feelings so vehemently that you felt
22   compelled to use the word belligerent?
23   A   I don't remember why I used that
24   word, to be honest with you.
25   Q   There was another question about
```

**Multi-Page™**

'02 - correct

**-'-**
'02 [2] 17:10,24 18:2
'70s [1] 10:1
'86 [1] 11:19

**-0-**
05-126E [1] 1:7

**-1-**
10/23 [1] 17:10
10th [1] 37:22 39:17
51:15,24 65:5,10,11
11 [1] 50:19
11280 [1] 2:11
11th [1] 63:5
13 [1] 5:5
1585 [1] 34
16 [1] 16:19
1641 [1] 3:18
1650 [1] 3:5
1660-1311 [1] 3:11
1970 [1] 10:7
1980 [1] 10:7
1985 [1] 11:19
1:08 [1] 2:13

**-2-**
2002 [6] 14:18,22 18:22
21:13 31:8,9
2002/2003 [1] 13:7
2003 [6] 21:23 22:7
26:19 27:13 29:22 37:22
39:17 50:19 65:5,11
2004 [1] 16:19
2005 [1] 16:18
2006 [2] 1:21 2:12
23rd [2] 14:18,22 18:22
2:15 [1] 70:18

**-3-**
3/19/03 [1] 32:16
31st [4] 21:23 22:7 26:19
28:4
33 [6] 6:1 3:10

**-4-**
4250 [1] 3:17
4th [2] 27:13 29:22

**-6-**
6 [1] 1:21 2:12
60 [1] 45:7
63 [1] 6:4
66 [1] 6:4
68 [1] 4:7
69 [1] 4:9
6N [1] 3:17

**-7-**

7 [1] 4:5
70 [1] 4:9
71 [1] 4:10

**-A-**
ability [2] 27:1 54:13
above [2] 12:16,19
accepted [1] 53:20
according [1] 23:16
accost [3] 65:19,20 66:11
accurate [3] 34:13 43:19
act [2] 36:15,21
acted [1] 36:13
acting [1] 36:24
action [1] 59:19
actions [3] 37:2,3 42:21
addressing [1] 41:6
admin [1] 29:4
administration [1]
30:13 39:6 40:18 45:5
46:24 47:1,21 48:17 49:23
57:3 59:20
administration's [1] 2:9
administrative [1] 2:9
admitted [2] 41:11 53:17
admonished [2] 68:6,18
affect [1] 25:1
afterwards [1] 39:10
again [3] 21:24 22:1 26:3
28:6 29:18 32:19 36:8
44:7,24 51:18 56:17 57:24
66:5
against [2] 45:9 67:11
agency [1] 1:25
aggrieved [2] 67:10,20
ago [1] 15:19 16:10
agreed [1] 20:2
agreement [1] 50:13
ahead [1] 63:20
allegation [1] 62:5
alleged [1] 62:25
allow [1] 25:17
allowed [1] 61:25
allowing [1] 49:19
along [3] 12:10 38:23
58:17
Altoona [1] 3:11
always [2] 25:23 26:13
Andrews [1] 3:9
angry [2] 45:16 46:18
answer [1] 8:21 36:2
57:24 67:2
answering [2] 8:17 67:3
apologize [1] 32:11
appear [2] 14:12 32:3
Appendix [1] 54:2
appropriate [1] 59:4

April [1] 37:22 39:17
50:19 51:15 64:23 65:5
65:11 66:3,5
arbitration [1] 16:15
ascertained [1] 22:19
assignments [1] 58:2
assistant [2] 1:15 27:17
Association [2] 3:16
40:11
assume [1] 8:22
assuming [1] 40:5
attached [1] 33:17
attachment [2] 33:6,6
attempt [1] 65:19
attend [1] 22:10
attendance [1] 64:25
attended [1] 27:13
attitude [1] 54:13
attorney [27] 4:5,7,9 6:3
7:7 13:24 14:5 15:20 20:25
27:23 39:23 56:19,23 60:9
60:21,23,25 69:2,5
attributed [1] 20:11
authorization [1] 1:24
available [1] 19:7
aware [3] 30:22 57:9,20
58:11,20

**-B-**
Bachelor's [1] 11:10
bargaining [1] 50:13
base [1] 32:2
based [3] 19:19 20:25
21:18 60:25 68:4
Beard [1] 3:9
became [1] 65:7
becoming [1] 10:19
beginning [4] 2:13 40:4
44:3 50:17
behalf [1] 2:3
behaving [1] 69:15
behavior [1] 46:13
bell [1] 17:7
belligerent [1] 45:3,14
46:16,21 66:16,21 67:5,9
67:13 68:1 69:22
belligerently [1] 69:15
best [4] 17:17,20 26:11
27:1
better [1] 18:7 19:25
20:3,8,14,24 24:25 25:5,8
25:17 29:10
between [1] 24:21 44:21
59:10
Binder [2] 3:8 7:10
bit [1] 39:20
Blair [1] 2:6
board [2] 1:9 24:3 54:25
book [1] 41:12
bottom [1] 20:4,7 23:10

24:15 28:25 29:21 40:2
53:3
Boxu [1] 3:4
breach [2] 57:12
break [4] 8:25 60:14,16
60:17
brief [1] 8:6
brought [2] 7:13 43:13
building [21] 9:16 11:15
11:12,12:1,5,23 13:8
17:15 18:15 27:19 31:25
37:23 38:4 45:3,11 46:25
47:21 49:23 56:8
bulletin [1] 24:3

**-C-**
C [3] 3:1 7:1 37:18
C-H [2] 20:9
C-H-G [1] 20:9
C-L [1] 40:5
Caleb [2] 3:3 60:23
