**Page 198**

1 28th, 2002? It was dated March 18th.
2 A. Quite simply, I wasn't able to
3 because Mrs. de Leon did not return and
4 I wasn't able to have a meeting with
5 her because she was no longer at school
6 per doctor's orders. I mean, it's
7 impossible unless I went and knocked on
8 the door, and I don't think I'm the one
9 she wants to see. I mean, she's been,
10 you know, negative with us.
11 Q. But she was suspended with pay,
12 so you could have called her anytime;
13 could you have not, right? Before
14 March 28th, she was suspended with pay.
15 A. Right. But how is she going
16 to ---?
17 Q. She was available to return.
18 A. I mean, no offense, but how is
19 she going to sign, you know, the
20 evaluation, and the union rep --- I
21 mean, that's pretty difficult. I mean,
22 it's, you know, five school days she's
23 not in school, so it's almost
24 impossible to, you know, get the
25 signature. And that's where I'm

**Page 199**

1 standing.
2 Q. Would I be wrong if I said that
3 I have a sneaky suspicion the reason
4 why she did not receive that negative
5 evaluation until March 28th ---?
6 A. Unsatisfactory?
7 Q. Right. Is that it was given
8 only after the doctor had determined
9 that she was able to return to work?
10 Would my suspicion be wrong?
11 A. Absolutely. Absolutely.
12 Q. All right. Did you testify at
13 the arbitration proceeding over which
14 Arbitrator Duff presided?
15 A. Yes.
16 Q. You participated?
17 A. Yes. That would have been the
18 first arbitration for the first
19 unsatisfactory rating for '01/'02.
20 Q. May I ask you --- I don't have
21 the transcript, haven't seen the
22 transcript of that proceeding.
23 ATTORNEY HEATH:
24 Yes, you have, because
25 you gave it to me.

**Page 200**

1 ATTORNEY NICHOLS:
2 Arbitrator Duff?
3 ATTORNEY HEATH:
4 Yes.
5 ATTORNEY NICHOLS:
6 I gave you the opinion.
7 ATTORNEY HEATH:
8 I think you gave me the
9 transcript.
10 ATTORNEY NICHOLS:
11 I gave you ---?
12 ATTORNEY HEATH:
13 There's missing pages.
14 ATTORNEY NICHOLS:
15 Is that the Duff ---?
16 ATTORNEY HEATH:
17 Yes.
18 ATTORNEY NICHOLS:
19 Okay. Maybe it's the
20 earlier ones that we haven't
21 gotten.
22 ATTORNEY HEATH:
23 Yes.
24 ATTORNEY NICHOLS:
25 Okay. All right.

**Page 201**

1 BY ATTORNEY NICHOLS:
2 Q. Now, may I ask you just the gist
3 of your testimony, if you can remember?
4 A. Well, it was four and a half
5 hours long. I mean, could you be a
6 little more specific?
7 Q. Well, I mean the specific issue,
8 the issue that you addressed in your
9 testimony. Do you remember?
10 A. What issue are you referring to?
11 Q. When you testified. I don't
12 know. I haven't read that transcript.
13 I'm asking you. You said you testified
14 and I'm just simply asking you for just
15 the gist of what you testified about.
16 Do you remember? If you don't ---
17 A. It would have been, you know, in
18 regards to the action plan, the
19 unsatisfactory ratings, steps that were
20 in place for Mrs. de Leon. Basically,
21 kind of what I went through today is
22 what ---
23 Q. Was Ms. de Leon's emotional
24 state an issue in that particular
25 proceeding; do you know?

Multi-Page™

## Page 202

1 A Yes, I believe it was.
2 Q What was it; do you recall how
3 it became an issue?
4 A Actually, yeah. There was
5 Unwillingness to take administrative
6 directives, directions, suggestions for
7 improvement, often used terms such as
8 fight the administration, things along
9 those lines that would probably be
10 emotional.
11 Q Did you have occasion to read or
12 review Arbitrator Duff's opinion?
13 A It's been so long, I might
14 have. I don't recall. It's over three
15 years.
16 Q Now, I listened carefully to
17 your testimony and you recited several
18 instances where students had lodged
19 complaints against Ms. de Leon. And my
20 question is this. What was your
21 standard operating procedure when you
22 received complaints from any student?
23 How would you go about addressing those
24 complaints? And I'm not concerned in
25 this case whether they were lodged

## Page 203

1 against Ms. de Leon.
2 A You know, it depends on the
3 student and and the complaints, you know,
4 how the investigation goes. They're
5 investigating, you know. Other
6 students might be called in and
7 questioned, to speak with them and ask
8 them what their experience was and
9 maybe verify, you know, did this
10 actually happen. Is this student
11 telling me the truth? You know, what's
12 going on here? You know, speak to ---
13 Q How did you usually ---?
14 A Can you cite it if you want to
15 cite a specific --- you know, a lot of
16 different avenues.
17 Q I understand. But I'm more
18 concerned about the procedure by which
19 you would go about conducting an
20 investigation. Invariably, you will
21 conduct an investigation; right?
22 A Yes. I feel, you know, I'm
23 fair, you know, impartial. You know,
24 you listen to the student complaint.
25 If there's more than one student, you

## Page 204

1 can question other kids from the class,
2 you know, talk to the teacher, find out
3 what's going on, you know, if there's
4 something going on, you have to put
5 steps in place to improve it.
6 Q The one instance, to be more
7 specific, in one instance where I think
8 you say that there was a student, a
9 female student directed a derogatory
10 remark about Ms. de Leon?
11 A Yes.
12 ATTORNEY HEATH:
13 Object to the form.
14 BY ATTORNEY NICHOLS:
15 Q And do you then conducted an
16 investigation. And the student that
17 was called to corroborate said that he
18 didn't hear such a word.
19 A I remember.
20 Q Do you recall?
21 A Yes, I remember. I recall.
22 Q Right. So that student was not
23 subject to any kind of sanctioned
24 punishment; right?
25 A Not necessarily.

## Page 205

1 Q Well, if you remember. Was the
2 student?
3 A I can't remember specifically,
4 no. But I ---
5 Q Do you remember, though, that
6 particular student --- one of the
7 students you called forward to
8 corroborate said, no, I didn't hear her
9 call Ms. de Leon, quote, a whore,
10 right?
11 A Uh-huh (yes).
12 Q But I did hear her use another
13 offensive term; right?
14 A Right.
15 Q And did you punish the student
16 for using that language?
17 A Again, I just said that, you
18 know, I don't recall, but --- I
19 believe the student was punished, but I
20 don't recall specifically how the
21 student was punished. It wasn't as
22 severe as, you know, if that student
23 were to call Mrs. de Leon a whore.
24 That would have necessitated a three to
25 five-day suspension, I believe I

Page 206

1 testified to.
2 Q Now, some of these students that
3 directed offensive remarks against Ms.
4 de Leon, and that were students who Ms.
5 de Leon sought to sanction and punish
6 and penalize, did you, in the course of
7 your investigation, check with other
8 teachers who had responsibility for the
9 students to find out whether they were
10 also sanctioned by those teachers?
11 ATTORNEY HEATH:
12 Objection to form. First
13 of all, you're saying students
14 that directed comments to Ms. de
15 Leon. If it's not specific, I
16 think it's hard to answer the
17 question.
18 ATTORNEY NICHOLS:
19 Okay. I've been very
20 specific with respect to one ---
21 ATTORNEY HEATH:
22 That's one.
23 ATTORNEY NICHOLS:
24 --- epithet that was
25 directed, called her a whore.

Page 207

1 All right. I've been very
2 specific there.
3 ATTORNEY HEATH:
4 Correct.
5 BY ATTORNEY NICHOLS:
6 Q Now, there were other occasions,
7 I understand, that students directed
8 unfavorable remarks against her which
9 implicate her ethnicity, as well. Now,
10 I'm asking this. When these ---?
11 ATTORNEY HEATH:
12 Objection as to time
13 frame, also.
14 ATTORNEY NICHOLS:
15 Excuse me, Counsel?
16 ATTORNEY HEATH:
17 Objection for lack of
18 specificity and there's no time
19 frame. Remember, he only came
20 in 2000.
21 ATTORNEY NICHOLS:
22 I understand.
23 BY ATTORNEY NICHOLS:
24 Q But you did receive more than
25 one complaint, right, of students, Mr.

Page 208

1 Higgins?
2 A Yes.
3 Q Of students; right?
4 A Yes. Uh-huh (yes).
5 ATTORNEY HEATH:
6 Complaint is different
7 than Ms. de Leon complaint.
8 A Yeah.
9 ATTORNEY NICHOLS:
10 I'm sorry. What?
11 ATTORNEY HEATH:
12 You asked if he received
13 more than one student complaint.
14 That's a completely a different
15 topic than you were just
16 talking about, which is Ms. de
17 Leon complaining about students,
18 not vice-versa. You just asked
19 him two different questions.
20 ATTORNEY NICHOLS:
21 You're right. And I'm
22 asking first if the complaints
23 he received from the students
24 concerned Ms. de Leon, that he
25 received from the students and

Page 209

1 the parents. That's what I'm
2 asking here.
3 BY ATTORNEY NICHOLS:
4 Q And I'll ask you, when you
5 received those complaints from the
6 students and the parents, how did you
7 go about investigating? You have
8 addressed that in part, I think.
9 A I believe I have, yeah.
10 Q I think you made an effort to
11 address that, how you tried to
12 investigate. All right. Then my other
13 question is, when in the course of
14 conducting an investigation did you
15 involve Ms. de Leon? In investigating
16 such complaints, ---
17 A To discuss ---
18 Q --- did you involve her?
19 A Yes. I asked her questions
20 numerous times about, you know, what
21 went on the classroom. And the problem
22 I was having is, you know, in regards
23 to some of the investigations where she
24 would --- you know, lodge a complaint
25 against a student that the information

**Page 210**

1  I received was either not --- it was
2  not accurate, which made it difficult
3  when, you know, I'm trying to
4  support the teacher, and then you're
5  getting inaccurate information. So
6  you're spending, you know, a half hour,
7  an hour, you know, much time
8  investigating each separate situation.
9  Q Now, one last question on this,
10 though. Did you feel on any occasion
11 that Ms. de Leon intentionally gave you
12 wrong information or misleading
13 information?
14 A Yes, I do.
15 Q You feel she lied you?
16 A Yes.
17 Q Intentionally misled you?
18 A Yes.
19 Q A so in the information couldn't
20 have been a misinterpretation?
21 A No, no. Absolutely not. I feel
22 that, you know --- one episode sticks
23 out that she did intentionally try to
24 mislead me.
25 Q Well, would you state for the

**Page 211**

1  record then, very boldly, what episode
2  you're talking about?
3  A That would be the library
4  episode when students signed out of her
5  classroom and she arrived at her
6  classroom late. I believe I testified
7  that I felt that times were altered on
8  her attendance sheet and did not match
9  up with --- the student that left her
10 room did not match up with the student
11 that signed in at the library, which is
12 the same student.
13 ATTORNEY HEATH:
14 And he already did
15 testify to that.
16 BY ATTORNEY NICHOLS:
17 Q All right. I recall you
18 testifying. Now, the question is are
19 we not quibbling about a matter of
20 minutes, two or three minutes? Are we
21 not? That she said something had
22 occurred, something in X time, and it
23 was just a matter of minutes that
24 separated the two events? You said it
25 occurred --- she said it was --- but it was

**Page 212**

1  not a wide gap of time, isn't that
2  really the axis, the crux, of what
3  we're talking about?
4  A No. The point is, it wasn't
5  truthful. I got inaccurate
6  information.
7  Q But it was regarding time;
8  right? That was the essence of it;
9  right?
10 A No.
11 ATTORNEY HEATH:
12 Objection to form. He's
13 trying to answer your question.
14 BY ATTORNEY NICHOLS:
15 Q Go right ahead, Mr. Higgins.
16 A The essence was I felt she was
17 trying to show that she was being
18 harassed by myself and that I was
19 picking at little things. I feel that
20 she changed those times on purpose.
21 And as I investigated, I saw things did
22 not match up on the form, that was her
23 form, and the library's form.
24 Q Okay.
25 A You know, it didn't fit.

