EXHIBIT
**99**

526 Chestnut Street
Meadville, PA
April 22, 2006

To whom it may concern,

From: Janine G. Maziarz
French-Spanish Teacher, retired.

Subject: Testimony related to colleague Spanish teacher Claudette De Leon.

Ms. De Leon and I have taught together in the Meadville  Area School District, at the Senior High School since she transferred from Cochranton Junior-Senior High School until her dismissal.

Her expertise in the Spanish language and Spanish Literature made her an excellent replacement for Gloria Conde, a former Cuban native who was retiring. Ms. De Leon a former Mexican citizen, was more fluent in Spanish than me, a former French citizen with Spanish descendents. I must add that her former music teacher position in Mexico City brought a great deal  of cultural points into her classes.

Everyone in the administration was very professional with the then 4 member department. Enthusiasm, motivation and improvement for all levels ( 1 to 5) were our goals, encouraged by our principal George Deshner, who was a formidable promoter of foreign languages.

Then one day, Ms. De Leon shared with me that an affluent student's parents brought to the attention of our principal that she had been incorrect in regard to their son. Consequently, a situation developed between Ms. De Leon and our principal and the school board became aware of it at some point. Even though it was not a daily confrontation, it ran its course for 10 years.

I witnessed the pressure which was put on Ms. De Leon. Discipline problems with students were analyzed closely, Ms. De Leon informed me. She followed the rules set by our red student notebook, she took  classes for effective discipline and applied them. I, Mrs. Maziarz became her moral support, her confidant . She had a strong character and she followed all suggestions given to her to the " T". She felt that sometimes she was not believed  when she recounted incidents involving students.

Her teaching never changed, her objective of teaching conversational Spanish at its best, and introducing new methods for more efficiency.

When observed by the administration, she followed their recommendations accurately. She shared directives with me. She was worried, overwhelmed by the extra reports she was to turn in to the administration. The assistant principals working a that time increased the pressure on her.

She became a strong target and cried a lot out of despair. She went under medical care for her depression. Her teaching was never neglected, it improved. The students had a routine which they followed well, it was their duty to comply. She shared her techniques with me.

Since she had lost her own classroom and had become again a traveling teacher she taught in my classroom two periods a day. Occasionally I had to go into that room and her classes always brought out my admiration for her skills.

She shared her concerned about being reprimanded for talking in hallways or being late at the cafeteria for study hall, when everybody else were trusted in performing their duties.

When she expressed firmly her plan of action against the school district in a meeting, she was surprised of being accused of raising her hand at Mr. Deshner. She never raised a hand at her children.

It is too common for adults to see all Mexican people as uncivilized, incompetent and uneducated. Ms. De Leon is an American citizen, well educated in the Fine Arts, and promoter of the education of young people, as are her mother and siblings who are strongly involved in schools and teaching.

The above is the information that I have seen and heard while teaching with Ms. De Leon.

Sincerely yours,

Jannie G. Maziarz

Subscribed to before me this 24th day of April, 2006. (Seal)

My commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Melanie G. Jackson, Notary Public
City of Meadville, Crawford County
My Commission Expires Apr. 24, 2008
Member, Pennsylvania Association of Notaries

CONFIDENTIAL

Michael Mercatoris, Ph.D.
Clinical Psychologist
Michael Mercatoris, Ph.D. & Associates, P.C.
462 Chestnut Street • Meadville PA 16335 • 814-336-6308 • FAX 814-337-6067

March 12, 2002

Re: Claudette DeLeon

To Whom It May Concern:

Claudette DeLeon is currently a patient under the care of myself and Gregory L. Richards, M.D. of this practice for the treatment of recurrent severe depression. Because of her current psychological status I have advised her to take of work from 3/13/02 to 3/17/02. If there are any questions regarding this please feel free to contact this office.

Sincerely,

Michael Mercatoris, Ph.D. —
Clinical Psychologist


EXHIBIT
50

EXHIBIT
51

To: Mr. John Higgins
From: Claudette de Leon
RE: Classroom Evaluation
Date: 3-13-02

Please be advised that I will comply with your suggestions as stated on your evaluation performed on thursday 3-07-02.

*(handwritten, top)* 3/18/02    Claudette deLeon

*(handwritten)* I will comply with your above directive.

# CRAWFORD CENTRAL SCHOOL DISTRICT



Charles E. Heller III
Assistant Superintendent

Shawn G. Sampson
Business Manager/Board Secretary

Kathy K. Thomas
Director of Curriculum & Instruction

Nicholas J. Chereपovich
Director of Special Services

John M. Bauer
Supervisor of Buildings & Grounds

Richard L. Finker
Coordinator of Technology

Michael E. Dolecki, Superintendent

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

## OFFICE OF THE SUPERINTENDENT

March 18, 2002

Claudette deLeon
11983 Eureka Road
Edinboro, PA 16412

Dear Ms. deLeon:

Please be advised that you are hereby suspended, with pay, from your teaching position at the Meadville Area Senior High School as of March 18, 2002. You are further hereby directed to submit to a psychiatric evaluation and the District will advise you of the time and date of your appointment with a psychiatrist to be selected. This action is based on the medical excuse that you presented to the administration of Meadville Area Senior High School on March 14, 2002.

Please acknowledge your willingness to comply with this directive on or before Friday, March 22, 2002.

Sincerely,

*(signature)* Michael E. Dolecki

Michael E. Dolecki
Superintendent of Schools

MED/crk

PC:    Mr. Emil M. Spadafore, Jr., C.C.S.D. Solicitor
       Mr. George Deshner, Principal ~ Meadville Senior High
       Personnel File

EXHIBIT 53

AN EQUAL RIGHTS AND OPPORTUNITIES SCHOOL DISTRICT

**CRAWFORD CENTRAL SCHOOL DISTRICT**

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

*Michael E. Dolecki, Superintendent*

Charles E. Heller III
*Assistant Superintendent*
Shawn a. Sampson
*Business Manager/Board Secretary*
Kathy K. Thomas
*Director of Curriculum & Instruction*
Nichelea J. Charpovich
*Director of Special Services*
John M. Bauer
*Supervisor of Buildings & Grounds*
Richard L. Fisher
*Coordinator of Technology*

## OFFICE OF THE SUPERINTENDENT

April 25, 2002

Claudette deLeon
11983 Eureka Road
Edinboro, PA 16412

Dear Ms. deLeon:

Please be advised that a psychiatric appointment has been rescheduled for you with Dr. McFadden in Farrell, Pennsylvania, on Friday, May 3, 2002, at 1:30 P.M. The directions to his office are the following:

Take 79 and exit at the Mercer Exit; take Rt. 62 to Intersection of Rt. 18 and 62 (at the Shenango Mall); make a left onto Rt. 18 (heading towards West Middlesex); at the corner where there will be a Sheatz and Combine Bros. Restaurant; turn right and go up the hill past the cemetery and turn into the 2nd entrance to UPMC; right onto Memorial Drive; left onto Green Street. It is the Red Cedar Solar Building with a big blue sign "Green Street Building". The office is listed as UPMC Behavior Health.

The phone number for Dr. McFadden's office is 1-724-981-5601. You are encouraged to call my office if you have any questions.

Sincerely,

Michael E. Dolecki
Superintendent of Schools

MED/csk

PC: Mr. Charles E. Heller, III, Ass't. Superintendent
Mr. Emil M. Spedafore, Jr., School District Solicitor
Mrs. Patricia A. Deardorff, C.C.E.A. President
Personnel File

Sent Certified Mail on April 25, 2002.



EXHIBIT
53

#2.0



**Ronald O. McFadden, MD**
1990 Green Street
Farrell, PA 16121
724-983-7197
Lic#

**UPMC Horizon**
*Psychiatric Services*
*A hospital of UPMC Health System*

Name *Claudette DeLeon*    Age ___
Address ___    Date *5/17/02*    Refill ___ times

**Rx**

Claudette isl was able
to return to work
without restriction as
of 5/3/02. Letter to
follow.

*Ron Mitchell* MD DEA#

In order for a brand name product to be dispensed, the prescriber must handwrite "Brand Necessary"
or "Brand Medically Necessary" in the space below.

