

**Meadville Area Senior High School**
930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

George H. Deshner
*Principal*
John C. Higgins
*Assistant Principal*
James T. Morgan Jr.
*Assistant Principal*
Don C. Apel
*Guidance Director*
John S. Werle
*Athletic Director*

TO: Claudette deLeon
FROM: John Higgins, Assistant Principal
RE: Observation on 9/11/02
DATE: 9/13/02

---

**Commendation** – Very good class. You are meeting all areas defined in your Action Plan at this time. I felt you showed good consistency in regards to classroom management. For example, a student was unprepared for class. You gave him a warning and then reviewed the classroom rule with him. This not only reinforces what is expected of him, but let's the other students know that the behavior will not be tolerated.

**Recommendation** – One of your posted classroom rules is, "Stay Awake/Sit-Up Nice and Straight". I feel this rule could be difficult to enforce consistently and open you up to a debate with the student. I suggest changing the rule to, "Be Attentive". This would be easier to define and not give the student room to argue the rule.

Claudette deLeon
Carl Rzymowski

# Meadville Area Senior High School

930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

George H. Deshner
*Principal*
John C. Higgins
*Assistant Principal*
James T. Morgan Jr.
*Assistant Principal*
Don C. Apel
*Guidance Director*
John S. Werle
*Athletic Director*

EXHIBIT
61

9/23/02

Mrs. deLeon,

On Friday, September 20th, I was walking down the C-wing hallway at the end of 3rd period. I noticed that there was no teacher in your classroom at the beginning of 4th period (10:31 A.M.). When you arrived at 10:35 A.M. you informed me that you were speaking to another teacher about a student. I understand occasionally extenuating circumstances arise that may delay the teacher from arriving on time, but discussing a student should not be a cause for tardiness. Please be aware that your plan time can be used to discuss students with other teachers. Further, meeting with a teacher after school for a few minutes may also be beneficial.

Thank you,

John C. Higgins
Assistant Principal

---

PC: Charles E. Heller III, Ass't Superintendent
George H. Deshner, Principal
Dan Hootman, President of CCEA
Personnel File

Mrs. deLeon was observed during her 8th period Spanish I class. There were twelve students present in the class. The lesson outline for the day was on the board. Mrs. deLeon began the class by reviewing the lesson objectives. The students were reminded they were having a quiz on Friday. This was also noted on the board.

The lesson objective was to teach the students how to tell time in Spanish. It was broken into three parts. These objectives were how to ask the time in Spanish, how to tell the time and respond to the question and how to use phrases about time in conversation. The rules for telling time were written on the board. The students were encouraged to copy these into their notebooks. Mrs. Deleon called on students to tell the time she was putting on an overhead projection transparency held up in front of the class. It was easy to see the time in the front of the room but much more difficult from the back. I would suggest that when holding a visual aid up in front of the class that it not be transparent as it was difficult to see from the back. The other option would be to check with Mr. Hootman in Audio Visual to see if an overhead projector was available to use in the class for that lesson. In using an overhead projector, you could project the times onto the wall making it easier for all to see. All in all, the lesson flowed well, students were actively involved in the lesson and the lesson objectives were met by the end of the period.

During the course of the period, some students had to be reminded about bringing materials to class, remaining on task, and not putting their heads on the desk. I would again continue to encourage consistency when dealing with students' inappropriate behaviors. At 2:37 p.m., two students had their heads down on the desk. These students were Carlise Hinds (first row from door, third seat back) and Kerry Ciallella (second row from door, second seat back). At this time you reminded Carlise about the classroom rules and not having her head on the desk. This was not mentioned to Kerry. She continued to have her head down. At 2:40 p.m., Kerry raised her head and then slumped down in the seat with her head laying on the backrest of the seat. At 2:43 p.m.you reminded Kerry to sit up nice and straight. Kerry sat up for a brief moment and then continued to slump in her seat. This was the only reminder issued to her. Carlise continued to do the same behaviors and was reminded at 2:44, 2:45, 2:46, and 2:50 p.m. With consistency being one of the issues addressed in the action plan, you need to be aware of the total class environment and what students are doing. There was nothing wrong with the reminders issued to Carlise, but the same reminders should have been issued to Kerry in the same time frame. If this is done consistently, then students cannot use the excuse that other students are doing it and nothing is being done to them.

An overall evaluation of the lesson is that it was planned and delivered in a satisfactory manner. The suggestions offered are to enhance the lesson and help implement your action plan in a positive manner. It is early in the year and very important to establish the consistency early on. By doing this it makes the middle and end of the year go much smoother.

Mrs. deLeon wanted to [illegible]
attachment with this on Mon[illegible]
or Tuesday (Oct. 7-8). She has [illegible]
done that and so I am
forwarding this on.

dl
10-8-02

EXHIBIT 62

To: Mr. John Higgins
From: Claudette de Leon
RE: Response to memo 9/23/02
Date: 09/24/02

Dear Mr. Higgins,

In response to your memo dated 09/23/02, I would like to bring to your attention as you already mentioned in which there are extenuated circumstances that may delay me from arriving on time to my ~~Study Hall (, as it happened to be this particular 4th period).~~ As I was coming up the stairs at 10:29 before my **Study Hall 4th period** started; Mrs. Meg Daniel's (Special Ed. Teacher) asked me how things were going with SP 1 1st period Student **Pam Gigogne** as Mrs. Daniel's was going down the stairs. She also added that Pam Gigogne had gone to see her, and according to Mrs. Daniel Pam had said she was very upset for getting into an argument with me. I asked Mrs. Daniel to please talk to Pam again because I personally didn't have any problems with Pam Gigogne. I asked Mrs. Daniel again: "Are you sure Pam was referring to me?" I added, Pam is very polite and she always follows directions. She never talks. She is an excellent student. I told Mrs. Daniel that I had to go to my **Study Hall.** Nonetheless, I added: " let me know of any problems and perhaps I could talk to Pam later".

I am perfectly aware that discussing a student it shouldn't be a cause for tardiness. Please, understand That I personally didn't plan at all to discuss anything about this SP 1 student Pam Gigogne. Whenever, I have a problem I need to discuss with guidance parent, student or talk to any teachers, I always make sure to schedule time during my plan period or after school.

However, I will make sure that in the future if anybody ask me anything. I will tell them to please see me during my lunch or plan period. In this particular **extenuated circumstance** when Mrs. Daniel said That Pam had an argument with me, I was really "off track" I was trying to understand what she was Talking about. So far, I don't seem to have any single problem student.

In your memo, you also mentioned that I arrived at 10:35 at my Study Hall. I believe I arrived at my Study Hall at 10:33, according to my Study Hall Pass Roster, my 1st student left at 10:34 to the restroom. Please see copy attached. I also asked Mrs. Daniel to write you a memo about our Casual conference on the stairs before my 4th **period Study hall.**

Needless to say, I will definitely follow your directives.

Thanks for your assistance,

Mrs. De Leon

CC: Mr. Charles Heller - Assistant Superintendent
Mr. George Deshner –Principal
Mr. John Jones – PSEA Attorney
Mr. Dan Hootman CCEA
Mr. Roznowsky - Union Rep
Mr. Mehok - Union Rep
Mr. Richard Ruth - Attorney

# HALL PASS ROSTER

dl

| DATE | PERIOD | NAME | DESTINATION | TIME LEFT | TIME RETURNED |
|---|---|---|---|---|---|
| Sept 13 | 4 | Elyse Hood | RR | 10:30 | 10:33 |
| 9-13-02 | 4 | Shamica Ebo | MS | 10:33 | 10:3[illegible] |
| 9-13-02 | 4 | Will Dallas | RR | 10:58 | |
| | 4 | Ashley Gallagher | Nurse | 11:01 | |
| 9-17 | 4 | Nili Brown | D11 | 10:50 | |
| 9-18 | 4 | Shamica Ebo | Library | 10:35 | 11:04 |
| | | [illegible] | RR | [illegible] | 10:5[illegible] |
| | | ERIC HUGHES | RR | 10:57 | [illegible] |
| 9-18 | 4 | Elyse Hood | RR | 11:00 | 11:0[illegible] |
| 9-18 | 4 | Lindsay Cowan | RR | 11:05 | [illegible] |
| | | Jonas Goldstein | | | |
| 9-19 | 4 | Jess J | Math | [illegible] | |
| 9-19 | 4 | Shamica Ebo | MM | 10:32 | 10:[illegible] |
| 9-20 | | [illegible] | RR | 10:34 | 10:[illegible] |
| | 4 | Justin Frazier | RR | 10:38 | 10:[illegible] |
| | 4 | Jonas Gold[illegible] | library | | |
| | | ERIC HUGHES | RR | 10:56 | 10[illegible] |

