

# Meadville Area Senior High School

930 North Street
Meadville, Pennsylvania 16335-2199
Telephone: (814) 336-1121
Fax: (814) 337-1486

George H. Deshner
*Principal*
John C. Higgins
*Assistant Principal*
James T. Morgan Jr.
*Assistant Principal*
Don C. Apel
*Guidance Director*
John S. Werle
*Athletic Director*



Memo

To:     Ms. Claudette deLeon

From:   John Higgins

Date:   February 28, 2003

Re:     Request for Information

On Tuesday, February 25, 2003, Mr. Heller and myself had occasion to meet with you and discuss work performance issues. During the course of the discussion, we had occasion to speak with you about your improvement plan and the requirement to maintain a log. At that time, you had indicated that you did not have the required log however you did have information on the students in your class and that information needed to be organized.

On Thursday, February 27, 2003, you submitted a log. However, at that time, I indicated to you we wanted the student files that you referenced being maintained on individual students in your classroom and to turn those over immediately to the District. You informed us that this information was being maintained in your residence except for the first period student discipline files. Please be advised that I am giving you until 9 a.m. on Monday March 3, 2003, to turn over to me any and all student discipline files on the students in all of your classes. As it relates to the file you have on your first period class, I am directing that this information be provided prior to your departure this date.

Please be aware that this is not the type of information that should be maintained at your residence.

Failure to turn over this information by the time proscribed could result in disciplinary action up to and including dismissal.

I trust you understand the importance of this directive.

cc:    Mr. Charles Heller
       Mr. George Deschner
       Mr. Dan Hootman
       Personnel File

EXHIBIT 80    tabbies

To: Mr. John Higgins
From: Claudette de Leon
RE: Response to memo dated 02/28/03
Date: 02/28/03

On Thursday February 20, 2003. The day after the Fact-Finding meeting with Mr. Flippings, Carl told me that you had scheduled a meeting for 02/25/03 to discuss the issue of "Discipline" with me during 7th Period.

On February 25, 2003 Mr. Charles Heller was present. You, Mr. Carl Rozmowski and myself. The first issue you brought up, it was Anita McDermont. You said that that morning you had called Patrick Booth to the office and in front of Mr. Heller He had said: "He hadn't heard Anita call me anything." Mr. Heller said, that He himself had heard it from Patrick. Then, you brought up David Vanderhoff's referral saying that I had written: Cassandra said that David was throwing things to her and then She said He didn't". She confused me too. I told them to explain to you what was their problem.

At the time that you asked me for my "Log". I indicated to you that "it was in my computer" I told you I keep the log in my computer because this needs to be updated all the time. Nonetheless. If you wanted it right away. I had to review all the dates to make sure all the information was in my folder entitled "Discipline Log".

In your letter you stated that "I had indicated that I did not have the required log however. I did have the information on the students in my class and that information needed to be organized". I had said, "reviewed and updated".

I also mentioned to you that I keep a file for each student per each class. This is not part of the action plan. This is my personal documentation. You requested a Log. As you already know. I document everything. (Although, in the past Mr. Berkebile criticized me for doing this. He wrote a memo to me saying that I was wasting a great deal of time documenting everything) After seven years, in the New Action plan you are asking me to keep a "Log in my Discipline" What is the difference between keeping a Log and documenting everything?

You asked me if I could hand this Discipline Log to you on Wednesday. I told you I was trying to call my doctor to get an appointment. I wasn't going to be at the school on Wednesday. However. I will print it out for you and give to you on Thursday.

On Thursday we meet during 7th period and turned to you my Discipline Log. I showed you one of my files "Evan Wisinski's file and I mentioned to you that every note I make, I place it in each student file. For this reason, I type everything. So, everybody can read it and understand it.

On Friday. You called me at the end of the day. About 3:15 and asked me to stop by your office before I went home. You handed me two letters. One about the meeting we had on February 25th.03. On the other letter you wrote: "Please be advised that I am giving you until 9 a.m. on Monday March 3, 2003 to turn over to me any and all discipline files on

the students in all of your classes. As it relates to the file you have on your first period class, I am directing that this information be provided prior to your departure this date."

I did follow your directives and I did return to my classroom to get my SP I 1st Pd. Class files and handed them to you in front of Mr. Morgan.

I told you that on Monday morning March 3, 2003, I would give to you the rest of my files.

I understand the importance of this directive.

I will call Mr. Hootman and Mr. Carl to ask one of them to be present when I hand these files to you.

c.c. Mr. John Jones Attorney PSEA
c.c. Mr. Dan Hootman –President CCEA
c.c. Mr. Robert Flippings – Human Relations



EXHIBIT
81

DISCIPLINE LOG 02-02

09/13/02    SP 2 3ʳᵈ Pd. Nicole Dawson Special Ed./Detention/ Very defiant Behavior. Very disrespectful. Detention assigned for 09/14/02

09/13/02    I talked to Mr. Apel about Nicole's defiant behavior. He said He would talk to him.

09/13/02    I talked to Mr. Eardley Nicole's Sp Ed teacher.

09/13/02    SP 2 3ᴿᴰ Pd Nicole Dawson Special Ed./Phone call to mother / Nobody answer. I left message on answering machine to return my call.

09/13/02    SP 1 5ᵀᴴ Pd. David Vanderhoff/Detention/2ⁿᵈ time W/O TBAssigned for 09/19/02

09/13/02    SP 1 5ᵀᴴ Pd. Evan Wisinsky/Detention/ 2ⁿᵈ time W/O TB FD. RQ Assigned for 09/16/02 (Put on hold until I had a conference with his mother)

09/13/02    SP 1 5ᵀᴴ Pd. Evan Wisinsky Phone Call to mother ( I told his mother I would want her to review Expected Behavior sheet with Evan. I talk to his mother about Evan's negative needed attention at all times, short attention span and the consistent irrelevant questions He asked For example: He kept asking in a loud voice: "Quiero Cerveza" He wanted me to translate it to English. I took away a paper where He had written "Quiero cerveza (I want beer). There was a drawing of xxx and a beer bottle. He kept saying in a loud voice: "Quiero cerveza". See paper

09/18/02    SP 1 5ᵀᴴ Pd. Rashon Jones Special Ed./Detention/ 2ⁿᵈ time W/O TBAssigned for 09/20/02

09/19/02    SP 1 5ᵀᴴ Pd. David Vanderhoff came for detention

09/20/02    SP 1 5ᵀᴴ Pd. Rashon Jones came for detention

09/24/03    SP 1 1ˢᵗ Pd. Amber Lenhart/Detention/2ⁿᵈ time W/O TB. Assigned for 09/26/02

09/26/02    SP 1 1ˢᵀ Pd. Amber Lenhart came for detention.

09/30/02    SP 1 3rd Pd. Latese Hughes Special Ed./Warning/ Detention/ Assigned on 10/01/02 Defiant Behavior/She refused to remain quiet. She said She can talk whenever She wants to.

09/30/02    SP 1 5ᵀᴴ Pd. Dustin Thomas/Warning/Detention/ FD.RQ.Stay on task.

2

| Date | Entry |
|---|---|
| Assigned on 10/01/02 | |
| 09/30/02 | SP 1 5TH Pd. Dustin Thomas/Phone call to mother ( I left message to return my call) |
| 09/30/02 | SP 1 5TH Pd. Evan Wisinski /Warning/Detention/FD. Very disruptive behavior. Refuse to take notes. Assigned for 10/01/02 |
| 10/01/02 | SP 2 3rd . Pd. Latese Hughes Special Ed./Detention/ Be Respectful (She said: "You are so ignorant. FD. She refused to remain quiet) Assigned for 10/02/03 |
| 10/01/02 | SP 2 3rd . Pd Latese Hughes Special Ed./Phone call to mother at work (The lady said Mrs. Elaine Hughes is there on Thursdays I left message to return my call. I sent a PR. Asking her mother to call me for a P.C. Latese was very disrespectful. She said: "You are so ignorant.) |
| 10/01/02 | I talk to Mrs. Heald about Latese Hughes disrespectful attitude. Mrs. Heald said She would talk to Latese. |
| 10/01/02 | Mrs. Yvonne Scott-Dustin Thomas mother returned my call. (I asked her to please review Expected Behavior sheet. Reinforce to Remain quiet, Follow directions, Open his textbook, not doing his Spanish homework. The mother said She would talk to him.) |
| 10/01/02 | SP 1 5TH Pd. Dustin Thomas came for detention. |
| 10/01/02 | SP 1 5TH Pd/ Evan Wisinski came for detention. |
| 10/01/02 | SP 2 3rd. Pd. Jaimie Klein/Warning/Detention/FD/RQ.( She said She can talk if She wants to. Assigned for 10/02/02 |
| 10/01/02 | SP 2 3rd Pd.Jaimie Klein/Phone call to mother ( I asked her mother to please review Expected Behavior sheet. She was very supportive.She said She'll talk to her) |
| 10/02/02 | SP 2 3rd . Pd. Latese Hughes. Special Ed. I asked her to go to guidance to talk to Mrs. Heald. She didn't want to go. She said in front of the class: "Why did you call my mom? She turned to tell everyone: "She called my mom and my mom hanged up on her". I asked her again to go to see Mrs. Heald. She finally left. |
| 10/02/02 | SP 1 1st Pd. Kyle Manuel/Detention/ Come prepared/2nd time W/O TB. Assigned for 10/03/03 |

3

10/02/02        SP 2 3ᴿᴰ Pd, Jaimie Klein came for detention.

10/03/02        SP 1 1ˢᵗ PD. Kyle Manuel came for detention

10/03/02        SP 2 3ᴿᴰ Pd Michelle Conjalko/Warning/Detention FD.RQ ( She refused
                to remain quiet. Excessive talking/ Attention getting behavior) Assigned
                on 10/04/03

10/03/02        SP 2 3ᴿᴰ Pd. Michelle Conjalko/Phone Call to mother ( I asked
                Michelle's to please review expected Behavior Sheet. Reinforce RQ.
                She was supportive.

10/04/02        SP 2 3ʳᵈ Pd.Latese Hughes. Special Ed./Misconduct Slip Extremely
                disrespectful and defiant behavior. She called me "ignorant" Warning. I
                asked her to be polite. 2nd time She repeated it again "You are so
                ignorant", She said.
                I told her to go to the office. She refused to leave. She said: She didn't
                care". Mr. Morgan gave her formal.

10/04/02        SP 2 3ʳᵈ. Pd. Latese Hughes. Special Ed./Phone call to parents.

10/04/02'       SP 2 3ᴿᴰ Pd. Michelle Conjalko came for detention

10/08/02        SP 2 3ᴿᴰ Pd. Phil Siverd Warning FD Detention assigned on 10/10/03(He
                was told to move to another seat. Where He sits, He talks or He sleeps. He
                refused to move)

10/09/02        SP 1 1st Pd. Ben Williams/Warning/Detention/RQ assigned for 10/10/03.
                He rescheduled for 10/11/03

10/09/02        SP 1 1ˢᵀ Pd Ben Williams – Phone Call to mother (She is very
                supportive I asked her to review Expected Behavior sheet with Ben –
                FD.RQ Be Polite & Respectful. His mother yelled at him saying He won't
                be able to drive if He continued getting in trouble at the school. She said
                She was sorry. She told me She was having trouble in handling Ben, Ben
                was very disrespectful to her too.)