calls [7] 52:7,23 53:5,13
53:18,20,23
calm [1] 30:5 45:4,11
calmed [2] 48:13 49:14
49:1
cannot [2] 9:5 62:15
care [1] 30:6
Carl [2] 1:6 7:12 14:6
22:15 32:21
Casper [9] 1:6 7:12 14:6
17:4 42:1,2 49:19 64:4,10
59:14
categories [1] 54:9
central [1] 7:9 2:10
7:11 9:13 10:20 15:14
58:11
CERTIFICATE [1]
4:10
certifying [1] 1:25
chair [4] 17:22 45:21,23
46:1
chairperson [3] 12:17
12:20 31:4
change [3] 20:9,11 25:22
characteristically [1]
67:25
characteristics [2] 34:7
34:25
CHARLES [1] 1:14
chastising [1] 68:14
choose [1] 9:2
circumstances [1]
17:13
Civil [1] 2:5
claiming [1] 53:16
claims [1] 41:13
class [13] 26:4,14,16 29:5
41:12 42:24 43:3,7 48:21
52:8 56:2 62:7,10
classes [4] 20:14 25:22
43:8,10
classroom [23] 19:20
20:1 22:18 24:17,22,24
25:1,4,7,14,17,18,21
29:10 37:22 40:7 43:24

44:8 53:14 56:14 57:23
Claudette [2] 1:4 7:14
14:24 17:10 18:20 19:15
20:21,23 24:15 26:13
30:23 32:17,19 36:13
37:19 39:5 40:5 41:11
44:24 43:16 22:4 45:2 46:22
527,13
cleaning [1] 55:22
clear [4] 8:23,24 9:9
50:20
collective [1] 50:12
college [1] 11:6
Commission [1] 17:3
Commissioner [1] 2:7
commonly [1] 67:12
Commonwealth [1] 2:8
communication [1]
54:15
compassionate [1] 38:3
completed [1] 69:22
competency [2] 33:5
34:5
complaints [2] 57:10,21
COMPLIES [1] 22:4
computer [4] 26:8,12,15
27:4
concerned [2] 21:10
43:3
concerning [1] 7:14
14:17 18:13 17:3 18:11
21:25 28:21 34:21 37:23
57:12,12 58:4
conclusion [1] 28:20
CONCLUDED [1]
70:18
confidential [2] 59:10
59:14
confidentiality [6]
57:13 58:4,16 59:8 61:8
61:10,17,21
conflicting [2] 23:18
considered [1] 70:9
consistent [1] 26:1
contact [6] 35:4,7,19
52:16 59:20 70:6
contacted [1] 35:13
contained [1] 40:7
context [4] 66:17 67:6,9
67:15
contract [1] 48:19
control [1] 29:11
conversation [1] 34:8
41:17,20 55:5,9,17
conversations [1] 56:13
cooperate [1] 54:13
correct [26] 8:2 9:14,15
12:21 13:11 23:1,2 25:14
25:1,4,17,18,21 43:23 44:5
54:15 56:9 61:4,12 62:10

interactions [2] 15:8
56:7
investigation [1] 23:18
investigator [1] 17:1
involved [2] 17:14 21:22
Iroquois [1] 10:25
irritated [1] 37:6
irritation [1] 37:9
issue [14] 22:13,13,24
23:3,14 28:6,13 32:7 41:3
41:22 44:20,20 52:21 58:2
issues [7] 19:2 21:3 43:13
51:20,23 52:4 56:15
item [2] 34:9,21

-J-
January [4] 21:23 22:7
26:18 28:4
JOANN [1] 1:20 2:3 3:19
4:3 ?3
junior [3] 10:10,13 11:22

-K-
keep [12] 9:3,9 15:6,14
15:15,16 32:12 35:17,19
35:25 64:1 70:8
keeping [3] 36:20
kept [1] 13:19
kids [1] 43:4
kind [6] 30:24 31:10
35:23 38:11,22 61:14
kinds [1] 55:23
knew [3] 31:3 57:19 63:2
knowledge [1] 7:21
known [1] 31:5

-L-
L [1] 3:3
last [13] 13:4 14:19,20
15:19 16:8,10,10,23 17:11
20:6 21:20 36:12 54:20
latter [1] 7:23
lawyer [1] 61:4
lawyer [2] 44:11,16,19
lay [1] 40:8
leads [1] 53:21
least [3] 7:23 18:4 68:4
leaving [1] 25:25
legally [1] 18:6
lesson [3] 43:22 44:2
55:21
letter [2] 44:12,17
letters [1] 61:5,7
level [1] 9:23
likewise [1] 66:10
line [1] 51:9 53:14
lines [1] 58:18
listed [2] 22:16 24:11
listen [1] 45:5 46:10
listening [1] 29:3

located [2] 25:1,4
log [7] 35:2,4,7,8,12,17,20
logs [7] 15:7 36:20 63:11
64:1,2 70:1,6,6,8
longer [1] 10:2 39:20
look [15] 14:19 22:10 24:1
27:21 28:15 32:13 36:6
37:10 39:20 40:2 41:1
44:6 60:2,5 61:25
looking [12] 14:23 14:11
18:24 27:8 34:24 37:16
39:16 50:17 54:1 57:25
59:13 64:24
looks [3] 21:21 27:12
29:11
losing [2] 58:1
lots [1] 11:2
Lynnwood [1] 3:10

-M-
mad [1] 36:13
mandated [3] 64:10,12
70:7
mandatory [3] 64:7,8
70:2
manifested [1] 37:8
manner [1] 48:2
March [2] 1:21 2:12
marked [4] 13:22 14:1
15:5 16:4
marks [1] 29:15