**Page 213**

1  Let's move to another thing.
2  A Sure.
3  Q And I don't have many more
4  questions. But I do want to get some
5  clarification on this. As I sat and
6  listened to your testimony dealing with
7  the student complaints and the
8  complaints lodged by the parents of
9  students, I noted that they were ---
10 your response was largely reactive,
11 that is, something would happen in the
12 classroom, or you would get a complaint
13 from a parent, and then you would
14 react.
15 What I'm asking is this, in
16 terms of what, if anything, that you or
17 your colleagues as administrators of
18 the School District do, for instance,
19 formulate a proactive strategy to
20 assist Ms. de Leon to gain control over
21 this class management problem? You see
22 what I'm asking you? Do you understand
23 what I'm asking you? There seems to be
24 a big problem, the recurring problem,
25 class management.

**Page 214**

1 A.That's what the whole action
2 plan thing was for, was improvement of
3 Mrs. de Leon's classroom and better
4 management in the classroom, better
5 parent relations, better student
6 relations. That's what the entire plan
7 was about from beginning to end, was to
8 improve Mrs. de Leon as a teacher, as
9 an educator, in the classroom, to make
10 her life easier.
11 Q.So you put forth the action plan
12 as one tool that you put forth, right?
13 A.It was a tool. Absolutely.
14 Q.That was a tool. Are there
15 other tools that the District put forth
16 in that --- did they help her as a
17 proactive strategy to help her in this
18 class management problem?
19 ATTORNEY HEATH:
20 Other than the tools that
21 were encompassed in the plan,
22 like the reading and the
23 classroom observations of the
24 other teachers?
25 ATTORNEY NICHOLS:

**Page 215**

1 No. He said the action
2 plan. And I'm asking ---
3 A.That's what's encompassed ---
4 ATTORNEY NICHOLS:
5 --- apart from the action
6 plan.
7 A.But that's what's encompassed in
8 it, everything. I mean, do you feel
9 there should have been more?
10 BY ATTORNEY NICHOLS:
11 Q.No, no. I don't have an
12 opinion.
13 A.I don't think I should be asking
14 any questions about ---
15 Q.I'm not expressing an opinion as
16 to what should or shouldn't have been.
17 I'm simply posing a question to you,
18 you know, as an administrator.
19 A.I felt there was, you know, a
20 lot that was put in place to help Mrs.
21 de Leon. You know, I made numerous
22 suggestions, I did informal
23 observations, you know, I worked with
24 her on the readings in the hopes that,
25 you know, it would help her better

**Page 216**

1 address classroom issues. I made
2 suggestions, you know, met with her one
3 on one, so ---
4 Q.Right.
5 A.--- I feel there was plenty of
6 support there.
7 Q.One other question you can help
8 me with, because it is troubling in my
9 mind. Maybe you can help disabuse me
10 of this, what I perceive to be a
11 discontinuity in your evaluation of Ms.
12 de Leon. I have read --- I have looked
13 at all the evaluations before you got -
14 -- it started in 1989 when she started
15 at Cochranton, coming forward to 1991
16 when she commenced employment with the
17 School District, 1993 when she was
18 granted tenure, coming forward, and she
19 was evaluated back then by Ms.
20 Templeton, Mr. Deshner, and other
21 people coming forward and up to the
22 time you arrived; okay?
23 A.Sure.
24 Q.And then I looked at your
25 evaluations. All right. And overall,

**Page 217**

1 starting off, until the March 7th
2 observation was culminated, and the
3 March 18th negative evaluation, you
4 gave her good evaluations.
5 ATTORNEY HEATH:
6 Objection.
7 BY ATTORNEY NICHOLS:
8 Q.And then the next and last
9 negative evaluation you have here was
10 the first of 2003, January 2003; okay?
11 A.Yes.
12 Q.And then you just testified ---
13 And then at the intermediate point
14 between the negative evaluation which
15 is dated March 18th, and then the last
16 negative evaluation, in January or
17 February 2003, you gave her, I thought,
18 very satisfactory evaluations and
19 commentary.
20 ATTORNEY HEATH:
21 Objection.
22 BY ATTORNEY NICHOLS:
23 Q.Now, the problem I've got it
24 this. I don't understand the whipsaw
25 effect, the wildly different

**Page 218**

1 evaluations within a relatively short
2 period of time.
3 ATTORNEY HEATH:
4 Objection. Is that your
5 question? Do you have a
6 question?
7 ATTORNEY NICHOLS:
8 Yes. That's what I'm
9 saying.
10 BY ATTORNEY NICHOLS:
11 Q. The wildly different evaluations
12 within a relatively short period of
13 time, a year or so, can you explain
14 that? I'm asking you because you did
15 the evaluation, Mr. Higgins.
16 A I can explain. I can very much
17 explain.
18 Q Please do.
19 A An observation of a teacher is
20 basically from the beginning of the
21 year to the end of the year. It's from
22 portal to portal. At any point in
23 time, you know, I mean, you can have a
24 bad observation, but it's a culmination
25 of --- you know, the final evaluation,

**Page 219**

1 the --- it's a culmination of
2 everything, okay? It's not just the
3 observations. Okay. There were a
4 couple good observations. There was
5 one bad, okay? That's not how it's
6 capped. It's capped from portal to
7 portal, what we're seeing.
8 She was on an action plan. You
9 know, we were trying to assist. She
10 wasn't accepting the action plan and
11 things weren't being done. We saw a
12 pattern. When she started out, Mrs. de
13 Leon would start out the year very
14 well, and then, you know, you get past
15 January into February, things started
16 to break down. Things started to
17 crash. We'll start to get more parent
18 phone calls. This was a pattern. And
19 this is the reason that the action plan
20 was started, because we were trying to
21 break this pattern and to improve Mrs.
22 de Leon as an educator, to give a
23 better quality education to her
24 students.
25 Q Why did you depart from the

**Page 220**

1 regular evaluation/observation
2 sequence? In her case, evaluation came
3 not in June at the conclusion of the
4 school year, it came in March. That
5 was true also when you fired her. It
6 came in April? Why did you depart, or
7 deviate, from the standard sequence?
8 A Because an unsatisfactory rating
9 can be given at any time. I mean, it
10 was more ---
11 Q Was that customary as to how you
12 evaluated other faculty and terminated
13 them?
14 A Terminated them?
15 ATTORNEY HEATH
16 Objection. Lacks
17 Foundation. You may answer.
18 A They were on action plans, but
19 they met the action plan. They moved
20 on. They were not terminated.
21 BY ATTORNEY NICHOLS:
22 Q Let me ask you this, then. Of
23 the four people who were placed on an
24 action plan, inclusive of Ms. de Leon,
25 she's the only one who was terminated;

**Page 221**

1 right? The other three, you say,
2 successfully completed the action plan;
3 is that correct?
4 A Absolutely.
5 Q And the completion of it,
6 successful completion, as you stated,
7 was that within the matter of a year,
8 or semester, or two years?
9 A Probably within a matter of a
10 school year, possibly a semester. I
11 mean, over the last six years.
12 Q I just got one last concept I
13 want to grapple with here, if I may;
14 all right?
15 A You're the man asking the
16 questions.
17 Q Okay then I will let you go. On
18 this concept of professionalism, it's a
19 term that has been kicked about here,
20 her professionalism, you know. And I
21 think that's one of the things you said
22 you've taken Ms. de Leon to task for.
23 You said she's unprofessional. That's
24 the term you used; is that right? Is
25 that a fair characterization of your

**Page 222**

```
 1   testimony?
 2   A  A part of it, yes.
 3   Q  What I'm asking is this.  At
 4   what point can a teacher disagree with
 5   his or her superior without being
 6   insubordinate?
 7   A  At what point ---?
 8   Q  Isn't that a fine line?  Can a
 9   teacher assert his or her position with
10   conviction and disagree with his or her
11   --- without being deemed insubordinate?
12   A  Disagreeing is not being
13   insubordinate.  Failing to follow an
14   administrative directive that is within
15   reason and within the law and policy of
16   the School District --- I mean, there
17   you go.  Failing to follow a directive
18   by an administrator within the policies
19   of the school and the eyes of the law
20   would be deemed insubordinate.
21      A teacher has every right to
22   respond in writing.  It says it right
23   on the evaluation.  It says it right
24   in, I think, the rationale for the
25   evaluation.  So I mean, you know, no
```

**Page 223**

```
 1   one's ever going to be punished for ---
 2   .
 3   Q  I hope not.
 4   A  Me, too.
 5   Q  Don't we cherish a robust ascent
 6   in academia?
 7      ATTORNEY HEATH:
 8         Objection.
 9      BY ATTORNEY NICHOLS:
10   Q  We cherish that, don't we?  Do
11   we?
12      ATTORNEY HEATH:
13         Objection.
14      ATTORNEY NICHOLS:
15         All right.  Moving on.
16      BY ATTORNEY NICHOLS:
17   Q  Now, in these meetings, and I'm
18   referring specifically to this March
19   12th meeting that you attended, where
20   you're saying Ms. de Leon had
21   outbursts.  During that meeting, did
22   she ever direct profanity at anyone
23   that you heard directly?
24   A  No.
25   Q  Did you see any indication in
```

**Page 224**

```
 1   where she tried to physically accost or
 2   physically assault ---?
 3   A  She stopped --- I don't know if
 4   it was during --- You know what?  I
 5   do remember a meeting with Mr. Desmer
 6   where she was directed by one of the,
 7   you know, union members trying to get
 8   her out the door and she was so angry
 9   she stepped towards Mr. Desmer and,
10   you know, started going towards him.
11   Q  But Mr. Desmer --- I've met Mr.
12   Desmer.  He's a big man, right?
13   A  Yes, he is.
14   Q  You see her size, right?  Right?
15   A  I also saw her own ---
16      ATTORNEY HEATH:
17         Objection.
18   Q  That doesn't pass the eagle
19      BY ATTORNEY NICHOLS:
20   (phonetic) test, though.  You've got to
21   admit that doesn't pass the eagle test;
22   right?
23   A  That's correct.
24   Q  Now, was there anything in your
25   experience where Ms. de Leon was
```

**Page 225**

```
 1   disrespectful to a student?
 2   A  Please be more specific.  I
 3   mean, there's ---
 4   Q  Can you point to any example,
 5   any instance in which she was
 6   disrespectful to her students?
 7   A  Without the documentation here
 8   in front of me --- again, it's been
 9   three years.  I mean, there's plenty of
10   misconducts.  You know, there's plenty
11   of those situations, but it's been
12   three years.  It's a tough question to
13   answer.
14   Q  I know on one occasion, Ms. de
15   Leon asked for union representation at
16   a parent/teacher conference and she was
17   denied such.  Are you aware of
18   instances where she asked for union
19   representation at any conference and
20   the administration did not make that
21   available to her?
22   A  No, I'm not aware of that at
23   all.  Never, no.
24   Q  Now, you're the assistant
25   principal.  The prerogative involving
```

Multi-Page™

**Page 226**

1 the assignment of a classroom to
2 teachers is done by the principal; is
3 it not? That's the prerogative of the
4 principal?
5 A Yes, it is. It is.
6 Q What is the criteria that Mr.
7 Deshner uses, or ---?
8 A You'd have to ask Mr. Deshner.
9 Q Okay. Well, that the current
10 principal uses?
11 ATTORNEY HEATH:
12 I'm just going to object
13 because you're getting back to
14 an issue that was before Mr.
15 Higgins' time, when she was a
16 traveling teacher. And I'm sure
17 the criteria then is different
18 than now.
19 BY ATTORNEY NICHOLS:
20 Q Was that before your time, Mr.
21 Higgins? Was that before your ---?
22 A I believe so.
23 Q A traveling teacher? You've
24 heard that term used before?
25 A Yes.