Pres037



# FILE COPY



EXHIBIT
**53(b)**

# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, Superintendent.

Chai...
Shaw...
Business Manager/Board Secretary
Kathy K. Thomas
Director of Curriculum & Instruction
Nicholas J. Cherepovich
Director of Special Services
John M. Bauer
Supervisor of Buildings & Grounds
Richard L. Fraser
Coordinator of Technology

## OFFICE OF THE SUPERINTENDENT

March 26, 2002

Claudette deLeon
11983 Eureka Road
Edinboro, PA 16412

Dear Ms. deLeon:

Please be advised that an appointment has been made for you with Dr. Kenneth Bill at the Clarion Psychiatric Center on April 25, 2002, at 1:00 P.M. I am requesting that you call his office as soon as possible and confirm this appointment and provide pertinent information that is required before your visit. The number of Dr. Bill's office is 1-800-253-4906. Your medical insurance should cover all expenses for the appointment. In case the insurance does not cover expenses, Crawford Central will be responsible for costs. If an appointment can be made with a doctor prior to the above date, the District will notify you in writing.

I also would like to reconfirm the District's willingness to consider discussing a paid leave for the remainder of the 2001-2002 school year based upon your resignation as a teacher in the Crawford Central School District.

Please call my office if you have any questions.

Sincerely,

Michael E. Dolecki
Superintendent of Schools

MED/csk

PC:   Mrs. Patricia Deardorff, C.C.E.A. President
Mr. George Deshner, Principal – Meadville Senior High
Mr. Emil M. Spadafore, Jr., C.C.S.D. Solicitor
Personnel File

Sent Certified Mail on March 26, 2002

AN EQUAL RIGHTS AND OPPORTUNITIES SCHOOL DISTRICT



RECEIVED

MAY 20 2002

FILE COPY

⊕ **UPMC Horizon**
Psychiatric Services

*A hospital of UPMC Health System*

Ronald D. McFadden, MD
1590 Greer Street
Farrell, PA 18121
724-983-7197
Lic.# _____

Name _Claudette Orleon_  Age ____

Address _____  Date _5/17/02_

                        Ref.# ____  times

**Rx**

Claudette issues able
to return to work
without restriction
as 5/3/02 letter to
follow.

_Ron McFadden_ —MD DEA#

In order for a brand name product to be dispensed, the prescriber must handwrite "Brand Necessary"
or "Brand Medically Necessary" in the space below.

_____

Pres007

#2.0

EXHIBIT
54

EXHIBIT
55

CRAWFORD CENTRAL SCHOOL DISTRICT
Meadville, Pennsylvania
PROFESSIONAL EVALUATION INSTRUMENT

*Appendix A must be used in conjunction with the Philosophy and Rationale Section.*

| Teacher | Claudette deLeon | Building | Meadville Area Senior High School. |
|---|---|---|---|

| Subject Area | Spanish I | Date 3/18/02 | Grade Level 9-12 | Years of Service as a full-time employee in the District 12 |

**S = Satisfactory • U = Unsatisfactory**

## I. PROFESSIONAL COMPETENCY

### A. PREPARATION - PLANNING

**[ S ] ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO PREPARE, PLAN AND USE EFFECTIVELY INSTRUCTIONAL LESSONS APPROPRIATE TO THEIR TEACHING ASSIGNMENT.**

The following criteria are guidelines for consideration:
- Lesson plans indicate progression in correlation with the curriculum.
- Teacher participates in peer-group discussion of teaching techniques.
- Lesson plans were purposeful.

The following criteria are guidelines for consideration: (when appropriate)
- Resourceful in selection of instructional materials.
- Teacher adjusts the physical features of the room to provide a healthful and meaningful environment.
- The room is attractive and neat (use of bulletin boards, posters, etc.).
- Has written plans, seating charts, plus special schedules available (when appropriate).
- Decor or room corresponds to curriculum.

**Comments:**

### B. TECHNIQUE - TEACHING EFFECTIVENESS

**[ U ] ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO USE APPROPRIATE TEACHING TECHNIQUE TO ENHANCE TEACHING EFFECTIVENESS.**

The following criteria are guidelines for consideration:
- Uses auditory and visual aids purposefully.
- Makes explanations clear and concise.
- Uses a student's experiences to motivate learning.
- Stimulates interest and thought.
- Uses a variety of instructional methods.
- Obtains positive reaction from most students.
- Makes effective use of community resources.

**Comments:** Lack of classroom control has effected the learning process. Students are sleeping in class, drawing pictures, and walking freely around room while instruction is going on. Mrs. deLeon has been unable to implement effective classroom management

### C. TEACHER - STUDENT INTERACTION

**[ U ] ALL PROFESSIONAL STAFF SHOULD ENCOURAGE POSITIVE TEACHER - STUDENT RELATIONSHIPS.**

The following criteria are guidelines for consideration:
- Courtesy and tact - is polite, considerate, and respectful with students.
- Attempts to maintain confidence when working with students.
- Encourages positive, professional relationship with students.
- Strives to develop self-discipline such as responsible behavior, respect and honesty in the student.
- Understands and respects differences in abilities, interests and needs of students.
- Encourages the development of desirable study habits and/or use of study time.
- Encourages student interaction and free expression of ideas.
- Encourages an attitude of friendliness and a feeling of mutual interest between students and teacher; shows no favoritism or partiality.

**Comments:** Mrs. deLeon lacks consistency when dealing with matters of discipline in her classroom. Some students are reprimanded for specific behaviors in the classroom while others exhibiting the same behaviors go unattended.

## II. PERSONAL CHARACTERISTICS AND TRAITS

### A. RESPONSE TO SUPERVISION

**[ U ] ALL PROFESSIONAL STAFF SHOULD BE ABLE TO RESPOND EFFECTIVELY TO SUPERVISION.**

The following criteria are guidelines for consideration:
- Demonstrates ability to work with administration to achieve educational improvement.
- Observe administrative policies while reserving the right to state opinions.
- Responds to constructive criticism for improvement of the educational program.

**Comments:** Mrs. deLeon becomes argumentative and derogatory when meeting with administration regarding educational improvements. She continuously looks away or down at the floor when suggestions for improvement are being made.

### B. ATTITUDE

**[ U ] ALL PROFESSIONAL STAFF SHOULD DISPLAY POSITIVE ATTITUDE TOWARD ACHIEVING EDUCATIONAL GOALS.**

The following criteria are guidelines for consideration:
- Displays interest, enthusiasm, flexibility and dedication as a teacher.
- Is polite and considerate.

**Comments:** Poor attitude is shown during meetings with administration. Mrs. deLeon will not

Case 1:05-cv-00126-SJM   Document 50-20   Filed 06/20/2007   Page 10 of 44

| U | ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO COOPERATE WITH OTHERS. |
|---|---|

The following criteria are guidelines for consideration:
Maintains sounds relationships and works constructively with students, parents and school personnel.
Carries out extra duty assignments regularly.

Comments Mrs. deLeon has continually ignored the action plan given to her on June 8, 2001 She agreed to this action plan and all points found within, but when we met with her abo the plan she continually cites harrassment concerning the observations she agreed to. Statements made include "Why am I on an Action plan?", "No one else in the district is o one.", "No one else is observed as much as I am.".

D. MATURITY

| U | ALL PROFESSIONAL STAFF SHOULD DISPLAY MATURITY. |
|---|---|

The following criteria are guidelines for consideration:
Demonstrates self-confidence and a pleasant disposition toward students, parents and co-workers, has a sense of humor.
Exhibits intelligent, mature behavior and conducts himself in a manner which exhibits professional dignity.
Demonstrates honesty and respect for laws.

Comments Mrs. deLeon is antagonistic to parents, students and administration. This behavior surfaces in the classroom, in parent conferences and administrative meetings.

E. DEPENDABILITY

| U | ALL PROFESSIONAL STAFF SHOULD BE DEPENDABLE. |
|---|---|

The following criteria are guidelines for consideration:
Is responsible in meeting education obligations.
Is punctual in meeting schedules, can be relied upon to take some initiative and cope with various circumstances which may arise.
Solves everyday problems realistically.
Record keeping is accurate and reports are submitted promptly and neatly.