Z

**Meadville Area Senior High School**
930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

EXHIBIT 63

George H. Deshner, *Principal*
John C. Higgins, *Assistant Principal*
James T. Morgan Jr., *Assistant Principal*
Don C. Apel, *Guidance Director*
John S. Werle, *Athletic Director*

TO: Claudette deLeon
FROM: John Higgins, Assistant Principal
RE: Meeting on 9/30/03
DATE: 10/2/02

---

Mrs. deLeon,

On Monday, September 30th, we met to discuss the memo you sent me disputing the time you arrived to your classroom and the Study Hall Pass Roster you included with the memo. I feel we clarified that you arrived at your room at 10:35 as first stated in the letter sent to you on 9/23/02. Further, I feel we addressed the need for you to be more consistent in regards to your hall pass roster. You need to keep in mind that all of us are responsible for the students assigned to us and therefore need to keep very accurate records on students' whereabouts. (ie.-emergencies, theft, and firedrills to name a few) Please make sure students are filling out hall pass rosters completely, including; date, location, time of departure and time of return. Thank you for your attention to this matter. By being consistent in observing the above recommendations you also address the areas of concern as noted in your action plan.

Thank you,

John C. Higgins
Assistant Principal

PC: Charles E. Heller III, Ass't Superintendent
George H. Deshner, Principal
Dan Hootman, President of CCEA
Personnel File

AN EQUAL RIGHTS AND OPPORTUNITIES SCHOOL DISTRICT

# HALL PASS ROSTER

| DATE | PERIOD | NAME | DESTINATION | TIME LEFT | TIME RETURN |
|---|---|---|---|---|---|
| Sept 13 | 4 | Elyse Hood | RR | 10:30 | 10:33 |
| 9-13-02 | 4 | Shamica Ebo | MS | 10:33 | 10:3[illegible] |
| 9-13-02 | 4 | Will Dallas | RR | 10:58 | |
| | 4 | Ashley Gallagher | Nurse | 11:01 | |
| 9-17 | 4 | Nikki Brawn | D11 | 10:50 | |
| 9-18 | 4 | Shamica Ebo | Library | 10:35 | 11:04 |
| | | Ryan Jack | RR | 10:51 | 10:5[illegible] |
| | | Eric Hughes | RR | 10:59 | 11:0[illegible] |
| 9-18 | 4 | Elyse Hood | RR | 11:00 | 11:0[illegible] |
| 9-18 | 4 | Lindsay Cowan | RR | 11:05 | [illegible] |
| | | Jonas Goldstein | | | |
| 9-19 | 4 | Jess J | McH | [illegible] | |
| 9-19 | 4 | Shamica Ebo | MM | 10:32 | 10:[illegible] |
| 9-20 | | Ryan Jack | RR | 10:34 | 10:3[illegible] |
| | 4 | Justin Fraker | RR | 10:38 | 10:[illegible] |
| | 4 | Jonas Goldstein | library | | |
| | | ERIC HUGHES | RR | 10:56 | 10[illegible] |

Ten Minute Pass

**TEN MINUTE PASSES**

DATE 9/19/02 4th

Ten Minute Pass

| Name | Period | Teacher Issuing Pass | Room # | Arrival | Departure |
|---|---|---|---|---|---|
| Rachel Gamma | 4 | Mr. Ferren | 109 | 10:44 | 10:50 |
| Stephanie Rex | 4 | | 125 | 10:44 | |
| Janis Goldstein | 4 | Delcore | Mash | 10:45 | 10:52 |
| | | | Mash | | |
| Sonja Robison | 4 | | | | |
| [illegible] | 4 | Dalion | 109 | 10:39 | 11:04 |
| San Antonio | 4 | Study Hall | [illegible] | 10:54 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

5 Mash
- Mann



**TEN MINUTE PASSES**

DATE 9/20/02 4

| Name | Period | Teacher Issuing Pass | Room # | Arrival | Departure |
|---|---|---|---|---|---|
| Angel. Dawson | 4 | | | 10:26 | 10:42 |
| Doug Torok | 4 | Fischer | | 10:26 | 10:39 |
| ~~Joe Govi~~ | ~~4~~ | ~~Deardorf~~ | | | |
| Cathy Jones | 4 | Mrs. Hasacheck | | 10:34 | |
| Cory Fritz | 4 | Mr. Deardorf | | 10:35 | 10:51 |
| Alex Jones | 4 | Deardorf | | 10:55 | 11:00 |
| Charlie Ammon | 4 | Deardorf | | 10:36 | |
| Jennifer Smith | 4 | mrs Knopf | C16 | 337 10:40 | |
| Tim mcentyre | 4 | mrs. G | | | |
| Scott Lindsey | 4 | Mr. Fry | AUD | 10:41 | |
| Dakota | 4 | Ms. Fischer | | 1045 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3-mms
7 Mash

# CRAWFORD CENTRAL SCHOOL DISTRICT

Observation Summary

REPORT OF CLASSROOM VISITATION

Teacher's Name Claudette de Leon Date 9-25-02

School Meadville Sr. High Grade/Subject Spanish

Length of Observation: From 10:23 to 11:14 Period 2 Visit # 2

KEY: S - Satisfactory IN - Improvement Needed
NA - Not Applicable * - See Written Comment

**Preparation - Planning**

( S ) Lesson plans evident
( S ) Planning reflects objectives and activities
( S ) Aim or purpose - Clear and attainable
( S ) Provisions for individual ability levels
( S ) Instructional materials readily available
( S ) Materials reflect creativity and resourcefulness
( S ) Teacher's knowledge of lesson content

**Instructional Techniques/Effectiveness**

( S ) Command of written and spoken language
( S ) Introduction and motivation
( S ) Teaching strategies appropriate to lesson/objective
( S ) Provisions for auditory, visual, and tactile instruction
( S ) Illustrates/models the concept or skill
( S ) Vocabulary appropriate to group
( S ) Questions stimulate thought
( S ) Learning experience consistent with purpose/planning
( S ) Students encouraged with appropriate reinforcement
( S ) Teacher awareness of student understanding of lesson objectives
( S ) Time on task
( S ) Summary and closure
( S ) Assignment/Homework - applicable and clearly stated

**Teacher - Student Interaction**

( S ) Demonstrates courtesy and tact
*( IN ) Maintains consistency when working with students [illegible] Summary
( S ) Encourages student interaction
( S ) Students' involvement - participate actively
( S ) Encourages good work/study habits

**Personal Characteristics**

( S ) Demonstrates sound instructional judgment
( S ) Gives attention to personal grooming and dress
( S ) Exhibits: ✓ poise, ✓ composure, ✓ enthusiasm, ✓ and sense of humor

**Management and Organization**

*( IN ) Control and discipline - firm, fair, and sympathetic ... See attached write-up
*( IN ) Establishes/follows classroom routines and procedures [illegible] please continue to work on consistency
( S ) Attention to health and safety needs of students
( S ) General order and cleanliness of room
( S ) Effectiveness of seating & furniture
( S ) Use of bulletin boards and/or displays
( NA ) Maintains accurate records Not observed in this lesson

COMMENDATIONS & RECOMMENDATIONS Please see attached lesson summary

Observer's Signature [signature] Title [illegible]

Conference Date 10-4-02

*Teacher's Signature Claudette de Leon Enclosure: Yes ____ No ____

1. White copy remains with teacher
2. Yellow copy to principal
3. Pink copy to personnel file

*Indicates copy has been received; not necessarily in agreement with observer. Written response may be attached.

Ok 10/25/02

Mrs. deLeon was observed during her 8th period Spanish I class. There were twelve students present in the class. The lesson outline for the day was on the board. Mrs. deLeon began the class by reviewing the lesson objectives. The students were reminded they were having a quiz on Friday. This was also noted on the board.

The lesson objective was to teach the students how to tell time in Spanish. It was broken into three parts. These objectives were how to ask the time in Spanish, how to tell the time and respond to the question and how to use phrases about time in conversation. The rules for telling time were written on the board. The students were encouraged to copy these into their notebooks. Mrs. Deleon called on students to tell the time she was putting on an overhead projection transparency held up in front of the class. It was easy to see the time in the front of the room but much more difficult from the back. I would suggest that when holding a visual aid up in front of the class that it not be transparent as it was difficult to see from the back. The other option would be to check with Mr. Hootman in Audio Visual to see if an overhead projector was available to use in the class for that lesson. In using an overhead projector, you could project the times onto the wall making it easier for all to see. All in all, the lesson flowed well, students were actively involved in the lesson and the lesson objectives were met by the end of the period.