10/09/02        SP 2 3rd Pd. Phil Siverd – He moved to the front.

10/10/02        SP 2 3ʳᵈ Pd. Phil didn't come for detention – **Misconduct Formal**
                assigned by Mr. Deshner on 10/22/02

10/11/02        Sp 2 3rd Pd. Phil Siverd asked me if He could go back to his original seat.
                He said He won't talk and He will stay awake. I agreed.

4

10/14/02    SP 11st Pd. Ben Williams – Misconduct Slip – (He didn't come for detention rescheduled on 10/11/03 (Friday))

10/14/02    SP 2 3RD Pd. Tyler Learn–Warning – Defiant Behavior – FD.RQ.Misconduct Slip He refused to move to another seat. Mr. Morgan gave him formal.

10/17/02    SP 1 2ND Pd. Kyle Manuel/Detention/Come prepared/ 3rd time Unprepared/Without Worksheet L3) Assigned for 10/21/02
10/24/03

10/16/02    SP 1 1ST Pd. Ben Williams – Misconduct Slip turned by Substitute Teacher Mr. Hunes ( Ben was very disruptive, disrespectful to him. Slammed the door on his way out) Formal assigned by Mr. Higgins on 10/21/03

10/21/03    SP 3 6TH Pd. Cory Gratter Phone Call to mother (Cory is not doing her Spanish homework – She complains about it all the time. I left message to call me back. She called me back. She was very supportive)

10/21/02    SP 1 2ND Pd. Kyle Manuel came for detention.

10/21/02    SP 1 5TH Pd. David Vanderhoff/Warning/Detention/FD.RQ.Assigned for 10/23/02.

10/22/02    SP 1 5TH Pd. David Vanderhoff/Phone call to parents 1st time/Nobody answered. Left message on the answering machine to return my call. They never did.

10/22/02    SP 1 5TH Pd. David Vanderhoff/ Phone call to parents 2nd time ( I talked to Mr. Vanderhoff's daughter. She said They didn't live there. She would give the message to her Dad to return my call.

10/23/02    SP 1 5TH Pd. David Vanderhoff's Dad returned my called.( I talked to him about David's getting attention behavior, disruptive behavior. I asked his Dad to please reinforce the Expected Behavior Sheet. I also told his Dad about David not doing his homework. His Dad said He'll talk to David)

10/23/02    SP 1 1SR Pd. Ben Williams–Misconduct Slip– He called me: "Crazy" 2nd offense Saturday Detention assigned by Mr. Morgan

10/23/02    SP 3 6TH Pd Dennys Watson/Warning/Detention FD.Stay Awake. FD. Assigned for 10/24/02

10/23/02    SP 1 5TH Pd Dustin Thomas/Warning/Detention assigned on 10/24/02 FD.RQ.FD.

5

10/23/02    SP 1 5TH Pd. Dustin Thomas/Phone call to mother 2nd time ( I asked her to reinforce the Expected behavior sheet. Remain Quiet.I told her Dustin is not doing any Spanish homework in class work or any other work. She said She would talk to him.)

10/23/02    SP 2 3rd Pd. Bobby Boshard Special Ed./Phone Call to his mother. ( I talked to his mother about Bobby's defiant behavior, Excessive talking and refusing to do any work. She was supportive. She said She would talk to his Special ED Teacher. They decided to take Bobby out of class)

10/24/02    SP 3 6TH Pd. Dennys Watson came for detention.

10/24/02    SP 1 5TH Pd. Dustin Thomas came for detention.

10/24/02    SP 3 6TH Pd Rachel Smith /Warning/ Detention/Sleeping in class.FD.Stay Awake assigned on10/25/03

10/24/02    SP 3 6TH Rachel Smith/Phone call to mother( I talked to her mother about Rachel sleeping in class and not doing her Spanish homework-The mother was very supportive)

10/25/02    SP 3 6TH Pd.Rachel Smith came for detention.

10/25/02    SP 2 3rd Pd. Phil Siverd Came for detention.

10/30/02    SP 1 5TH Pd. Jimmy Burger/ Phone Call to Parents (I left message Please return my call. He is not a problem behavior. He has many missing assignments.)

10/30/02    SP 1 5TH Pd. Joe Boyer/Phone call to mother. (I talked to his mother about Joe not doing his Spanish homework. Joe is not a problem behavior His mother was very supportive)

10/30/02    SP 1 5TH Pd. Justin Edwards. Special Ed./Phone Call to mother ( I talked to his mother about his many missing assignments. She was very supportive)

10/30/02    SP 1 5TH Pd. Melody Jones/Phone Call to father ( I talked to her Dad about the absenteeism and the many missing assignments. We agreed that Melody will come for tutoring Mondays and Wednesdays. She is not a problems behavior. She is a very ill girl. Her Dad said She had a heart transplant when She was a baby. She takes many medications.)

10/31/02    SP 1 5TH Pd.David Vanderhoff/Misconduct Slip./Profanity used in class. He said very loud. "Bull Crap". Mr. Higgins "WARNED"him. Mr. Talked to David about his behavior.

6

11/01/02    SP 1 1ST Pd. Ben Williams – Misconduct Slip (I saw him throwing cucumbers across the classroom. Earlier in class "someone" threw a cucumber to me.) PC with Principal and Myself.

11/05/02    Ben William's mother CAME TO APOLOGIZE TO ME. (This is the first time that a mature Parent accepts responsibility for her son's misbehavior– God Bless Mrs. Williams)

11/05/02    SP 1 5TH Pd. Alexander Christine/Misconduct Slip/ She left the classroom without permission. She was talking. I gave her a Warning. She continued talking. I told her to see me after class. ( I was going to give her detention. PD, RQ.) I asked her to move to another seat. She refused to move. Then, She just walk out of class. She was WARNED by Mr. Higgins He talked to her about Behavior

11/06/02    SP 1 5TH Pd Dennys Watson/Phone call to Father/ (Dennys was asking me to translate obscene sentences in Spanish. I Left message: "Please return my call".)

11/07/02    Mr. Watson returned my called. I talked to his Dad about Dennys obscene questions in Spanish and about Dennys not doing his Spanish homework. His Dad was very supportive We agreed in having a PC on 11/19/02. I was suspended. I couldn't attend this PC. I couldn't call. I didn't have my files with me.)

11/13/02    SP 2 3rd Pd. Phil Siverd/ Phone Call to mother/She got upset (Read
account)

11/14/02    SP 1 5TH Pd. Dustin Thomas/Detention/2nd time W/O TB this grading period)

11/14/01    SP 3 6TH Pd. Michael Higham/Warning/ detention (I caught him throwing paper boomerangs across the class. He apologized. He took Spanish class to have fun. Detention Assigned to have fun.

11/15/02    SP 1 5TH Pd. David Vanderhoff/Misconduct Slip/ He left the classroom without permission. Mr. Higgins WARNED him Regarding Behavior.

11/15/02    SP 1 5TH Pd. David Vanderhoff/Phone call to parents 2nd time/ A lady David's sister answered the phone. She told me her parents didn't live there. She would give them the message to call me back. They never did. They didn't come to Scheduled Parent Conference.

11/15/02    SP 3 6TH Pd Michael Higham came for detention.

7

11/18/02   SP 2 3RD Pd. Michelle Conjalko/Warning/Detention/FD/RQ ( She said She was going to complained about me because I wasn't helping her. I told her I couldn't give her the answer's test.)

11/18/02   SP 2 3RD Pd Michelle Conjalko Phone Call to mother.I asked her mother to review the Expected Behavior sheet. Reinforce Remain Quiet and FD.(She was supportive)

11/18/02   SP 1 5TH Pd. Dustin Thomas came for detention

11/19/02   SP 1 2nd Pd. Kyle Manuel/Warning/ Detention FD. RQ. Assigned for 11/21/02

11/19/02   SP 2 3RD Pd. Michelle Conjalko came for detention

11/19/02   SP 1 2nd Pd. Kyle Manuel came for detention

11/25/02   SP 2 3rd Pd Tyler Learn – He asked me why I wasn't here for three days. (He was all dressed up. He is a hockey player.

11/25/02   SP 2 3rd Pd. Class at the beginning of class the students were loud. They were refusing to follow directions. They were laughing. They were asking me why I wasn't here.

11/25/02   SP 1 2ND Pd.Kyle Manuel/ Warning/ Be polite.Misconduct Slip/ He refused to open his textbook. He said He already "Knew this crap". He said He didn't care if I sent him to the office.) Mr. Higgins gave him Formal

11/25/02   Sp 1 2nd Pd. Kyle Manuel/Phone Call to mother/Nice & Supportive ( She said She'll talk with Kyle.)

11/27/02   SP 1 2nd Pd. Jake Petruso/Warning/Detention/FD/Disrespectful/RQ assigned on 12/05/02 (He corrects my English pronunciation consistently. He is close friend of Kyle. He told Kyle on the way: "She is so stupid, She can't even Speak English".

12/05/02   SP 1 5TH Pd. Quentin Parker Special Ed./Detention/2nd time W/O TB Assigned for 12/06/02

12/06/02   SP 2 3rd Pd Nicole Dawson. Special Ed.-Misconduct Slip- I sent her to the office I asked her to remain quiet.She said: "Shut up, Miss Bitch". On her way out She yelled: Are you going to call my mommy too? I don't care you send me to the office, Mr. Higgins LOVES ME! Mr. Higgins assigned her Saturday detention.

8

12/06/02    SP 1 5TH Pd. Quentin Parker Special Ed came for detention

12/17/02    SP 1 5TH Pd. David Vanderhoff/Warning/Detention/Respect teacher's property. Assigned for 12/18/02

12/19/02    SP 1 2nd Pd. Kyle Manuel/Warning /Detention/ Be polite/RQ.FD/ Assigned for 12/20/02 He didn't come. We left on Vacation until 01/02/02 Mr. Higgins asked me to make sure to turn Misconduct Slips right away.

12/18/02    SP 1 TH Pd. David Vanderhoff came for detention.

01/08/03    SP 1 5TH Pd. David Vanderhoff/ MISCONDUCT SLIP TURNED IN BY THE SUBSTITUTE TEACHER Mrs. Nancy G. Taylor. She said David was argumentative, he was talking back to her. He was Rude and Disrespectful. Mr. Morgan gave him formal. Mr. Morgan wrote: Teacher: Mrs. Swank and put the slip in her mail box.