materials [3] 25:23,24
math [3] 9:22 10:17 11:11
maturity [1] 54:14
may [3] 8:25 65:9,10
Meadville [3] 2:11 9:17
9:25 10:15 12:24
mean [12] 12:6 24:4 25:12
28:17 31:17 33:8,16 45:15
49:25 50:8,9 65:18 67:4
meaning [5] 49:17,18
53:6,8 59:13
means [1] 33:9
meant [4] 20:18 23:11
61:6,7
medication [7] 30:1,2
30:18,24 31:3,13,14
meeting [10] 14:17 15:1
17:9 18:21 19:3,12,14
28:1,7 31:17 33:8,16,16
49:2 55:8 67:4
meetings [7] 7:23 14:24

57:15 59:16 64:22 68:16
mentioned [1] 21:7
mention [3] 19:6 52:8
Mercer [1] 2:11
MICHAEL [2] 1:11
3:22
mid [1] 10:11
might [19] 12:12 32:6 50:7
minute [1] 39:19
mischaracterizes [1]
59:19
misplaced [4] 41:11,16
42:6,16
missing [3] 41:5,15,21
moment [2] 22:3 27:21
Monday [1] 2:12
moral [4] 12:11 17:18
18:8 38:9
most [1] 40:7
mother [1] 52:6
Morgan [4] 27:15,16,17
30:15
Morgan's [2] 47:5 48:11
Mrs [1] 22:1
Ms [49] 7:8 14:5 15:8 16:9
17:3 18:15 20:12 22:25
23:5,16,20,20 26:20 27:14
28:8,20 30:3,3 34:20 35:23
41:7 44:3,9 45:13 55:6,14
55:24 56:7,13 57:1,10
59:18 60:23,24 61:1 62:6
63:12 64:6 65:7,21 66:7
66:17 68:6 69:1,4 70:4

-N-
N [3] 3:1 4:1 7:1
name [5] 7:8,9,20 13:4
necessarily [1] 58:3
necessary [5] 28:12 39:4
need [6] 12:9 38:5,13 39:2
needed [6] 15:22 17:15
35:1 38:18 39:9 52:15
nervous [1] 31:21
nerves [1] 32:3
never [2] 8:2,3
New [1] 11:2
next [13] 21:21 27:8,12
32:10,16 42:23 45:2 49:16
50:8,23 51:14 53:14 66:4
Nichols [1] 3:23 4:7 14:5
60:12,18,22,23 63:21 67:1
68:24 69:13 70:14
Nine [1] 9:24
nod [1] 9:6
notation [1] 27:11
notations [1] 16:2
note [1] 8:4
noted [1] 41:3
notes [3] 5:5 7:19 12:10
13:18,20 14:2,3,11,11,16
14:20 15:4,7,11,18 18:25
21:24 23:25 24:2,15 33:17
33:18 38:21 39:16,18

41:23 50:21 56:3 57:25
64:25 68:5,22 69:6
nothing [3] 40:16 58:7
60:10
now [14] 19:5 20:9 24:14
27:18 29:17 38:13 44:6
62:3 63:5,13 64:9,21 65:9
66:2
Number [2] 5:4 13:21
numeral [1] 34:12

-O-
O [1] 7:1
oath [1] 8:10
object [2] 63:18
objection [6] 6:1 66:25
Objection [3] 6:1 66:23
objective [1] 65:8
obscenities [1] 24:3
observation [6] 19:20
37:23 40:8,19 43:24 44:9
observe [1] 66:11
observed [3] 29:25 30:12
65:13
occasion [1] 68:4
occurred [3] 14:17 33:1
40:12 69:8,11
October [3] 14:18,22
18:22 21:15 31:6
office [2] 61:11 62:17,23
offices [1] 2:10
office [3] 15:14 47:6,12
47:17 48:6,7,11
order [3] 32:11,12 53:10
outside [4] 18:19 53:4,9
53:20
overall [1] 54:3
own [16] 13:20 14:10 15:15
15:16 31:18 34:6

-P-
P [3] 3:1,1 7:1
p.m [2] 2:13 70:18
P.O [1] 3:4
packing [1] 25:25
page [12] 51:3 6:3 20:5
20:6 23:10 24:1,15 26:3
28:25 29:21 32:15 36:6
40:3,3 44:7 50:23
51:7 53:3 54:1
pages [14] 14:20 17:12
18:24 21:1,2 26:19 27:12
27:8,9,21 33:23 37:17

39:18 50:18
paper [3] 42:5,16
papers [3] 35:9 41:11
44:9
paragraph [2] 24:2,11
paragraphs [3] 35:4,7,19
53:15 56:1 58:25 59:10
62:1,8 64:1
parenthesis [2] 29:1,4
42:7
parents [1] 24:10 35:13
53:6,7,10,21 57:21 61:22
63:19
parent's [1] 57:9
part [1] 64:12
particular [3] 43:7 64:23
particularly [1] 66:23
passes [1] 23:9
Pat [1] 18:2
pause [1] 55:3
pencil [1] 23:5
Pennsylvania [3] 1:2
2:9,12 3:15 17:2
people [3] 13:7,14 35:25
38:15 59:14
perfect [3] 43:7 70:8
perception [1] 43:18
perceptions [1] 42:24 43:4
46:23
perfectly [1] 43:10
period [4] 29:2,2 48:20
59:18
permanent [1] 10:12
permission [1] 62:2
person [4] 7:21 38:10
44:16 67:18
pertains [1] 5:5 15:7
16:1 34:6,24
pharmacy [4] 52:24
53:14,18,24
phone [2] 58:24 64:2
phonetic [1] 17:25
physical [4] 48:2 65:17
physically [4] 65:19,20
66:11,12
Pike [1] 7:24
Place [1] 7:24
placement [1] 26:8
Plaintiff [2] 1:5 3:6
plan [20] 19:5,5,10 20:25
24:17,19,22,23 25:6 27:6