**Page 227**

1 Q What does that mean,
2 incidentally? What is your
3 understanding ---?
4 A I'll answer. It's a scheduling
5 concept, you know, if there's not
6 enough classrooms that, you know, if a
7 teacher is needed, and there's not
8 enough classrooms in the schedule,
9 there's open parts, you know, where the
10 teacher might have a duty or a plan
11 where they'd be out of their classroom.
12 So what you have to do is you have to
13 arrange the room so that they're
14 available for a traveling teacher to
15 use when they're empty. That's what
16 the concept is.
17 Q And the principal usually makes
18 that determination; right?
19 A Yeah. And I kind of do the
20 scheduling, so I set the schedules.
21 Q Well, when I said the principal,
22 I mean, you, the staff. So I mean,
23 when I say the principal, I mean
24 inclusively of you as well, as
25 assistant.

**Page 228**

1 A The principal would make the
2 decision.
3 Q His office would make the
4 decision?
5 A ATTORNEY HEATH:
6 Mr. Nichols, we only have
7 this room until 4:30. Are you
8 about done?
9 ATTORNEY NICHOLS:
10 Okay. All right.
11 BY ATTORNEY NICHOLS:
12 Q A couple more questions. The
13 assignment of course offerings by the
14 principal's office, does the principal
15 also make that determination as to
16 which courses a teacher will teach?
17 A That depends on a way things.
18 It depends on the number of kids who
19 sign up for the course. It depends on,
20 you know, possibly a curriculum change,
21 whether there's been a new course
22 added. There's a lot of factors. Do
23 we have enough teachers to teach it? I
24 already said if enough students sign up
25 for it. You know, there's a lot of

**Page 229**

1 factors.
2 Q But typically, that particular
3 authority would be resident in the
4 principal's office; right? Would it
5 not?
6 A The assignment of classes?
7 Q Well, when I said the assignment
8 of classes --- yes, the assignment of
9 classes. Yes.
10 A Yeah.
11 Q That would be ---?
12 A Yeah.
13 Q Mr. Higgins, does a student
14 name, Shawn McCracken, ring a bell to
15 you?
16 A It rings a bell. I mean, I
17 remember the name.
18 Q And an incident involving
19 mistreatment, that she mistreated,
20 disrespected Ms. de Leon, do you recall
21 that having come before you?
22 A I believe it was alleged. I
23 can't remember the specifics of this
24 discipline incident. But I
25 remember ---

**Q. Do you recall whether he was disciplined?**

A. I can't recall.

**Q. You can't recall. Okay.**

ATTORNEY NICHOLS:

All right, then, sir. I thank you for your time. All right.

ATTORNEY HEATH:

I have nothing further. Thank you.

* * * * * * * *

DEPOSITION CONCLUDED AT 4:27 P.M.

* * * * * * * *

COMMONWEALTH OF PENNSYLVANIA )

COUNTY OF VENANGO )

C E R T I F I C A T E

I, Jacqueline L. Hazlett, a Notary Public in

and for the Commonwealth of Pennsylvania, do

hereby certify:

That the witness whose testimony appears in

the foregoing deposition, was duly sworn by me on

said date and that the transcribed deposition of

said witness is a true record of the testimony

given by said witness;

That the proceeding is herein recorded fully

and accurately;

That I am neither attorney nor counsel for,

nor related to any of the parties to the action in

which these depositions were taken, and further

that I am not a relative of any attorney or

counsel employed by the parties hereto, or

financially interested in this action.

_Jacqueline L. Hazlett_

Jacqueline L. Hazlett, Reporter

NOTARIAL SEAL
JACQUELINE L. HAZLETT, Notary Public
Johnstown, Cambria County, PA
My Commission Expires Nov. 4, 2008

# CRAWFORD CENTRAL SCHOOL DISTRICT

Observation Summary

## REPORT OF CLASSROOM VISITATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Teacher's Name | Claudette DeLeon-McCracken | | Date | May 1, 2000 | | |
| School | MASH | Grade/Subject | Spanish I | | | Visit # 1 |
| Length of Observation: From | 2:20 | To | 3:04 | Period | 8th | |

**KEY:**  S - Satisfactory   NA- Not Applicable   I- Improvement Needed   * -See Written Comment

**Preparation - Planning**
( S )  Lesson plans evident.
( S )  Planning reflects lesson objectives and activities
( S )  Aim or purpose - Clear and attainable
( S )  Provisions for different ability levels
( S )  Instructional materials readily available.
( S )  Materials reflect creativity and resourcefulness.
( S )  Teacher's knowledge of lesson content

**Instructional Technique/Effectiveness**
( S )  Command of written and spoken English
( S )  Introduction and motivation
( S )  Teaching strategies appropriate to lesson/objective
( S )  Provisions for: X auditory, X visual, X and tactile instruction.
( S )  Illustrates/models the concept or skill.
( S )  Vocabulary appropriate to group
( S )  Questions stimulate thought. *Good use of humor in posing of questions.*
( S )  Learning experience consistent with purpose/planning.
( S )  Students encouraged with appropriate reinforcement.
( S )  Teacher awareness of student understanding of lesson objectives
( S )  Time on task.
( S )  Summary and closure
( S )  Assignment/Homework- applicable and clearly stated.

**Teacher - Student Interaction**
( S )  Demonstrates courtesy and tact.
( S )  Maintains consistency when working with students
( S )  Encourages student interaction.
( S )  Students' involvement- participate actively. *Students actively participate in lesson.*
( S )  Encourages good work/study habits.

**Personal Characteristics**
( S )  Demonstrates sound instructional judgment.
( S )  Gives attention to personal grooming and dress.
( S )  Exhibits:  X poise, X composure, X enthusiasm, X and sense of humor.

**Management and Organization**
( S )  Control and discipline - firm, fair, and sympathetic
( S )  Establishes/follows classroom routines and procedures
( S )  Attention to health and safety needs of students
( S )  General order and cleanliness of room.
( S )  Effectiveness of seating & furniture.
( S )  Use of bulletin boards and/or displays
( S )  Maintains accurate records.

**COMMENDATIONS & RECOMMENDATIONS**  (See Attached)

Observer's Signature _____
Title  The Assistant Principal

Teacher's Signature _____
Conference Date  5/1/00    Enclosure:  Yes  No*

*Indicates copy has been received; not necessarily in agreement with observer. Written responses may be attached.

CRAWFORD CENTRAL SCHOOL DISTRICT

EXHIBIT 37

COMMENDATIONS AND RECOMMENDATIONS

An observation of Mrs. Deleon's 8th period Spanish I class on 5/1/00 was made. During the time I spent in class, students were actively participating in an oral lesson utilizing the forms of "Tener". It was evident the students had a working knowledge of the Spanish language by their responses to questions posed by the teacher.

EXHIBIT 38

**Crawford Central School District**

SECTION: PROFESSIONAL EMPLOYES

TITLE: EVALUATION OF PROFESSIONAL EMPLOYES

ADOPTED:

REVISED:

page 1 of 2

412. EVALUATION OF PROFESSIONAL EMPLOYES

| | | |
|---|---|---|
| 1. Purpose | SC 1123 | There shall be a plan for regular evaluation of all professional employes of the district. |
| 2. Authority | SC 1123 | The evaluation plan for professional employes shall be in accordance with the State plan for such purposes or in accordance with Board approval and established guidelines. |
| 3. Guidelines | | The Board directs that the district shall utilize the State approved evaluation form, DEBE 333 or an evaluation form equivalent to the State approved form and approved by the Board. |

The objectives of the district evaluation plan for professional employes are:

to identify, improve, and reinforce the skills, attitudes and abilities which enable an employe to be effective in achieving district goals.

to identify and suggest ways to improve on weaknesses which prevent an employe from achieving goals of the district.

The evaluation plan shall:

be uniform throughout the district.

provide a procedure for assessing duties
and responsibilities of professional
employes other than primary functions as
enumerated in the job description for the
employe.

provide a procedure for identifying and
commending effective performance while
counseling and assisting professional
employes on a professional basis.

provide for evaluation of all professional
employes at least annually.

**4. Delegation of Responsi-bility**

The Superintendent shall prepare proce-
dures for the conduct of employe evaluations
which shall include:

that evaluations may be conducted by
persons designated by the Superintendent.

specification of the number of times
professional employes shall be evaluated
annually.

specification of the form upon which such
evaluations will be recorded.

a method of making records which ensures
entries are based on observable and veri-
fiable facts; note is taken of an employe's
strengths, as well as weaknesses; all
materials will be held confidential; the
employe has an opportunity to append a
written statement thereto.

establishment of the procedures to be used
in evaluation as set by the Superintendent.

provisions for improving unsatisfactory
performance by offering resource aid,
recommending how improvement can be
effected, and scheduling follow-up
conferences to assess change.

School Code                    SC 1123

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51
52
53



412. EVALUATION OF PROFESSIONAL EMPLOYES - Pg. 2





EXHIBIT 39

# CRAWFORD CENTRAL SCHOOL DISTRICT

Observation Summary

## REPORT OF CLASSROOM VISITATION

Teacher's Name Claudette DeLeon Date 1/18/01

School MASH Grade/Subject SPANISH III

Length of Observation: From 11:21 To 12:05 Period 5 Visit # 1

KEY: S - Satisfactory; NA - Not Applicable; IN - Improvement Needed; * - See Written Comment

**Preparation - Planning**

( S ) Lesson plans evident
( S ) Planning reflects lesson objectives and activities
( S ) Aim or purpose - Clear and attainable.
( NA ) Provisions for different ability levels.
( S ) Instructional materials readily available.
( S ) Materials reflect creativity and resourcefulness
( S ) Teacher's knowledge of lesson content.