Comments Mrs. deLeon has not sufficiently met the areas of concern outlined in her Action plan.

F. COMMUNICATION

| U | ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO COMMUNICATE EFFECTIVELY. |
|---|---|

The following criteria are guidelines for consideration:
Demonstrates appropriate use of language and voice control.
Gives clear and concise instructional directions.
Has listening ability.
Has skill in asking pertinent questions.

Comments Mrs. deLeon builds walls when communicating with administration and parents. She pays no attention to what administrators are saying by looking away, looking at th floor and arguing. She glares at parents during parent conferences which cause parent conferences to deteriorate rapidly.

G. PHYSICAL CHARACTERISTICS

| S | ALL PROFESSIONAL STAFF SHOULD GIVE ADEQUATE ATTENTION TO PERSONAL AND PHYSICAL CHARACTERISTICS. |
|---|---|

The following criteria are guidelines for consideration:
Gives adequate attention to personal grooming and appropriate dress.
Is physically fit as evidenced by regular attendance, and the ability to carry a normal assignment. (This does not apply to temporary disabilities).

Comments

H. PROFESSIONALISM

| U | ALL STAFF SHOULD STRIVE FOR CONTINUED PROFESSIONAL GROWTH OPPORTUNITIES. |
|---|---|

The following criteria are guidelines for consideration:
Strives to attend workshops, seminars, etc. to provide for professional growth.
Is an active member in professional organizations.
Demonstrates a willingness to serve in a responsible position in local, district or state educational organizations.

Comments There has been no evidence of professional development or growth opportuniti at this time.

Teacher's Comments: (If extra comment area is needed, please attach an additional sheet.)

The signature of Mrs. deLeon does no indicate agreement to the statements made hereon this form. (CDL)

I have read this report and discussed it with my evaluator.

OVERALL EVALUATION:

- [ ] - Satisfactory
- [U] - Unsatisfactory

Claudette de Leon
Signature of Teacher

Signature of Evaluator

*Due to Mrs. deLeon's leave of absence, the Appendix A (Professional Evaluation

- 1 -

## APPOINTMENT

The undersigned impartial Arbitrator was selected by representatives of Crawford Central School District and of Crawford Central Education Association from a panel furnished by the Pennsylvania Bureau of Mediation to hear and decide a dispute pending between the Parties. Arbitration Hearings were conducted on May 7, June 13, and August 21, 2003 at the District's Administration Offices in Meadville, Pennsylvania. At those times, both sides were represented by Legal Counsel and each of them was afforded fair and ample opportunity to present testimony, exhibits and arguments in support of the respective positions. Records of the proceedings were compiled and subsequently transcribed. After reviewing the complete evidentiary record thus comprised, as well as Post-Hearing Briefs submitted on behalf of the Parties by their Legal Counsel through the mail, the undersigned now enters the following disposition of this controversy.

## PERTINENT SUBJECT MATTER

A claim asserting as follows was filed on behalf of Grievant Claudette deLeon on or about 6-14-02:

STATEMENT OF GRIEVANCE:

The school district has violated the collective bargaining agreement and legal statutes in their observations and evaluation of Claudette DeLeon. The district issued an unjust and im- proper evaluation to the grievant on May 30, 2002.



EXHIBIT
75

- 2 -

RELEVANT PORTIONS OF THE COLLECTIVE BARGAINING AGREEMENT

**ARTICLE I**
**RECOGNITION**

<u>Unit</u>

The Board hereby recognizes the Association as the exclusive representative for the collective bargaining for all professional employees included in the bargaining unit as certified and determined by the Pennsylvania Labor Relations Board.  A copy of said determination is reproduced and made a part hereof.

The parties acknowledge that the Directors of Secondary and Elementary Guidance, Testing and Adult Education are encompassed by the term "Guidance Counselors" which appears in the unit description portion of the Certification of Representative below.

. . .

**ARTICLE III**
**GRIEVANCE PROCEDURE**

A.  <u>Definitions</u>

1.  <u>Grievance</u>

A "grievance" is hereby defined as:

a.  a claim by an employee or employees regarding the meaning, interpretation or application of any provision in this Agreement

or

b.  that the local school board or its agents have acted inequitably in the application of the terms of this Agreement.

. . .

- 3 -

B. **Purpose**

The purpose of this procedure is to secure at the lowest possible level equitable solutions to the problems which may from time to time arise affecting employees. Both parties agree that these proceedings will be kept as informal and confidential as may be appropriate at any level of the procedure.

C. **Time Limits**

. . .

6. **Level Four - Arbitration**

. . .

a. Within ten (10) school days after such written notice of submission to arbitration, the Board and the Association shall attempt to agree upon a mutually acceptable arbitrator and shall obtain a commitment from said arbitrator to serve. If the parties are unable to agree upon an arbitrator, or to obtain such a commitment within the specified period, a request for a list of arbitrators may be made to the Pennsylvania Mediation Board by either party. The parties shall then be bound by the rules and procedures of the Pennsylvania Mediation Board in the selection of an arbitrator.

b. The arbitrator so selected shall confer with the representatives of the Board and the Association and hold hearing promptly and shall issue his decision not later than twenty (20) days from the date of the close of hearings, or, if oral hearings have been waived, then from the date that the final statements and proofs on the issues are submitted to him. The arbitrator's decision shall be in writing and shall set forth his findings of fact, reasoning and conclusions on the issues submitted. The arbitrator shall be without power or authority to make any decision which requires the commission of an act prohibited by law or which is in violation of the terms of this Agreement. The decision of the arbitrator shall be submitted to the Board and the Association and shall be final and binding on the parties.

- 4 -

c. Costs for the services of the arbitrator, including per diem expenses if any, and actual and necessary travel, subsistence expenses and the costs of the hearing room and arbitration reporter, shall be borne equally by the Board and the Asso- ciation or the aggrieved party. Any other expenses incurred shall be paid by the party incurring same.

. . .

## ARTICLE IV
## RIGHTS OF PROFESSIONAL EMPLOYEES

A. **Just Cause Provision**

No professional employee shall be disciplined, reprimanded, reduced in rank or compensation or deprived of any pro- fessional advantage without just cause. Any such action asserted by the Board or any agent or representative thereof, shall be subject to the grievance procedure herein set forth. The reasons forming the basis for disciplinary action will be made available to the pro- fessional employees and the Association promptly.

. . .

## ARTICLE XII
## EMPLOYEE EVALUATION

A. **General Criteria**

1. **Basis for Conducting Evaluations**

Evaluations shall be conducted under the provisions of Section 1123 of the School Code and the School District Policy governing the use of Appendix A of the Professional Evaluation Instrument.

2. **Observation Reports**

An employee shall be given a copy of any written observation report. No such report shall be sub- mitted to the central office, placed in the employee's file, or otherwise acted upon without prior review by the employee. The employee shall acknowledge that he/she has had the opportunity to review such material by affixing his/her signature to the copy to be filed with the express understanding that

- 5 -

such signatures in no way indicate agreement with the contents of the report.

3.    Rating Reports

The employee shall receive a copy of all rating reports prior to said forms being placed in his/her personnel file. The employee may request a conference to review this rating form with the appropriate administrator.

4.    Rating Reports

Notification of rating of temporary professional employees shall be done in accordance with the provisions of Section 1108(a) of the School Code of 1949 as amended and the School District Policy governing the use of Appendix A of the Professional Evaluation Instrument.

. . .

ARTICLE XXII
MANAGEMENT RIGHTS

The exercise of the foregoing powers, rights, authority, duties and responsibilities by the Board, the adoption of policies, rules, regulations and practices in furtherance thereof, and the use of judgment and discretion in connection therewith shall be limited only the specific and extent such specific and expressed terms hereof are in conformance with the Constitution and laws of the State of Pennsylvania and the Constitution and the laws of the United States.

ARTICLE XXV
WAIVERS

The parties agree that all negotiable items have been discussed during the negotiations leading to this Agreement and that no additional negotiation on this Agreement will be conducted on any item, whether contained herein or not, during the life of this Agreement.