During the course of the period, some students had to be reminded about bringing materials to class, remaining on task, and not putting their heads on the desk. I would again continue to encourage consistency when dealing with students' inappropriate behaviors. At 2:37 p.m., two students had their heads down on the desk. These students were Carlise Hinds (first row from door, third seat back) and Kerry Ciallella (second row from door, second seat back). At this time you reminded Carlise about the classroom rules and not having her head on the desk. This was not mentioned to Kerry. She continued to have her head down. At 2:40 p.m., Kerry raised her head and then slumped down in the seat with her head laying on the backrest of the seat. At 2:43 p.m.you reminded Kerry to sit up nice and straight. Kerry sat up for a brief moment and then continued to slump in her seat. This was the only reminder issued to her. Carlise continued to do the same behaviors and was reminded at 2:44, 2:45, 2:46, and 2:50 p.m. With consistency being one of the issues addressed in the action plan, you need to be aware of the total class environment and what students are doing. There was nothing wrong with the reminders issued to Carlise, but the same reminders should have been issued to Kerry in the same time frame. If this is done consistently, then students cannot use the excuse that other students are doing it and nothing is being done to them.

An overall evaluation of the lesson is that it was planned and delivered in a satisfactory manner. The suggestions offered are to enhance the lesson and help implement your action plan in a positive manner. It is early in the year and very important to establish the consistency early on. By doing this it makes the middle and end of the year go much smoother.

MEMORANDUM

Date: October 15, 2002
To: Mr. Higgins, MASH Principal
From: Debra Carman
RE: Ashley M. Carman (10th grade)

This memo is to briefly summarize the meeting between my husband, the staff of your school that attended and myself.
The purpose of the meeting was to discuss any problems between Mrs. DeLeone and Ashley, and whether they were moments of inappropriate behavior on either part or just personality differences.

I personally feel that Mrs. DeLeone was covering for things that she had over-reacted to or wrongfully accused Ashley of. She was verbally stroking Ashley throughout the meeting by commenting on her being a wonderful young lady and respectful and a great student and then contradicting herself by saying that Ashley had irrelevant questions and rude comments about homework assignments. Given the fact that Ashley has never shown disrespect at home, I highly doubt she would act that way to a teacher.

There was a particular incident of concern where Ashley turned in her homework and Mrs. DeLeone claimed she never got it. She made Ashley do it over and then accused her of turning it in late. When Ashley tried to explain to her in the meeting what had happened, she tried to act like she was confused and the whole thing seemed like a cover-up.

I have had to deal with Mrs. DeLeone in past years with two previous children and have found she was difficult to deal with, reactive and the atmosphere in her classroom was not conducive to learning.

I felt it was effective bringing Ashley into the meeting so everyone could hear her side of what has happened. I feel Ashley handled herself very well in that she stood up for herself and what she believed and yet maintained a good level of respect towards Mrs. DeLeone.

In this meeting I asked permission to sit in on her class to observe so that I can better understand what is expected in the Spanish II level and all parties were receptive to this idea.

In conclusion, I believe that the school officials could see that Mrs. DeLeone was not totally truthful when presenting her side of the story. I do think that her answers to questions asked were somewhat ambiguous in nature and she should be more careful of how she reacts to the students in her class to eliminate problems in the future.



November 13, 2002

Mr. George Deshner, Principal
Meadville Area Senior High School
930 North Street
Meadville, PA 16335

Re: Philip J. Siverd

Dear Mr. Deshner:

I received a phone call at my place of employment this morning, Wednesday November 13, 2002 at approximately 10:18 a.m. from my son Philips' Spanish teacher, Ms. Claudette DeLeon. Ms. DeLeon announced that she was calling me to discuss issues relating to my sons grades, his receiving an Incomplete during the first grading period (Ms. DeLeon had since informed Philip that his grade was an A), his paper assignments, and apparently the fact that my son has been sleeping in her classroom every day this school year. Ms. DeLeon wanted to set up an appointment with me for a conference. (I am aware of the scheduled half-day conferences available on November 6, 2002. I feel it would have been more appropriate to discuss these important matters during the November 6 conference times. The issue of Philip sleeping in class should have been brought to my attention immediately, certainly not nine weeks into the school year.) At this point I heard students in the near background yelling, what sounded like cheering, hooting, and hollering. To my horror I asked Ms. DeLeon if she was in a classroom and she confirmed that she was. I further inquired if my son was in the classroom and was she having this conversation with me in front of my son, his peers and the entire class and she confirmed that she was. Ms. DeLeon then informed me that she told Philip in front of the class that she was calling me at work to tell me that he was sleeping and doing poorly in her class. I became very upset and told her that the issues that she was discussing with me were confidential and were not things that should be discussed in front of Philips peers, and that that I most definitely did want a conference and that I was going to be contacting the school. I am very upset at the manner in which Ms. DeLeon addressed this matter. I sincerely believe that this cannot possibly be your policy for handling these types of student concerns. It is this type of deliberate humiliation to individuals that creates devastating crises in our schools among disturbed children and young adults.

I have been in contact with Mr. John Higgins and have requested a conference with the appropriate staff, Ms. DeLeon and myself. The appointment has been set for Friday, November 15, 2002 at 1:30 pm.

NOV-14-2002 16:18 FROM-MEADVILLE AREA SENIOR HIGH SCHOOL 814-337-1486 T-299 P.003/004 F-586

November 13, 2002

Mr. George Deshner, Principal
Page 2 of 2

It appears that the relationship Ms. DeLeon has developed with my son and the degrading treatment is not going to be in his best interest in the future. I am requesting that Philip be removed from this classroom and be relocated to another Spanish class. Further, I will be forwarding a copy of this letter to the Administrative office and Mr. Higgins.

Thank you for your attention in this matter.

Sincerely,

Robin L. Stockton

cc: Mr. John Higgins, Assistant Principal
Mr. Michael E. Dolecki, Superintendent



**Meadville Area Senior High School**
930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

George H. Deshner, *Principal*
John C. Higgins, *Assistant Principal*
James T. Morgan Jr., *Assistant Principal*
Don C. Apel, *Guidance Director*
John S. Werle, *Athletic Director*

TO: Claudette deLeon
FROM: John Higgins, Assistant Principal
RE: Informal Observation
DATE: 11/19/02

---

Mrs.deLeon,

After speaking to you on Monday, November 18th regarding some students who had been giving you discipline problems in your 3rd period Spanish II class, I suggested that I sit in and do an informal observation. You agreed that it might be helpful. The following is what I observed and some suggestions that might be helpful.

**Observation:**
9:42 A.M.- The class bell rings and your door is open. You are at the board completing the daily agenda. As your back is turned, a student (Tyler) slips in after the bell and takes a seat at the back of the room. You turn around just as another student (Erica) arrives late. You tell her she is late and explain your tardy rule to her. She then receives a tardy warning from you. You then notice that Tyler is in the wrong seat. You tell him to please move to his correct seat, which he does without argument.

**Suggestion:**
The written reflection you gave to the administration regarding your classroom observations on 10/23/02 stated that you observed a couple of teachers standing at the door waiting for the students before the bell rang. You further stated that you have been standing at the door waiting for the students to arrive before the bell rings, which causes students to arrive on time.

Today you were not at the door as the bell rang and two students arrived late. I believe that if you had been consistent in greeting students at the door your students wouldn't be attempting to sneak into your classroom unnoticed. Further, you did give Erica a warning for being tardy, but the other student Tyler got away with being late. The problem with that is the other students in your class are aware that Tyler did not receive a warning. The students will use this, as an opportunity to argue that Tyler didn't receive a warning for being late the next time they are.

I would suggest being at the door every day to meet your students and then close the door after the bell has sounded. This will show the students that you will not tolerate

tardiness and are consistent in the application of the tardy rule. Further, you could prepare your agenda for the day on the overhead beforehand so all you have to do before the bell rings is welcome the students to your class.

**Observation:**

9:43 A.M. – Erica receives a warning for being tardy to class. You further explain the tardy rule to her.

9:45 A.M.- Erica talks out without raising her hand. She does not receive a warning for failing to raise her hand.