01/10/03    SP 1 5TH Pd Dustin Thomas/Detention/2ⁿᵈ time without TB. Assigned for 01/11/03

01/10/03    SP 1 5TH Pd. Dustin Thomas/Phone Call to mother I asked her to review Expected behavior sheet/ I talked to her about Dustin not doing homework.(She was supportive)

01/11/03    SP 1 5TH Pd. Dustin Thomas came for detention

01/16/03    SP 1 5TH Pd. Dustin Thomas/ 3rd time without a textbook= Detention assigned on 01/22/03

01/16/03    SP 1 5TH Pd. Dustin Thomas/Phone call to mother (I told her Dustin is not doing his homework or any work. She said: "I tried to get him out of your class. Maybe if you fail him. He has not respect for you. Somethings He had said. He has not respect." I told the mother I couldn't teach him to be respectful. I could only reinforce it. Nonetheless, what does that have to do with not doing any work? I can lead a horse to water but I can't make him drink I can only encourage him to do his best. I offered tutoring. (She said She was going to talk to guidance to see if She could get him out of the class)

01/17/03    SP 1 1ST Pd. Pam Gigogue. Special Ed. said this was her last day at school. She told me She was going to be sent to a detention center by a judge. She had to go to court. She said she was having behavior problems because she runs away from home all the time.

01/22/03    SP 1 5TH Pd. Dustin Thomas came for detention

01/27/03    SP 1 1ST Pd. Tom Demsey / Detention FD RQ. On 01/28/03

01/28/03    SP 1 1ST PD. Tom Demsey's detention was rescheduled for 01/29/03-

01/29/03    SP 1 1ST Pd. Tom Demsey came for detention.

01/02/14    SP 1 1ST Pd. Tom Demsey/Detention-FD RQ- assigned on 02/17/03

01/03/03    SP1 2ND Pd. Kyle Manuel/Detention-FD. Be Polite. RQ. Assigned on
01/06/03 Reschedule for 01/23/03

01/13/03    SP 1 2ND Pd. Jake Petruol/Detention/Be respectful (He said: How Dumb
She is) Assigned for 01/15/03

01/15/03    SP 1 2ND Pd. Jake Petruol came for detention.

01/16/03    SP 1 1ST Pd Ben Williams/ Misconduct Slip – He came at 3:05 He told
me He would come back He didn't come back. He told Mrs. Allen He
couldn't take her detention because He was coming to mine. Mrs.
Allen asked me If Ben had come to my detention I told her what had
happen. She said She was going to write another Misconduct Slip
SP 1 1st Pd. Ben Williams/Misconduct Slip-Very Disrespectful. He kept
telling me to Shut Up! I sent him to the office. He yelled: "I hope you get
fired!"

01/21/03    Mrs. Gail Swank (We car pool from Edinboro) told me that in her 8th
period class, She had to send Ben Williams to the office. He was
disruptive and disrespectful.

01/23/03    SP 1 1st Pd. Kyle Manuel/Came for detention

01/27/03    SP 1 5TH Pd. David Vanderhoff/Warning/Detention Assigned on 01/28/03
FD.RQ

01/28/03    SP 1 TH Pd. David Vanderhoff came for detention

01/29/03    SP 1 1st Pd. Aniece Mosley. Special Ed. – I filed a "POSNEG" for her.
Requested by Counselor. (See copy)
Aniece Comments in Class: "I don't want to learn Spanish. I want to know
about African Language.
Aniece saying: Anus.... Anus.... Warning
Aniece saying: Peanos.... Peanos.... I told her to stop. She said: "I am not
talking." She continues saying "peanos" every time I turn to the board.
I talked to her after class. She continues denying it.
We are reviewing the grammatical structure: " I Fell like + Infinitive"

9

01/29/03 — Aniece Yells: "I feel like chocking the chicken" I told her what about saying "I feel like eating chicken" (In my twenty years living in this country. I have never heard this expression. I didn't understand what Aniece was talking about)

01/29/03 — I talked to Mr. Eardley about Aniece's remarks in class and not doing her work. She claims She doesn't understand. I ask her to come for tutoring.

01/30/03 — SP 3 6TH Pd. Rachel Smith/Warning/ Detention/FD (She refused her Health's textbook away. She was doing Health's homework in Sp. Class) Assigned for 01/30/03

01/30/03 — SP 3 6TH Pd. Rachel Smith came for detention.

02/05/03 — SP 1 5TH Pd. David Vanderhoff/Warning/Detention/FD.RQ. Assigned on 02/07/03

02/07/03 — SP 1 1ST PD David Vanderhoff came for detention.

02/07/03 — SP 1 1ST PD Ben Williams/Detention/ Detention/FD assigned for 02/11/03 (FD. He Refused to remain quiet. He was very Disrespectful)

02/10/03 — SP 2   3RD Pd. Erica Mclevy/Warning/Detention/RS at all times.RQ. assigned for 02/11/03

02/11/03 — SP 1 1ST Pd. Ben Williams came for detention

02/11/03 — SP 2 3RD pd. Erica Mclevy came for detention

02/14/03 — SP 1 1st Pd. Tom Demsey/Warning/Detention/FD. RQ Assigned for 02/17/03

02/17/03 — SP 1 1ST PD Anita McDermont/Detention –FD.RQ-assigned on 02/18/03

02/17/02 — SP 1 5TH Pd. Cassandra came to talk to me at the beginning of class. She said that Mr. Higgins had confused her with a SP 2 students. Mr. Higgins was asking her How Latese Hughes behaved in my class.

02/17/03 — SP 1 5th Pd. Megan Haylet's comments: "We are allowed to talk in Mr. McDonald's class and Mrs. Froelick's class."

02/17/03 — SP 1 5TH Pd. Tom Demsey came for detention.

02/19/03 — SP 1 1ST Pd. Anita McDermont –I talked to Anita about her detention assigned on 02/18/03.She had tore her detention in little pieces. She said She would come on 02/20/03. She didn't come

10

11

02/20/03    SP 1 2ND Pd. Kyle Manuel –The substitute said he deserved detention. On
02/19/03 He was very disrespectful to her. Detention assigned for
02/21/03.

02/21/03    SP 1 2nd Pd. Kyle didn't come for detention= Misconduct Slip

02/21/03    SP 1 1ST Pd. Anita McDermott – I was going to place the Misconduct
Slip about not coming to her detention on 02/20/03 on Mr. Higgins. Anita
was suspended from school.

02/24/03    SP 1 2ND Pd Kyle Manuel/Phone call to mother/ (I talked to her about
Kyle's behavior and not doing any work. She said Kyle is not doing well
in other subjects. Spanish was one more. She said that Kyle is having
Health problems. She is extremely nice and supportive. She said She'll
talk to Kyle. She said She had talked to him about the wonderful
opportunity to learn Spanish from a Native Speaker. He could learn
to speak the language with the correct pronunciation.)

SP 1 8TH Pd. Michael Gorman –P R sent home asking for a PC. His Dad
called            . He came for a PC Michael suffers deppression. He is
taking medication, He refuses to do any work in Spanish class. His Dad
says Michael is seeing a Psychiatrist. He is on therapy.



EXHIBIT
82



RECEIVED 2/28
2ND LOG

DISCIPLINE LOG 02-02

1

09/13/02   SP 1 5TH Pd. 2 3RD Pd. Nicole Dawson Special Ed./Detention/ Very defiant Behavior. Very disrespectful. Detention assigned for 09/14/02

09/13/02   I talked to Mr. Apel about Nicole's defiant behavior. He said He would talk to him.

09/13/02   I talked to Mr. Bardley Nicole's Sp Ed teacher.

09/13/02   SP 2 3RD Pd Nicole Dawson Special Ed./Phone call to mother / Nobody answer. I left message on answering machine to return my call.

09/13/02   SP 1 5TH Pd. David Vanderhoff/Detention/2nd time W/O TBAssigned for 09/19/02

09/13/02   SP 1 5TH Pd. Evan Wisinsky/Detention/ 2nd time W/O TB FD. RQ Assigned for 09/16/02 (Put on hold until I had a conference with his mother)

09/13/02   SP 1 5TH Pd. Evan Wisinsky Phone Call to mother ( I told his mother I would want her to review Expected Behavior sheet with Evan. I talk to his mother about Evan's negative needed attention at all times, short attention span and the consistent irrelevant questions He asked For example: He kept asking in a loud voice: "Quiero Cerveza" He wanted me to translate it to English. I took away a paper where He had written "Quiero cerveza (I want beer). There was a drawing of xxx and a beer bottle. He kept saying in a loud voice: "Quiero cerveza". See paper

09/18/02   SP 1 5TH Pd. Rashon Jones Special Ed./Detention/2nd time W/O TBAssigned for 09/20/02

09/19/02   SP 1 5TH Pd. David Vanderhoff came for detention

09/20/02   SP 1 1ST Pd. Nick Grindstaff/Warning/Detention/FD.RQ Refuse to remain quiet. Assigned for 09/23/02. He came for detention.

09/20/02   SP 1 5TH Pd. Rashon Jones came for detention.

09/24/03   SP 1 1st Pd Amber Lenhart/Detention/2nd time W/O TB. Assigned for 09/26/02

09/26/02   SP 1 1ST Pd. Amber Lenhart came for detention.

09/30/02   SP 1 3rd Pd. Latese Hughes Special Ed./Warning/ Detention/ Assigned on 10/01/02 Defiant Behavior/She refused to remain quiet, She said She can talk whenever She wants to.

2

09/30/02    SP 1 5TH Pd. Dustin Thomas/Warning/Detention/ FD.RQ.Stay on task.
Assigned on 10/01/02.

09/30/02    SP 1 5TH Pd. Dustin Thomas/Phone call to mother ( I left message to
return my call)

09/30/02    SP 1 5TH Pd. Evan Wisinski /Warning/Detention/FD. Very disruptive
behavior. Refuse to take notes. Assigned for 10/01/02

10/01/02    SP 2 3rd. Pd. Latese Hughes Special Ed./Detention/ Be Respectful. (She
said: "You are so ignorant. FD. She refused to remain quiet) Assigned for
10/02/03

10/01/02    SP 2 3rd. Pd. Latese Hughes Special Ed./Phone call to mother at work
(The lady said Mrs. Elaine Hughes is there on Thursdays I left message to
return my call.
I sent a PR. Asking her mother to call me for a PC. Latese was very
disrespectful. She said: "You are so Ignorant.)

10/01/02    I talk to Mrs. Heald about Latese Hughes disrespectful attitude. Mrs.
Heald said She would talk to Latese.

10/01/02    Mrs. Yvonne Scott-Dustin Thomas mother returned my call. (I asked her
to please review Expected Behavior sheet. Reinforce to Remain quiet,
Follow directions, Open his textbook, not doing his Spanish homework.
The mother said She would talk to him.)

10/01/02    SP 1 5TH Pd. Dustin Thomas  came for detention.

10/01/02    SP 2 3rd. Pd. Jaimie Klein/Warning/Detention/FD. came for detention.