29:19 32:23,23,25 41:16
367 56:16 64:13 70:5,9
plans [2] 21:18 55:22
playing [2] 38:21,25
plead [1] 49:19
pleadings [1] 21:17 27:5 29:19
30:23 42:15,17 45:25
pointers [3] 29:10 30:19
30:23 42:15,17 45:25
policy [6] 52:11 58:21
59:7 60:6,10,18 63:13
pose [1] 66:6
posed [2] 60:25 65:12

**50.10,14**
testified [2] 7.4 63:7
testify [1] 16:11
testimony [4] 36:8 62:14
62:18,24

Thank [2] 60:11 70:13
they 've [1] 66:20
thinking [1] 23:21
third [1] 32:14
thought [6] 17:16 19:24
20:3 26:10 31:25 67:12
threaten [3] 45:4,8 46:10
threatening [3] 45:17
46:19
three [2] 39:18 55:11
threw [2] 28:8,21
through [3] 9:24 31:4
throwing [3] 22:25 23:4
28:7
thrown [3] 23:21 26:5,6
times [3] 22:17 23:24
26:7
today [4] 7:25 8:9 13:17
14:4 33:25 56:6,12 59:17
today's [1] 14:9
tone [1] 42:21
took [4] 7:23 41:23 47:2
53:17
top [4] 27:11 37:17,40:3
41:1
topics [1] 54:7
totally [1] 43:17
towards [4] 20:6 28:25
46:2 48:1
training [1] 58:15
traits [2] 34:7,25
transcript [1] 1:23
traveling [2] 25:2,12
treatment [1] 57:22
trick [1] 16:21
tried [5] 20:15 27:14 47:6
48:12 57:6
try [4] 25:10 46:7 47:18
48:6 49:1 66:12
trying [1] 16:21 38:2,3
38:4 42:14,17 45:11 46:5
47:13 49:13,14
turn [3] 15:17,22 26:12
turned [1] 15:23
turning [2] 27:3 55:21
twelve [1] 9.24
two [25] 12:3 13:13 14:20
17:11 18:24 21:20,21,24
22:3 23:8 24:1,10,15 27:8
27:9,21 33:23 37:16,25
38:15 39:14 41:9,15 50:17
64:22
type [2] 41:24 58:6

**-U-**
ultimately [1] 28:19
uncommon [1] 66:19
under [2] 8:10 34:9,11

undersigned [1] 2:6
understand [8] 8:16,18
20:17 36:8 49:9 61:3 62:3
66:4
understood [1] 8:22
unfair [1] 57:22
union [3] 11:14 12:7,9,14
12:21 15:12 17:21 67:18
UNITED [1] 1:1
unjustified [1] 66:21
unpack [1] 35:24
unpacking [1] 25:25
unsatisfactories [1]
54:8
unsatisfactory [1] 54:3
unusual [3] 35:22 36:4,5
up [6] 7:20 9:10 30:22
43:14 48:1 60:5
upset [7] 36:13,18,25
42:19 48:14 49:9 65:7
used [3] 46:16 66:15,16
67:4 69:23
using [1] 67:8

**-V-**
vague [1] 34:8
various [1] 62:5
vehemently [1] 69:21
verbal [1] 9:4
versus [1] 24:22
violation [1] 52:10
voice [2] 9:10 42:21
vs [1] 1:6

**-W-**
walked [1] 55:10
warn [1] 42:8
Webster [1] 11:1
Wendy [1] 2:6
WESTERN [1] 1:2
whereas [2] 25:1 64:18
whole [1] 34:10
Willison [2] 1:20 2:3
3:19 4:3 7:3,8,9 13:21
14:1 15:5 16:4 60:23
worked [4] 9:18,25 10:2
10:11 18:15 31:24
words [1] 37:1
woman [2] 18:7,12
word [6] 16:12 29:14
46:21 66:15 69:22,24
write [4] 35:10,12 42:13
44:24
writing [1] 33:13
written [8] 22:22 24:7
34:3 40:15,17 44:18 52:25
wrist [2] 47:3,11

wrong [2] 7:9 41:12
wrote [3] 29:17 46:20
479 53:25 69:14

**-X-**
X [1] 4:1

**-Y-**
year [3] 10:11 13:6 15:19
16:10 44:3
years [4] 9:20 10:1 12:3
yelling [1] 45:19
yet [1] 23:22
York [1] 11:2
yourself [3] 19:15 22:2
27:16

**-Z-**
Z-Y-L-A-K [1] 13:5
Zylak [2] 13:3,15

68:22

COMMONWEALTH OF PENNSYLVANIA )

COMMISSIONER OF DEEDS        )

C E R T I F I C A T E

I, Wendy Blair, a Commissioner of Deeds in

and for the Commonwealth of Pennsylvania, do

hereby certify:

That the witness whose testimony appears in

the foregoing deposition, was duly sworn by me on

said date and that the transcribed deposition of

said witness is a true record of the testimony

given by said witness;

That the proceeding is herein recorded fully

and accurately;

That I am neither attorney nor counsel for,

nor related to any of the parties to the action in

which these depositions were taken, and further

that I am not a relative of any attorney or

counsel employed by the parties hereto, or

financially interested in this action.