**Instructional Technique/Effectiveness**

( S ) Command of written and spoken English.
( S ) Introduction and motivation.
( S ) Teaching strategies appropriate to lesson/objective.
( S ) Provisions for: ✓ auditory, ✓ visual, ✓ and tactile instruction
( S ) Illustrates/models the concept or skill
( S ) Vocabulary appropriate to group.
( S ) Questions stimulate thought.
( S ) Learning experience consistent with purpose/planning
( S ) Students encouraged with appropriate reinforcement
( S ) Teacher awareness of student understanding of lesson objectives.
( S ) Time on task
( S ) Summary and closure.
( S ) Assignment/Homework - applicable and clearly stated.

**Teacher - Student Interaction**

( S ) Demonstrates courtesy and tact
( * ) Maintains consistency when working with students
( S ) Encourages student interaction
( * ) Students' involvement - participate actively
( S ) Encourages good work/study habits.

**Personal Characteristics**

( S ) Demonstrates sound instructional judgment.
( S ) Gives attention to personal grooming and dress
( S ) Exhibits: ✓ poise, ✓ composure, ✓ enthusiasm, ✓ and sense of humor

**Management and Organization**

( S ) Control and discipline - firm, fair, and sympathetic
( S ) Establishes/follows classroom routines and procedures.
( S ) Attention to health and safety needs of students
( S ) General order and cleanliness of room.
( S ) Effectiveness of seating & furniture
~~( S ) Use of bulletin boards and/or displays~~
( * ) Maintains accurate records

COMMENDATIONS & RECOMMENDATIONS consistency in dealing with students.
A- Be sure to maintain
If you insist that a student have a pass due to tardiness to class then all students who are late should be required to have a pass.
B- Be sure to require all students to actively participate in lesson. You could randomly choose students to answer questions or offer participation points as incentive.
C- Your record keeping and documentation of student work is commendable.

Observer's Signature [signature] Title Assistant Principal

Conference Date 1-23-01

*Teacher's Signature [signature] Enclosure: Yes ____ No ✓

1. White copy remains with teacher.
2. Yellow copy to principal.
3. Pink copy to personnel file.

*Indicates copy has been received/ not necessarily in agreement with observer. Written response may be attached.

Attached are my notes [illegible]. We can go over these during our conference. We can address my concerns in the conference.

EXHIBIT 40

# CRAWFORD CENTRAL SCHOOL DISTRICT

Observation Summary

## REPORT OF CLASSROOM VISITATION

Teacher's Name Claudette deLeon Date 5-25-01

School Meadville High Grade/Subject Spanish III

Length of Observation: From 10:31 To ______ Period ______ Visit # ______

KEY: S - Satisfactory NA - Not Applicable IN - Improvement Needed * - See Written Comment

**Preparation - Planning** I was unclear of the lesson. I detected [illegible] to be a quiz that period which never materialized.

(IN) Lesson plans evident
(IN) Planning reflects lesson objectives and activities
(IN) Aim or purpose - Clear and attainable.
(S) Provisions for different ability levels.
(S) Instructional materials readily available.
(S) Materials reflect creativity and resourcefulness
(IN) Teacher's knowledge of lesson content.

**Instructional Technique/Effectiveness**

(S) Command of written and spoken English.
(IN) Introduction and motivation.
(IN) Teaching strategies appropriate to lesson/objective.
(S) Provisions for: ✓ auditory, ✓ visual, __ and tactile instruction
(S) Illustrates/models the concept or skill
(S) Vocabulary appropriate to group.
(S) Questions stimulate thought.
(IN) Learning experience consistent with purpose/planning
(S) Students encouraged with appropriate reinforcement
(IN) Teacher awareness of student understanding of lesson objectives.
(IN) Time on task
(IN) Summary and closure.
(IN) Assignment/Homework - applicable and clearly stated.

**Teacher - Student Interaction**

(S) Demonstrates courtesy and tact
(IN) Maintains consistency when working with students
(IN) Encourages student interaction
(IN) Students' involvement - participate actively
(IN) Encourages good work/study habits.

**Personal Characteristics**

(IN) Demonstrates sound instructional judgment.
(S) Gives attention to personal grooming and dress
(S) Exhibits: __ poise, __ composure, __ enthusiasm, __ and sense of humor

**Management and Organization**

(IN) Control and discipline - firm, fair, and sympathetic
(IN) Establishes/follows classroom routines and procedures.
(S) Attention to health and safety needs of students
(NA) General order and cleanliness of room.
(NA) Effectiveness of seating & furniture
(NA) Use of bulletin boards and/or displays
(IN) Maintains accurate records

COMMENDATIONS & RECOMMENDATIONS Chaos (Quiet) existed most of the period. Students talking to one another, passing yearbooks, getting up going to wastebasket, pencil sharpener, looking out door, stopping to talk to classmates, [illegible] trying to teach.

Class needs to be organized and on-task from the start. This did not happen and everyone did their own thing all period.

Don't try to teach while all the undercurrent is going on. Stop, get their attention and then continue.

Observer's Signature George [illegible] Title Principal

Conference Date ______

*Teacher's Signature ______ Enclosure: Yes ______ No ______

1. White copy remains with teacher.
2. Yellow copy to principal.
3. Pink copy to personnel file.

*Indicates copy has been received; not necessarily in agreement with observer. Written response may be attached.

What are your expectations for [illegible]? What techniques have you used or do [illegible]

# Meadville Area Senior High School

930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

George H. Deshner
Principal
John C. Higgins
Assistant Principal
James T. Morgan Jr.
Assistant Principal
Don C. Apel
Guidance Director
Norm M. Price
Athletic Director

EXHIBIT
41

2/2/01

Dear Mrs.DeLeon,

The administration understands that illnesses and emergencies occur during normal school hours necessitating immediate coverage for that staff member's classroom so the staff member may go home. We will go to great measures to accommodate you and insure that your classroom is properly supervised in your absence; however, we must be aware of your absence in order to provide the needed coverage for your classroom.

On January 29, 2001, you left and went home and failed to notify an administrator or secretary. All future departures, due to illness or emergency, during the regular school day must be reported to a school administrator or secretary. First, we must be aware of your departure in order to provide proper supervision for your students. Second, we need to know the whereabouts of staff in order to make sure you are safe. Finally, calling the sub-service does not guarantee the administration will be notified in a timely manner.

Thank you for meeting with me on January 31, 2001. I look forward to working with you in the future.

Sincerely,

John C. Higgins
Assistant Principal

CC: Personnel File

EXHIBIT
42

**CRAWFORD CENTRAL SCHOOL DISTRICT**
Meadville, Pennsylvania
**PROFESSIONAL EVALUATION INSTRUMENT**

*Appendix A must be used in conjunction with the Philosophy and Rationale Section.*

| Teacher | | | |
|---|---|---|---|
| Claudette DeLeon-McCracken | | | |

Subject Area: Foreign Language

Building: MASH

Date: 5/17/01    Grade Level: 9-12    Years of Service as a full-time employee in the District:

S - Satisfactory    U - Unsatisfactory

**I. PROFESSIONAL COMPETENCY**

**A. PREPARATION - PLANNING**
ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO PREPARE, PLAN AND USE EFFECTIVELY INSTRUCTIONAL LESSONS APPROPRIATE TO THEIR TEACHING ASSIGNMENT.
The following criteria are guidelines for consideration: [u]

Instruction indicates definite goals have been established in correlation with the curriculum.
Resourceful in selection of instructional materials.
Teacher participates in peer-group discussion of teaching techniques.
Lesson plans were purposeful.

Has written plans, seating charts, plus special schedules available (when appropriate).
The room is attractive and neat (use of bulletin boards, posters, etc.)
Teacher adjusts the physical features of the room to provide a healthful and meaningful environment.
Decor or room corresponds to curriculum.

Comments

**B. TECHNIQUE - TEACHING EFFECTIVENESS**
ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO USE APPROPRIATE TEACHING TECHNIQUE TO ENHANCE TEACHER EFFECTIVENESS.
The following criteria are guidelines for consideration: [u]

Uses auditory and visual aids purposefully.
Makes explanations clear and concise.
Uses student's experiences to motivate interest.
Uses a variety of instructional methods.
Stimulates interest and curiosity.
Obtains positive reaction from most students.
Makes effective use of community resources.

Com. ents

Encourages and directs students interactions.
Attentive to motivate students in reaching levels of performance consistent with their ability.
Provides alternative methods of study.
Maintains class control essential to the learning process.
Teacher demonstrates knowledge of the subject.

**C. TEACHER - STUDENT INTERACTION**
ALL PROFESSIONAL STAFF SHOULD ENCOURAGE POSITIVE TEACHER - STUDENT RELATIONSHIPS.
The following criteria are guidelines for consideration: [n]

Courtesy and tact is polite, considerate, and respectful with students; attempts to maintain consistencies when working with students.
Encourages positive, professional relationship with students.
Strives to develop self-discipline such as responsible behavior, respect and honesty in the student.
Understands and respects differences in abilities, interests and needs of students.

Encourages student interaction and free expression of ideas.
Encourages the development of desirable study habits and/or use of study time.
Encourages the student to participate in planning classroom activities.
Establishes an attitude of friendliness and a feeling of mutual interest between students and teacher; shows no favoritism or partiality.

Comments

**II. PERSONAL CHARACTERISTICS AND TRAITS**

**A. RESPONSE TO SUPERVISION**
ALL PROFESSIONAL STAFF SHOULD BE ABLE TO RESPOND EFFECTIVELY TO SUPERVISION.
The following criteria are guidelines for consideration: [S]

Demonstrates ability to work with administrators to achieve educational improvements.
Observes administrative policies while reserving the right to seek change.
Responds to constructive criticism for improvement of the educational program.

Comments

**B. ATTITUDE**
ALL PROFESSIONAL STAFF SHOULD DISPLAY POSITIVE ATTITUDE TOWARD ACHIEVING EDUCATIONAL GOALS.
The following criteria are guidelines for consideration: [S]

Displays interest, enthusiasm, flexibility and dedication as a teacher.
Is polite and considerate.

Comments

C. ABILITY TO COOPERATE

[S] ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO COOPERATE WITH OTHERS.
The following criteria are guidelines for consideration:
Maintains sounds relationships and works constructively with students, parents and school personnel.
Carries out extra duty assignments regularly.

Comments

D. MATURITY

[S] ALL PROFESSIONAL STAFF SHOULD DISPLAY MATURITY.
The following criteria are guidelines for consideration:
Demonstrates self-confidence and a pleasant disposition toward students, parents and co-workers, has a sense of humor.
Exhibits intelligent, mature behavior and conducts himself in a manner which exhibits professional dignity.
Demonstrates honesty and respect for laws.

Comments

E. DEPENDABILITY

[S] ALL PROFESSIONAL STAFF SHOULD BE DEPENDABLE.
The following criteria are guidelines for consideration:
Is responsible in meeting education obligations.
Is punctual in meeting schedules, can be relied upon to take some initiative and cope with various circumstances which may arise.
Solves everyday problems realistically.
Record keeping is accurate and reports are submitted promptly and neatly.

Comments

F. COMMUNICATION

[S] ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO COMMUNICATE EFFECTIVELY.
The following criteria are guidelines for consideration:
Demonstrates appropriate use of language and voice control.
Gives clear and concise instructional directions.
Has listening ability.
Has skill in asking pertinent questions.