- 6 -

## SCHOOL CODE

**24 PS 11-1123 Rating System**

In determining whether a professional employee shall be dismissed for incompetency or unsatisfactory teaching performance as provided for in section 1122(a) of this act, and in rating the services of a temporary professional employee, the professional employee or temporary professional employee shall be rated by an approved rating system which shall give due consideration to personality, preparation, technique; and pupil reaction, in accordance with standards and regulations for such scoring as defined by rating cards to be prepared by the Department of Education, and to be revised, from time to time, by the Department of Education with the cooperation and advice of a committee appointed by the Secretary of Education, including representation from district superintendents of schools, classroom teachers, school directors, school supervisors, parents of school-age children enrolled in a public - school, a representative from a college or department of education within a higher education institution located within this common-wealth, and such other groups or interests as the Secretary of Education may deem appropriate. Rating shall be done by or under the supervision of the super-intendent of schools or, if so directed by him, the same may be done by an assistant superintendent, a super-visor, or, a principal, who has supervision over the work of the professional employe or temporary profes-sional employe who is being rated: Provided that no unsatisfactory rating shall be valid unless approved by the district superintendent.

- 7 -

## BACKGROUND FACTS

This grievance concerns an unsatisfactory performance evaluation issued to the Grievant by the Crawford Central School District for the 2001-2002 school year. As has already been suggested, the evidentiary record is quite voluminous and no effort will be made to reiterate all of the testimony and other evidence at this juncture, although it is incorporated fully herein by reference. The most salient aspects of this case will be identified in the course of the analysis which follows.

It is noteworthy however that the Crawford Central School District has utilized an alternative rating form, purportedly consistent with discretion afforded to the District under the Pennsylvania School Code, for many years. The procedure utilized in order to arrive at the Grievant's unsatisfactory performance evaluation is very much at the heart of this dispute. Critical details of that procedure and the relevant legal mandates will be examined hereafter in detail.

Grievant Claudette deLeon is a Spanish teacher at Meadville Area High School where she has taught since 1989. In the course of her career, she has experienced a series of disagreements with the District's Administration as well as emotional depression for which she has sought medical attention. Just prior to the issuance of her unsatisfactory performance evaluation she consented to and was subjected to a psychological examination at the District's expense. She was found to be able to return to work, but was then issued the disputed rating. The grievance form lists the "relief sought" as follows:

- 8 -

The.district should rescind the evaluation and all
directives and action plans.  The unsatisfactory
rating should be replaced with a satisfactory
rating.

The District shall cease and desist from any
further such action.

The District shall make the grievant whole.

And any other relief, punitive or otherwise, the
arbitrator may deem appropriate.

## CONTENTIONS OF THE PARTIES

The Association insists that the District has failed to follow the
proper procedure in issuing the unsatisfactory rating to the Grievant and
has abdicated its responsibilities and reneged upon the commitment to
teachers made when they collaborated on creating the alternative rating
form.  It believes that Ms. deLeon's evaluation is fatally flawed and cannot
stand for various reasons, including that it was not issued within five days
of the final observation preceding the rating and was not adequately sub-
stantiated by anecdotal records.  It suggests that the requirement that the
Grievant submit to a psychological examination was unwarranted and in viola-
tion of the Americans With Disabilities Act and that the Grievant was made
the victim of a pattern of discrimination.  It contends that the Parties' arbi-
tration precedent establishes that the District must have just cause to issue
an unsatisfactory rating and has the burden of proof to establish unsatis-
factory performance and it argues that the District has failed in its effort
to justify its action in this forum.  It accordingly requests that the grievance
be sustained and that the District be ordered to withdraw the unsatisfactory
rating and replace it in the Grievant's personnel record with a satisfactory
evaluation for the 2001-2002 school year.

The District maintains that neither the issuance of an "unsatisfactory" rating nor an action plan for improvement is arbitrable under apposite case law in Pennsylvania. It asserts that the action plan issued to the Grievant for the 2001-2002 school year was properly issued and that in fact action plans do not even constitute discipline. In any event, it notes that the Grievant's 2001-2002 action plan was never grieved. It characterizes the Association's arguments regarding potential retaliation, bad faith motives, hidden agenda, etc. as claims that make no sense and lack merit. It submits that the District's offer to allow the Grievant to resign in March of 2002 was legitimately tied to her unstable emotional state and not any evidence of a discriminatory motive. It emphasizes that its witnesses are more credible than the Association's witnesses, especially the Grievant, and it takes the position that the prior arbitration cases involving ratings of this Grievant clearly involved distinguishable facts not germane to the instant case. The District is confident that its issuance of the unsatisfactory rating to the Grievant was proper and it requests for all of these and other reasons that the Arbitrator deny the grievance and uphold its actions in all respects.

## DISCUSSION AND FINDINGS

While the record in this case contains a ponderous array of facts
and claims which might be mentioned here and discussed both at length and
with acute attention to detail, the undersigned believes instead that the more
circumspect approach here is to cut out those concerns which are ultimately
peripheral and to deal from the outset with the crux of the matters he is
compelled to straightforwardly address. Effort will be expended to achieve
that objective.

As a threshold issue, the District has interposed the argument
that neither the Grievant's unsatisfactory rating nor action plans it created,
ostensibly for her benefit, are arbitrable matters properly brought to this
forum. However, an unsatisfactory rating issued without just cause would
most emphatically deprive a professional employee of a professional advantage
in violation of Article IV of the Parties' Collective Bargaining Agreement. By
contrast, the action plans issued to the Grievant have not been shown to pose
any particular threat to the Grievant's status or to constitute disciplinary
action; accordingly, they are dismissed from further consideration in this
tribunal.

As to the unsatisfactory rating, this Arbitrator is quite simply
not at liberty to ignore what the record so emphatically demonstrates.
Various alleged deficiencies were cited and relied upon by the District as
the causal factors triggering her overall unsatisfactory rating for the school
year in question and they must be reviewed. The principal document pur-
porting to evidence the basis for that verdict is reproduced in relevant
part for convenience here as follows:

CRAWFORD CENTRAL SCHOOL DISTRICT
Meadville, Pennsylvania
PROFESSIONAL EVALUATION INSTRUMENT

Appendix A must be used in conjunction
with the Philosophy and Rationale Section.

Teacher: Claudette deLeon

Subject Area: Spanish I    Date: 3/18/02    Grade Level: 9-12    Years of Service as a full-time employee in the District: 12

Building: Meadville Area Senior High School

S - Satisfactory    U - Unsatisfactory

**B. TECHNIQUE - TEACHING EFFECTIVENESS**   [U]

ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO USE APPROPRIATE TEACHING TECHNIQUE TO ENHANCE TEACHER EFFECTIVENESS.

The following criteria are guidelines for consideration:

- Uses auxiliary and visual aids purposefully.
- Makes explanations clear and concise.
- Relates student's experiences to increase interest.
- Uses a variety of instructional methods.
- Obtains positive reaction from most students.
- Stimulates interest and curiosity.
- Makes effective use of community resources.

- Encourages and directs students interactively.
- Attempts to motivate students in reaching levels of performance consistent with their ability.
- Provide for student involvement in planning of classroom activities.
- Provides alternative methods of study.
- Maintains class control essential to the learning process.
- Teacher demonstrates knowledge of the subject.

Comments:
Lack of classroom control has effected the learning process. Students are sleeping in class, drawing pictures and walking freely around room while instruction is going on. Mrs. DeLeon has been unable to implement effective classroom management.

**C. TEACHER - STUDENT INTERACTION**   [U]

ALL PROFESSIONAL STAFF SHOULD ENCOURAGE POSITIVE TEACHER - STUDENT RELATIONSHIPS.

The following criteria are guidelines for consideration:

- Courtesy and tact - is polite, considerate, and respectful with students.
- Attempts to maintain communication when working with students.
- Encourages positive, professional relationship with students.
- Strives to develop self-discipline such as responsible behavior, respect and honesty in the student.
- Understands and respects differences in abilities, interests and needs of students.