9:47 A.M.- Erica talks out to ask you if you are sick. You respond that her question is not relevant to the class.

10:05 A.M. – Erica talks out again to ask you for lotion. You give Erica some hand lotion and remind her that she should have her own lotion. She is not given a consequence for talking out a third time.

10:08 A.M. – Erica gets out of her seat to return lotion to desk at the front of room. You tell Erica that she is not to walk around and that you would have returned it for her.

10:14 A.M. – Erica asks you why you are acting like a real teacher when Mr.Higgins is present. She then turns to me to say I should come to class more often.

**Suggestion:**

Erica is obviously testing you to see just how much she can get away with before you react. Throughout the class period she broke your classroom rules as often as possible. You did give her a warning for being tardy, but only verbally reprimanded her throughout the class period for other infractions. I would suggest following the discipline plan you have in place. The discipline plan you have developed will work, but you have to implement it consistently. Further, when she began to verbally disrespect you in front of the class she needed to be removed from the classroom and referred to the office.

**Observation:**

10:05 A.M. – You see that Greg appears to be sleeping as his head is on the desk. You tell Greg to sit-up nice and straight.

10:13 A.M. – Greg again has his head on the desk. You ask Greg if he is sleeping. Another student tells you Greg is paying attention, because he can see his eyes are open. You again tell Greg to sit-up nice and straight.

**Suggestion:**

The classroom behaviors that you want from Greg are to stay awake and to pay attention. When you tell him to sit-up nice and straight he does, but later repeats the

same behavior. When Erica was tardy you gave her a warning and discussed the expected behavior. I would suggest doing the same in dealing with Greg. Whether he was sleeping or just had his head on the desk is irrelevant. He was not meeting the expected behavior for your classroom. He needs to be made aware that he has broken a rule and his behavior will not be tolerated. Further, when you ask a student if they are sleeping you are opening yourself up for a possible argument with that student. I would suggest not giving the student an opportunity to dispute you. Tell the student directly that he or she is again breaking your classroom rule. Take a few seconds to explain the rule and give a consequence if necessary before moving on with your lesson. Remember, for any discipline plan to be effective it must be administered consistently.

I hope my observations and suggestions have been helpful. If you have any questions regarding my informal observation please feel free to contact me.

Thank you,

John C. Higgins
Assistant Principal

EXHIBIT 68

**CRAWFORD CENTRAL SCHOOL DISTRICT**
Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III
*Assistant Superintendent*
Shawn G. Sampson
*Business Manager/Board Secretary*
Suzanne L. Good
*Director of Elementary Curriculum*
Jennifer A. Brown
*Director of Secondary Curriculum*
Nicholas J. Cheropovich
*Director of Special Services*
John M. Bauer
*Supervisor of Buildings & Grounds*
Richard L. Fraker
*Coordinator of Technology*

**OFFICE OF THE SUPERINTENDENT**

November 20, 2002

Ms. Claudette de Leon
11983 Eureka Road
Edinboro, PA 16412

Dear Ms. de Leon:

Please be advised that you are being suspended without pay for three (3) days on November 20, 21, and 22, 2002, respectively.

The reasons for the suspension without pay include the following: persistent negligence in performing duties, willful neglect of duties and persistent and willful violation of or failure to comply with the school laws of the Commonwealth and failure to follow official directives from the administration.

Besides exercising poor professional judgment, your actions violated the confidentiality of one of your students. Specifically, on November 13, 2002, during class time, you initiated a phone call to a parent of one of your students. You discussed some classroom behavior of the student that had been stopping and/or interrupting the education of the entire class, you openly discussed the student's behavior and grades on a phone located in the front of the classroom while students were in the classroom thereby disregarding not only the confidentiality of the student but also the possible embarrassment of having the student being present while his behavior and grades were being discussed in an open classroom environment. It also needs to be noted that during the period of your conversation, the class was not being directly supervised or instructed by you thereby allowing students to be off task.

As was communicated to you by the Assistant Superintendent, not only did you exercise poor professional judgment and breach the confidentiality of the student by your actions, you also violated the directions of an Action Plan which you have been instructed to follow during the course of the 2002-2003 school year. According to the terms of the



---

Action Plan, you are to be utilizing proactive strategies and interventions such as speaking with the student individually, sending home progress reports, setting up parent conferences, indicating a problem on a report card, telephoning a parent privately or making referrals to the guidance counselors or principals. However, at our meeting on Friday, November 15, 2002, you admitted this was your first attempt to remediate the problem.

I consider your actions to be extremely serious. As such, please consider this letter as a formal notification that any similar conduct or disregard of the action will result in further disciplinary action up to and including your dismissal from employment with the Crawford Central School District.

Please be aware you have the right to request a hearing before the Board of School Directors regarding this matter should you so desire. Please contact my office on or before the close of business (4:30 P.M., on Monday, December 2, 2002) if you desire such a hearing. If you do not contact the office to request a hearing on this matter by the close of business on Monday, December 2, 2002, we will consider this to be a waiver of your right to a hearing.

In lieu of a School Board hearing, you would also be able to pursue the disciplinary action against you through the grievance arbitration mechanism outlined in the Collective Bargaining Agreement.

Sincerely,

Michael E. Dolecki
Superintendent of Schools

CEH/d

PC: Charles E. Heller, III, Assistant Superintendent
George H. Deshner, Principal
Payroll Department
Personnel File

EXHIBIT
69

# CRAWFORD CENTRAL SCHOOL DISTRICT

Observation Summary

## REPORT OF CLASSROOM VISITATION

Teacher's Name CLAUDETTE deLEON Date 12/19/02

School MASH Grade/Subject SPANISH I

Length of Observation: From 8:04 To 8:49 Period 1 Visit # 2

KEY: S - Satisfactory; NA - Not Applicable; IN - Improvement Needed; * - See Written Comment

**Preparation - Planning**

( S ) Lesson plans evident
( S ) Planning reflects lesson objectives and activities
( S ) Aim or purpose - Clear and attainable.
( S ) Provisions for different ability levels.
( S ) Instructional materials readily available.
( S ) Materials reflect creativity and resourcefulness
( S ) Teacher's knowledge of lesson content.

**Instructional Technique/Effectiveness**

( S ) Command of written and spoken English
( S ) Introduction and motivation.
( S ) Teaching strategies appropriate to lesson/objective.
( S ) Provisions for: ✓ auditory, ✓ visual, ✓ and tactile instruction
( S ) Illustrates/models the concept or skill
( S ) Vocabulary appropriate to group.
( S ) Questions stimulate thought.
( S ) Learning experience consistent with purpose/planning
( S ) Students encouraged with appropriate reinforcement
( S ) Teacher awareness of student understanding of lesson objectives.
( S ) Time on task
( S ) Summary and closure.
( S ) Assignment/Homework - applicable and clearly stated.

**Teacher - Student Interaction**

( S ) Demonstrates courtesy and tact
( IN ) Maintains consistency when working with students
( S ) Encourages student interaction
( S ) Students' involvement - participate actively
( S ) Encourages good work/study habits.

**Personal Characteristics**

( S ) Demonstrates sound instructional judgment
( S ) Gives attention to personal grooming and dress
( S ) Exhibits: ✓ poise, ✓ composure, ✓ enthusiasm, ✓ and sense of humor

**Management and Organization**

( IN ) Control and discipline - firm, fair, and sympathetic
( S ) Establishes/follows classroom routines and procedures.
( S ) Attention to health and safety needs of students
( S ) General order and cleanliness of room.
( S ) Effectiveness of seating & furniture
( S ) Use of bulletin boards and/or displays
( * ) Maintains accurate records

COMMENDATIONS & RECOMMENDATIONS SEE ATTACHMENT

# Meadville Area Senior High School

930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

George H. Deshner, *Principal*
John C. Higgins, *Assistant Principal*
James T. Morgan Jr., *Assistant Principal*
Don C. Apel, *Guidance Director*
John S. Werle, *Athletic Director*

TO: Claudette deLeon
FROM: John Higgins, Assistant Principal
RE: Observation on 12/19/02
DATE: 1/3/03

---

The following are some recommendations I have made regarding the classroom observation conducted on 12/19/02 during your 1st Period Spanish I class.

1. **Control and discipline** – You had trouble with Anita on 12/18, because she asked for a pass to the nurse and slammed the door when leaving. When she returned she did not have the pass you had given her so you told her she needed a pass from the nurse and again she left, slamming the door behind her. You called me regarding the situation and then wrote her up on a misconduct slip that you sent to the office.