10/01/02    SP 2 3rd. Pd. Jaimie Klein/Warning/Detention/FD/RQ ( She said She can
talk if She wants to. Assigned for 10/02/02

10/01/02    SP 2 3rd Pd.Jaimie Klein/Phone call to mother ( I asked her mother to
please review Expected Behavior sheet. She was very supportive.She said
She'll talk to her)

10/02/02    SP 1 1ST Pd. Nick Grindstaff/Warning/Detention/Be respectful at all times.
Assigned for 10/03/02. He came for detention.

10/02/02    SP 2 3rd. Pd. Latese Hughes. Special Ed. I asked her to go to guidance to
talk to Mrs. Heald. She didn't want to go. She said in front of the class:
"Why did you call my mom? She turned to tell everyone. "She called my

3

mom and my mom hanged up on her". I asked her again to go to see Mrs. Heald. She finally left.

10/02/02    SP 1 1ˢᵗ Pd. Kyle Manuel/Detention/ Come prepared/2ⁿᵈ time W/O TB. Assigned for 10/03/03

10/02/02    SP 2 3ᴿᴰ Pd. Jaimie Klein came for detention.

10/03/02    SP 1 1ˢᵗ PD. Kyle Manuel came for detention

10/03/02    SP 2 3ᴿᴰ Pd Michelle Conjalko/Warning/Detention FD.RQ ( She refused to remain quiet. Excessive talking/ Attention getting behavior) Assigned on 10/04/03

10/03/02    SP 2 3ᴿᴰ Pd.Michelle Conjalko/Phone Call to mother ( I asked Michelle's to please review expected Behavior Sheet. Reinforce RQ. She was supportive.

10/04/02    SP2 3ᴿᴰ Pd. Tyler Learn./Warning/Detention/FD/RQ/Assigned for 10/05/02 Reschedule for 10/11/02 Misconduct Slip/Failure to take Teacher's detention

10/04/02    SP 2 3ᴿᴰ Pd.Pd. Latese Hughes. Special Ed./Misconduct Slip Extremely disrespectful and defiant behavior. She called me "Ignorant" Warning. I asked her to be polite. 2nd time She repeated it again "You are so ignorant", She said. I told her to go to the office. She refused to leave. She said: She didn't care". Mr. Morgan gave her formal.

10/04/02    SP 2 3ʳᵈ. Pd. Latese Hughes. Special Ed./Phone call to parents.

10/04/02'   SP 2 3ᴿᴰ Pd. Michelle Conjalko came for detention

10/07/02    SP 1 8ᵀᴴ Pd Michael Gordmand/Warning/Detention/FD/RQ/not doing any SP homework or in Class work.

10/07/02    SP 1 8ᵀᴴ Pd. Michael Gorman.–P.R sent home asking for a PC. His Dad called. He came for a PC Michael suffers depression. He is taking medication, He refuses to do any work in Spanish class. His Dad says Michael is seeing a Psychiatrist. He is on therapy.

10/07/02    SP 2 3ʳᵈ Pd. Ashley Carman/Warning/Detention/ (She said this is: "Crap homework if I fell I'll tell my mom. I was going to give her a warning. I asked her to see me. She left. I gave her detention. Her mother was very upset about the detention. She asked for a meeting with Mr. Higgins to tell him I was lying. Her daughter never said that.)

4

A conference was schedule a week later with Mr. & Mrs. Carman (Read account- attached)

10/08/02    SP 23rd Pd. Phil Siverd Warning FD Detention assigned on 10/10/03(He. was told to to move to another seat. Where He sits, He talks or He sleeps. He refused to move)

10/09/02    SP 1 1st Pd. Ben Williams/Warning/ Detention/RQ assigned for 10/10/03. He rescheduled for 10/11/03

10/09/02    SP 1 1ST Pd Ben Williams – Phone Call to mother (She is very supportive I asked her to review Expected Behavior sheet with Ben – FD.RQ Be Polite & Respectful. His mother yelled at him saying He won't be able to drive if He continued getting in trouble at the school. She said She was sorry. She told me She was having trouble in handling Ben. Ben was very disrespectful to her too.)

10/09/02    SP 2 3rd Pd. Phil Siverd – He moved to the front.

10/10/02    SP 2 3rd Pd. Phil didn't come for detention – Misconduct Formal assigned by Mr. Deshner on 10/22/02

10/11/02    Sp 2 3rd Pd. Phil Siverd asked me if He could go back to his original seat. He said He won't talk and He will stay awake. I agreed.

10/14/02    SP 1 1st Pd. Ben Williams – Misconduct Slip – (He didn't come for detention rescheduled on 10/11/03(Friday)

10/14/02    SP 2 3RD Pd. Tyler Learn-Warning – Defiant Behavior – FD.RQ.Misconduct Slip He refused to move to another seat. Mr. Morgan gave him formal.

10/16/02    SP 1 2ND Pd. Kyle Manuel/Detention/Come prepared/ 3rd time Unprepared/Without Worksheet L3) Assigned for 10/21/02

10/17/02    SP 1 1ST Pd. Ben Williams – Misconduct Slip turned by Substitute Teacher Mr. Hunnes ( Ben was very disruptive, disrespectful to him. Slammed the door on his way out) Formal assigned by Mr. Higgins on 10/24/03

10/21/03    SP 3 6TH Pd. Cory Gratter Phone Call to mother (Cory is not doing her Spanish homework – She complains about it all the time. I left message to call me back. She called me back. She was very supportive)

5

10/21/02    SP 1 2ND Pd. Kyle Manuel came for detention.

10/21/02    SP 1 5TH Pd. David Vanderhoff/Warning/Detention/FD.RQ.Assigned for
10/21/02    10/23/02

10/21/02    SP 1 5TH Pd. David Vanderhoff/Phone call to parents 1st time/Nobody
answered. Left message on the answering machine to return my call. They
never did.

10/22/02    SP 1 6TH Pd. Dennys Watson/Warning/Detention/ He came during 3rd Pd.
To disrupt my class. I had asked him not to come.

10/22/02    SP 1 5TH Pd. David Vanderhoff/ Phone call to parents 2nd time ( I talked
to Mr. Vanderhoff's daughter. She said They didn't live there. She would
give the message to her Dad to return my call.

10/22/02    SP 1 5TH Pd. David Vanderhoff's Dad returned my called.( I talked to him
about David's getting attention behavior, disruptive behavior. I asked his
Dad to please reinforce the Expected Behavior Sheet. I also told his Dad
about David not doing his homework. His Dad said He'll talk to David)

10/23/02    SP 1 5TH Pd. David came for detention

10/23/02    SP 1 ISR Pd. Ben Williams-Misconduct Slip- He called me: "Crazy"
2nd offense Saturday Detention assigned by Mr. Morgan

10/23/02    SP 1 2ND Pd. Dallas Borland/Warning/Detention/Assigned for 10/24
He didn't come. Misconduct Slip

10/23/02    SP 3 6TH Pd Dennys Watson/Warning/Detention FD.Stay Awake.
FD. Assigned for 10/24/02

10/23/02    SP 1 5TH Pd Dustin Thomas/Warning/Detention assigned on 10/24/02
FD.RQ.FD.

10/23/02    SP 1 5TH Pd. Dustin Thomas/Phone call to mother 2nd time ( I asked her
to reinforce the Expected behavior sheet. Remain Quiet.I told her Dustin is
not doing any Spanish homework in class work or any other work. She
said She would talk to him.)

10/23/02    SP 2 3rd Pd. Bobby Boshard Special Ed./Phone Call to his mother. ( I
talked to his mother about Bobby's defiant behavior, Excessive talking
and refusing to do any work. She was supportive. She said She would talk
to his Special ED Teacher. They decided to take Bobby out of class)

10/23/02   SP 1 1ST Pd. Nick Grindstaff/Warning/Detention/FD. RQ. /Excessive talking Assigned for 10/24/02 (He came for detention)

10/24/02   SP 3 6TH Pd. Dennys Watson came for detention.

10/24/02   SP 1 5TH Pd. Dustin Thomas came for detention.

10/24/02   SP 3 6TH Pd Rachel Smith /Warning/ Detention/Sleeping in class.FD.Stay Awake assigned on10/25/03

10/24/02   SP 3 6TH Rachel Smith/Phone call to mother( I talked to her mother about Rachel sleeping in class and not doing her Spanish homework·The mother was very supportive)

10/29/02   SP 1 5TH Pd. David Vanderhof/Warning/Detention/ assigned for 11/01/02 FD.RQ. Refused to remain quiet

10/25/02   SP 2 3rd Pd. Phil Siverd Came for detention.

10/25/02   SP 3 6TH Pd.Rachel Smith came for detention.

10/30/02   SP 1 5TH Pd. Jimmy Burger/ Phone Call to Parents (I left message Please return my call. He is not a problem behavior. He has many missing assignments.)

10/30/02   SP 1 5TH Pd. Joe Boyer/Phone Call to mother. (I talked to his mother about Joe not doing his Spanish homework. Joe is not a problem behavior His mother was very supportive)

10/30/02   SP 1 5TH Pd. Justin Edwards, Special Ed./Phone Call to mother ( I talked to his mother about his many missing assignments. She was very supportive)

10/30/02   SP 1 5TH Pd. Melody Jones/Phone Call to father ( I talked to her Dad about the absenteeism and the many missing assignments. We agreed that Melody will come for tutoring Mondays and Wednsdays. She is not a problems behavior .She is a very ill girl. Her Dad said She had a heart transplant when She was a baby. She takes many medications.)

10/31/02   SP 1 5TH Pd. David Vanderhoff/Misconduct Slip /Profanity used in class. He said very loud· "Bull Crap". Mr. Higgins "WARNED" him. Mr. Talked to David about his behavior.

10/31/02   SP 1 1ST Pd. Nick Grindstaff/Warning/Detention/Be polite /Very disrespectful. Misconduct Slip.

7

11/01/02    SP 1 5TH Pd David Vanderhoff/Misconduct Slip/Failure to take teacher's detention

11/01/02    SP 1 1ST Pd. Ben Williams – Misconduct Slip (I saw him throwing cucumbers across the classroom. Earlier in class "someone" threw a cucumber at me.) PC with Principal and Myself.

11/05/02    Ben William's mother CAME TO APOLOGIZE TO ME. (This is the first time that a mature Parent accepts responsibility for her son's misbehavior~ God Bless Mrs. Williams)

11/05/02    SP 1 5TH Pd. Alexander Christine/Misconduct Slip/ She left the classroom without permission. She was talking. I gave her a Warning. She continued talking. I told her to see me after class. ( I was going to give her detention. FD, RQ.) I asked her to move to another seat. She refused to move. Then, She was suspended. I couldn't tell. I didn't have my files with me.) She was WARNED by Mr. Higgins He talked to her about Behavior

11/06/02    SP 3 6TH Pd Dennys Watson/Phone call to Father/ (Dennys was asking me to translate obscene sentences in Spanish. I Left message: "Please return my call".)