_____
Wendy Blair, Reporter

WENDY S. BLAIR
Commonwealth of Pennsylvania
Commissioner of Deeds
My Commission Expires June 5, 2005

·PITTSBURGH, PA    ·ERIE, PA    SARGENT'S
COURT REPORTING    ·INDIANA, PA

·PHILADELPHIA, P
·SOMERSET, PA

Joann Williams' notes

EXHIBIT 32

Fri. 4/11/03

Mrs. H: Cl. has rt. to disagree.
Cl. must honor Clm - if disagree - can ask ques. & can write reply.

Mrs. B: tv: letter from Mrs. Albaugh
Re: phone conversations w/ = Cl - requesting work
4/4 Adam Albaugh - brought a statement that his work were given to Mr. Bourne
Adam wrote in 8 th per. class quite awhile for her to help him - came back last 5 min. of class.

Adam came in 4 th only requesting back assign.s
Cl. wrote up a memo - to Mr. B. stating
She had given Adam his assign + he lost it again - She gave it to him again.
(Cl. was observed 4/2, paragraph 4/3, this incident occurred 4/4)
- was asked if she even stepped outside classrm.
to receive calls - She said only from favorite.
Mrs. Albaugh said Cl called pharmacy - "attendents"
found it. (Clm admitted she took call from her Dr. and her pharmacy.)

Mrs. B: reminded her that three calls should be happening on planning time only.

Mr. Nagano — Appendix A   — overall unratified

Token: Effectiveness - U.
Token: Student Interaction - U.
Response to Supervision - U.
Attitude - U.
Ability to Cooperate - U.
Maturity - U.
Dependability - U.
Communication - U.

① Admin. Team — as per Mr. Dolecki
      recommending dismissal to board
   suspended without pay - (board will vote on 4/28)

Ques:
   Alberg — compensated for days worked.
          — Should receive next in more paycheck
   Bertin — terminated in 30 days of board. (end
   GreenPlane — Prog. of les. Dist.
          Gradebook - prep.
          Students work.

3/19/03   Rtg. w/ C. Dehrer
Mr. Dehrer, Mr. Higgins, Mr. Heller, Roy, Charlotte, me

(Mtg. - 4th per 3/24/03
meet to discuss
strategies
and steps.

Revised action plan.

I. Prof. Competency    (refer to attachment)
   Instruct. Techniques

   - @ door - waits for students without
     materials - send to locker.

   - Give extra worksheets.
     Be aware of absences! Have materials
     for them!

   - Jumping around in book had students
     confused! (w/much to 60 pp.)

   - Consistency in what students are doing.

   - Remember who turned in materials.

   - Watch statements that are being made
     to students.

II. Person Chars. & Traits
    Mr. Higgins gave her a "Vect. Discipline log."
    and a "Parent Contact log."

    - Gives consistency in logging.



III Judgment & Org.
Refer to action plan -

Charlotte acted mad and/or upset - Mr. Wells
reprimanded her - Reminded her to act professionally

Rep. G. Higgins, W. Buckner,
C. Weller, Claudette, me.

Mtg. Thurs. 4/10/03
Re: Classrm observation

Prt. w/ Stud & w/ missing work - ongoing.
Claudette admitted she misplaced papers -
in gradebook in wrong class. Consequently/stud.
As Higgins had to talked to 2 students who
were missing work that she misplaced.
Mr. Buckner said that wasn't the case.
(He had to warn her about being disrespectful)

Cl. — hope the class was perfect
Dr.Q — brought up about disruptive
Cl. — She indicated it was totally then
Mr.B — perspective. She said kids were
asking permission in Spanish to talk.
Mr.B — but no one was raising hands.
Mr.D — kids talking in Spanish
looked Cl. of teks came learn
Cl. — as in beginning of yr.
Ms.D — hope no - were teks, verag. verbs.
they disagreed

At beginning Cl. was handed a sealed
envelope which contained her most
recent Classrm observation. She

let it lay without saying until told
once again, she refused to read it
after being prompted by Rose.

Q: indicated to Myrtis that her lawyer
would respond to his letter.
- She was told it wasn't a lawyer issue.
It was an in-school issue between
employee - employer.

Q: got belligerent - was told by Bldg. reps
to calm down and not threaten admin.
She didn't listen

Threatened Grievance against Mr. R. (reminded
him that she filed & others over yrs. and
won - could win again.)

Threw in Mr. B.'s face that she was in
her spelling @ another date - but never
wrote him up. - Basically accusing
discrimination.

Q: Said she was a perfect teacher and
the admin. was harassing. Bldg. reps
couldn't stop her - admin. couldn't
stop her. Bldg. reps finally took
her out to no avail to prevent her worst,
the other was telling her to stop -

finally escorted her out to Mr. Morgan's office. Tried to calm her - couldn't. She wanted to go home — we asked admin. - they said no - she is "under

(7) Contract and must fulfill her daily obligations".
She will hold until 8th per Chris.

Admin. told [illeg.] reg. that she was insubordinate - and reminded me what that meant - implying termination

Mtg. sched. for Fri. April 11, 2003 @ 3:10.

Thurs. 3/24/03

Re: Rdg. on classroom. mangment.

Q. Higgins: Found concerns etc. (negative)

- Neg. comment in 3rd paragraph agst. Mr. Heller.