Comments

G. PHYSICAL CHARACTERISTICS

[S] ALL PROFESSIONAL STAFF SHOULD GIVE ADEQUATE ATTENTION TO PERSONAL AND PHYSICAL CHARACTERISTICS.
The following criteria are guidelines for consideration:
Gives adequate attention to personal grooming and appropriate dress.
Is physically fit as evidenced by regular attendance, and the ability to carry a normal assignment. (This does not apply to temporary disabilities).

Comments

H. PROFESSIONALISM

[S] ALL STAFF SHOULD STRIVE FOR CONTINUED PROFESSIONAL GROWTH OPPORTUNITIES.
The following criteria are guidelines for consideration:
Strives to attend workshops, seminars, etc. to provide for professional growth.
Is an active member in professional organizations.
Demonstrates a willingness to serve in a responsible position in local, district or state educational organizations.

Comments

☆ Teacher's Comments: *(If extra comment area is needed, please attach an additional sheet.)*
attachment to follow.

I have read this report and discussed it with my evaluator.

OVERALL EVALUATION:

[✓] - Satisfactory

Claudette deLeon
Signature of Teacher

[ ] - Unsatisfactory

EXHIBIT
43

CRAWFORD CENTRAL SCHOOL DISTRICT
Meadville, Pennsylvania
PROFESSIONAL EVALUATION INSTRUMENT

Appendix A must be used in conjunction
with the Philosophy and Rationale Section.

Teacher: Claudette DeLeon-McCracken     Building: MASH

Subject Area: Foreign Language     Date 5/7/01     Grade Level 9-12     Years of Service as a fulltime employee in the District

S - Satisfactory     U - Unsatisfactory

I. PROFESSIONAL COMPETENCY
A. PREPARATION - PLANNING -
ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO PREPARE, PLAN AND USE EFFECTIVELY INSTRUCTIONAL LESSONS APPROPRIATE TO THEIR TEACHING ASSIGNMENT.

The following criteria are guidelines for consideration: [U]
Instruction indicated definite goals have been established in correlation with the curriculum.
Resourceful in selection of instructional materials.
Teacher participates in peer-group discussion of teaching techniques.
Lesson plans were purposeful.
Comments

Has written plans, seating charts, plus special schedules available (when appropriate).
The room is attractive and neat (use of bulletin boards, posters, etc.).
Teacher adjusts the physical texture of the room to provide a healthy and meaningful environment.
Decor or room corresponds to curriculum.

B. TECHNIQUE - TEACHING EFFECTIVENESS -
ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO USE APPROPRIATE TEACHING TECHNIQUE TO ENHANCE TEACHER EFFECTIVENESS.

The following criteria are guidelines for consideration: [U]
Uses auditory and visual aids purposefully.
Makes explanations clear and concise.
Uses student's experiences to motivate interest.
Uses a variety of instructional methods.
Stimulates interest and curiosity.
Obtains positive reaction from most students.
Makes effective use of community resources.     Com. ents

Encourages and directs students interaction.
Attempts to motivate students in teaching levels of performance consistent with their ability.
Provide for student involvement in planning of classroom activities.
Provides alternative methods of study.
Maintains class control, essential to the learning process.
Teacher demonstrates knowledge of the subject.

C. TEACHER - STUDENT INTERACTION -
ALL PROFESSIONAL STAFF SHOULD ENCOURAGE POSITIVE TEACHER - STUDENT RELATIONSHIPS.

The following criteria are guidelines for consideration: [U]
Courtesy and tact, is polite, considerate, and respectful with students;
Attempts to maintain consistence when working with students.
Strives to develop self-discipline such as responsible behavior, respect and necessary in the student.
Understands and respects differences in abilities, interests and needs of students.     Comments

Encourages student interaction and free expression of ideas.
Encourages the development of desirable study habits and/or use of study time.
Encourages an attitude of friendliness and a feeling of mutual interest between students and teacher; show no favoritism or partiality.
Establishes the student in the planning classroom activities.

II. PERSONAL CHARACTERISTICS AND TRAITS
A. RESPONSE TO SUPERVISION -
ALL PROFESSIONAL STAFF SHOULD BE ABLE TO RESPOND EFFECTIVELY TO SUPERVISION.

The following criteria are guidelines for consideration: [S]
Demonstrates ability to work with administrators to achieve educational improvements.
Observes administrative policies while reserving the right to seek change.
Responds to constructive criticism for improvement of the educational program.
Comments

B. ATTITUDE -
ALL PROFESSIONAL STAFF SHOULD DISPLAY POSITIVE ATTITUDE TOWARD ACHIEVING EDUCATIONAL GOALS.

The following criteria are guidelines for consideration: [S]
Displays interest, enthusiasm, flexibility and dedication as a teacher.
Is polite and considerate.



EXHIBIT
6
(PERIOD...)

**C. ABILITY TO COOPERATE**

**ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO COOPERATE WITH OTHERS.**

The following criteria are guidelines for consideration:

Maintains sound relationships and works constructively with students, parents and school personnel.

Carries out extra duty assignments regularly.

[S]

Comments

**D. MATURITY**

**ALL PROFESSIONAL STAFF SHOULD DISPLAY MATURITY.**

The following criteria are guidelines for consideration:

Demonstrates self-confidence and a pleasant disposition toward students, parents and co-workers, has a sense of humor.

Exhibits intelligent, mature behavior and conducts himself in a manner which exhibits professional dignity

Demonstrates honesty and respect for laws.

[S]

Comments

**E. DEPENDABILITY**

**ALL PROFESSIONAL STAFF SHOULD BE DEPENDABLE.**

The following criteria are guidelines for consideration:

Is responsible in meeting educational obligations.

Is punctual in meeting schedules, can be relied upon to take some initiative and some use various circumstances which may arise.

Solves everyday problems realistically.

Record keeping is accurate and reports are submitted promptly and neatly.

[S]

Comments

**F. COMMUNICATION**

**ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO COMMUNICATE EFFECTIVELY.**

The following criteria are guidelines for consideration:

Demonstrates appropriate use of language and voice control.

Gives clear and concise instructional directions.

Has listening ability.

Has skill in asking pertinent questions.

[S]

Comments

**G. PHYSICAL CHARACTERISTICS**

**ALL PROFESSIONAL STAFF SHOULD GIVE ADEQUATE ATTENTION TO PERSONAL AND PHYSICAL CHARACTERISTICS.**

The following criteria are guidelines for consideration:

Gives adequate attention to personal grooming and appropriate dress.

Is physically fit as evidenced by regular attendance, and the ability to carry a normal assignment. (This does not apply to temporary disabilities.)

[S]

Comments

**H. PROFESSIONALISM**

**ALL STAFF SHOULD STRIVE FOR CONTINUED PROFESSIONAL GROWTH OPPORTUNITIES.**

The following criteria are guidelines for consideration:

Strives to attend workshops, seminars, etc. to provide for professional growth.

Is an active member in professional organizations.

Demonstrates a willingness to serve in a responsible position in local, district or state educational organizations.

[S]

Comments

Teacher's Comments: (If extra comment area is needed, please attach an additional sheet.)

*[handwritten]*

I have read this report and discussed it with my evaluator.

OVERALL EVALUATION: - Satisfactory

Signature of Teacher *[handwritten signature]*

# AREAS OF CONCERN

1. Classroom Management particularly student behaviors.

2. Lesson Planning – Eight elements of a successful lesson.

   A. Introduce the lesson
   B. State lesson objectives
   C. Teach to the stated objective
   D. Demonstrate/Illustrate the concept to be learned
   E. Check students understanding and grasp
   F. Provide guide practice and feedback
   G. Provide independent practice
   H. Bring lesson to a close

3. Teacher will develop a list of student expectations to be discussed with the students on the opening day of school. These are to be shared with the administrator for review and suggestions prior to implementing in the classroom.

4. A discipline plan will be developed that will be implemented beginning with day one. This is to be reviewed with an administrator. The administrator will be available to help develop this discipline plan.

5. Teacher will observe three different teachers who have well established classroom procedures and effective discipline. If mutually agreed upon, the observed teaching teacher will be invited to observe the teacher and offer suggestions to help improve the situation.

6. Lesson plans will be developed that contain all the elements of a successful lesson. These lesson plans are to be submitted to an administrator weekly for review and assistance will be provided if needed.

7. Three observations will be conducted in the first 6 weeks of school. Two of these will be by the building administrator and a third by the assistant superintendent. A pre-observation conference will mutually agree upon the first observation. Both parties will be held to review a detailed lesson plan and what strategies and teaching techniques will be observed in teaching the lesson objectives.

   A second observation will be unannounced. The observation by the assistant superintendent may be either.

   The teacher may request an administrator to observe a lesson of their choice at any time. This should be pre-arranged due to busy schedules and appointments.

   A post observation conference will be held after each observation to review such.

A building representative will be present for both the pre and post conference observations.

All the elements of a successful lesson should be noticeable in the formal classroom observation.

8. The media center has a wealth of information and Internet resources to help the classroom teacher. Mrs. Tunno has agreed to conduct an information sharing session, to make these resources available to you. You should schedule a meeting with her within the first month of school to review available resources.

9. When teaching a lesson, you need to be firm, fair and consistent in enforcing classroom rules and discipline policies. You need to adhere to the lesson objectives and not be distracted with things that do not pertain to the lesson.

# Back to School Discipline/Management/Management Action Plan

Teachers, not students make 'good classroom management' happen. Effective teachers know what has to be in place to have a well-managed classroom. Follow the advice of expert teachers to ensure that your classroom is void of disruptions and misbehaviours. Planning in some key areas before the year begins will enable you to have in place a strong learning environment. Begin developing your plan now by following some of the key suggestions listed below.

## Room Arrangement

Keep high traffic areas apart from each other (group work areas, pencil sharpener etc.)

Make sure instructional areas have a clear line of site to the rest of the classroom

Sketch a map of the classroom keeping student desks away from sinks, bookshelves, centres and the pencil sharpener

Ensure the teacher's desk and filing cabinet are located where they will be functional (one where you can monitor students from)

Decide on student desk groupings (many teachers gravitate to groups after routines and rules are fully understood)

Use the following checklist to ensure you have a place for everything in your room sketch:

— Student Desks
— Teacher Desk
— Bookcases
— Small group instructional area / Large group instructional area
— Centres (Art, Reading, Sand, Listening etc.)
— Plants, aquariums etc.
— Equipment (computer, file cabinets, TV, projectors)

Decide on where you will store the following:

— textbooks
— notebooks
— pencils
— erasers, markers, crayons etc.
— teacher supplies
— theme related items

## Rules and Routines

This requires very careful planning. Children must have a clear understanding of the behaviours required and the routines that are expected of them. All students need guidelines on how to behave. Without proper

guidelines, one is certain to have a classroom in turmoil. Guidelines will vary from teacher to teacher and classroom to classroom, however, I've provided a list of items in which you may find useful to begin developing your own set of rules and routines.

Washrooms and Drinks(when, how does the student ask, names on wall, passes etc.)

Helpers (who, for what, when, changes occur how often)

Completed Work (who's finished first? not finished? work collected? handed in? student marked? where? by who?)

Pencil Sharpening (this can be distracting, when can students sharpen, what's the procedure for asking?)

Student Attention (bells, words, counting?)