- Encourages student interaction and free expression of ideas.
- Encourages the development of desirable study habits and/or use of study time.
- Establishes an attitude of friendliness and a feeling of mutual interest between students and teacher; shows no favoritism or partiality.

Comments:
Mrs. deLeon lacks consistency when dealing with matters of discipline in her classroom. Some students are reprimanded for specific behaviors in the classroom while others exhibiting the same specific behaviors go unattended.

**II. PERSONAL CHARACTERISTICS AND TRAITS**

**A. RESPONSE TO SUPERVISION**   [U]

ALL PROFESSIONAL STAFF SHOULD BE ABLE TO RESPOND EFFECTIVELY TO SUPERVISION.

The following criteria are guidelines for consideration:

- Demonstrates ability to work with administrators to achieve educational improvements.
- Observes administrative policies while reserving the right to seek change.
- Responds to constructive criticism for improvement of the educational program.

Comments:
Mrs. deLeon becomes argumentative and derogatory when meeting with administration regarding educational improvements. She continuously looks away or down at the floor when suggestions for improvement are being made.

8. ATTITUDE
ALL PROFESSIONAL STAFF SHOULD DISPLAY A POSITIVE ATTITUDE TOWARD ACHIEVING EDUCATIONAL GOALS.

[U]

The following criteria are guidelines for consideration:
Displays interest, enthusiasm, flexibility and dedication as a teacher.
Is polite and considerate.

Comments: Poor attitude is shown during meetings with administration. Mrs. deLeon will argue with administration, glare at administrators and have emotional outbursts.

ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO COOPERATE WITH OTHERS.

[U]

The following criteria are guidelines for consideration:
Maintains sounds relationships and works constructively with students, parents and school personnel.
Carries out extra duty assignment regularly.

Comments: Mrs. deLeon has continually ignored the action plan given to her on June 8, 2001. She agreed to this action plan and all points found within, but when we met with her about the plan she continually cites harrassment concerning the observations she agreed to. "No one else in an action plan", "No one else in the district is on one.", "No one else is observed as much as I am."

C. MATURITY.
ALL PROFESSIONAL STAFF SHOULD DISPLAY MATURITY.

[U]

The following criteria are guidelines for consideration:
Demonstrates self-confidence and a pleasant disposition toward students, parents and co-workers, has a sense of humor.
Exhibits intelligent, mature behavior and conducts himself in a manner which exhibits professional dignity.
Demonstrates honesty and respect for laws.

Comments: Mrs. deLeon is antagonistic to parents, students and administration. This behavior surfaces in the classroom, in parent conferences and administrative meetings.

8. DEPENDABILITY.
ALL PROFESSIONAL STAFF SHOULD BE DEPENDABLE.

[U]

The following criteria are guidelines for consideration:
Is responsible in meeting education obligations.
Is punctual in meeting schedules, can be relied upon to take some initiative and cope with various circumstances which may arise.
Solves everyday problems realistically.
Record keeping is accurate and reports are submitted promptly and neatly.

Comments: Mrs. deLeon has not sufficiently met the areas of concern outlined in her action plan.

F. COMMUNICATION
ALL PROFESSIONAL STAFF SHOULD DEMONSTRATE THE ABILITY TO COMMUNICATE EFFECTIVELY.

[U]

The following criteria are guidelines for consideration:
Communicates appropriate use of language and voice control.
Has listening ability.
Has skill in asking pertinent questions.
Gives clear and concise instructions/directions.

Comments: Mrs. deLeon builds walls when communicating with administration and parents. She pays no attention to what administrators are saying by looking away, looking at the floor and arguing. She glares at parents during parent conferences which cause parent conferences to deteriorate rapidly.

H. **PROFESSIONALISM**

[U] ALL STAFF SHOULD STRIVE FOR CONTINUED PROFESSIONAL GROWTH OPPORTUNITIES.

The following criteria are guidelines for consideration:

- Strives to attend workshops, seminars, etc. to provide for professional growth.
- Is an active member in professional organizations.
- Demonstrates a willingness to serve in a responsible position in local, district or state educational organizations.

Comments: There has been no evidence of professional development or growth opportunities at this time.

Teacher's Comments: (If extra comment area is needed, please attach an additional sheet.)

The signature of Mrs. deLeon does not indicate agreement to the statements made herein this form. CDA

I have read this report and discussed it with my evaluator.

OVERALL EVALUATION:

[ ] - Satisfactory

[U] - Unsatisfactory

Claudette de Leon
Signature of Teacher

[illegible]
Signature of Evaluator

*Due to Mrs. deLeon's leave of absence, the Appendix A (Professional Evaluation Instrument) was rescheduled until 5/28/02.

- 14 -

Interestingly, in a prior arbitration between not only the same

Parties but also Grievant deLeon, Arbitrator Ronald F. Talarico had occa-

sion to make certain incisive observations which are eminently apropos in

the instant context as well.  Those comments are worthy of copying here:

Obviously recognizing the significance that tenure
holds for professional employees, the Pennsylvania
General Assembly has gone to great lengths in deter-
mining the circumstances under which a professional
employee may be dismissed for incompetency.  Those
requirements, set forth in Section 1123 of the Public
School Code, require an approved rating system which
gives due consideration to certain evaluative categories,
and mandates that evaluations be in accordance with
standards and regulations prepared by the Department
of Public Instruction.

Pursuant to that authority, the Department of
Public Instruction promulgated certain regulations found
at 22 Pa. Code regarding ratings which use alternative
forms:

Section 351.24(d)

"Rating shall be substantiated by anecdotal
records and discussed with the employee within
five working days after the final observation
preceding the rating.  The discussion may take
place before or after the rating is approved by
the Superintendent.  The five day limitation may
be extended only because of emergency or or ex-
tenuating circumstances."

Section 351.26(c)

"Whenever an unsatisfactory rating is given, it
shall be supported by anecdotal records.  The
records shall include specific evidence likely to
be important in the event of dismissal."

These regulations contain three very critical and
basic requirements, i.e. (1) that the rating be sub-
stantiated by anecdotal records; (2) that the rating be
discussed with the employee within five working days
after the final observation preceding the rating; and
(3) the five day limitation may be extended only be-
cause of emergency or extenuating circumstances.

- 15 -

• • •

However, there also exists a second and equally
important basis upon which to invalidate the unsatis-
factory rating given to the Grievant. The School
District failed to adequately substantiate its rating by
anecdotal records, as is also required by Section
351.24(d). As one might expect, the requirements
regarding unsatisfactory ratings are much more spe-
cific and rigorous because of the serious consequences
that flow from the issuance of such a rating. One of
the most repeated admonitions set forth in all of the
Department of Education regulations on ratings is that
unsatisfactory ratings must be accompanied by appro-
priate anecdotal records. Although the term anecdotal
records is not specifically defined, Section 351.26(c)
of the regulations require that anecdotal records "in-
clude specific evidence likely to be important in the
event of dismissal."

The importance of the anecdotal records that
must accompany an unsatisfactory rating cannot be
overstated. This is an extremely serious situation
for any teacher. After having received a first un-
satisfactory rating, one's teaching career hangs in
the balance because a second unsatisfactory rating
will likely trigger a dismissal on the basis of incom-
petency.

Therefore, a proper anecdotal record should
provide a clear outline for the teacher as to the
events that caused the unsatisfactory rating; but
perhaps even more importantly, it should reflect
what can be done to improve one's performance
and correct undesirable behavior. Furthermore,
in the event of a dismissal the anecdotal record
would, in essence, become a specific statement of
the charges against the teacher, and at the same
time would help form the basis for any defense of
that teacher. If the anecdotal records lack these
qualities to any significant degree, the rating must
be considered invalid.

Accompanying the standardized Professional
Evaluation Instrument that the Grievant received
on June 6, 1996 is a one page Summative Evalua-
tion Report, which is set forth in its entirety be-
ginning on page 7 of this Opinion. That Report
simply references, in a very broad brushed fashion,
the following topics:

- 16 -

(1) Damages to the modular classroom;
(2) Being tardy for class;
(3) Unfair treatment of students;
(4) Sharing confidential information
    with improper persons; and
(5) Inconsistencies in the classroom.