   Today when I was observing, Anita again asks for a pass to see the nurse. The time was 8:22. You write her a pass and she leaves. She does not return until 8:37. When she returns she does have a pass from the nurse.

   The problem with what I observed is that this student is being enabled. You are allowing her to leave whenever she wants. When I checked the nurse's office roster I discovered that Anita was there during your 1st period class on 12/17, 12/18, and today. When I checked the times today I discovered she was there from 8:33 until 8:36 which means she was somewhere else for 11 minutes. Further, she also arrived to class today without her Spanish book.

   A first step to getting this student back in line with your expected classroom behaviors is to take away her pass privileges. She has proven that she is not capable of being truthful about where she has been while using the hall pass. You even mentioned in your misconduct write up on 12/18 that she told you that her boyfriend took the pass you gave her to the nurse. This should have told you right away that she is probably meeting her boyfriend in the hallway and only going to the nurse afterwards to secure an alibi.

2. **Maintains consistency when working with students** - Another girl, Amber, was given a pass to the nurse for a Band-Aid. When she returned at 8:24 she sat down and began writing a personal note. You notice that she was not following along with the rest of the class and tell her to stop what she is doing and pay attention. She tells you she has no book. You remind her that she needs to come prepared and give

her a book and a warning for breaking the rule. When Anita returns at 8:37 she gives you her pass and sits down. She has no book and does not attempt to participate in class. You do not address Anita for being unprepared and she is not given a book. I understand that she may continue to refuse to participate, but you need to treat her the same way you treat everybody else to show the other students that you are consistent and will not tolerate inappropriate classroom behavior.

3. **Maintains accurate records** – At 8:15 you ask your students to get out Activity "8" that was assigned from the previous day. There is confusion regarding what activity the class was assigned. The students inform you that they are only on Activity "7". You tell them to get out Activity "7" so you can check their homework. Further, in your lesson plans you write that you will be giving a quiz today on the Unit 3 Lesson 4 worksheet. At 8:39 a student, Ray, asks you about the quiz for today. You tell him it will be tomorrow. At 8:44 you give them the Unit 3 Lesson 4 worksheet to work on at home. Your lesson plans indicate this worksheet was to be assigned on Wednesday.

I understand that it is difficult to cover absolutely everything you have planned for the week due to time limitations, occasional shortened periods, and the different pace of each class. I am aware that you have four Spanish I classes this year and they probably all are working at different speeds. I would suggest having a copy of your lesson plans in front of you for each Spanish I class and either check off or highlight completed procedures or assignments for that day. This will enable you to accurately gauge where each particular Spanish I class is in regards to the weekly assignments and what needs to be completed each day.



EXHIBIT 7D

# Meadville Area Senior High School

930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

George H. Deshner, *Principal*
John D. Higgins, *Assistant Principal*
James T. Morgan Jr., *Assistant Principal*
Don C. Apel, *Guidance Director*
John S. Werle, *Athletic Director*

TO: Claudette deLeon
FROM: John Higgins, Assistant Principal
RE: Observation on 12/19/02
DATE: 1/3/03

---

The following are some recommendations I have made regarding the classroom observation conducted on 12/19/02 during your 1st Period Spanish I class.

1. **Control and discipline** – You had trouble with Anita on 12/18, because she asked for a pass to the nurse and slammed the door when leaving. When she returned she did not have the pass you had given her so you told her she needed a pass from the nurse and again she left, slamming the door behind her. You called me regarding the situation and then wrote her up on a misconduct slip that you sent to the office.

   Today when I was observing, Anita again asks for a pass to see the nurse. The time was 8:22. You write her a pass and she leaves. She does not return until 8:37. When she returns she does have a pass from the nurse.

   The problem with what I observed is that this student is being enabled. You are allowing her to leave whenever she wants. When I checked the nurse's office roster I discovered that Anita was there during your 1st period class on 12/17, 12/18, and today. When I checked the times today I discovered she was there from 8:33 until 8:36 which means she was somewhere else for 11 minutes. Further, she also arrived to class today without her Spanish book.

   A first step to getting this student back in line with your expected classroom behaviors is to take away her pass privileges. She has proven that she is not capable of being truthful about where she has been while using the hall pass. You even mentioned in your misconduct write up on 12/18 that she told you that her boyfriend took the pass you gave her to the nurse. This should have told you right away that she is probably meeting her boyfriend in the hallway and only going to the nurse afterwards to secure an alibi.

2. **Maintains consistency when working with students** - Another girl, Amber, was given a pass to the nurse for a Band-Aid. When she returned at 8:24 she sat down and began writing a personal note. You notice that she was not following along with the rest of the class and tell her to stop what she is doing and pay attention. She tells you she has no book. You remind her that she needs to come prepared and give

her a book and a warning for breaking the rule. When Anita returns at 8:37 she gives you her pass and sits down. She has no book and does not attempt to participate in class. You do not address Anita for being unprepared and she is not given a book. I understand that she may continue to refuse to participate, but you need to treat her the same way you treat everybody else to show the other students that you are consistent and will not tolerate inappropriate classroom behavior.

3. **Maintains accurate records** – At 8:15 you ask your students to get out Activity "8" that was assigned from the previous day. There is confusion regarding what activity the class was assigned. The students inform you that they are only on Activity "7". You tell them to get out Activity "7" so you can check their homework. Further, in your lesson plans you write that you will be giving a quiz today on the Unit 3 Lesson 4 worksheet. At 8:39 a student, Ray, asks you about the quiz for today. You tell him it will be tomorrow. At 8:44 you give them the Unit 3 Lesson 4 worksheet to work on at home. Your lesson plans indicate this worksheet was to be assigned on Wednesday.

I understand that it is difficult to cover absolutely everything you have planned for the week due to time limitations, occasional shortened periods, and the different pace of each class. I am aware that you have four Spanish I classes this year and they probably all are working at different speeds. I would suggest having a copy of your lesson plans in front of you for each Spanish I class and either check off or highlight completed procedures or assignments for that day. This will enable you to accurately gauge where each particular Spanish I class is in regards to the weekly assignments and what needs to be completed each day.



EXHIBIT
71

# CRAWFORD CENTRAL SCHOOL DISTRICT

Observation Summary

## REPORT OF CLASSROOM VISITATION

Teacher's Name Claudette deLeon Date 1-9-03

School MASH Grade/Subject Spanish I

Length of Observation: From 11:20 To 12:05 Period 5 Visit # 2

KEY:
S - Satisfactory
NA - Not Applicable
IN - Improvement Needed
* - See Written Comment

**Preparation - Planning**

(NA) Lesson plans evident
(NA) Planning reflects lesson objectives and activities
(NA) Aim or purpose - Clear and attainable.
(S) Provisions for different ability levels.
(S) Instructional materials readily available.
(S) Materials reflect creativity and resourcefulness
(S) Teacher's knowledge of lesson content.

**Instructional Technique/Effectiveness**

(S) Command of written and spoken English.
(S) Introduction and motivation.
(NA) Teaching strategies appropriate to lesson/objective.
(S) Provisions for: S auditory, S visual, S and tactile instruction
(S) Illustrates/models the concept or skill
(S) Vocabulary appropriate to group.
(S) Questions stimulate thought.
*(IN) Learning experience consistent with purpose/planning
(S) Students encouraged with appropriate reinforcement
*(IN) Teacher awareness of student understanding of lesson objectives.
*(IN) Time on task
(S) Summary and closure.
(S) Assignment/Homework - applicable and clearly stated.

**Teacher - Student Interaction**

(S) Demonstrates courtesy and tact
*(IN) Maintains consistency when working with students
(S) Encourages student interaction
*(IN) Students' involvement - participate actively
*(IN) Encourages good work/study habits.

**Personal Characteristics**

*(IN) Demonstrates sound instructional judgment.
(S) Gives attention to personal grooming and dress
*(IN) Exhibits: __poise, __composure, __enthusiasm, __and sense of humor

**Management and Organization**

*(IN) Control and discipline - firm, fair, and sympathetic
*(IN) Establishes/follows classroom routines and procedures.
(S) Attention to health and safety needs of students
(S) General order and cleanliness of room.
(S) Effectiveness of seating & furniture
(S) Use of bulletin boards and/or displays
(NA) Maintains accurate records

COMMENDATIONS & RECOMMENDATIONS See Attached



CRAWFORD CENTRAL SCHOOL DISTRICT
Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, Superintendent

Charles E. Heller III, *Assistant Superintendent*
Shawn G. Sampson, *Business Manager/Board Secretary*
Suzanne L. Good, *Director of Elementary Curriculum*
Jennifer A. Brown, *Director of Secondary Curriculum*
Nicholas J. Cheropovich, *Director of Special Services*
John M. Bauer, *Supervisor of Buildings & Grounds*
Richard L. Fraker, *Coordinator of Technology*

OFFICE OF THE ASSISTANT SUPERINTENDENT

JANUARY 10, 2003

## REASONS FOR IMPROVEMENT NEEDED

Learning Experience Consistent with Purpose/Planning
- ✓ Students did not know the content as indicated by their participation, both volunteer and teacher directed.