11/07/02    Mr. Watson returned my called. I talked to his Dad about Dennys obscene questions in Spanish and about Dennys not doing his Spanish homework. His Dad was very supportive We agreed in having a PC on 11/19/02. I couldn't attend this PC. I couldn't tell. I didn't have my files with me.)

11/13/02    SP 2 3rd Pd. Phil Siverd/ Phone Call to mother/She got upset (Read account)

11/14/02    SP 1 1st Pd.

11/14/02    SP 1 1ST Pd Nick Grindstaff/Warning/Detention/ FD/RQ/Defiant /Disrespectful/Be respectful/ Assigned for 11/18/02. He came for detention.

11/14/02    SP 1 1st Pd. Pam Gigone/Warning/Detention/FD/RQ/

11/14/02    SP 1 5TH Pd. Dustin Thomas/Detention/2nd time W/O TB this grading period)

11/14/01    SP 3 6TH Pd. Michael Higham/Warning/ detention (I caught him throwing paper boomerangs across the class. He apologized. He said He took Spanish class to have fun. Detention Assigned on 11/15/02

8

11/15/02  SP 1 5TH Pd. David Vanderhoff/Misconduct Slip/ He left the classroom without permission. Mr. Higgins WARNED him Regarding Behavior.

11/15/02  SP 1 5TH Pd. David Vanderhoff/Phone call to parents 2nd time/ A lady David's sister answered the phone. She told me her parents didn't live there. She would give them the message to call me back. They never did. They didn't come to Scheduled Parent Conference.

11/15/02  SP 1 1ST Pd. Pam Gigone/Misconduct Slip/failure to take teacher's detention

11/15/02  SP 3 6TH Pd Michael Higham came for detention.

11/18/02  SP 2 3RD Pd. Michelle Conjalko/Warning/Detention/FD/RQ ( She said She was going to complained about me because I wasn't helping her. I told her I couldn't give her the answer's test.)

11/18/02  SP 2 3RD Pd Michelle Conjalko Phone Call to mother I asked her mother to review the Expected Behavior sheet. Reinforce Remain Quiet and FD.(She was supportive)

11/19/02  SP 1 5TH Pd, Dustin Thomas came for detention

11/19/02  SP 1 1st Pd. Anita McDermont/Warning/Detention/Disrespectful She said "this class is stupid"Refuse to Remain Quiet. Assigned for 11/20/02. (I couldn't know if she came or not. I was suspended for three days)

11/19/02  SP 1 2nd Pd. Kyle Manuel/Warning/ Detention FD. RQ. Assigned for 11/21/02 I was suspended .

11/19/02  SP 1 2ND PD. Jake Petrou/Warning/Detention/FD/RQ/assigned for 11/21/02. I was suspended

11/19/02  SP 1 2nd Pd. Dallas Borland/Warning/Detention/Very disrespectful. "He told me to Shut up! Assigned for 11/20/02 I was suspended I don't know if He came.

11/19/02  SP 2 3RD Pd. Michelle Conjalko came for detention

11/25/02  SP 1 1ST Pd. Anita McDermont- I filled a Student Assistance Program Teacher Behavioral Assessment (Guidance asked for it)

11/25/02  SP 2 3rd Pd.Tyler Learn – He asked me why I wasn't here for three days. (He was all dressed up. He is a hockey player.)

9

11/25/02    SP 2 3rd Pd. Class at the begining of class the students were loud. They were refusing to follow directions. They were laughing. They were asking me why I wasn't here.

11/25/02    SP 1 2nd Pd.Kyle Manuel/ Warning/ Be polite. Misconduct Slip ( He refused to open his textbook. He said He already "Knew this crap" He said He didn't care if I sent him to the office.) Mr. Higgins gave him Formal

11/25/02    Sp 1 2nd Pd. Kyle Manuel/Phone Call to mother/Nice & Supportive ( She said She'll talk with Kyle.)

11/26/02    SP 1 2nd Pd. Dallas Borland/Warning Detention/FD/RQ assigned for 11/27/02.

11/27/02    SP 1 2nd Pd. Dallas Borland/Warning Detention/FD/RQ assigned for 11/27/02.

11/27/02    SP 1 2nd Pd. Dallas Borland/Misconduct Slip/Failure to take teacher's Detention

12/05/02    SP 1 5TH Pd. Quentin Parker Special Ed./Detention/2nd time W/O TB Assigned for 12/06/02

12/05/02    SP 1 1ST Pd./ Anita McDermont/Warning/Detention/FD.Defiant behavior. Assigned for 12/06/02 Misconduct Slip.written.

11/27/02    SP 1 Pd. Jake Petruso/Warning/Detention/FD/Disrespectful/RQ assigned on 12/05/02 (He corrects my English pronunciation consistently. He is close friend of Kyle. He told Kyle on the way: "She is so stupid, She can't even Speak English".

12/06/02    SP 2 3rd Pd Nicole Dawson. Special Ed..Misconduct Slip- I sent her to the office. I asked her to remain quiet She said: "Shut up. Miss Bitch". On her way out She yelled: Are you going to call my mommy too? I don't care you send me to the office, Mr. Higgins LOVES ME! Mr. Higgins assigned her Saturday detention.

12/06/02    SP 1 5TH Pd. Quentin Parker Special Ed came for detention

12/12/02    SP 1 1st Pd. Pam Gigone/Warning/Detention/Sleeping/refuse to wake up/ Assigned for 12/13/02

12/13/02    SP 1 1ST Pd. Pam Gigone/Misconduct Slip/ Failure to take teacher's detention

12/17/02    SP 1 5TH Pd. David Vanderhoff/Warning/Detention/Respect teacher's property. Assigned for 12/18/02

10

12/19/02    SP 1 2ⁿᵈ Pd. Kyle Manuel/Warning /Detention/ Be polite/RQ.FD/
            Assigned for 12/20/02 He didn't come. We left on Vacation until
            01/02/03 Mr. Higgins asked me to make sure to turn Misconduct Slips
            right away.

12/18/02    SP 1 5ᵀᴴ Pd. David Vanderhoff came for detention.

12/18/02    SP 1 5ᵀᴴ Pd. David Vanderhoff/Warning/Detention for 12/20/02 – Respect
            teacher's property.

12/18/02    SP 1 5ᵀᴴ Pd. David Vanderhoff came for detention

01/08/03    SP 1 1ˢᵀ Pd. David Vanderhoff came to her by Substitute Mrs
            Nancy Taylor/Excessive talking/Disrespectful to her.

01/08/03    **SP 1 5ᵀᴴ Pd. David Vanderhoff/ MISCONDUCT SLIP TURNED IN
            BY THE SUBSTITUTE TEACHER Mrs. Nancy G, Taylor. She said
            David was argumentative, he was talking back to her. He was Rude
            and Disrespectful. Mr. Morgan gave him formal. Mr. Morgan wrote:
            Teacher: Mrs. Swank and put the slip in her mail box.**

01/10/03    SP 1 5ᵀᴴ Pd Dustin Thomas/Detention/2ⁿᵈ time without TB. Assigned for
01/11/03    01/11/03

01/10/03    SP 1 5ᵀᴴ Pd. Dustin Thomas/Phone Call to mother I asked her to review
            Expected behavior sheet/ I talked to her about Dustin not doing
            homework (She was supportive)

01/11/03    SP 1 5ᵀᴴ Pd. Dustin Thomas came for detention.

01/13/03    SP 1 2ⁿᴰ Pd. Jake Petruol

01/16/03    SP 1 5ᵀᴴ Pd. Dustin Thomas/ 3rd time without a textbook= Detention
            assigned on 01/22/03

01/16/03    SP 1 5ᵀᴴ Pd. Dustin Thomas/Phone call to mother (I told her Dustin is
            not doing his homework or any work. She said: "I tried to get him out of
            your class. Maybe if you fail him. He has not respect for you. Somethings
            He had said. He has not respect." I told the mother I couldn't teach him to
            be respectful. I could only reinforce it. Nonetheless, what does that have to
            do with not doing any work? I can lead a horse to water but I can't make
            him drink. I can only encourage him to do his best. I offered tutoring. (She
            said She was going to talk to guidance to see if She could get him out of
            the class)

11

01/16/03    SP 1 1ST Pd. Nick Grindstaff/ Misconduct Slip/ I gave him detention He tore it in little pieces and threw it on top of my cart. Mr. Higgins gave him Formal/

01/17/03    SP 1.1ST Pd. Pam Gigogne. Special Ed. said this was her last day at school. She told me She was going to be sent to a detention center by a judge. She had to go to court. She said she was having behavior problems because she runs away from home all the time.

01/17/03    SP 1 1ST Pd. Nick Grindstaff/ Misconduct Slip/ He Yelled at me: "Shut up!
01/22/03    Mr. Higgins gave him Formal Detention
            SP 1 5TH Pd. Dustin Thomas came for detention

01/27/03    SP 1 1ST Pd. Tom Demsey / Detention FD.RQ. On 01/28/03
01/28/03    SP 1 1ST PD. Tom Demsey's detention was rescheduled for 01/28/03-

01/29/03    SP 1 1ST Pd. Tom Demsey's detention was rescheduled for 01/29/03-

01/29/03    SP 1 1ST Pd. Tom Demsey came for detention.

01/02/14    SP 1 1ST Pd. Tom Demsey/Detention-FD.RQ.- assigned on 02/17/03
01/03/03    SP1 2ND Pd. Kyle Manuel/Detention-FD. Be Polite. RQ. Assigned on
            01/06/03 Reschedule for 01/23/03

01/13/03    SP 1 2ND Pd. Jake Petruol/Detention/Be respectful (He said: How Dumb
            She is) Assigned for 01/15/03

01/13/03    SP 1 2ND Pd. Dallas Borland/Warning/Detention/FD/RQ.assigned for
            01/14/03 Misconduct Slip Failure to take teacher's detention

01/15/03    SP 1 2ND Pd. Jake Petruol came for detention.