- Wants him to re-read Chap. 2 on T.A.
  managing for the classroom.

Re: Higgins:

Chap 4    pg. Ste-2    "Games"
Charlotte ① student is needfully abusive.
          "inappropy. - address after class".
          Her memo on
          When meet w/ stud. after class —
               explain why —
               wrote a rule —     inapprop. behavior.
          Will need to file "misconduct" —    write classrm. rules.
               be a game - not to be tolerated.

          ② Another doc. prob. —
             be more accurate in reporting facts.

Guss:
Dr. Higgins
help me

Chap 3    Recording Classrm.
          - a stud. did that prob. w/ - nothing done.
          - "Mr. Redneck had name prob. w/ [name blocked.]
            Just said suspended
            Charlotte has prob. w/ that!

Charlotte would like to observe
Padnuck & McDonald because they have
home Students.

— She wanted to know if she could send a student
to "time out" in another prog. Teter's room.

Dr. Higgins — wants to see more compliments
& students who are making an effort

✳ "High Achievers" — rewards —
not same as low level — based on effort

✳ descriptions — "Hard work on 'ee' and 'ea' words
Evaluative — "Hard work on HW."

Read Chapters 7 & 8        Meet 7th per. Friday
  think of what we do in classroom
  and how to utilize the specifics.

                              Turn in Due. day

Meet 3:15 - 3:45 Wed. 2/26/03
  in my room to go over above pts.

Mtg. after school 2/4/03
w/ C. Becker, Mr. Deakner, Mr. Morgan, me

R: Incident on previous Fri. when Claudette
sent Anica Presley to office for putting gum
in Claudette's hair.

Mr. D. talked to Anica - she didn't do it -
but Claudette sent Anica because she was
mad. She found Stephanie Klee to
be the one who threw gum.

Stephanie got a 1 day in-sch. suspension
and 2 Sat. sch.'s

Claudette doesn't quite believe Stephanie did it -
but if she did, she'd like to find out why
Stephanie is throwing things.

Mr. D. "Nobdd." Ken for not listening to what
admin. tells her about Presh. in class.
If actor plan isn't working - need to do
something else.

Claudette feels "Presh." when being observed.
Doesn't want to she. moderation.

Talks to Dan Hartman to help calm her - feels
his friend and cares.

Wants to mist. & teher - friend @ Villa Maria
& observe her.

(2/4/03 mtg. continued)

Ms. Commended Claudette for turning
computer around.
Suggested a letter system for collecting
mistakes.

Jan. 21, 2003

Mtg. w/ Mr. Dietrich, Mrs. Dietrich, Bill Williams,
Mr. Higgins —

Mrs. Dietrich was @ computer w/ back to class-
printing design, & for an absent student,
as per Mr. Higgins' request.

Aniece merely came out of her seat — Bum
thrown at Mrs. Dietrich's hair — Aniece
was escused - denied it - denied obscenities
etc. (as per Mrs. Dietrich)
Aniece liked to be written up - wants
to be sent to a home.

Happened at ≈ 8:14 AM per. on 1/3/03.
Bill didn't call Mrs. Hadley.
(A similar situation happened on Thurs.
w/ Gwen Wisinski - Apparently he threw
an eraser w/ a pencil @ Mrs. Dietrich)

Claudette had 2 students out of their places.
They were questioned as to who threw Bum -
they did it was another girl - Not Aniece.
Mrs. B. has Aniece in office @ 8:09, which
doesn't "gel" w/ Claudette's version.

Time discrepancies.
There has been many detentions —
but no misconduct prior to this.
Detentions on bulletin board.

Mrs. Morley wants to come in for a conf.
Mrs. Wisinski " " " "
(past acct's w/ David Vanderkloff — accused of throwing keys
and Stephanie Rui)

Claudette believes her Classroom
Management Plan is working.
Longs like Monitors Students closely

Detention Plan — the boys is not working!
Being shuffled around & uses can't helping.
wants to go to workshops.

# Charlotte DeJean

10/23/02   Classroom observation.
by Mr. Keller.

10/16 (Wed - 6th per.)

Prep and observation - given "S"
Rubric: effectiveness -    "
- everything else    "

Pres. DeJean - on time - took attnd. etc.

<u>Supportive</u>: talking slower for clarity
Ok for content: before moving on
to next concept

when asking ques - said "anybody"
would have them raised hand.
gave chances for a response.
And raise to the down.

when loud + respond w/ let. lns -
need pos. reinforcement.
She asks the others in Spanish -
but willing to do more.
They'll very clear more toward
Std. Instruct better than
teles. Centered.

Overall - lesson went well and was intended
Mr. Wagner and Mr. Keller will observe a diff.
class next time.

In regards to letter Plan - very good.
Charlotte about agree that things are
going too well. She hopes that there are

disruptive students.
- Mr. Heller feels OCR letter is unfair because of action plan.
- The OCR is helping to have her own classroom.
- Have understanding from students w/ form.
- She keeps OCR doing the same things she always done. But that's one still disruptive - she doesn't think letter/plan is helping a lot.
- Strategies are done -
- Charlotte keeps the things things are done - Mr. Heller keeps things seem better. She asked repeatedly what the chg. could be attributed to - she didn't know because she didn't think the classes were better.
- It wasn't resolved. Mr. Heller tried to be positive - she didn't seem to understand that.