Needing Help (how does a student get help? ask 3 before me?)

Beginning the Day (what does the student do when he/she arrives in the classroom?)

Ending the Day (what is required prior to dismissal?)

Distribution of activities/materials (who, when, how?)

Student Talk (when? how loud?)

Movement (when can a student leave his/her desk?)

Lunch, Library, Recess (establish routines for non-class activities.)

Now that you have developed a set of rules and routines, you will need to enforce them on a regular basis. Use chart paper at the blackboard to post your classroom rules and routines. Ask your students to reiterate them

often to reinforce your expectations. You also need to determine what the rewards and consequences will be for following or breaking expected behaviors. Consequences for not following the routines and rules need to be logical. Some consequences could include: loss of privileges, detentions,

loss of points (checklist system). Rewards could include stickers and symbols, recognition of some type, activities (doing something special) or new pencil/tangible item. Most importantly be consistent! Do not deter from your established routines, rules and consequences. Inconsistency causes confusion. Initially, implementation will seem like a lot of work, however, hang in there and you will reap the benefits.

Management Tips

— Provide reminders ("Sally, what are you supposed to be doing?")
— Monitor progress.
— Make frequent eye-contact
— Ask students to stop inappropriate behaviours
— Ignore (there are times to ignore, be aware of them)
— School Policy (there are times when the principal will need to be involved to deal with the extremes)
— Calls Home (some students need to be reminded that their parents will be informed)
— Compliment appropriate behaviours regularly
— Build and maintain a positive environment! (catch them doing something good!)

Once you've completed your plan, you are ready! Your planning and preparation will pay off largely if you implement it immediately and ensure that your students are part of the process. Ask them to tell you what the rules and expected routines are.

## Survival Tips on Classroom Management

Is your class getting out of control? It's time to take charge! It's never too late to get and maintain control in your classroom. Follow a few of these steps and stick with them. Consistency and fairness is key.

These tips are a must for beginning teachers and will provide some new ideas for seasoned teachers.

Silence! Many teachers use a variety of techniques to get silence in their classes. Many of these techniques work but you must be consistent and use the same technique all year. Try some of these:

Clap loudly 3 times

Use a monthly theme and say it loudly, e.g., near Halloween say 'Trick or Treat', near Xmas 'Merry Christmas', if a local team is winning 'Go Tigers Go, in May 'Mother's Day etc.

Hold up a Large letter 'S' as you walk around the class the students will respond

Turn the lights out

Play a note on a musical instrument

Ring a bell

Blow a horn

Time-Out! You must have a consistent approach for providing a time out solution. Here are some suggestions:

Use the same arrangement all the time, a chair beside the teacher's desk

The child stands at the door, clearly within your view

The child sits in a private study area away from the rest of the students and writes classroom rules out

The student sits at a study carrel which is called the 'time out' carrel and often located at the back of the room

Set a timer and the student must be removed from the group for the specified time

Rules for Time Out! These are extremely important. NEVER threaten, threats often encourage inappropriate behaviour. Explain the inappropriate behaviours that will result with a time out

Post the rules so that they can be clearly seen by every student

NEVER bend the rules for time out

Record the time outs on the board, 3 time outs will require further action

Determine the rules for 3 time outs, principal involvement, a call home with a possible interview, loss of privileges etc.

Keep your rules to a minimum, it's easier to implement and easier for students to remember them

## More Tips/Tricks of the Trade

Student can record inappropriate behaviours each time they receive a time out. These behaviours should be recorded in a journal titled 'Towards Positive Behaviour' or 'Excellence in the Classroom' 'Improved Learning'. The front of the book will contain an area used for when the teacher catches the student doing something terrific (3 entries should result in a positive event/reward) the back of the book should be used to record inappropriate behaviours. This enables students to track their own behaviours and they always want to be able to record positive items. This means the teacher must also 'catch' the student demonstrating positive behaviours.

Always remember to use preventative strategies whenever possible. Give closer attention to the behaviour problems, the student will realize that it's not so impressive to other students when he/she continues to act out.

Always follow up inappropriate behaviours with a one to one chat. Step just outside the door to consult with the student (make sure your class is still within view).

Make sure you always show respect for your students, it's important for them to know that you like them. Consider yourself almost doomed if a student believes you have a definite dislike for him/her.

Always refer to what the student is doing when you're upset with the student and are dealing with an inappropriate behaviour.

When a child doesn't believe they are misbehaving, provide some isolation time. Children often need time to think about what they're doing that is inappropriate.

These are just some favourite tricks of the trade that seasoned teachers rely on. Remember, if you're a new teacher getting and maintaining order in a classroom is a skill that takes time to learn.

SD #4

EXHIBIT 44

# CRAWFORD CENTRAL SCHOOL DISTRICT

Observation Summary

REPORT OF CLASSROOM VISITATION

Teacher's Name Claudette DeLeon Date 9/20/03

School MASH Grade/Subject SPANISH II

Length of Observation: From 10:31 To 11:16 Period 4th Visit # 1

KEY: S – Satisfactory IN – Improvement Needed
NA – Not Applicable * – See Written Comment

**Preparation – Planning**

( S ) Lesson plans evident
( S ) Planning reflects lesson objectives and activities
( S ) Aim or purpose – Clear and attainable.
( S ) Provisions for different ability levels.
( S ) Instructional materials readily available.
( S ) Materials reflect creativity and resourcefulness
( S ) Teacher's knowledge of lesson content.

**Instructional Technique/Effectiveness**

( S ) Command of written and spoken English
( S ) Introduction and motivation.
( S ) Teaching strategies appropriate to lesson/objective.
( S ) Provisions for: ✓ auditory, ✓ visual, NA and tactile instruction
( S ) Illustrates/models the concept or skill
( S ) Vocabulary appropriate to group.
( S ) Questions stimulate thought.
( S ) Learning experience consistent with purpose/planning
( S ) Students encouraged with appropriate reinforcement
( S ) Teacher awareness of student understanding of lesson objectives.
( S ) Time on task
( S ) Summary and closure.
( S ) Assignment/Homework – applicable and clearly stated.

**Teacher – Student Interaction**

( S ) Demonstrates courtesy and tact
( S ) Maintains consistency when working with students
( S ) Encourages student interaction
( S ) Students' involvement – participate actively
( S ) Encourages good work/study habits.

**Personal Characteristics**

( S ) Demonstrates sound instructional judgment.
( S ) Gives attention to personal grooming and dress
( S ) Exhibits: ✓ poise, ✓ composure, ✓ enthusiasm, ✓ and sense of humor

**Management and Organization**

( S ) Control and discipline – firm, fair, and sympathetic
( S ) Establishes/follows classroom routines and procedures.
( S ) Attention to health and safety needs of students
( S ) General order and cleanliness of room.
( S ) Effectiveness of seating & furniture
(NA) Use of bulletin boards and/or displays
( S ) Maintains accurate records

**COMMENDATIONS & RECOMMENDATIONS**

C – The classroom presentation reflects good planning in regards to your introduction, objectives, and closure. You use a variety of activities and methods to stimulate interaction among all students.

Observer's Signature [signature] Title Assistant Principal
Conference Date 9/24/03

*Teacher's Signature Ms. de León Enclosure: Yes ____ No ✓

1. White copy remains with teacher.
2. Yellow copy to principal.
3. Pink copy to personnel file.

*Indicates copy has been received; not necessarily in agreement with observer. Written response may be attached.

# Meadville Area Senior High School

930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1466



George H. Deehner
*Principal*
John C. Higgins
*Assistant Principal*
James T. Morgan Jr.
*Assistant Principal*
Don C. Apel
*Guidance Director*
John S. Wana
*Athletic Director*

9/20/01

Mrs. Deleon,

The Action Plan developed on June 8, 2001 required you to observe three different teachers who have well established classroom procedures and effective discipline. To assist you in meeting this requirement we have provided a list of possible teachers that have agreed to open their classrooms to you.

We request that you give the teacher and the administration notice of the date and time you intend to conduct a classroom observation. The deadline for completion of the first observation is October 11, 2001. Further, the observed teacher can be invited to observe your classroom and offer suggestions to help improve the situation if mutually agreed upon. If you have any questions please do not hesitate to contact one of the administrators in the main office. We are more than willing to assist you.

Thank you,

Mr. John C. Higgins
Assistant Principal

AN EQUAL RIGHTS AND OPPORTUNITIES SENIOR HIGH SCHOOL

EXHIBIT
45

The following teachers have agreed to open their classrooms:

1. Doug Mehok
2. Carl Roznowski
3. Dan Hootman
4. Saundra Mook
5. Diane Smith
6. Joanne Willison
7. Ken Achenbach
8. Jeff Deardorff

2

# ENGLISH 2001-2002

| # | HAYTOCK NANCY A22 | KOSNAC JACK B31 | LEWIS DONNA A25 |
|---|---|---|---|
| | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE |
| 1 | MYTHOLOGY | CREATIVE WRITING | AM HERITAGE |
| 2 | ADVANCED COMP | ADVANCED COMP | APP COMMUN II |
| 3 | STUDYHALL - CAFETERIA | PLAN | INTRM COMP |
| 4 | MYTHOLOGY | ADVANCED COMP | STUDYHALL |
| 5 | PLAN | ADVANCED COMP | APP COMMUN II |
| 6 | APP COMMUN II | SECONDARY LANG ARTS | AM HERITAGE |
| 7 | APP COMMUN II | STUDYHALL - CAFETERIA | INTRM COMP |
| 8 | ADVANCED COMP | SECONDARY LANG ARTS | PLAN |
| | | | |
| | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE |
| 1 | LANG & HUM BEH | MYTHOLOGY | AM NOBEL AUTHORS |
| 2 | LANG & HUM BEH | STUDYHALL - CAFETERIA | APP COMMUN II |
| 3 | STUDYHALL - CAFETERIA | PLAN | PLAN |
| 4 | PLAN | WORLD LIT | MYTHOLOGY |
| 5 | LANG & HUM BEH | WORLD LIT | APP COMMUN II |
| 6 | APP COMMUN II | SECONDARY LANG ARTS | DOOR DUTY - A WING |
| 7 | APP COMMUN II | MYTHOLOGY | COMMUN TECHNIQUE |
| 8 | MAN/SOC LIT | SECONDARY LANG ARTS | COMMUN TECHNIQUE |

# ENGLISH 2001-2002

3

| Period | SHILLING, TAMI A26 | MOOK, SANDRA A30 | MCCOY, GARY |
|---|---|---|---|
| **1ST SEMESTER SCHEDULE** | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE | |
| 1 | ENGLISH - ACCEL | HUMANITIES/ENG | LIVE THEATRE — D2 |
| 2 | ENGLISH - ACD | HUMANITIES/ENG | INTRO TO DRAMA — A31 |
| 3 | PLAN | ADVANCED COMP | PLAN |
| 4 | DOOR DUTY - A WING | APP COMMUN IV | MAN/SOC & LIT — A25 |
| 5 | APP COMMUN I | APP COMMUN IV | INTRO TO DRAMA — A24 |
| 6 | ENGLISH - ACD | DPARTMENT | BASIC ENGLISH — D1 |
| 7 | APP COMMUN I | PLAN | STAGE DIRECTOR |
| 8 | ENGLISH - ACCEL | ADVANCED COMP | BASIC ENGLISH — D14 |
| **2ND SEMESTER SCHEDULE** | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE | |
| 1 | ENGLISH - ACCEL | ENGLISH LIT | MAN/SOC LIT — D2 |
| 2 | ENGLISH - ACD | ENGLISH LIT | INTRO TO DRAMA — A31 |
| 3 | PLAN | PLAN | PLAN |
| 4 | DOOR DUTY - A WING | APP COMMUN IV | LIVE THEATRE — A22 |
| 5 | APP COMMUN I | APP COMMUN IV | INTRO TO DRAMA — A29 |
| 6 | ENGLISH - ACD | ENGLISH LIT | BASIC ENGLISH — D1 |
| 7 | APP COMMUN I | WORLD LIT OF | STAGE DIRECTOR |
| 8 | ENGLISH - ACCEL | DEPARTMENT | BASIC ENGLISH — D14 |