However, the comments contained therein are
merely vague generalities, lacking specific mention
of the necessary particulars....

One of the "ATTACHMENTS" or citations submitted on behalf of

the Crawford Central Education Association by its Counsel purports to de-

fine the anecdotal support as follows:

** ¶¶ (2) An anecdote is a brief narrative giving the
factual details of a specific incident or event. Without
factual details, a rating of professional competence or
efficiency is virtually worthless and is little more than
epithetical opinion. Without supporting factual detail
incompetency cannot be found; and without supporting
factual detail an unsatisfactory rating is by definition
arbitrary. The essentiality of anecdotal support for an
unsatisfactory rating is beyond dispute. An anecdotal
record of observations of the employe's performance on
specific dates and times, and of the factual details of
such observations, made contemporaneously with the
observations while they are fresh in mind, is so im-
portant and so far superior in effectiveness and re-
liability to any later recital or documentation made
for purposes of litigation, as to be worthy of a
stringent rule mandating the former.[1]

Although the Association has deemed the timing of the District's

discussion of the Grievant's unsatisfactory rating of her as a flaw which is

in effect statutorily fatal to it, the undersigned believes that in fact the

fragile state of her psyche during the relevant time frame has been reasonably

relied upon by the District as amounting to "extenuating circumstances." How-

ever, the blatant deficiencies in the anecdotal support related to her rating

cannot be overlooked. The above-quoted extracts from the document evi-

dencing the unsatisfactory rating dramatically illustarte this phenomenon.

[1] 9 Pa. D. & C.3d 147, 171, 1977 WL 190, **13 (Pa.Com.Pl.)

~ 17 ~

It is hard to imagine more emphatic evasion of factual details and plain statement of epithetical opinion than arbitrary categorization of alleged conduct without specific dates, times, and factual details. The rule in Pennsylvania is indeed stringent that observation of a professional teaching employee's performance cannot be denounced only by documentation or re-citals made non-contemporaneously with particular alleged events. In this case it appears to be quite clear that none of the general comments entered on Claudette deLeon's "Professional Evaluation Instrument" dated 3/18/02 had anything to do with her performance prior to the month of March 2002. Her emotional distress exhibited on 3/12/02 simply did not, so far as the available information indicates, warrant a premature unsatisfactory rating for the entire 2001-2002 school year without more supportive anecdotal records than the District ever produced.

- 81 -

## AWARD

The grievance is sustained in part; the disputed rating is legally invalid.  The Grievant is entitled to be made whole with respect to any professional disadvantage she has been subjected to as a result of this transgrant contractual violation.  The undersigned impartial Arbitrator retains jurisdiction over this matter for one (1) calendar year from this date to fashion an appropriate remedy.

_____

James Clair Duff
Arbitrator

Pittsburgh, Pennsylvania

January 26, 2004

Crawford Central School District
Action Plan 2002/2003 School Year
Claudette deLeon

**I.    Professional Competency**

1.    Mrs.Claudette deLeon will be required to turn in lesson plans one week in advance for administrative review. Lesson plans must include the lesson purpose, objectives, and teaching strategies to be utilized.

2.    The Building Administrators and Assistant Superintendent will observe Mrs.deLeon a minimum of once every two weeks. A post conference will be held in conjunction with a review of the Action Plan after each observation. All observations conducted will not require prior notification.

3.    Mrs.deLeon will be required to observe another teacher's classroom every two weeks for the first two 6 week marking periods. A total of 6 observations will be required by the end of the second marking period. A list of teachers will be provided for Mrs. deLeon to observe. Mrs.deLeon will be required to give the teacher 24 hours notice before the observation takes place. Mrs.deLeon will be required to keep a log denoting the date, time, classroom management strategies, and personal reflection of the class observed. Within the first two weeks of the 2nd marking period a meeting will be held to discuss Mrs.deLeon's progress in regards to her Action Plan.

4.    Mrs.deLeon will develop a classroom management plan by the beginning of the 2002-2003 school year. This plan will be reviewed and approved by the administration on August 26, 2002.

We believe positive classroom behavior begins with a solid foundation. The following are a few suggestions that will help you start a foundation that you can build from.

A.    Think About Your Approach - Take some time to think about the strategies that you plan to use to encourage positive classroom behavior. Clarifying your strategies will make it easier for you to lead the class confidently and effectively.

B.    Visualize Possible Challenges - Imagine possible classroom challenges and review your strategies for dealing with them. Having clear-cut strategies will help keep you grounded when these challenges do arise.



EXHIBIT
57

C. **Make Your Expectations Clear from the Beginning** - Make sure that students know what you expect of them. The classroom rules you present should be positive, specific and concise. You may wish to post them in the classroom or distribute them for students to sign. You should also spell out what will happen if students do not meet expectations.

D. **Model Positive Behavior** - Occasionally, you may have to remind yourself to follow your own rules. For example, if you ask students not to drink beverages in class, refrain from keeping a cup of coffee on your desk, even if you do not drink it during class.

E. **Encourage Your Students** - When you praise students who are excelling, don't forget to encourage those who are trying, but struggling. These students often lack confidence and need more positive reinforcement.

F. **Show Respect** - Showing respect for your students includes listening to their needs and preserving their dignity. It also means living up to their expectations of you, such as greeting them at the beginning of class or returning corrected homework in a timely fashion.

G. **Be Consistent** - Be sure to address student behavior in a consistent manner. Be wary of shifting strategies when misbehavior occurs. To students, this may show a lack of decisiveness. Find a strategy you like and stick with it.

H. **Keep Students Busy and Challenged** - Busy students are far less likely to exhibit disruptive behavior. Be sure that students are working at appropriate levels; boredom and frustration often lead to students' acting out.

I. **Listen to Students' Suggestions** - When building your foundation, you may be able to draw from students' and other teachers' past classroom experiences. Ask students to make suggestions about what should be expected of them and how misbehavior should be addressed. Students are often more responsive to rules they helped create. Once the rules are set for the classroom, they should be posted in the classroom. Utilize only 4 - 5 classroom rules that are clear and enforceable.

Creating an environment in which students know and follow the rules is challenging, but not impossible. With a little patience and perseverance, you can lay a foundation for respect and positive behavior in your classroom that lasts all year.

II.    **Personal Characteristics and Traits**

1.  Mrs.deLeon must be willing to listen to suggestions administrators are making without becoming confrontational.

2.  Mrs.deLeon must remain professional at all times when meeting with Administration and Staff. This will be evidenced by her willingness to concentrate on information being presented and not working on other materials, looking away, having emotional outbursts, and staring at floor.

3.  Mrs.deLeon must follow every step of the Action Plan. She will document steps taken as per the Action Plan once every two weeks. This length of time will be reevaluated within the first two weeks of the 2nd marking period.

4.  Mrs.deLeon will communicate either verbally or in writing to parents of students exhibiting routine behavioral problems in the classroom. (i.e.-talking out, not following classroom rules, out of seat, etc.) She will keep a log of the date and time of contact made or letter sent. Students who continue to misbehave after the classroom management plan has been followed and parental contact has been made are to be referred to the administration. More serious behavioral offenses are to be reported directly to the administration. (i.e.-fighting, profanity towards staff, possession/use of tobacco, etc.)

5.  Mrs.deLeon should seek out workshops, seminars, and conferences that address the areas of improvement cited in the Action Plan and Appendix A. Some of these areas include, but are not limited to, classroom management, communication, discipline techniques, and positive interactions with people in the workplace.

6.  The administration will be available at anytime with reasonable notice to assist you in areas, such as; professional development, classroom management, and effective communication.

# Meadville Area Senior High School

930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

George H. Deshner
Principal

John C. Higgins
Assistant Principal

James T. Morgan Jr.
Assistant Principal

Don C. Apel
Guidance Director

John S. Werle
Athletic Director

**EXHIBIT**

**58**

8/30/02

Mrs. deLeon,

The Action Plan developed on June 7, 2002 required you to observe another teacher's classroom every two weeks for the first two 6-week marking periods. A total of 6 observations will be required by the end of the second marking period. To assist you in meeting this requirement we have provided a list of possible teachers that have agreed to open their classrooms to you.