Teacher Awareness of Student Understanding of Lesson Objectives
- ✓ Ms. deLeon continued her agenda disregarding the lack of understanding in the lesson.

Time on Task
- ✓ Students came into class late.
- ✓ The class was addressed about the late issue not the individual students.
- ✓ Attendance was taken verbally. Seating chart was not updated.
- ✓ Individually passed out note paper to 2/3's of the students.
- ✓ Not all students had their textbook.
- ✓ Instruction began 8 minutes after the tardy bell.

Maintains Consistency When Working With Students
- ✓ Students had to be instructed and directed to take every step.
- ✓ Students were not prepared for class. Notebook and Textbook.
- ✓ Students got up from their seat to throw paper away, ask to leave the room. Four students left during the class period.

Students Involvement - Participate Actively
- ✓ One student volunteered during the entire class period.
- ✓ Students that were called upon did not have the correct response.

Encourages Good Work/Study Habits

- ✓ Disrupts class dealing with one student at a time.
- ✓ Disregards student understanding of content.
- ✓ Some students are not prepared for class.

Exhibits: Poise, Composure, Enthusiasm, and Sense of Humor

- ✓ Questionable decision-making regarding student disruption and interruption.
- ✓ Questionable decision-making based on student understanding.
- ✓ Students response and body language very unresponsive.

Control and Discipline - Firm, Fair, and Sympathetic

- ✓ Students appear to be unaware of the expectations. Students may leave the room to go to their locker for glasses but not a text?

Establishes/Follows Classroom Routines and Procedures

- ✓ Students appear to be unaware of routines or procedures as indicated by their actions and behaviors.

Students Encouraged With Appropriate Reinforcement

- ✓ Does not appear natural and sincere - "Verry Goood", "I'm very proud of you with all your good responses" to student who has been referred to the office many times.

EXHIBIT 73

# MISCONDUCT RECORD

Student Name A[redacted] Grade ____ H.R. ____ Date 01-7-03

Time 8:15? Class Sp I Period 1st Pd

Reasons for sending to office: She was walking around the classroom without permission (Mr. Morgan called me to send him some assignments for a student) I was printing them in the computer when I felt something hit me & I turned right away. A[redacted] was standing in front of me on the other side of the desk. I asked her, what did you throw at me? As I was looking for the thing (on my head) I realized it was bubble gum stuck to my hair. I asked her: did you do this? she denied it, she started screaming. I asked her to go to the office.

As the classroom teacher, I have taken the following steps to correct the problem, where appropriate. (Please check any steps taken.)

____ AFTER CLASS DISCUSSION held on ________. The behavior problem was discussed. Teacher detention was assigned.
No ____ Yes ____ Date & Time ________

____ PARENT PHONE CONTACT was made on ________. The parent was advised of the problems and steps taken thus far by the teacher/administrator to remedy the problem. The parent's support was requested. Teacher detention assigned.
No ____ Yes ____ Date & Time ________

Teacher/Administrator ________

Teacher ________

Student ________ Date ________

Disposition

____ Reprimanded
____ Warned
____ Formal Detention
____ Saturday Detention
____ Suspension

Parent Notification

____ Letter
____ Telephone
____ Parent Conference

Comments: The student did not throw gum into the teachers hair. No Action TAKEN.

Administrator [signature]

EXHIBIT
73(b)

To: George Deahner, Principal
From: Mrs. De Leon
Re: Response to memo dated 02/03/03
Date: 02/11/03

Please be advice that Sp. 1 student Aniece Mosley was sent to the office on January 31, 2003 for refusing to follow directives. She was told to please sit down and remain quiet. Aniece continued arguing and screaming that She wanted to go to the office to tell the principal that She hadn't thrown the "bubble gum" at me. I said, that is fine, please sit down and I will deal with this later. She became argumentative, She said, "not, I want To go to the office, now." I repeated again, "Aniece, please sit down and remain quiet. If you go to the office it will be because I will be sending you for refusing to remain quiet."
Aniece continued screaming. I sent her to the office. Mr. Morgan had to call at 8:13 am because I signed Amber Lenhart's pass at 8:14 am. I also signed Nick Grindstaff's pass at 8:15 am. (Copy of passes attached). Therefore, I sent Aniece to the office between 8:13 am & 8:14 am.

I personally think, that Aniece tried to get out of taking the "Test" we were about to take. We had already finished reviewing. I had already pass the "test" when She kept screaming that She wanted to go to the office. This is not unusual. Every time we take a quiz or test, She refuses to take them. She claims She is not ready for it. (Please noticed that Aniece is a Special Education student working with Mr. Erdley. I believe She takes advantage of this "exemption" or Special treatment?

When Mr. Higgins came into the classroom, He found "everybody" quiet taking the Test. (Copy of one of the SP 1 1st period class student's test is attached. Please check date)

EXHIBIT 74

To: Claudette deLeon

From: George H. Deshner

RE: Classroom Incident on Friday, 1/31/03

Date: 2/3/03 11:46 AM

On Friday, January 31. 2003 Aniece Mosley appeared in the office. She indicated that Ms. deLeon had sent her down for putting gum in her hair. She was noticeably upset and requested to speak to a principal. She stated that when she came into the room at the beginning of the period, you were sitting at your desk putting on makeup. She stopped at the desk and asked what you were doing and then went into the hall to talk to a friend before the bell rang. When Aniece came back into the room, you discovered the gum in your hair and immediately accused her since she had been the only one by your desk. Aniece tried to explain that she had not done that but you would not listen to her. She became agitated and was then sent to the office.

I placed Aniece in my office and was waiting for a discipline referral slip. At 8:15 another student in your class arrived at the office. That student brought papers to the office. I asked if it was the discipline referral for Aniece. The student replied no but wanted to talk to us about the situation. A third student from your class arrived as I was talking to the second student. This student stated they had asked for a hall pass to the bathroom so they could come to the office about the incident with Aniece. Mr. Morgan and I talked with these two students. Both students indicated that Aniece had not been the student to put the gum in your hair. Through further discussion with these students and others, we were able to ascertain that a different student had put the gum in your hair and who that student was.

I asked to meet with you during your plan period. At that meeting was Joanne Willison, building representative for CCEA, John Higgins, assistant principal, you, and I. The purpose of that meeting was to review the information you had concerning the situation and to see what steps you had taken to further investigate the incident. I also wanted to share the information we had concerning who had put the gum in your hair. You brought the discipline referral slip with you to the meeting. You started to relay the incident to us, you gave times that this occurred which were not consistent with the times we observed. You stated that you had sent to Aniece to the office at 8:15 when she was already there at 8:09. You disagreed with my statement that you had sent her prior to 8:15. You further stated that Aniece was a continual disruption in your class. You cited various things that she does repeatedly to disrupt. You stated she continuously says penis and anus under her breath. I asked if you had contacted her mother concerning this. You said you had called but never reached her mother. I also checked her discipline record and found no referrals on her from any of her teachers.

As I pointed out that I felt she was not the person that had put the gum in your hair, you repeatedly asked why she was out of her seat and at your desk. You also continued to cite her behaviors and how she was a continual disruption in your class. You did not accept the information that we had gathered and you also disagreed with the time that this incident happened.

I am also concerned about your statement that the action plan was not working and was of no benefit to you. You said that it did nothing to help you and only through the hard work you had done were any improvements made. We have had meetings this school year concerning the action plan and at no time did you indicate that it was ineffective. As a matter of fact in earlier meetings you indicated it was helping you with classroom management and control.

As of the date and time of this memo, the student responsible for putting the gum in your hair has been disciplined. That student received an in-school suspension as of third period on 2/3/03 for the remainder of the day. All privileges were removed for the day. The student was also assigned two Saturday detentions in addition to the day of in-school suspension.