01/15/03    SP 3 3rd Pd. Dennys Watson/Warning/Detention/Refuse to wake up!/
            Assigned for 01/16/03

01/16/03    SP 1 1ST Pd Ben Williams/ Misconduct Slip – He came at 3:05 He told
            me He would come back. He didn't come back. He told Mrs. Allen He
            couldn't take her detention because He was coming to mine. Mrs.
            Allen asked me If Ben had come to my detention. I told her what had
            happen. She said She was going to write another Misconduct Slip

01/16/03    SP 1 6TH Pd. Dennys Watson came for detention

12

| | |
|---|---|
| 01/27/03 | SP 1 5TH Pd. David Vanderhoff/Warning/Detention Assigned on 01/28/03 |
| 01/28/03 | SP 1 TH Pd. David Vanderhoff came for detention. FD.RQ |
| 01/29/03 | SP 1 Ist Pd. Aniece Mosley, Special Ed. – I filled a "POSNEG" for her. Requested by Counselor. (See copy) Aniece Comments in Class. "I don't want to learn Spanish I want to know about African Language. |
| 01/29/03 | Aniece saying. Anus...Anus.... Warning Aniece saying. Peanos....Peanos... I told her to stop. She said: " I am not talking." She continues saying "peanos" every time I turn to the board. I talked to her after class. She continues denying it. We are reviewing the grammatical structure: "I Fell like + Infinitive" Aniece Yells: "I feel like chocking the chicken" I told her what about Aniece saying: "I feel like eating chicken" (In my twenty years living in this country. I have never heard this expression. I didn't understand what Aniece was talking about) |
| 01/30/03 | I talked to Mr. Eardley about Aniece's remarks in class and not doing her work. She claims She doesn't understand. I ask her to come for tutoring. |
| 01/30/03 | SP 3 6TH Pd. Rachel Smith/Warning/ Detention/FD (She refused her Health's textbook away. She was doing Health's homework in Sp. Class) Assigned for 01/30/03 |
| 02/07/03 | SP 3 6TH Pd. Rachel Smith came for detention. |
| 02/05/03 | SP 1 5TH Pd. David Vanderhoff/Warning/Detention/FD.RQ.Assigned on 02/07/03 |
| 02/07/03 | SP 1 1ST PD Ben Williams/Detention assigned for 02/11/03 (FD. He Refused to remain quiet. He was very Disrespectful) |
| 02/07/03 | SP 1 5TH Pd.David Vanderhoff came for detention. |
| 02/10/03 | SP 2   3RD Pd. Erica Mcley/Warning/Detention/RS at all times.RQ. assigned for 02/11/03 |
| 02/11/03 | SP 1 1ST Pd. Ben Williams came for detention |
| 02/11/03 | SP 2 3RD pd. Erica Mcley came for detention |
| 02/13/02 | SP 1 1ST Pd. Tom Demsey – Writing notes/not paying attention – I took it away from him. |

13

02/14/03    SP 1 1ˢᵗ Pd. Tom Demsey/Warning/Detention/FD. RQ Assigned for
02/17/03

02/17/03    SP 1 1ST PD Anita McDermott/Detention.–FD.RQ-assigned on 02/18/03

02/17/02    SP 1 5ᵀᴴ Pd. Cassandra came to talk to me at the beginning of class. She
            said that Mr. Higgins had confused her with a SP 2 students. Mr. Higgins
            was asking her How Latese Hughes behaved in my class.

02/17/03    SP 1 5ᵗʰ Pd. Megan Haylert's comments, "We are allowed to talk in Mr.
            McDonald's class and Mrs. Froelick's class."

02/17/03    SP 1 5ᵀᴴ Pd. Tom Demsey came for detention.

02/19/03    SP 1 1ˢᵀ Pd. Anita McDermott –I talked to Anita about her detention
            assigned on 02/18/03. She had tore her detention in little pieces. She said
            She would come on 02/20/03. She didn't come

02/20/03    SP 1 2ᴺᴰ Pd. Kyle Manuel –The substitute said he deserved detention. On
            02/19/03 He was very disrespectful to her. Detention assigned for
            02/21/03.

02/21/03    SP 1 2ⁿᵈ Pd. Kyle didn't come for detention= Misconduct Slip

02/21/03    SP 1 1ˢᵀ Pd. Anita McDermott – I was going to place the Misconduct
            Slip about not coming to her detention on 02/20/03 on Mr. Higgins. Anita
            was suspended from school.

02/24/03    SP 1 2ᴺᴰ Pd Kyle Manuel/Phone call to mother/ (I talked to her about
            Kyle's behavior and not doing any work. She said Kyle is not doing well
            in other subjects. Spanish was one more. She said that Kyle is having
            Health problems. She is extremely nice and supportive. She said She'll
            talk to Kyle. She said She had talked to him about the wonderful
            opportunity to learn Spanish from a Native Speaker. He could learn
            to speak the language with the correct pronunciation.)

**TOM DEMPSEY**          **SPANISH I**          **1ST PERIOD**

Log Entry    1/27/03   Detention given for not remaining quiet and following directives.

Log Entry    1/29/03   Student serves detention.

Log Entry    2/13/03   Ms. deLeon writes that she took a note away from Tom

Log Entry    2/14/03   Ms. deLeon gives Tom a detention for not remaining quiet and
                       following directives.

Log Entry    2/17/03   Student serves detention.

**Academic Progress Report Sent**

11/01/02    No comments regarding behavior

12/20/02    No comments regarding behavior

**Notes**

On 2/13/03 Ms. deLeon sends me a memo stating that Tom is a behavioral
problem everyday. He has to be reminded everyday to follow directives, remain quiet,
and pay attention. Before this memo only one detention had been given for behavior on
1/27/03. The day I received this memo Tom appears in Ms. deLeon's log for writing
notes on 2/13/03. On 2/14/03 he is given detention for not remaining quiet and following
directives. Tom serves detention for Ms. deLeon on 2/17/03. Further, Ms. deLeon states
that she has called Tom's mother regarding his performance in class.

**The Problems**

There is no log entry showing that Ms. deLeon talked with Tom's mother. Further, I
contacted Tom's mother today (3/10/03) at 10:55 a.m. and she informed me that she does
not recall Ms. deLeon ever calling her. Ms. deLeon writes that Tom has had detentions
(inferring more than one) for refusing to follow directions and remain quiet and yet her
log and Tom's discipline file only contains one detention. The next detention he receives
is not until the day after this memo. Further, if this student had been consistently
misbehaving in class, why had he not been referred to the office?

EXHIBIT
83
tabbies

**ANGELA BONTRAGER**            **SPANISH 1**            **1ST PERIOD**

**NOTE**

2/5/03        No log entry to reflect this personal detention. Found in student discipline
              file.

**ERICA MCALEVY**            **SPANISH II**            **3RD PERIOD**

2/10/03            Log entry reflects this personal detention.

2/11/03            Student serves personal

**NOTE**

      There wasn't any log entry on 12/6/02 to reflect this personal detention. This
detention was found in student discipline file.

RASHON JONES          SPANISH I          5TH PERIOD

9/18/02      Log entry reflects assigned detention on this date.

9/20/02      Students attends detention

2/14/03      Academic progress report sent on this student

NOTE

∴ 9/25/02 misconduct found in student discipline file not in log. Further, this
misconduct was not sent to the office.

## NICOLE DAWSON          SPANISH II          3rd PERIOD

9/13/02.    Ms. deLeon writes in her discipline log that she assigned Nicole detention for defiant and disrespectful behavior on 9/14/02.

9/13/02    Ms. deLeon logs that she called the mother the same day and leaves message.

9/13/03    Ms. deLeon sends academic progress report the same day stressing students behavior problems and need for parent to call her.

### NOTES

No log entry showing that Nicole attended detention or not. No misconduct sent to office for not attending. No detention slip found in student discipline file, except for Ms. deLeon's notation that she had assigned one. No entry to parent reply to phone call or academic progress report sent.

10/1/02    Ms. deLeon sends academic progress report on 10/1/02 to parent stating that Nicole is very intelligent and motivated, although she can be disruptive at times.

12/6/02    Misconduct record sent to office. Student suspended for three days for say to Ms. deLeon, "Shut up Miss Bitch".

### NOTE

Ms. deLeon inaccurately states in her log on 12/6/02 that I assigned her Saturday Detention. When in reality I suspended her.

2/10/03    Misconduct record sent to office. Ms. deLeon states that Nicole is defiant and disrespectful, laughs and refuses to keep quiet. Further, she was giving answers to quiz to another student.

2/14/03    Ms. deLeon sends academic progress report to parent stating that Nicole is missing some homework, but her attention in class is excellent/super. Also, parent needs to review expected behavior with Nicole.

### NOTES

Why has this student only been given one detention all year? All three progress reports sent home have comments on them regarding behavior. Why hasn't there been any follow through on this student? The first misconduct sent to the office was sent on

12/6/02 resulting in that student being suspended from school. Why wasn't I aware that student was being a consistent behavior problem? No log entry for misconduct record dated 2/10/03.

**QUENTIN PARKER**          **SPANISH I**          **5TH   PERIOD**

12/5/02     Ms. deLeon assigns detention for not having textbook 2nd time.

12/6/02     Ms. deLeon logs that he attends detention.

**NOTE**

      There isn't any log entry for a detention assigned on 2/6/03. This detention was found in student discipline file. Further, it appears when Ms. deLeon gives a detention, she has them write the classroom rules repetitiously during the detention time. I found Quentin Parker's detention writing assignment dated 12/10/02 in Cassandra Premants folder. Ms. deLeon writes in her log that he attended on 12/6/02. Further, I didn't find any writing assignment for the 2/6/03 detention. When I spoke with Quentin he informed me he attended the 2/6/03 detention, but Ms. deLeon never showed. He informed me that she gave him credit for staying the entire time.

R U Q                        R Lft To Ask Q

remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question
remain nice and quit       Raise hand to ask a Question

MEGAN DUPONT        SPANISH I        1st     PERIOD

NOTES

    Absolutely no discipline problems noted in Ms. deLeon's discipline file or discipline log. Yet, in a memo to me dated 2/13/03 regarding Megan and another student she depicts Megan as a discipline problem. Again, why isn't she following through with her classroom management plan. Ms. deLeon tells me in the memo that she only threatens Megan with punishment.

TO:

FROM: Kathy McMaster, RN Veronica Popin, RN

RE: Melody Jones, Grade 9 CONFIDENTIAL

DATE: September 10, 2002

Please be advised Melody Jones, Grade 9, is a new student in our district who had a heart transplant 2/13/86, at 18 months of age. She is on numerous medications. At this time we are waiting for information from her doctor regarding any restrictions. If you have any questions, do not hesitate to ask either of us. Thank you.

To: Mr. George Deshner Principal
From: Claudette de Leon
RE: Meeting 03/03/03 (9:00 a. m.)
Date: 03/04/04

Please Be Advised that on Monday morning, during 2nd Period class I turned to you the student's files from 2nd, 3rd, 5th, 6th and 8th Period classes as Mr. Higgins directed me to do on his letter given to me at the end of the school day around 3 : 15 p. m.? On Friday February 28, 03. Otherwise, failure to follow his directives would have resulted in my dismissal.

During this brief meeting. I mentioned to Mr. Roznowski, you and Mr. Higggins that I keep all the documentation regarding my grievances with PSEA attorney before we have gone in documentation relevant to my grievances with my students. I added that I've shared documentation relevant to my grievances with my students. I added that I've shared front of the arbitrator. Mr. Jones is the one whom has decided what information is relevant to the grievances. I document "everything" as I was told to do prior to our first grievance.

Regarding, Mr. Flippings. He has the same documentation that perhaps He already forwarded to your Attorney as He requested on a memo dated 10/18/02. Mr. Flippings doesn't have any student information from these files. He has documentation relevant to my case.

I repeated to you on March 04, 03 in the meeting we had during 7th Pd. that up to this point I haven't met with Mr. Jones or the new attorney to discuss my future grievances.