EXHIBIT
33

# Commonwealth of Pennsylvania

# Professional Certificate

This certificate entitles

[illegible]

to practice the art of teaching and render professional service in the endorsement areas hereon in the schools of the Commonwealth of Pennsylvania

| Type Code | Years Valid | Date Issued | Area of Certification | Type Code | Years Valid | Date Issued | Area of Certification |
|---|---|---|---|---|---|---|---|
| 62 | 99 | 08/1994 | SPANISH | 80 | 99 | 09/1997 | E.U. PROGRAM SPECIALIST |
| 85 | 99 | 02/2000 | EQUIVALENCY | | | | |
| | | | [illegible] | | | | [illegible] |
| | | | | | | | |
| | | | | | | | |

90 COMPETENCY AREA REGISTRATION IN CONJUNCTION WITH VOCATIONAL INSTRUCTION

IMPORTANT INFORMATION ON REVERSE

*No Longer Issued

669 40 00 002970

Authorized by the Secretary of Education

# CRAWFORD CENTRAL SCHOOL DISTRICT
## MINORITY HIRINGS

| | NAME | RACE | GENDER | BEGINNING DATE OF EMPLOYMENT | ENDING DATE OF EMPLOYMENT | POSITION |
|---|---|---|---|---|---|---|
| 1 | Campbell, Vera | Hispanic | F | 8/23/2004 | Current | Guidance Counselor |
| 2 | Fralick, Susan | White - French | F | Aug-93 | Current | French Language Teacher |
| 3 | Foster, Tammy | Black | F | 5/24/2004 | Current | Elementary Teacher |
| 4 | Foster, Tammy | Black | F | 9/3/1999 | Jun-04 | Teacher Aide |
| 5 | McGee, Maria | Hispanic | F | 8/29/2005 | Current | Spanish Language Teacher |
| 6 | Rahman, Syke | White - German Origin | F | 8/22/1986 | Current | English as a Second Language Teacher |
| 7 | Deleone, Claudette | Hispanic | F | 8/22/1966 | Aug-89 | Spanish Language Teacher |
| 8 | Froebch, Doreen | Jamaican (Place of Birth) | F | 9/22/1966 | Jun-04 | Social Studies Teacher |
| 8 | Bradwell, Beatrice | Black | F | Sep-80 | Jun-02 | Lunch Monitor |
| 10 | Manning, Paul | Black | M | 10/31/1987 | Aug-01 | Substitute Custodian & Teacher Aide |
| 11 | McFerran, Lee | Black | M | 8/31/1999 | 8/28/2003 | Social Studies Teacher |
| 12 | Abea, Monsel | Hispanic (Cuban) | M | Jun-89 | Jun-78 | Spanish Language Teacher |
| 13 | Warner, Barbara | Black | F | 4/30/1979 | Jun-00 | Custodian |
| 14 | Corde, Gloria | Hispanic (Cuban) | F | 6/27/1967 | 1/27/1991 | Spanish Language Teacher |
| 15 | Powell, Harriet | Black | F | 8/31/1970 | 1/4/2002 | Elementary Teacher |
| 16 | Sterling, Val | Black | F | 10/10/1988 | 8/7/2001 | Lunch Monitor |
| 17 | Arnold, Richard | Black | M | 6/1/1987 | 6/2/1989 | Curriculum Director |
| 18 | Moody, Darrell | Black | M | 8/29/1990 | 4/18/1998 | Custodian |
| 19 | Laspina, Ilimite | French (Place of Birth) | M | Aug-08 | Jun-97 | French Language Teacher |
| 20 | Martinez, Roberto | Hispanic (Cuban) | M | Jul-64 | Jul-97 | Spanish Language Teacher |
| 21 | Morales, Marla | Hispanic (Cuban) | M | 7/16/1964 | 7/17/1964 | Spanish Language Teacher |
| 22 | Roger, Rosa | Hispanic (Cuban) | F | 8/15/1966 | Jun-88 | Spanish Language Teacher – Secondary |
| 23 | Dixon, Armedia | Black | F | 8/20/1972 | 8/23/1993 | Principal |
| 24 | Lawrence, Roland | Black | M | 5/20/1974 | 7/26/1988 | Health & PE Teacher |
| 25 | Martinez, Janine | Moroccan | F | 6/28/1978 | 6/8/2002 | Spanish Language Teacher |
| 26 | Hearn, Myrtle | Black | F | Jul-74 | 2/19/1982 | Custodian |
| 27 | Hearn, Ruth | Black | F | Jan-61 | 1/17/1988 | Custodian |
| 28 | Jenkins, Rose | Black | F | Jan-61 | 4/1/1965 | Custodian |
| 29 | Stinson, Richard | Black | M | 4/26/1963 | Aug-83 | Substitute Custodian & Truant Officer |
| 30 | Johnson, Neta | Black | M | 11/2/1978 | 1/1/1984 | Custodian |
| 31 | Asberry, Clyde Mae | Black | F | | 7/31/1987 (Retired) | Custodian |

EXHIBIT 34
tabbies

EXHIBIT
35

CRAWFORD CENTRAL SCHOOL DISTRICT
MEADVILLE, PENNSYLVANIA
**PROFESSIONAL EVALUATION INSTRUMENT**

Building __Meadville Senior High__

Grade Level 9 - 12  Years of Service as a full-time employee in the District __11__

Subject Area __Foreign Language__  Grade 6/9/00

Teacher __deLeon, Claudette__

Appendix A must be used in conjunction
with the Philosophy and Rationale Section.

S - Satisfactory   U - Unsatisfactory

A. **PROFESSIONAL COMPETENCY**
**PREPARATION - PLANNING**
ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO PREPARE, PLAN, AND USE EFFECTIVELY INSTRUCTIONAL
LESSONS APPROPRIATE TO THEIR TEACHING ASSIGNMENT.