# ENGLISH 2001-2002

| | SMITH, DIANA A29 | WEIDNER, MARY BETH A31 |
|---|---|---|
| **1ST SEMESTER SCHEDULE** | **1ST SEMESTER SCHEDULE** | **1ST SEMESTER SCHEDULE** |
| 1 | APP COMMUN III | ENGLISH - ACD |
| 2 | STUDYHALL - CAFETERIA | PLAN |
| 3 | 20TH CEN AM LIT | ENGLISH - ACD |
| 4 | 20TH CEN AM LIT | STUDYHALL A30 |
| 5 | 20TH CEN AM LIT | PRACTICAL ENGLISH |
| 6 | APP COMMUN III | APP COMMUN I |
| 7 | PLAN | ENGLISH - ACD |
| 8 | JOURNALISM | ENGLISH - ACD |
| **2ND SEMESTER SCHEDULE** | **2ND SEMESTER SCHEDULE** | **2ND SEMESTER SCHEDULE** |
| 1 | APP COMMUN III | ENGLISH - ACD |
| 2 | INTRO TO JOURNALISM | PLAN |
| 3 | LANG & HUM BEH | ENGLISH - ACD |
| 4 | LANG & HUM BEH | STUDYHALL A30 |
| 5 | DOOR DUTY - A WING | PRACTICAL ENGLISH |
| 6 | APP COMMUN III | APP COMMUN I |
| 7 | PLAN | ENGLISH - ACD |
| 8 | JOURNALISM | ENGLISH - ACD |

4

9

# MATHEMATICS 2001-2002

## 1ST SEMESTER SCHEDULE

| Period | DEARDORFF, JEFF — B6 | GENUNG, RICHARD — A35 | JONES, CHUCK — A29 |
|---|---|---|---|
| 1 | ALGEBRA II - 9 | INTRO TO C++/COMPSTAT | APPLIED MATH II |
| 2 | PLAN | ELEM FUNCTIONS | GEOMETRY - ACCEL |
| 3 | ALGEBRA I | HONORS MATH I | GEOMETRY - ACCEL |
| 4 | STUDYHALL | AU/AP CALCUS AB | GEOMETRY - ACCEL |
| 5 | ALGEBRA I | AP CALCUS AB | STUDYHALL  C14 |
| 6 | ALGEBRA II - 9 | PLAN | PLAN |
| 7 | SEL TOP ALG/TRIG | INTRO TO C++/COMPSTAT | APPLIED MATH II |
| 8 | SEL TOP ALG/TRIG | ELEM FUNCTIONS | ALGEBRA I |

## 2ND SEMESTER SCHEDULE

| Period | DEARDORFF, JEFF — B6 | GENUNG, RICHARD — A35 | JONES, CHUCK — A29 |
|---|---|---|---|
| 1 | ALGEBRA II - 9 | INTRO TO C++/COMPSTAT | APPLIED MATH II |
| 2 | PLAN | ELEM FUNCTIONS | GEOMETRY - ACCEL |
| 3 | ALGEBRA I | HONORS MATH I | GEOMETRY - ACCEL |
| 4 | STUDYHALL | AU/AP CALCUS AB | GEOMETRY - ACCEL |
| 5 | ALGEBRA I | AP CALCUS AB | PLAN |
| 6 | ALGEBRA II - 9 | PLAN | STUDYHALL  C14 |
| 7 | SEL TOP ALG/TRIG | INTRO TO C++/COMPSTAT | APPLIED MATH II |
| 8 | SEL TOP ALG/TRIG | ELEM FUNCTIONS | ALGEBRA I |

# MATHEMATICS 2001-2002

|  | MEHOK, DOUG | STANFORD, SALLY  A37 | WILLISON, JOANNE  B8 |
|---|---|---|---|
| **1ST SEMESTER SCHEDULE** | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE |  |
| 1 | GEN MATH II | D3 ALGEBRA I | GEN MATH I |
| 2 | PLAN | PLAN | PLAN |
| 3 | ALGEBRA II | B31 BASIC GEOMETRY | GEN MATH I |
| 4 | GEN MATH II | D3 INTR TRIG/ALG 2 | GEOMETRY - ACD |
| 5 | CALCULUS - ACD | A38 INTR TRIG/ALG 2 | GEOMETRY - ACD |
| 6 | CAFE DUTY A&C LUNCH-B | STUDYHALL | B29 CAFE DUTY A&C LUNCH-B |
| 7 | ALGEBRA II | A38 BASIC GEOMETRY | ALG III/TRIG |
| 8 | GEN MATH II | C18 INTR TRIG/ALG 2 | ALG III/TRIG |
| **2ND SEMESTER SCHEDULE** | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE |  |
| 1 | GEN MATH II | D3 ALGEBRA I | GEN MATH I |
| 2 | PLAN | PLAN | PLAN |
| 3 | ALGEBRA II | B31 BASIC GEOMETRY | GEN MATH I |
| 4 | GEN MATH II | D3 INTR TRIG/ALG 2 | GEOMETRY - ACD |
| 5 | CALCULUS - ACD | A38 INTR TRIG/ALG 2 | GEOMETRY - ACD |
| 6 | CAFETERIA DUTY | STUDYHALL | B29 CAFETERIA DUTY |
| 7 | ALGEBRA II | A38 BASIC GEOMETRY | ALG III/TRIG |
| 8 | GEN MATH II | C18 INTR TRIG/ALG 2 | ALG III/TRIG |

8.

# SOCIAL STUDIES 2001-2002

| | ACHENBACH, KEN | B9 | BROWN, SEAN | | FROEHLICH, DOREEN | C11 |
|---|---|---|---|---|---|---|
| | 1ST SEMESTER SCHEDULE | | 1ST SEMESTER SCHEDULE | | 1ST SEMESTER SCHEDULE | |
| 1 | AP EUR HISTORY | | PSYCHOLOGY | D8 | US/PA HISTORY - ACL | |
| 2 | AP EUR HISTORY | | PSYCHOLOGY | A29 | US/PA HISTORY - ACD | |
| 3 | US SIN CW - GEN | | PSYCHOLOGY | C5 | STUDYHALL - CAFETERIA | |
| 4 | AP EUR HISTORY | | PLAN | | US/PA HISTORY - GEN | |
| 5 | AP CONFERENCE | - | WORLD CULT. - ACD | D16 | US/PA HISTORY - ACL | |
| 6 | US HISTORY II | | WORLD CULT. - ACD | A37 | US/PA HISTORY - ACD | |
| 7 | AP EUR HISTORY | | DOOR DUTY - A WING | | US/PA HISTORY - ACD | |
| 8 | PLAN | | WORLD CULT. - ACD | C11 | PLAN | |
| | | | | | | |
| | 2ND SEMESTER SCHEDULE | | 2ND SEMESTER SCHEDULE | | 2ND SEMESTER SCHEDULE | |
| 1 | AP EUR HISTORY | | POLITICAL SCIENCE | D8 | US/PA HISTORY - ACL | |
| 2 | AP EUR HISTORY | -- | POLITICAL SCIENCE | A24 | US/PA HISTORY - ACD | |
| 3 | US SIN CW - GEN | | PSYCHOLOGY | C5 | STUDYHALL - CAFETERIA | |
| 4 | AP EUR HISTORY | | PLAN | | US/PA HISTORY - GEN | |
| 5 | AP CONFERENCE | | WORLD CULT. - ACD | D16 | US/PA HISTORY - ACL | |
| 6 | US HISTORY II | | WORLD CULT. - ACD | A37 | US/PA HISTORY - ACD | |
| 7 | AP EUR HISTORY | - | DOOR DUTY - A WING | | US/PA HISTORY - ACD | |
| 8 | PLAN | | WORLD CULT. - ACD | C11 | PLAN | |

# SCIENCE 2001-2002

| | | | |
|---|---|---|---|
| | BOSWELL, ROBERT D2 | HOOTMAN, DAN D11 | MARKLE, MIKE D14 |
| | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE |
| | | | |
| 1 | STUDENT ACTIVITIES | BIOLOGY – ACCEL | APP BIO/CHEM I |
| 2 | BIOLOGY - ACD | BIOLOGY - ACCEL | APP BIO/CHEM I |
| 3 | SENIOR BIOLOGY | ECOLOGY | APP BIO/CHEM I |
| 4 | BIOLOGY - ACD | SR AP BIOLOGY | APP BIO/CHEM I |
| 5 | BIOLOGY - ACD | SR AP LAB/R - SH-MTF/P-W | STUDYHALL A38 |
| 6 | PLAN | ECOLOGY | ENVIRON SCIENCE |
| 7 | BIOLOGY FOR LIFE | SR AP BIOLOGY | APP BIO/CHEM I |
| 8 | SENIOR BIOLOGY | SR AP LAB/W - PLAN/MTRF | PLAN |
| | | | |
| | | | |
| | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE |
| 1 | STUDENT ACTIVTIES | BIOLOGY - ACCEL | APP BIO/CHEM I |
| 2 | BIOLOGY - ACD | BIOLOGY - ACCEL | APP BIO/CHEM I |
| 3 | SENIOR BIOLOGY | ECOLOGY | APP BIO/CHEM I |
| 4 | BIOLOGY - ACD | SR AP BIOLOGY | APP BIO/CHEM I |
| 5 | BIOLOGY - ACD | SR AP LAB/R-PL-W SH-MTF | STUDYHALL A38 |
| 6 | PLAN | ECOLOGY | ENVIRON SCIENCE |
| 7 | BIOLOGY FOR LIFE | SR AP BIOLOGY | APP BIO/CHEM I |
| 8 | SENIOR BIOLOGY | SR AP LAB/W - PLAN/MTRF | PLAN |