We require that you give the teacher 24 hours notice before the observation takes place. You will be required to keep a log denoting the date, time, classroom management strategies and personal reflection of the class observed. Within the first two weeks of the 2nd marking period a meeting will be held to discuss your progress in regards to the Action Plan. If you have any questions please do not hesitate to contact one of the administrators in the main office.

Thank you,

John C. Higgins
Assistant Principal

PC:     Charles E. Heller III, Ass't. Superintendent
        George H. Deshner, Principal
        Dan Hootman, President of CCEA
        Personnel File



The following teachers have agreed to open their classrooms to you:

1. Donna Lewis
2. Chuck Jones
3. Doug Mehok
4. Sean Brown
5. Carl Roznowski
6. Barbara Kurtz
7. Al Hartick
8. Sue Farkas

13

| ROZNOWSKI CARL D9 ALL YEAR | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| 1 | DEPARTMENT | DEPARTMENT | DEPARTMENT | DEPARTMENT | DEPARTMENT |
| 2 | PHYSICAL SCI | PHYSICAL SCI | PHYSICAL SCI | PHYSICAL SCI | PHYSICAL SCI |
| 3 | PHYSICAL SCI | PHYSICAL SCI | PHYSICAL SCI | PHYSICAL SCI | PHYSICAL SCI |
| 4 | CHEM - ACD 03 | CHEM - ACD 03 | CHEM - ACD 03 | CHEM - ACD 03 | CHEM - ACD 03 |
| 5 | CHEM - ACD 02 | CHEM-ACD 02 | CHEM - ACD 02 | CHEM LAB 01 | CHEM - ACD 02 |
| 6 | PLAN | CHEM LAB 02 | CHEM LAB 02 | PLAN | PLAN |
| 7 | CHEM - ACD 05 | CHEM - ACD 05 | CHEM - ACD 05 | CHEM - ACD 05 | CHEM - ACD 05 |
| 8 | CHEM LAB 05 | PLAN | SH-CAFE | SH-CAFE | PLAN |

SCIENCE 2002-2003

6

# MATHEMATICS 2002-2003

| | JONES, CHUCK B29 | MEHOK, DOUG A37 | WILLISON, JOANNE B8 |
|---|---|---|---|
| | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE |
| 1 | STUDYHALL - CAFE | GENERAL MATH II | GENERAL MATH I |
| 2 | PLAN | CALCULUS - ACAD | PLAN |
| 3 | GEOMETRY - ACCEL | ALGEBRA II | ALG. III/TRIG |
| 4 | ALGEBRA I | PLAN | GEN MATH I |
| 5 | APPLIED MATH III | ALGEBRA I | STUDYHALL |
| 6 | GEOMETRY - ACCEL | STUDYHALL | ALG. III/TRIG |
| 7 | ALGEBRA I | GENERAL MATH II | GEOMETRY - ACAD |
| 8 | GEOMETRY - ACCEL | ALGEBRA II | GEOMETRY - ACAD |
| | | | |
| | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE |
| 1 | STUDYHALL - CAFE | GENERAL MATH II | GENERAL MATH I |
| 2 | PLAN | CALCULUS - ACAD | PLAN |
| 3 | GEOMETRY - ACCEL | ALGEBRA II | ALG. III/TRIG |
| 4 | ALGEBRA I | PLAN | GEN MATH I |
| 5 | APPLIED MATH III | ALGEBRA I | STUDYHALL |
| 6 | GEOMETRY - ACCEL | STUDYHALL | ALG. III/TRIG |
| 7 | ALGEBRA I | GENERAL MATH II | GEOMETRY - ACAD |
| 8 | GEOMETRY - ACCEL | ALGEBRA II | GEOMETRY - ACAD |

2

| | KOSNAC, JACK B31 | LEWIS, DONNA A25 | MOOK, SAUNDRA A26 |
|---|---|---|---|
| | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE |
| 1 | PLAN | PLAN | PUBLIC SPEAKING |
| 2 | CREATIVE WRITING | INTRM COMP | APPLIED COMMUN IV |
| 3 | CREATIVE WRITING | STUDYHALL - CAFE | PLAN |
| 4 | SECONDARY LANG ARTS | AMERICAN HERITAGE | HUMANITIES ENGLISH |
| 5 | SECONDARY LANG ARTS | INTRM COMPOSITION | HUMANITIES ENGLISH |
| 6 | CAFE DUTY-B&C LUNCH-A | APPLIED COMMUN II | ADVANCED COMP |
| 7 | ENGLISH - ACAD | APPLIED COMMUN II | ADVANCED COMP |
| 8 | ADVANCED COMP | 20TH CEN AM LIT | DEPARTMENT |
| | | | |
| | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE |
| 1 | MYTHOLOGY | COMMUN TECHNIQUE | ENGLISH LIT |
| 2 | PLAN | COMMUN TECHNIQUE | APPLIED COMMUN IV |
| 3 | WORLD LIT | STUDYHALL - CAFE | PLAN |
| 4 | SECONDARY LANG ARTS | MYTHOLOGY | WORLD LIT |
| 5 | SECONDARY LANG ARTS | PLAN | ENGLISH LIT |
| 6 | CAFE DUTY-B&C LUNCH-A | APPLIED COMMUN II | DEPARTMENT |
| 7 | ENGLISH - ACAD | APPLIED COMMUN II | WORLD LIT |
| 8 | WORLD LIT | COMMUN TECHNIQUE | ENGLISH LIT |

ENGLISH 2002-2003

15

# FOREIGN LANGUAGE 2002-2003

| deLEON, CLAUDETTE   C16 | FARKAS, SUE   C18 | HARTICK, AL   C17 |
|---|---|---|
| 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE |
| 1 SPANISH I | FRENCH II | GERMAN II |
| 2 SPANISH I | FRENCH I | GERMAN V |
| 3 SPANISH II | FRENCH II | PLAN |
| 4 DOOR DUTY - A WING | PLAN | DEPARTMENT |
| 5 SPANISH I | FRENCH V | GERMAN III |
| 6 SPANISH III | FRENCH III | GERMAN I |
| 7 PLAN | FRENCH III | GERMAN II |
| 8 SPANISH I | FRENCH IV/V | GERMAN IV |
| | | |
| 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE |
| 1 SPANISH I | FRENCH II | GERMAN II |
| 2 SPANISH I | FRENCH I | GERMAN V |
| 3 SPANISH II | FRENCH II | PLAN |
| 4 DOOR DUTY - A WING | PLAN | DEPARTMENT |
| 5 SPANISH I | FRENCH V | GERMAN III |
| 6 SPANISH III | FRENCH III | GERMAN I |
| 7 PLAN | FRENCH III | GERMAN II |
| 8 SPANISH I | FRENCH IV/V | GERMAN IV |

16

| | KENNEDY, PATRICIA | KURTZ, BARBARA  C15 | PARIS, HEATHER |
|---|---|---|---|
| | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE |
| 1 | MIDDLE SCHOOL | SPANISH II | MIDDLE SCHOOL |
| 2 | MIDDLE SCHOOL | SPANISH II | MIDDLE SCHOOL |
| 3 | MIDDLE SCHOOL | PLAN | MIDDLE SCHOOL |
| 4 | MIDDLE SCHOOL | SPANISH V | MIDDLE SCHOOL |
| 5 | MIDDLE SCHOOL | SPANISH II | MIDDLE SCHOOL |
| 6 | MIDDLE SCHOOL | CAFE DUTY-A&C  LUNCH-B | MIDDLE SCHOOL |
| 7 | MIDDLE SCHOOL | SPANISH IV | FRENCH I     MS - 216 |
| 8 | SPANIISH III | MS-202 SPANISH IV | FRENCH II |
| | | | |
| | | | |
| | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE |
| 1 | MIDDLE SCHOOL | SPANISH II | MIDDLE SCHOOL |
| 2 | MIDDLE SCHOOL | SPANISH II | MIDDLE SCHOOL |
| 3 | MIDDLE SCHOOL | PLAN | MIDDLE SCHOOL |
| 4 | MIDDLE SCHOOL | SPANISH V | MIDDLE SCHOOL |
| 5 | MIDDLE SCHOOL | SPANISH II | MIDDLE SCHOOL |
| 6 | MIDDLE SCHOOL | CAFE DUTY-A&C  LUNCH-B | MIDDLE SCHOOL |
| 7 | MIDDLE SCHOOL | SPANISH IV | FRENCH I     MS - 216 |
| 8 | SPANIISH III | MS-202 SPANISH IV | FRENCH II |