Once again I would ask that you be more aware of what is happening in your classroom. You need to position yourself in such a manner when performing tasks that you do not have your back to the class for any long period of time. Mrs. Willison suggested you move your computer to a place by your desk where you are facing the students when working on it rather than having your back to the students. You also need to be sure you have investigated incidents occurring in your classroom and that students are not wrongfully accused of incidents. If you choose to send the student to the office and we conduct an investigation and find that the accused is indeed innocent and we also have determined who the guilty student is, you need to be accepting of what we have discovered and not continue to berate the innocent student.

Cc: Mr. Charles Heller, Asst. Superintendent
Mr. Dan Hootman, CCEA President
Mrs. Joanne Willison, CCEA Building Representative
file

Crawford Central School District
Revised Action Plan 2002/2003 School Year
(Revised February 2003)
Claudette deLeon

I. **Professional Competency**

1. The requirement to have Ms. Claudette deLeon turn in lesson plans one week in advance for administrative review is being removed at this time. In the event that any formal or informal observation would indicate that the lesson purpose, objectives and teaching strategies of a particular lesson is not being followed, the issue will be revisited.

2. The Building Administrators and Assistant Superintendent will observe Ms. deLeon a minimum of once a month. A post conference will be held in conjunction with a review of the Action Plan after each observation. Observations will not require prior notification.

3. Ms. deLeon had observed another teacher's classroom every two weeks for the first two marking periods. Although a log was maintained noting dates and times, classroom management strategies and personal reflections on the class observed, Ms. deLeon continues to struggle with classroom control, discipline and classroom management strategies. Ms. deLeon shall observe at least one more teacher's class. She will submit a written outline indicating the time of the class, subject area of the class observed, classroom management strategies utilized in the class and list successful strategies used during the class.

4. Ms. deLeon and the Administration will review her classroom management plan to determine its effectiveness and recommend revisions as necessary.

As stated before, it is the Administration's belief that positive classroom behavior begins with a solid foundation. The items outlined previously as suggestions for establishing a foundation from which the teacher can build as it relates to positive classroom behavior is attached on the accompanying sheet.

**Instructional Techniques / Effectiveness and Student - Teacher Interaction**

1. As a result of informal and formal observations of your classroom, the following areas need to be addressed and improved upon over the remaining 2003-2003 school year.

A. Students are to be encouraged with appropriate enforcement. It is important to use more positive reinforcement when students respond in a correct manner or to verbal inquiries.
B. Teacher awareness of student understanding of lesson objectives. One suggestion for improvement in this area would include talking slower and shifting the agenda items.
C. Check for understanding before moving onto the next topic or item.
D. When asking a question, endeavor to have students raise their hands before responding to the inquiry.
E. When students respond with the correct answer, provide feedback by indicating "That is correct," "Good answer," "Wonderful," "Great," etc.
F. Attempt to vary delivery of the lesson plan centered on student learning. This may help avoid or minimize boredom/lack of attention leading to negative behaviors.
G. Time on task.. It is important that students arrive on time, have their textbooks, writing utensils and notebooks ready to begin in the first minute of class. By not having these items in order, instruction cannot begin until several minutes into the class after the tardy bell.

**Personal Characteristics and Traits**

1. Ms. deLeon must be willing to listen to suggestions administrators are making without becoming resistive or confrontational.

2. Ms. deLeon must remain professional at all times when meeting with Administration, staff and parents.

3a. Ms. deLeon shall continue to communicate either verbally or in writing to parents of students exhibiting routine behavioral problems in the classroom (i.e. talking out, not following classroom rules, out of set, not prepared for class or not having textbook, etc.). She will keep a log of dates and times of contact made or letters sent to parents. Students who continue to misbehave after the classroom management plan has been followed and parental contact has been made are to be referred to the administration. However, Ms. deLeon will endeavor to provide accurate information in referring misconduct reports to the Administrative offices. Serious behavioral offenses are to be reported immediately to the Administrative offices (i.e. fighting, profanity towards staff, possession/use of tobacco, or other serious violations of the Student Code of Conduct).

b. The District takes pride in building relationships and positive rapport between staff, parents and students. Frequently, teachers build those positive relationships by sending notes home when something good happens or by calling attention when a decline in student engagement or the our of ordinary event occurs and by listening intently when a parent calls to allow them to be certain we understand their concerns.

Some successful teachers send home a one-page sheet that details what the student will be working on during the marking period and how the parent can help the student at the beginning of each marking period to be successful. By doing this, you help build rapport and a feeling of working together that is often needed to garner support from parents.

In addition, sending a brief explanation of what the child is doing each grading period is just good practice as a teacher. In an effort to guide the interactions you have with parents and students and to stay abreast of those that may be problematic and to report same to the parents, it is necessary for you to continue to maintain a listing of parent contact and exchanges. In doing so you are to include the date, method of discussion/communication (e.g. telephone conference, written note, etc.), and a short anecdotal summary that includes who initiated the interaction and why along with a final outcome. The log shall be turned in every two weeks on Friday or the last day of school during the week. In addition, if you have any troubling or confrontational interactions with parents, please notify us immediately. If Mr.Deshner or Mr. Higgins is not available, please provide a brief written account of the episode so that we can be aware of your situation as soon as possible. Timeliness is important when dealing with parental concerns. As such, we would want to know of an event before it escalates beyond our collective ability to solve the issue or problem.

4. The Administration will assist Ms. deLeon on improving her classroom management, communication and discipline techniques and positive interactions within the school setting. Times will be established to meet with Ms. deLeon to discuss articles, books, videos, etc., that address the foregoing topics. Meetings will be established to discuss, among other things, the following items that have been referred to Ms. deLeon for review:

---

a. Solving Discipline Problems: Strategies for Classroom Teachers
b. Discipline in the Secondary Classroom. A Problem by Problem Survival Guide

The Administration reserves the right to assign other in-service, journal articles, videos or other assigned reading to Ms. deLeon to include assistance

in improving her classroom management techniques and discipline with her classroom.

5. The Administration will be available at any time with reasonable notice to assist Ms. deLeon in areas such as: professional development, classroom management, and effective communication.

**Management and Organization**

1. The issue surrounding classroom management, control and discipline is in significant need of improvement. Although classroom rules have been posted and maintained throughout the school year, there needs to be continuity in applying the school and classroom rules. For example, to reduce lateness and/or tardiness of students in arriving to class it is suggested that you be at the door every day to meet your students and then close the door after the bell has sounded. This will show the students that you will not tolerate tardiness and are consistent in the application of the tardy rule.

2. As it relates to the beginning period of your class, other items that would assist in improving management and organization as well as teacher/student interaction* would be to have your agenda prepared for the day on the overhead beforehand so that all you have to do before the bell rings is welcome the students to your class.
   *See 11/19/02 informal observation category regarding maintaining consistency when working with students.

3. Follow the discipline plan you have in place. Ensure that the plan is implemented consistently. For example, after a student has been warned and continues in a behavior, and Ms. deLeon cannot effectively control/manage the situation, the student should be removed from the classroom and referred to the office. Avoid the situation of giving the student an opportunity to engage in an argument with you regarding his/her conduct. If a student is breaking a classroom rule, inform the student directly that he/she is breaking the rule. Take a few seconds to explain the rule and consequences.* This is necessary before moving on with the lesson.
   *See 11/19/02 informal observation regarding maintaining consistency and expectation when working with students.

4. Do not enable or foster student misconduct or noncompliance. Be aware of situations where students abuse past privileges especially in situations where

the student has demonstrated abuse of the privilege about being nontruthful regarding their use and/or whereabouts with the hall pass.

5. In dealing with disciplinary referrals to the office, Ms. deLeon needs to properly investigate incidents occurring in the classroom to ensure accurate information is provided to the Administrative offices in dealing with incidents.

6. Ensure students arrive at class with their books. You need to remind students that they need to come prepared for class. A warning for breaking the rule needs to be issued. There is a need to treat students consistently in your classroom so that it demonstrates to other students that you will not tolerate inappropriate classroom behavior.

7. Effectiveness of seating and furniture. Avail yourself of the opportunity to take advantage of placement of not only yourself but your furniture and equipment in the classroom. For example: it is suggested that you move your computer to a place by your desk where you will be facing students when working on the computer rather than having your back to the students. This will reduce or minimize student disruptions and the opportunity for negative behaviors. Reduce prolonged periods of having your back to the class; use proximity and eye contact to your advantage; circulate room as necessary to gain control of a situation.