EXHIBIT
84



# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, Superintendent

Assistant Superintendent
Shawn G. Simpson
Business Manager/Board Secretary
Suzanne L. Good
Director of Elementary Curriculum
Jennifer A. Brown
Director of Secondary Curriculum
Nicholas J. Cherepovich
Director of Special Services
John M. Bauer
Supervisor of Buildings & Grounds
Richard L. Fraker
Coordinator of Technology

## OFFICE OF THE ASSISTANT SUPERINTENDENT

March 6, 2003

Ms. Claudette deLeon
11983 Eureka Road
Edinboro, PA 16412

## Re: Suspension With Pay

Dear Ms. deLeon:

The purpose of this letter is to confirm your suspension with pay communicated to you by me at the conclusion of our meeting on Tuesday, March 4, 2003, in the presence of your Association representative:

As we outlined, you are being suspended with pay while the Administration investigates the following issues:

1. Failure to adequately maintain a log of student discipline and parental contacts as previously directed.

2. Breach of student confidentiality to include providing student discipline and other student information to outside parties.

3. Inaccurate reporting of student misconduct on several student disciplinary referrals.

4. Not properly following through on student discipline issues as previously directed.

Please be aware that during the period of your suspension with pay, the Administration will investigate these allegations.

We are scheduling a meeting to meet with you on Tuesday, March 11, 2003, at 3:30 p.m. in the Administration Office to discuss and review these items. Those present on behalf of the Administration at the meeting will include Mr. Dolecki, George Deshner, John Higgins and myself. Please be aware that you are entitled to bring an Association representative with you to the meeting.



EXHIBIT
85
tabbies

Ms. Claudette deLeon
March 6, 2003
Page 2

Sincerely,

Charles E. Heller, III
Assistant Superintendent

CEH/d

PC:    Michael Dolecki, Superintendent
       George Deshner, Principal
       John Higgins, Assistant Principal
       Dan Hootman, C.C.E.A. President



# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Oolecki, Superintendent

Charles E. Heller III
Assistant Superintendent
Steven G. Sampson
Business Manager/Board Secretary
Suzanne L. Good
Director of Elementary Curriculum
Jennifer A. Brown
Director of Secondary Curriculum
Nicholas J. Cherepovich
Director of Special Services
John M. Bauer
Supervisor of Buildings & Grounds
Richard L. Fraker
Coordinator of Technology

## OFFICE OF THE SUPERINTENDENT

March 18, 2003

Ms. Claudette deLeon
11983 Eureka Road
Edinboro, PA 16412

### RE:  Five (5) Day Suspension Without Pay

Dear Ms. deLeon:

This letter is to formally confirm our discussion on March 11, 2003, wherein I advised you that you were being suspended without pay for five (5) days on March 12, 13, 14, 17 and 18 respectively.

The reasons for the suspension without pay include the following: immorality, willful neglect of duties, persistent negligence in the performance of duties and persistent and willful violation of or failure to comply with the school laws of the Commonwealth of Pennsylvania (including official directives and established policies of the District or any of its administrators).

As was discussed with you in the presence of your Association representatives, you were specifically being suspended for your:

1. <u>Failure to adequately maintain a log of student discipline and parental contacts as previously directed.</u>
2. Breach of student confidentiality to include providing student discipline and other student information to outside parties.
3. Inaccurate reporting of student misconduct on student disciplinary referrals.
4. Not properly following through on student discipline issues as previously directed.

<u>Failure to adequately maintain a log of student discipline and parent contacts as previously directed.</u>



EXHIBIT
86

Ms. Claudette deLeon
March 18, 2003
Page 2

When we met with you and your Association Representatives on March 11, 2003, we outlined several examples where in the log itself there was either no log entry to reflect personal detentions where you were not following through on the Classroom Management Plan as previously directed. It is our concern as the Administration that if the log is not properly maintained and is missing information that it further complicates and/or hinders your ability as the classroom instructor to monitor prior actions taken so that when another incident may occur you can effectively deal with the matter or refer it to the Administrative offices should the circumstances warrant based on prior disciplines, corrective actions, and expectation established for a particular student.

It needs to be noted that when the log was initially requested on February 25, 2003, you indicated it was not available on the school site for review or submission.

<u>Breach of Student Confidentiality to include providing student discipline and other student information to outside parties.</u> This charge encompasses providing student discipline and other information to outside parties. It needs to be noted that in your student discipline files that you were directed to turn over, there are two extended write ups regarding information that you had reduced to writing several students within your classroom. In the one write up dated 2/13/03, you had a very extensive write up in regard to a female student (P.G.). In addition to information regarding the student being confidential, much of the information contained within the write up pertaining to this student is not accurate.

As it relates to the second write up in regard to students T.D. and M.D., there are several references to both of these students in addition to others. In addition to outlining detailed and confidential information regarding student performance and behavior, you also outline detailed write ups of what you believe transpired in the classroom on that particular day or at some other point in time. It needs to be noted that as it relates to these correspondences, you copied three local Association Representatives, your attorney and a representative from the Pennsylvania Human Relations Commission with this information.

When the parties met on March 3, 2003, in the morning to discuss this matter in the presence of your Association Representatives, you had specifically outlined that you had provided this information to your attorney. It needs to be noted that when you met once again later in the day with representatives of the Administration and Association, you were once again asked about what you had communicated earlier in the day. At the meeting in the afternoon, you informed the Administration that what you had stated in the morning had been misunderstood. In fact, you indicated that you only provided student information in the past with your attorney concerning grievances you had filed.

It was explained at our meeting on March 11, 2003, that we considered your actions to be serious in this regard. By providing a statement earlier in the day on March 3, 2003, that you had given information to outside parties and then turning around later in the day and indicated that you had not done so but that the matter was a misunderstanding, brings to question your credibility regarding making inconsistent statements or misrepresenting your actions to the Administration.

Ms. Claudette deLeon
March 18, 2003
Page 3

Please keep in mind that you were previously issued a three-day suspension back on November 20, 21, and 22, 2002, respectively for exercising poor professional judgment in regard to violating the confidentiality of one of your students. At that time, you were cautioned that should you engage in any like or similar conduct it could result in further disciplinary action up to and including dismissal.

As we explained in our meeting, you, as a professional educator, need to take care of not divulging or discussing information regarding behavior, social and/or academic issues, etc., of the students under your charge. Not only does this violate the standard of conduct expected of a professional educator it also compromises the confidentiality requirements of the Family Educational Rights and Privacy Act (FERPA) and District Policy.

<u>Inaccurate reporting of student misconduct on student disciplinary referrals.</u> Previously, the Administration had occasion to speak with you in regard to the need to be more accurate in your reporting of information on misconduct forms. In a memo to you dated February 3, 2003, the High School Principal, Mr. Deshner, outlined that you need to be sure you have investigated incidents occurring in your classroom and that students are not wrongfully accused of incidents when make referrals.

During the week of February 25, 2003, a meeting was held to discuss with you a misconduct report on a student (A.M.). Our concern was that you had referenced on the misconduct record that a particular student (P.B.) approached you and specifically said, "Did you hear that she called you a 'wh-re'." You outlined on the misconduct report "I pretended I didn't hear it, but I did." This matter was subsequently investigated to include interviewing the student you alleged had reported this matter to you as well as other students in the class. The students interviewed confirmed that the student did not call you the name you referred to in the misconduct report, and, secondly, the student you outlined as bringing the matter to your attention stated that he did not inform you of any student making any statement about you on that particular day in that classroom.

As has been explained to you in the past, you need to properly investigate and appropriately document the facts for the referral on the form. By providing inaccurate information it not only undermines your credibility as an educator in maintaining classroom management, it also unnecessarily duplicates the efforts of the administration in attempting to enforce the Student Code of Conduct.

<u>Not properly following through on student discipline issues as previously directed.</u> Prior to the start of the school year, the Administration provided you with an Improvement Plan for the 2002-2003 school year which, among other things, required you to establish and adhere to a discipline plan for this particular school year. Under the heading of "Personal Characteristics and Traits" in your Action Plan for the 2002-2003 school year, it indicated that Ms. deLeon will communicate either verbally or in writing to parents of students exhibiting routine behavior problems in the classroom (i.e. talking out, not following classroom rules, out of seat, etc.). It also goes on to indicate that a log will be maintained of the date, time and method of contact or a letter sent to the parents of students who continue to misbehave, has been followed and parental contact has been made or referred to the Administration.

Ms. Claudette deLeon
March 18, 2003
Page 4

It needs to be noted in reviewing the various entries of your log to include other write ups that you have provided to the Administration, it is clear that despite your references to numerous ongoing problems with particular student (M.D.), contacts have not been made to the parent of the student (M.D.), nor has there been formal adherence to the classroom discipline plan or procedure for dealing with on going problem behaviors.

As was explained to you in the presence of your Association Representative, the Administration believes that you exercised poor professional judgment and failed to properly follow through on what you had previously been directed to do as it relates to maintaining effective classroom control and, a positive atmosphere for learning in some of your classes. As Superintendent, I indicated that although there appears to be a serious breach of confidentiality, noncompliance in regard to not adequately or properly maintaining the discipline log, not properly following through on student discipline issues and inaccurate reporting of student information which is sufficient to support a discharge, I was willing to afford you one last chance to improve your performance. However, due to the nature of the ongoing concerns, particularly the breach of confidentiality and misleading statements to the Assistant Superintendent regarding the providing of confidential information to outside parties and some of the ongoing patterns of failing to follow through, I felt obligated to suspend you for five (5) days without pay.

You were informed that in addition to being suspended without pay, I also would be issuing you a final warning that should engage in any like or similar conduct in the future it will result in recommendation for your dismissal. Please consider this letter as formal confirmation of that final warning.

It was explained at the conclusion of our meeting that upon your return to school it is our expectation that you would meet with the High School and Assistant High School Principals to discuss your prior directives regarding information you are to read as well as to meet to discuss a revised Action Plan for the 2002-2003 school year. It was explained that my expectation as Superintendent of Schools is that you will endeavor to significantly improve your performance and maintain it at a sustained and satisfactory level and you will take the opportunity to improve in this regard.

Please be aware that you have the right to request a hearing before the Board of School Directors regarding these matters should you so desire. Please contact my office on or before the close of business, 4:30 p.m., on March 27, 2003, if you desire such a hearing. If you do not contact my office to request a hearing in this matter by the close of business on March 27, 2003, we will consider this to be a waiver of your right to hearing.

In lieu of a School Board hearing, you would also be able to pursue the disciplinary action against you through the grievance arbitration mechanism outlined in the collective bargaining agreement.