The following criteria are guidelines for consideration:

[S]

Instruction indicates definite goals have been established in correlation with
the curriculum.
Resources in selection of instructional materials.
Teacher participates in peer-group discussion of teaching techniques
Lesson plans were purposeful.
**Comments**

Has written plans, seating charts, plus special schedules available
(when appropriate).
The room is attractive and neat (use of bulletin boards, posters, etc.
Teacher adjusts the physical features of the room to provide a
healthful and meaningful environment.
Decor or room corresponds to curriculum.

B. **TECHNIQUE - TEACHING EFFECTIVENESS**
ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO USE APPROPRIATE TEACHING TECHNIQUE TO ENHANCE
TEACHER EFFECTIVENESS.
The following criteria are guidelines for consideration:

[S]

Uses auditory and visual aids purposefully.
Makes explanations clear and concise.
Uses student's experiences to motivate interest.
Uses a variety of instructional methods.
Stimulates interest and curiosity.
Obtains positive reaction from most students
Makes effective use of community resources.
**Comments**

Encourages and directs students interactions.
Attempts to motivate students in reaching levels of performance
consistent with their ability.
Provides for student involvement in planning of classroom activities.
Maintains class control essential to the learning process
Teacher demonstrates knowledge of the subject

C. **TEACHER-STUDENT INTERACTION**
ALL PROFESSIONAL STAFF SHOULD ENCOURAGE POSITIVE TEACHER - STUDENT RELATIONSHIPS
The following criteria are guidelines for consideration:

[S]

Courtesy and tact - is polite, considerate and respectful with students;
attempts to maintain consistencies when working with students.
Encourages positive, professional relationship with students.
Strives to develop self-discipline such as responsible behavior, respect,
and honesty in the student.
Understands and respects differences in abilities, interests and needs of
students.
**Comments**

Encourages student interaction and free expression of ideas.
Encourages the development of desirable study habits and/or use of
study time.
Encourages the student in the planning of classroom activities.
Establishes an attitude of friendliness and a feeling of mutual intere
between students and teacher; shows no favoritism or partiality

II.
A. **PERSONAL CHARACTERISTICS AND TRAITS**
**RESPONSE TO SUPERVISION**
ALL PROFESSIONAL STAFF SHOULD BE ABLE TO RESPOND EFFECTIVELY TO SUPERVISION.
The following criteria are guidelines for consideration:

[S]

Demonstrates ability to work with administrators to achieve educational improvements.
Observes administrative policies while reserving the right to seek change.
Responds to constructive criticism for improvement of the educational program.
**Comments**

B. **ATTITUDE**
ALL PROFESSIONAL STAFF SHOULD DISPLAY POSITIVE ATTITUDE TOWARD ACHIEVING EDUCATIONAL GOALS.
The following criteria are guidelines for consideration:

[S]

Displays interest, enthusiasm, flexibility and dedication as a teacher.
is polite and considerate.
**Comments**

WED 2-00

**C. ABILITY TO COOPERATE**
ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO COOPERATE WITH OTHERS.
The following criteria are guidelines for consideration:
Maintains sound relationships and works constructively with students, parents and school personnel.
Carries out extra duty assignments regularly.
**Comments**

**D. MATURITY**
ALL PROFESSIONAL STAFF SHOULD DISPLAY MATURITY.
The following criteria are guidelines for consideration:
Demonstrates self-confidence and a pleasant disposition toward students, parents and co-workers, has a sense of humor.
Exhibits intelligent, mature behavior and conducts himself in a manner which exhibits professional dignity.
Demonstrates honesty and respect for laws.
**Comments**

**E. DEPENDABILITY**
ALL PROFESSIONAL STAFF SHOULD BE DEPENDABLE.
This following criteria are guidelines for consideration:
Is responsible in meeting education obligations.
Is punctual in meeting schedules, can be relied upon to take some
initiative and cope with various circumstances which may arise.
**Comments**

**F. COMMUNICATION**
ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO COMMUNICATE EFFECTIVELY.
The following criteria are guidelines for consideration:
Demonstrates appropriate use of language and voice control.
Gives clear and concise instructional directions.
**Comments**

Has listening ability.
Has skill in asking pertinent questions.

**G. PHYSICAL CHARACTERISTICS**
ALL PROFESSIONAL STAFF SHOULD GIVE ADEQUATE ATTENTION TO PERSONAL AND PHYSICAL CHARACTERISTICS.
The following criteria are guidelines for consideration:
Gives adequate attention to personal grooming and appropriate dress.
Is physically fit as evidenced by regular attendance, and the ability to carry a normal assignment. (This does not apply to temporary disabilities.)
**Comments**

Solves everyday problems realistically.
Record keeping is accurate and reports are submitted promptly and neatly.

**H. PROFESSIONALISM**
ALL PROFESSIONAL STAFF SHOULD STRIVE FOR CONTINUED PROFESSIONAL GROWTH OPPORTUNITIES.
The following criteria are guidelines for consideration:
Strives to attend workshops, seminars, etc. to provide for professional growth. Demonstrates a willingness to serve in a responsible position in
is an active member in professional organizations.    district or state educational organizations.
**Comments**

**Teacher's Comments:** (If extra comment area is needed, please attach additional sheet.)

**OVERALL EVALUATION:**

☑ Satisfactory

☐ Unsatisfactory

I have read this report and discussed it with my evaluator:

_____
Signature of Teacher

_____
Signature of Evaluator