# SCIENCE 2001-2002

| | MERCATORIS, ADELE D11 | PENDOLINO, MIKE D16 | ROZNOWSKI, CAROL D8 |
|---|---|---|---|
| | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE |
| 1 | BIOLOGY - ACD | PHYSICAL SCIENCE | DEPARTMENT |
| 2 | MICROBIOLOGY | PHYSICAL SCIENCE | PRIN OF TECH II |
| 3 | DOOR DUTY - A WING | PHYSICAL SCIENCE | PLAN |
| 4 | APP BIO/CHEM II | PRACT PHYSICAL SCI | PHYSICAL SCIENCE |
| 5 | PLAN | STUDYHALL B9 | PRIN OF TECH II |
| 6 | APP BIO/CHEM II | PLAN | PRIN OF TECH I |
| 7 | APP BIO/CHEM II | PRACT PHYSICAL SCI | PRIN OF TECH I |
| 8 | BIOLOGY - ACD | PHYSICAL SCIENCE | PRIN OF TECH I |
| | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE |
| 1 | BIOLOGY - ACD | PHYSICAL SCIENCE | DEPARTMENT |
| 2 | MICROBIOLOGY | PHYSICAL SCIENCE | PRIN OF TECH II |
| 3 | DOOR DUTY - A WING | PHYSICAL SCIENCE | PLAN |
| 4 | APP BIO/CHEM II | PRACT PHYSICAL SCI | PHYSICAL SCIENCE |
| 5 | PLAN | STUDYHALL B9 | PRIN OF TECH II |
| 6 | APP BIO/CHEM II | PLAN | PRIN OF TECH I |
| 7 | APP BIO/CHEM II | PRACT PHYSICAL SCI | PRIN OF TECH I |
| 8 | BIOLOGY - ACD | PHYSICAL SCIENCE | PRIN OF TECH I |

12

EXHIBIT 44

# CRAWFORD CENTRAL SCHOOL DISTRICT

Observation Summary

REPORT OF CLASSROOM VISITATION

Teacher's Name Claudette DeLeon Date 12/3/01

School MASH Grade/Subject SPANISH II

Length of Observation: From 11:20 To 12:05 Period 5 Visit # 2

KEY: S - Satisfactory IN - Improvement Needed
NA - Not Applicable * - See Written Comment

**Preparation - Planning**
( S ) Lesson plans evident
( S ) Planning reflects lesson objectives and activities
( S ) Aim or purpose ~ Clear and attainable.
( S ) Provisions for different ability levels.
( S ) Instructional materials readily available.
( S ) Materials reflect creativity and resourcefulness
( S ) Teacher's knowledge of lesson content.

**Instructional Technique/Effectiveness**
( S ) Command of written and spoken English.
( S ) Introduction and motivation.
( S ) Teaching strategies appropriate to lesson/objective.
( S ) Provisions for: ✓auditory, ✓visual, ✓and tactile instruction
( S ) Illustrates/models the concept or skill
( S ) Vocabulary appropriate to group.
( S ) Questions stimulate thought.
( S ) Learning experience consistent with purpose/planning
( S ) Students encouraged with appropriate reinforcement
( S ) Teacher awareness of student understanding of lesson objectives.
( S ) Time on task
( S ) Summary and closure.
( S ) Assignment/Homework - applicable and clearly stated.

**Teacher - Student Interaction**
( S ) Demonstrates courtesy and tact
( S ) Maintains consistency when working with students
( S ) Encourages student interaction
( S ) Students' involvement - participate actively
( S ) Encourages good work/study habits.

**Personal Characteristics**
( S ) Demonstrates sound instructional judgment.
( S ) Gives attention to personal grooming and dress
( S ) Exhibits: ✓poise, ✓composure, ✓enthusiasm, ✓and sense of humor

**Management and Organization**
( S ) Control and discipline - firm, fair, and sympathetic
( S ) Establishes/follows classroom routines and procedures.
( S ) Attention to health and safety needs of students
( S ) General order and cleanliness of room.
( S ) Effectiveness of seating & furniture
( S ) Use of bulletin boards and/or displays
( S ) Maintains accurate records

**COMMENDATIONS & RECOMMENDATIONS**

1/E - HAVING STUDENTS WRITE SENTENCES ON THE BOARD IS AN EFFECTIVE TEACHING TECHNIQUE. YOU DO A VERY GOOD JOB COVERING THE STUDENT SENTENCES ON THE BOARD AND MAKING THE NECESSARY CORRECTIONS FOLLOWED BY AN EXPLANATION OF THE CORRECT USAGE. THIS TECHNIQUE COULD BE MADE MORE EFFECTIVE BY SENDING THE STUDENT TO THE BOARD TO MAKE THE NECESSARY CORRECTIONS AND VERBALLY PROMPTING THE STUDENT AS NEEDED.

Observer's Signature [signature] Title Assistant Principal
Conference Date 12/6/01

*Teacher's Signature [signature] Enclosure: Yes ____ No ✓

1. White copy remains with teacher.
2. Yellow copy to principal.
3. Pink copy to personnel file.

*Indicates copy has been received; not necessarily in agreement with observer. Written response may be attached.

# CRAWFORD CENTRAL SCHOOL DISTRICT
## Observation Summary

### REPORT OF CLASSROOM VISITATION

Teacher's Name GLAUBITTE, DEBRA    Date 3/1/02

School MASH    Grade/Subject SPANISH I

Length of Observation: From 9:42 To 10:27    Period 3    Visit # 3

KEY:    S - Satisfactory    NA - Not Applicable    IN - Improvement Needed    * - See Written Comment

**Preparation - Planning**
- ( S ) Lesson plans evident
- ( S ) Planning reflects lesson objectives and activities ①
- ( S ) Aim or purpose - Clear and attainable.
- ( S ) Provisions for different ability level.
- ( S ) Instructional materials readily available.
- ( S ) Materials reflect creativity and resourcefulness
- ( S ) Teacher's knowledge of lesson content.

**Instructional Technique/Effectiveness**
- ( S ) Command of written and spoken English.
- (IN) Introduction and motivation.
- ( S ) Teaching strategies appropriate to lesson/objective.
- ( S ) Provisions for: ✓Auditory, ✓Visual, ✓and tactile instruction
- ( S ) Illustrates/models the concept or skill
- ( S ) Vocabulary appropriate to group.
- ( S ) Questions stimulate thought.
- ( S ) Learning expectance consistent with purpose/planning
- ( S ) Students encouraged with appropriate reinforcement.
- (IN) Teacher awareness of student understanding of lesson objectives ①
- ( S ) Time on task.
- (IN) Summary and closure ②
- ( S ) Assignment/Homework - applicable and clearly stated.

**Teacher - Student Interaction**
- ( S ) Demonstrates courtesy and tact.
- (IN) Maintains consistency when working with students ③
- ( S ) Encourages student interaction.
- ( S ) Encourages student involvement - participate actively
- ( S ) Encourages good work/study habits.

**Personal Characteristics**
- ( S ) Demonstrates sound instructional judgment.
- ( S ) Gives attention to personal grooming and dress
- ( S ) Exhibits: ✓Poise, ✓Composure, ✓enthusiasm, ✓and sense of humor

**Management and Organization**
- (IN) Control and discipline - firm, fair, and sympathetic ④
- (IN) Establishes/follows classroom routines and procedures ⑤
- ( S ) Attention to health and safety needs of students
- ( S ) General order and cleanliness of room.
- ( S ) Effectiveness of seating & furniture
- (NA) Use of bulletin boards and/or displays
- ( S ) Maintains accurate records

**COMMENDATIONS & RECOMMENDATIONS**    See ATTACHMENT

_____
_____
_____
_____
_____
_____
_____

Observer's Signature _____

Title ASSISTANT PRINCIPAL    Conference Date 3/13/02

Teacher's Signature _____    Enclosure: Yes ✓ No ___

*Indicates copy has been received; not necessarily in agreement with observer. Written response may be attached.

1. White copy remains with teacher.
2. Yellow copy to principal.
3. Pink copy to personal file.

* REFUSED TO SIGN



EXHIBIT
47

MT9

# Meadville Area Senior High School

930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

George H. Deahner
Principal

John C. Higgins
Assistant Principal

James T. Morgan Jr.
Assistant Principal

Don C. Apel
Guidance Director

John S. Werk
Athletic Director



1.    You show consistency with the presentation of your objectives.  You always write the objectives of the days lesson on the board and cover briefly the planned activities.

2.    I really liked the approach you used to help one student remember the Spanish terms on the board.  You suggested that he create a rap song that incorporated the terms.  Putting these Spanish terms to music is an effective mnemonic device.

3.    I noticed that you changed your entire agenda for the day, because I was in the classroom to observe.  The students were noticeably upset by this turn of events, and one student asked if it was because Mr. Higgins was in the room.  You told the student, "Yes".  You then started the days lesson.  By changing your agenda many students became unmotivated to learn right from the start of the days lesson.  Further, some students came unprepared in anticipation of watching a movie.  I do not have a problem with a teacher changing their lesson plans to enhance their curriculum, but would appreciate that you do not change your agenda on account of my presence in the classroom.

4.    I observed many students throughout the lesson not paying attention to you.  Some students were drawing, writing notes or just sitting there doing nothing at all.  You need to be more aware of these students and involve them as much as possible in the lesson.

5.    With about eight  minutes to go in class, a student attempts to interrupt you by asking out loud if you were going to check homework today.  You ignore him and continue teaching.  He then raises his hand and you call on him.  He asks again and you say "Yes".  With five minutes left, some students start closing books while others get up and throw papers and gum away without permission.  You stop teaching and begun checking homework.  The bell rings and students leave while you are still checking the homework of a few students.

      Some suggestions for closing your lesson.  First, make sure students are aware of your classroom rules.  (Ex. Students must raise hand before being called on, come prepared, etc.)  If you need to spend some class time reviewing rules with the class, then do so.  Second, check homework at the beginning of the period or tell all students it will be checked first thing the next class period.  Finally, students do not decide when class is over, you do.  If you feel giving them a little free time at the end of the period will help motivate them to stay on task until after you summarize your lesson, then give it a try.



# Meadville Area Senior High School

930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

George H. Deshner
*Principal*

John C. Higgins
*Assistant Principal*

James T. Morgan Jr.
*Assistant Principal*

Don C. Apel
*Guidance Director*

John S. Wehr
*Athletic Director*

6.  I observed you reprimand a student at the front of the room for not following the lesson. She angrily showed you her paper that she had been writing notes on from the lesson. Another student at the back of the room sat almost the entire period with no book or pencil and his feet propped up on a chair. When you finally did speak to him you did mention that he needed to be prepared, but in affect rewarded him by pairing him up with the student sitting next to him. I observed that he borrowed a pen and began drawing in his trapper keeper.

I feel consistency in working with students is key to good classroom management. Students are aware of what other students are doing in the classroom and what the teacher is doing in regards to how they are disciplined.

7.  I observed a female student rudely tell you that you needed to move to the side, because you were blocking her view of the board. You did not address the way this student spoke to you, but instead told her to see you after class for being unprepared. When the period was over the student left without meeting with you and you failed to remind the student to stay after. Once again, I feel that consistency is the key. First, make sure to address the immediate problem. In this case, the student should have been made aware immediately that the way she addressed you was unacceptable. Second, you gave her a directive to stay after class for being unprepared. Remember, the rest of the class also heard this and noticed that she did not follow your directives. It is imperative that you follow through on your directives. Failure to do so undermines your position as the authority figure in the classroom.

8.  I observed that your lesson was interrupted on three occasions by students wanting to use the restroom. I understand that the occasional emergency does arise, but for the most part students can control the need to use the restroom. These constant interruptions disrupt the classroom routine and cause other students to lose their focus while you write out a hall pass. I would suggest establishing a hall pass procedure where students are limited to when they could ask for a hall pass. For example, the first five minutes of class when you are checking homework or during an activity. I would make it very clear that no passes would be given during the lesson.