FOREIGN LANGUAGE 2002-2003

# SOCIAL STUDIES 2002-2003

| | ACHENBACH, KEN    B9 | BROWN, SEAN | FROEHLICH, DOREEN  C11 |
|---|---|---|---|
| | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE | 1ST SEMESTER SCHEDULE |
| 1 | AP CONFERENCE | POLITICAL SCIENCE  *C5* | US PA HISTORY - GEN |
| 2 | US HISTORY II | PSYCHOLOGY  *C11* | STUDYHALL - CAFE |
| 3 | AP EUROPEAN HISTORY | CRIMINAL CIVIL JUSTICE  *C5* | US/PA HISTORY - GEN |
| 4 | US SINCE CW GEN | PLAN | US/PA HISTORY - ACD |
| 5 | US HISTORY II | POLITICAL SCIENCE  *D8* | US/PA HISTORY - ACL |
| 6 | AP EUROPEAN HISTORY | PSYCHOLOGY  *B13* | PLAN |
| 7 | AP EUROPEAN HISTORY | CRIMINAL/CIVIL JUSTICE  *C11* | US/PA HISTORY - ACD |
| 8 | PLAN | STUDYHALL - CAFE | US/PA HISTORY-ACD |
| | | | |
| | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE | 2ND SEMESTER SCHEDULE |
| 1 | AP CONFERENCE | PSYCHOLOGY  *C5* | US PA HISTORY - GEN |
| 2 | US HISTORY II | POLITICAL SCIENCE  *C11* | STUDYHALL - CAFE |
| 3 | AP EUROPEAN HISTORY | CRIMINAL CIVIL JUSTICE  *C5* | US/PA HISTORY - GEN |
| 4 | US SIN CW - GEN | PSYCHOLOGY  *C13* | US/PA HISTORY - ACD |
| 5 | US HISTORY II | CRIMINAL CIVIL JUSTICE  *D8* | US/PA HISTORY - ACL |
| 6 | AP EUROPEAN HISTORY | PLAN | PLAN |
| 7 | AP EUROPEAN HISTORY | POLITICAL SCIENCE  *C11* | US/PA HISTORY - ACD |
| 8 | PLAN | STUDYHALL - CAFE | US/PA HISTORY-ACD |

CRAWFORD CENTRAL SCHOOL DISTRICT

Teacher's Name: _____ Grade/Subject: _____

School: _____ Date: 9/11/02 _____

Length of Observation: _____

KEY:
+ = Commendable
√ = Satisfactory
- = Improvement Needed
X = Not Applicable
* = See Written Comment

Preparation — Planning
[ ] Lesson plans available
[ ] Planning and objectives
[ ] Plans for individual differences

Instructional Techniques and Strategies
[ ] Communication and motivation
[ ] Introduction to lesson
[ ] Teaching strategies/methods
[ ] Questioning techniques
[ ] Knowledge of subject
[ ] Variety of activities
[ ] Uses of materials/media
[ ] Closure

Personal Characteristics
[ ] Personal appearance
[ ] Gives attention to personal grooming and dress
[ ] Enthusiasm

Teacher — Student Interaction
[ ] Consistency and fairness
[ ] Maintains consistency and procedures
[ ] Attention to health and safety
[ ] Encourages student participation

Management and Organization
[ ] Control and supervision
[ ] Maintains discipline
[ ] Effective use of time

Professional Responsibilities
[ ] Use of bulletin boards and/or displays
[ ] Maintains accurate records

COMMENDATIONS & RECOMMENDATIONS     SEE ATTACHMENT

Observer's Signature: _____ Title: Assistant Principal  Date: 9/18/02

Teacher's Signature: _____ Conference held:  Yes  No

*Indicates copy has been received, not necessarily in agreement with observer. Written response may be attached.

1. White copy remains with teacher.
2. Yellow copy to principal file.
3. Pink copy to personnel file.

EXHIBIT
59

**You need to work on the following areas to improve your performance:**

Preparation – Planning

Aim or purpose - Clear and Attainable

Instructional Techniques/Effectiveness

Introduction and motivation
Learning experience consistent with purpose/planning
Students encouraged with appropriate reinforcement
Teacher awareness of student understanding of lesson objectives
Time on task

Teacher – Student Interaction

Maintains consistency when working with students
Students involvement - participate actively
Encourages good work/study habits

Personal Characteristics

Demonstrates sound instructional judgment
Demonstrates sound professional judgment
Mindful of student confidentiality
Exhibits: poise, composure, enthusiasm and sense of humor

Management and Organization

Control and discipline - firm, fair and sympathetic
Establishes/follows classroom routines and procedures
Maintains accurate records

We believe positive classroom behavior begins with a solid foundation. The following are a few suggestions that will help you start a foundation that you can build from.

A. **Think About Your Approach** – Take some time to think about the strategies that you plan to use to encourage positive classroom behavior. Clarifying your strategies will make it easier for you to lead the class confidently and effectively.

B. **Visualize Possible Challenges** – Imagine possible classroom challenges and review your strategies for dealing with them. Having clear-cut strategies will help keep you grounded when these challenges do arise.

C. **Make Your Expectations Clear from the Beginning** – Make sure that students know what you expect of them. The classroom rules you present should be positive, specific and concise. You may wish to post them in the classroom or distribute them for students to sign. You should also spell out what will happen if students do not meet expectations.

D. **Model Positive Behavior** – Occasionally, you may have to remind yourself to follow your own rules. For example, if you ask students not to drink beverages in class, refrain from keeping a cup of coffee on your desk, even if you do not drink it during class.

E. **Encourage Your Students** – When you praise students who are excelling, don't forget to encourage those who are trying, but struggling. These students often lack confidence and need more positive reinforcement.

F. **Show Respect** – Showing respect for your students includes listening to their needs and preserving their dignity. It also means living up to their expectations of you, such as greeting them at the beginning of class or returning corrected homework in a timely fashion.

G. **Be Consistent** – Be sure to address student behavior in a consistent manner. Be wary of shifting strategies when misbehavior occurs. To students, this may show a lack of decisiveness. Find a strategy you like and stick with it.

H. **Keep Students Busy and Challenged** – Busy students are far less likely to exhibit disruptive behavior. Be sure that students are working at appropriate levels; boredom and frustration often lead to students' acting out.

I. **Listen to Students' Suggestions** – When building your foundation, you may be able to draw from students' and other teachers' past classroom experiences. Ask students to make suggestions about what should be expected of them and how misbehavior should be addressed. Students are often more responsive to rules they helped create. Once the rules are set for the classroom they should be posted in the classroom. Utilize only four to five classroom rules that are clear and enforceable.

Creating an environment in which students know and follow the rules is challenging, but not impossible. With a little patience and perseverance you can lay a foundation for respect and positive behavior in your classroom that lasts all year.

**You need to work on the following areas to improve your performance:**

Preparation – Planning

Aim or purpose - Clear and Attainable

Instructional Techniques/Effectiveness

Introduction and motivation
Learning experience consistent with purpose/planning
Students encouraged with appropriate reinforcement
Teacher awareness of student understanding of lesson objectives
Time on task

Teacher – Student Interaction

Maintains consistency when working with students
Students Involvement – participate actively
Encourages good work/study habits

Personal Characteristics

Demonstrates sound instructional judgment
Demonstrates sound professional judgment
Mindful of student confidentiality
Exhibits: poise, composure, enthusiasm and sense of humor

Management and Organization

Control and discipline - firm, fair and sympathetic
Establishes/follows classroom routines and procedures
Maintains accurate records.