8. Maintaining accurate records. You have four (4) Spanish I classes. To avoid confusion which detracts from the educational process, it is recommended that you have a copy of your lesson plan in front of you for each of your Spanish Classes and either check off or highlight completed procedures and assignments for that day. This will enable you to accurately gauge where each particular Spanish student is in regard to the weekly assignments and what needs to be completed each day.

9. Ensure that student's work is accounted for and recorded with your grade book.

Directives that you must complete during the remainder of the 2002-2003 school term are as follows:

1. Comply with the requirements of your revised Action Plan
2. Keep a daily log of all disciplinary actions and turn it into the office on Fridays or the last day of the work week before you leave the school.
3. Be prepared to provide a written explanation of how you arrive at a student's grade if requested.

4.  Keep a log of all parent exchanges which include the date, method of discussion and a short anecdotal summary which includes who initiated the interaction and why along with the final outcome.  Due every two weeks. (Reference Item #3 under Personal Characteristics and Traits).

5.  Meet every two weeks for purposes of reviewing and discussing student disciplines and/or misconduct referrals in an effort to improve classroom management and discipline.

6.  Demonstrate significant and sustained performance in areas identified. (See attached list).

EXHIBIT 76

Tchr/File

# MISCONDUCT RECORD

Student Name *Anita McDermott* Grade ___ H.R. ___ Date *02-11-03*

Time *8:20* Class *Sp I* Period *1st Pd.*

Reasons for sending to office: *The students were taking a Quiz, She refused To remain quiet. I had to remove her from class. I sent her to the office. On the way out (Patrick Booth said, "Did you hear that she called you a Whore) I pretended I didn't hear it) But I did.*

As the classroom teacher, I have taken the following steps to correct the problem, where appropriate. (Please check any steps taken.) *She came w/o T.B. again*

*She is very defiant.*

✓ AFTER CLASS DISCUSSION held on *several times*. The behavior problem was discussed. Teacher detention was assigned.
No ___ Yes ___ Date & Time ___

✓ PARENT PHONE CONTACT was made on *left message*. The parent was advised of the problems and steps taken thus far by the teacher/administrator to remedy the problem. The parent's support was requested. Teacher detention assigned. *Verbally, She wasn't there. Call me back!*
No ___ Yes ___ Date & Time ___

Teacher/Administrator *[signature]*

Teacher *Mrs. de Leon*

Student *Anita McDermott* Date *2/13/03*

**Disposition**
- ___ Reprimanded
- ✓ Warned
- ✓ Formal Detention *2/17*
- ___ Saturday Detention
- ___ Suspension

**Parent Notification**
- ___ Letter
- ___ Telephone
- ___ Parent Conference

Comments: *PROFANITY*

Administrator *[signature]*

**Meadville Area Senior High School**
930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

George H. Beshner
*Principal*
John C. Higgins
*Assistant Principal*
James T. Morgan Jr.
*Assistant Principal*
Don C. Apel
*Guidance Director*
John S. Werle
*Athletic Director*

2/26/03

To Whom It May Concern:

I, Patrick Booth, deny ever making the statement that Anita McDermott called Ms. deLeon a whore while Anita was leaving the classroom. Also, at no time did I inform Ms. deLeon of any student saying anything to or about her. Anita did make a general statement that made reference to her being dismissed from the class. I affirm that this incident took place in Ms. deLeon's 1st period Spanish I classroom on February 11, 2003.

**Meadville Area Senior High School**
930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

George H. Deshner
*Principal*
John C. Higgins
*Assistant Principal*
James T. Morgan Jr.
*Assistant Principal*
Don C. Apel
*Guidance Director*
John S. Werle
*Athletic Director*

2/26/03

To Whom It May Concern:

I, D. Reynolds, attest that Anita McDermott did not call Ms. deLeon a "Whore" on February 11, 2003. I can confirm that the student made a general statement that made reference to her being dismissed from the class. I affirm that this incident took place in Ms. deLeon's 1st period Spanish I classroom.

# Meadville Area Senior High School

930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

George ... 
*Principal*
John C. Higgins
*Assistant Principal*
James T. Morgan Jr.
*Assistant Principal*
Don C. Apel
*Guidance Director*
John S. Werle
*Athletic Director*

2/26/03

To Whom It May Concern:

I, ______________________, attest that Anita McDermott did not call Ms. deLeon a "Whore" on February 11, 2003. I can confirm that the student made a general statement that made reference to her being dismissed from the class. I affirm that this incident took place in Ms. deLeon's 1st period Spanish I classroom.

AN EQUAL RIGHTS AND OPPORTUNITIES SENIOR HIGH SCHOOL

**Meadville Area Senior High School**
930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

EXHIBIT 77

George H. Deshner, *Principal*
John C. Higgins, *Assistant Principal*
James T. Morgan Jr., *Assistant Principal*
Don C. Apel, *Guidance Director*
John S. Werle, *Athletic Director*

2/28/03

Ms. deLeon,

On Tuesday, February 25th, we met to discuss the memo you sent me in regard to the Misconduct Record on Anita McDermott dated February 11th. In this Misconduct you accuse Anita of calling you a "Whore". Further, you write that Patrick Booth, one of your students, said to you, "Did you hear that she called you a whore?" When I spoke with Anita she admitted making a general statement, but denied calling you a whore. I then called Patrick Booth to my office to confirm that she did make the comment. When I spoke with him he informed me that he had never said anything to you regarding Anita and had not heard her or anyone else call you a whore. After speaking with him I talked to some other students to see if anyone had heard Anita call you a whore. All of them I spoke with informed me that they had not heard Anita say what you had accused her of saying. With the information I was given it is not possible for me to support your claim against Anita.

During our meeting I attempted to clarify to you the need to be accurate when sending a Misconduct Report to the office. Please bear in mind that falsely accusing a student or failing to accurately relate information to the office will lead to continued discipline problems in the classroom. It is very important to maintain positive teacher-student interactions in the classroom and administer consequences consistently. By doing this you will create a classroom environment conducive to learning while minimizing student behavior problems.

I assigned you chapters 3, 7 and 8 from the book, Discipline in the Secondary Classroom and chapter 4 from the book, Solving Discipline Problems: Strategies for Classroom Teachers. These chapters contain important information for implementing discipline effectively, improving student-teacher interactions and recognizing and responding to situations in the classroom successfully. I plan on meeting with you to discuss these chapters on March 11th during 7th period. Further, please be aware another meeting will be scheduled to follow-up on the Misconduct Record referral on Anita McDermott dated February 11th, 2003.

Thank you,

John C. Higgins
Assistant Principal

PC: Charles E. Heller III, Ass't Superintendent
George H. Deshner, Principal
Dan Hootman, President of CCEA
Personnel File

RECEIVED MAR 1 0 2003

To: Mr. Johns Higgins
From: Claudette de Leon
RE: Response to memo dated 02/28/03 (Anita McDermont)
Date: 02/28/03

Dear Mr. Higgins,

With a great deal of respect, I would like to remind to you what Patrick had said to me. At the time Anita McDermont was leaving the classroom, As she walked by me. She said: "You are a whore". I was standing by Patrick when He asked me: "Did you hear what She called you"? I pretended I didn't hear it. I just looked at Patrick. In your letter you wrote: "Did you hear that She called you a Whore"? That is why I asked Patrick what he meant to say when He had asked me: "Did you hear what She called you"? First, You said, He told you: "He didn't hear anything". Then, again in front of you, Mr. Roz and I, He said He heard: "Bull Crap or Bull Shit". Did He hear anything or not?

You are asking me to be accurate when writing my referrals. I do my best. Nonetheless, Mr. Flipping mentioned to you during the Fact finding meeting held on 02/19/03 the negative effects of programming the students and continue supporting their defiant and hostile attitude toward me. It is a very hostile environment to be able to teach. It is very frustrating that the day Anita was suspended, it was because She called a "name" to another teacher (Mr.Radnich). You can call my entire SP 1 1st period class for an investigation and every single student said they never heard anything. Except for Patrick that First he didn't heard anything, then He heard: "Bull Crap or Bull Shit".

In your letter, You also mentioned that Anita admits making a general statement: About What? What do you mean by Making a General Statement? To Whom? To me? To the Class?

The main reason for removing the disruptive, defiant students immediately and consistently from my classroom. It to maintain an environment conducive to learning. I am following Mr. Deshner directives.

c.c. Mr. PSEA Attorney
c.c. Mr. Flippings -- Human Relations
c.c. Mr. Dan Hootman - President