Ms. Claudette deLeon
March 18, 2003
Page 5

Sincerely,

Michael E. Dolecki
Superintendent of Schools

MED/d

PC:  Charles E. Heller, III, Assistant Superintendent
     George H. Deshner, Principal
     Dan Hootman, President, C.C.E.A.
     Carl Roznowski, Building Representative, C.C.E.A.
     Personnel File

# CRAWFORD CENTRAL SCHOOL DISTRICT
## REPORT OF CLASSROOM VISITATION
### Observation Summary

Teacher's Name _Charleton Clifton_    Date _4-2-03_

School _M.A.S.H._    Grade/Subject _German II_

Length of Observation: From _1:25_ to _3:04_   Period _8_   Visit #

KEY:     S - Satisfactory     IN - Improvement Needed
      NA - Not Applicable     * - See Written Comment

**Preparation - Planning**
( S ) Lesson plans evident.
( S ) Planning reflects lesson objectives and activities.
( S ) Lesson objectives clear and attainable.
(/N) Aim or purpose different ability levels. *
( S ) Provision for materials readily available.
( S ) Materials reflect creativity and resourcefulness. *
( S ) Teacher's knowledge of lesson content.

**Instructional Technique/Effectiveness**
(/N) Command of written and spoken English.
( S ) Introduction and motivation.
(/N) Teaching strategies appropriate to lesson/objective.
( S ) Provision for: _auditory, visual,_ and tactile instruction
( S ) Illustrates/models the concept or skill
( S ) Vocabulary appropriate to group.
( S ) Questions stimulate thought.
( S ) Learning experience consistent with purpose/planning
( S ) Students encouraged with appropriate reinforcement
(/N) Teacher awareness of student understanding of lesson objectives.
(IN) Time on task
( S ) Summary and closure.
( S ) Assignment/Homework - Applicable and clearly stated.

**Teacher - Student Interaction**
( S ) Demonstrates courtesy and tact.
(IN) Maintains discipline appropriate to lesson/objective.
(IN) Maintains student interaction.
( S ) Encourages student involvement - participate actively
( S ) Students' involvement in study habits.
(IN) Encourages good work/study habits.

**Personal Characteristics**
(IN) Demonstrates sound instructional judgment.
( S ) Gives attention to personal grooming and dress.
( S ) Exhibits: _poise, _composure, _enthusiasm, _ and sense of humor

**Management and Organization**
(/N) Control and discipline - firm, fair, and sympathetic
(IN) Control and discipline - follows classroom routines and procedures.
( S ) Attention to health and safety needs of students
( S ) General order and cleanliness of room.
( S ) Effectiveness of seating & furniture.
( S ) Use of bulletin boards and/or displays
(IN) Maintains accurate records

**COMMENDATIONS & RECOMMENDATIONS** _(handwritten comments)_

Observer's Signature _(signature)_    Title _Principal_

                               Conference Date

Teacher's Signature _____    Enclosure: Yes ___ No ___

1. White copy remains with teacher.
2. Yellow copy to principal.
3. Pink copy to personnel file.

*Indicates copy has been received, not necessarily in agreement with observer. Written response may be attached.

EXHIBIT 87

the lesson was on ar, er, ir, and ir verbs. This
has been the same topic that was covered in
verbs observed before. There is confusion from
the students about the material. At one point
Thomas keeps notes out loud. "Ms. shows you
need to slow down and explain this in a different
way. We don't understand what we are to do." The
lesson was not acknowledged and you continued on. The
students looked to each other for direction on the
lesson said.

During the lesson one female student wanted to
ask a question and rather acknowledged her comment
and a "I love you Mr. Rideau." You responded "I love
you too! The review did ask a question. Other students
you learned at me for a reaction. This is
also the things students are doing to ride teacher
typical of the lesson and they are being unsuccessful.
you from the lesson and they are being unsuccessful.

Overall, this lesson objective became lost in
the unnecessary activity going on.

At the end of class Chris Fischer wanted another
student. He was gone on. He also did not have the
restroom. He got one from the side of the room. This is
..rk. He got one from the side of the room and found
the same student that read forward with five Spanish I
free student Spanish I notebooks in his locker the day
kept out free restroom.

April 7, 2003

M.A.S.H.

I am writing this in response from having talks with Mrs. VanTull, Mr. Higgins, Mr. Heller, and Mr. Deimer.

My concern is Mrs. DeLeon, Adam Albaugh's second period Spanish 1 class.

After receiving our 2002-2003 school schedule, my daughter Amanda urged me to call the school right away and change this class. Her and other students, and parents said that this was not good. Adam has always been a very easygoing student and has gotten along well with all of his teachers. So I left this unchanged.

This first six weeks went along well. Adam was doing his homework, got a B. Second six weeks Adam is upset because he was accused of not doing his work. Mrs. DeLeon gave him a list of missing work. He in turn checked through the list, he had already done these assignments and she had initialed them herself. Adam showed her the work. She had just forgot to enter them in the grade book. With this I told Adam keep everything, in case it happened again that he would have the proof that he did it. He ended up this six weeks with another B.

In the middle of all this, there is numerous detentions, misconduct's, her making personnel telephone calls, her receiving telephone call. (Adam said one day she even called the pharmacy. To a parent this sticks in your head. This can and should all be done on her time not while teaching a class. Sometimes she even stepped out of the classroom.

The latest problem arose when she was absent and Adam turned in a notebook to Mr. Sterns the sub. Mrs. DeLeon says she never got it. Of course, neither Adam nor I can prove that he did. However, to this point there would be no reason not to believe Adam.

In the middle, here somewhere...I took it upon myself to speak to Mr. Higgins. Adam did not want me to speak to Mrs. DeLeon for the fear of what she may do. Mr. Higgins played the middleman for me. Checking with her and the sub about this notebook! But day by day, this notebook issue became bigger and bigger with her and Adam. She was really pressuring him. One day she wanted to look through Adam's binder which holds all of his classes notebooks. At first, he refused and telling her, they were for his other classes. She hands Adam a note saying "If you don't let me help you find your notebook, I'll call Mr. Higgins to help you find it! Choose" (This note is attached.) Adam then lets her look, and she does not find it.

Mrs. DeLeon tells Adam she is going to call us to set up a conference about this missing notebook. On 4/1, I realize things are getting her attention because she does call our house. She was very sickening sweet...you could tell that she was trying to get this on a back burner. Adam was to make up this work in the missing notebook. He could make up the work he was missing for the D on the reportcard. He would have to turn the work in on Friday for 1/2 credit. I agreed to this. ( She told Adam he was missing the work because the sub did not give those assignments to the students.) At this same time, I asked her for all of Adam's grades. I wanted to see if Adam was not doing homework assignments or doing poorly on the tests. She agreed she would have these the next day. On this same telephone, call she said she would be more than happy to stay after school 1 day a week and help tutor Adam to get him caught up.

EXHIBIT 88

On 4/2 she's absent. 4/3 She does not have the list for Adam. 4/4 2nd. Period the list is still not ready. Adam was told to come back 8th period. He told her he had a class. But he was to return 8th period. Adam missed all but 10 minutes of his welding class waiting on her to give him this list. Prior to him leaving, she tells Adam to get a piece of paper. She instructs him to write on it that Mr. Sterns was the one who lost his notebook. Adam said no and asked why! She instructed him a second time to write the note. Adam feels that he is forced to write this note out of fear of getting into trouble. I myself questioned as to why he wrote this note accusing Mr. Sterns. Adam said he felt that if he didn't write it that she would get him in trouble with Mr. Higgins. (Let me make it very clear..... Adam and Mr. Higgins have a very good relationship. Adam knows this and does not want to be in trouble with him.)

The students in the rear of the classroom by her desk heard this and a girl named Stephanie spoke up and said Mr. Sterns lost her notebook too. So Mrs. DeLeon has her sign the same note Adam wrote. Then she says she doesn't want to start anything and crossed her name off.

I do not believe that Adam should have signed this note, we don't know that Mr. Sterns had anything to do with this. I do believe that she is trying to shift the blame! For the record.... I have told Adam he is not to sign anything and if she threatens him, sends him to the office, or gives him misconduct for not signing; I will be back in the office to challenge this.

4/7 In class today Adam asked for a notebook back that she took because she wanted to cover it (cover was off, binding was broke.) Adam said he would just use a new notebook. But she insisted to recover it. Every day she says she will give it to him and then she does not. Today she tells him he cannot have it until she has a conference with us. My question here is why is she still holding this notebook, what good does it do her to keep it. Is this something she now is going to hang over Adam's head everyday...Be good or I will call your parents! Let me make it very clear..... after all this and what other parents are saying...we will not have a conference with this teacher unless Mr.Higgin's or Mr. Desimer are present. I am sorry to bring them in on this, but this would be for our protection.

A couple final points.how much are the students learning compared to the other Spanish 1 class....will Adam and other students be able to keep up in Spanish 2. There is definitely a problem brewing here, how do students learn to respect a teacher who constantly threatening them and always absent and then in turn blames the sub for her problems.

If there is any questions on this, please call me. Thank you Mr.Higgins, Mr. Desimer, and Mr. Heller for all your time and help and understanding on this matter.

TO:         Claudette deLeon

FROM:       George H. Deshner, Principal  *[signature]*

RE:         Meeting

DATE:       April 7, 2003

Thank you for meeting with Mr. Higgins and myself on Friday, April 4, at 1:30 p.m. to discuss issues concerning classroom management. Once again your unwillingness to accept suggestions from the administration was quite evident during our discussion concerning students' missing work and maintenance of grades. In particular, one of your students was found with five Spanish I textbooks in his locker as well as five Spanish I notebooks. The books and notebooks were provided by you without any accountability on the part of the student or yourself. Another student, whose parent is concerned over missing work, was indicated by you as not completing assignments. At one point in the discussion, you indicated this student also had five Spanish I notebooks that you had provided. Again, this is an issue of classroom management. I suggested that you needed to keep better track of who was receiving notebooks and extra textbooks when they came to class without one. In regards to notebooks, a student should be issued only one notebook and if they come back to say it has been lost, then they are responsible for buying a notebook for your class. The box of notebooks should not be sitting beside the door where students can freely help themselves to them. You have locking cabinets in your room where these can be kept securely. Students receiving textbooks should be made to turn them back in before leaving the class at the end of the period in which they were issued the extra book. This becomes a matter of record keeping and managing your time to make sure you have collected any loaned books. I also mentioned the classroom observation I did on April 2 and the students questioning their notebook whereabouts and how these interruptions were another example of the issue of missing work we were discussing. At this point you became sarcastic towards the administration and your statements were unacceptable. You stated, "That's the problem with administrators here. You always believe the kids and never the teachers." Mr. Roznowski at several intervals asked you to refrain from your comments. You still continued despite his request to refrain from the statements. You continued to state that administrators were not taking care of situations as they should be. I reminded you that your negative statements concerning administrators were to cease and were not going to be tolerated.

Please be advised that the type of behavior and conduct exhibited towards the administration is unacceptable and you have previously been reminded of this. If you would review your action plan, that is one of the points discussed in the action plan. Once again, I emphasize this conduct will not be tolerated.

I am scheduling a meeting with you for 1:30 p.m. on Thursday to follow up on our discussions and concerns over missing assignments, missing notebooks and your failure to properly and timely provide the students with assignments for work. Please come prepared to discuss these issues with us.

EXHIBIT
89