EXHIBIT

100

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2

3   CLAUDETTE deLEON,              )
                    Plaintiff,    )
                                   )
4          vs.                     )  (CIV.-DKT. 05-126-Erie
                                   )
5   CRAWFORD CENTRAL SCHOOL        )
    DISTRICT, CRAWFORD CENTRAL     )
6   SCHOOL BOARD,                  )
    MICHAEL E. DOLECKI,            )
7   SUPERINTENDENT                 )
    (Suable and Liable in          )
8   Personal Capacity)             )
    CHARLES E. HELLER, III,        )
9   ASSISTANT SUPERINTENDENT,      )
    (Suable and Liable in          )
10  Personal Capacity)             )
                    Defendants    )

11

12

13

14

15          Deposition of JOHN STANFORD, taken on

16      Tuesday, March 7, 2006, at Crawford Central School

17      District, Meadville, Pennsylvania commencing at 3:50

18      a.m., before Linda K. Rogers, Shorthand Reporter and

19      Commissioner of Deeds in the Commonwealth of

20      Pennsylvania.

21

22

23

24

25                      *   *   *

1

```
 1                    A P P E A R A N C E S

 2

 3

 4   For the Plaintiff:

 5           Caleb L. Nichols, Esquire
             P.O. Box 1585
 6           Erie, Pennsylvania 16507

 7

 8

 9

10   For the Defendant:

11           Roberta Binder Heath, Esquire
             Andrews & Beard
12           3366 Lynwood Drive
             Altoona, Pennsylvania 16603-1311

13

14

15

16                    *    *    *

17

18

19

20

21

22

23

24

25
```

1          J O H N   S T A N F O R D, first having

2              been duly sworn, testified as follows:

3

4                      DIRECT EXAMINATION

5    BY MR. NICHOLS:

6

7         Q.    Mr. Stanford, thank you for coming.  I am Caleb

8    Nichols.  I represent Miss deLeon in this proceeding.  Just

9    preliminary instructions.  One, we'll ask that you verbalize

10   your responses so that the record will reflect that.

11   Second, if you want us to go off the record at any time,

12   just let me know.

13        A.    Okay.

14        Q.    We will oblige you.  Third, if you don't

15   understand a question, feel free to ask the person who is

16   asking you to rephrase it.

17        A.    Okay.

18        Q.    Okay.  I just -- very briefly here, if you would

19   state for the record your professional background.

20        A.    Okay.  I taught school for 36, 37 years, I guess

21   it was.  I taught here, in Los Angeles, Pittsburgh,

22   Cleveland, Cambridge and then the rest of the time was in

23   Meadville.

24        Q.    How long had you been with the school -- Crawford

25   Central School District?

1        A.    Crawford Central was 33 years.

2        Q.    As a teacher?

3        A.    Started 1970.

4        Q.    As a teacher?

5        A.    As a teacher.  And I coached wrestling too.

6        Q.    You know Miss deLeon?

7        A.    Yes, I do.

8        Q.    And you have known her as a colleague since when?

9        A.    Let me think on that.  I think the first time I

10   met Claudette is when she came from Meadville High School

11   from Cochranton.  And that was in, let's see, it's when we

12   had Juan Pueblo (phonetic), foreign exchange student.  And

13   that would go back to -- I can't remember the exact time,

14   '93, '94, sometime around there.

15       Q.    Okay.  And you taught at the same school.

16       A.    Yes, I taught at the high school.

17       Q.    Did you have occasion to socialize with her?

18       A.    Yes, I did.

19       Q.    And we are talking about 1991, you say, up to

20   2000?

21       A.    Yeah, it's when we had -- I am trying to think.

22   It's when we had the foreign exchange student, Juan Pueblo.

23   And I think it was shortly right before or after that

24   Claudette came up from Cochranton.

25       Q.    Now, you're an experienced educator based on that

4

1    many years in academia.  What do you consider the qualities

2    of a good teacher?

3        A.    Well, a teacher that can handle the classroom.

4    Handle the kids discipline wise and get the subject matter

5    across to as best they can.  A classroom is not going to --

6    there's always going to be one or two kids you might have to

7    have a little bit of a problem with, you have to discipline,

8    you have to treat a little bit different.

9              You may have to change the way you're approaching

10   those particular kids more than the other kids in class.

11   It's not a -- there's many variables.  It's not a position

12   where you're in a classroom where you treat all the kids

13   exactly the same.  There are variables.  And in a system

14   where you have kids of different intellectual levels, and

15   you have kids at different social levels, why, you're going

16   to.

17       Q.    But if you were to evaluate any teacher in terms

18   of the quality of the teacher, what five attributes would

19   you look to at making such an evaluation?

20       A.    Appearance.

21             MS. HEATH:  You're just asking him as, what, a

22             layperson or?

23             MR. NICHOLS:  Attributes of a good teacher.

24             MS. HEATH:  I know, but you're asking his opinion,

25             right?

1               MR. NICHOLS:  Right.

2               MS. HEATH:  As a layperson, not as an expert.

3               MR. NICHOLS:  As one who has taught for 37 years.

4               MS. HEATH:  Okay.

5         Q.    You know, you say you taught 37 years.

6         A.    I would look to see appearance.  How their rapport

7    with the students.  How they could get their subject matter

8    across.  How they prepared their lessons.  How their

9    discipline was.  How their classroom management was.  Those

10   would be the things I suppose I would look for.  But I'm not

11   an administrator.

12        Q.    I understand.  Now, you know Miss deLeon you say

13   as a colleague over a period of time?

14        A.    Uh-huh.  Yes, I knew her over a period of time.

15        Q.    What is your judgment of her as a teacher?

16        A.    I was never in her classroom, but as a fellow

17   teacher and knowing her, I think she would try to do a good

18   effort, do a good job.  I think she would certainly try to

19   do the background, the paperwork and prepare that way for

20   her classes.  I was not in the classroom to know how the

21   discipline was.  But I assume the discipline was all right.

22        Q.    You consider her a good teacher based upon your

23   knowledge?

24        A.    I would say in my opinion, yes, she --

25               MS. HEATH:  Objection.  He never observed her

1          teaching, he said.  Go ahead.  I'm sorry.

2     Q.    You may go ahead.

3     A.    Well, I'd just say yes, my opinion from what I

4 knew, but I wasn't in a classroom personally, that she was a

5 good teacher.

6     Q.    I see.  Now, were you aware that Miss deLeon had

7 had problems with administration or was that not made --

8 were you aware of that?

9     A.    I was only ever personally involved in one

10 situation and that was it.  Other than that, I was not

11 personally involved in any situation.

12    Q.    Okay.

13    A.    I wasn't involved in any meetings at school or

14 anything like that.  I was really involved in three

15 situations with Miss deLeon.

16    Q.    Okay.  Could you describe those as precisely as

17 possible?

18    A.    I accompanied her one time as emotional support

19 when she went to a labor attorney in Erie.  I accompanied

20 her one time when she needed somebody to go with her,

21 emotional support, to -- was it the Human Relations

22 Commission in Pittsburgh?

23    Q.    Yeah.

24    A.    I think it was, yeah, yeah.  I -- the only other

25 time I was involved in anything was I came to the office one

1    morning and she was crying coming out of the office.  And I

2    went up and I said, Claudette, what's the matter.  And she

3    said well, I was reprimanded.  And about that time

4    Mr. Deshner came out the door and in a stern voice all he

5    said was that, Claudette, you should not talk to another

6    faculty member about what we were talking about in the

7    office.  Now, those are the only three times that I was

8    involved with anything.

9        Q.    The latter incident

10       A.    Huh?

11       Q.    The latter incident you just expressed.

12       A.    Yes.

13       Q.    Was that --

14       A.    I mean, after I said what's the matter and

15   Mr. Deshner talked I went on to my classroom.

16       Q.    Was that in the hallway?

17       A.    It was at the office door going into the office.

18       Q.    Was that in the presence of students and other

19   faculty?

20       A.    Well, you're asking about something that happened

21   several years ago.  There might have been another teacher

22   coming in the door and there might have been one or two

23   students there walking to go class.

24       Q.    But it was not in a private office, it was in a

25   public -- it was in a public way, right?  It was not behind

1    closed doors?

2        A.    Well, it was right there by the office door.  And

3    that was the only time I was ever involved.

4        Q.    And you say on that occasion Mr. Deshner

5    approached her, right?

6        A.    Well, he came out the door, she was talking to me.

7        Q.    And he interrupted you?

8        A.    Not really interrupted.  We were done.  She just

9    asked -- I asked her what the problem was and she said she

10   had been reprimanded.  I was on my way -- I was going to go

11   back to my classroom.

12       Q.    And then he appeared, right?

13       A.    Well, he appeared as I was getting ready to

14   walk -- it's like I said okay, what's the problem and she

15   said, I was reprimanded and I walked back to my classroom.

16   He was right there coming out the door.

17       Q.    But I want to focus on this incident right now.  I

18   mean what occurred, transpired.  You were there, Miss deLeon

19   and Mr. Deshner came up, right?

20       A.    Well, he was just walking out the door to see what

21   was going on.

22       Q.    Yeah, yeah.  But then he said -- you were there in

23   the public, this is not behind closed doors it's in a public

24   space, right?  He said -- then he admonished Miss deLeon,

25   right?

1      A.    Well, he didn't scream or yell.  He just talked in

2  a stern voice.

3      Q.    Well, I'm talking about the inflection of his

4  voice.

5      A.    Well, inflection would be stern.

6      Q.    It was not -- it was stern, you say?

7      A.    Stern but not --

8      Q.    Some people would call it loud and belligerent?

9      A.    Well, it wasn't loud --

10          MS. HEATH:  Objection.

11     A.    -- that you could hear it clear down the hall and

12 it wasn't belligerent.

13     Q.    I see.

14     A.    No, it was just stern.  It's the same way I would

15 say if I would say to a student, did you get your homework

16 done.  It was stern.  I wouldn't call it belligerent.

17     Q.    Uh-huh.

18     A.    And I wasn't there that long.  I walked back to my

19 classroom.  So if anything went on after that, I wasn't

20 there and I didn't hear it because I was on my way back to

21 my room.

22     Q.    Uh-huh.  And you say Miss deLeon tells you she had

23 been reprimanded, right?

24     A.    Yes.

25     Q.    Now, was that followed up on some such an occasion

1    she explained to you why she had been reprimanded, why she

2    was crying?

3        A.   The only time that she ever -- the only time she

4    really explained to me anything that happened was when she

5    was dismissed, about a letter that she got that she was

6    dismissed as a kind of a threat to -- and that was it.  It

7    was rumored but I don't know.  You know what I mean?  What

8    she explained to me.

9        Q.   When she was suspended or?

10       A.   No, I can't remember when that was -- when she was

11   let go.

12       Q.   Oh, terminated.  And then she -- you and she

13   talked?

14       A.   Not really.  All we -- she just explained that and

15   I said really.  I said, I don't see how you can be a threat

16   and that was it.  That was the end of it.

17       Q.   Okay.

18            MR. NICHOLS:  All right.

19            MS. HEATH:  I have no questions for you.  Thank

20            you.

21            THE WITNESS:  That -- I mean, that was the only

22            thing I was ever involved in.

23            MR. NICHOLS:  Right.  All right.  Thank you.

24            (Examination concluded at 4:00 p.m.)

25                        *   *   *

1      C E R T I F I C A T I O N

2

3

4          I, Linda K. Rogers, Shorthand Reporter and

5    Commissioner of Deeds in and for the Commonwealth of

6    Pennsylvania, do hereby certify that I recorded

7    stenographically the proceedings herein at the time and

8    place noted in the heading hereof, and that the foregoing is

9    an accurate and complete transcript of same to the best of

10   my knowledge and belief.

11

12

13

14

15

16

17

18                    _Linda K. Rogers_

19                      Linda K. Rogers

20                                    Linda K. Rogers
                                Comonwealth Of Pennsylvania
21                               Commissioner Of Deeds
                            My Commission Expires ____11/'06__

22   Dated:   March 14, 2006

23

24

25

1          INDEX

2        EXAMINATION

3   WITNESS NAME                                    PAGE   LINE

4    JOHN STANFORD.................................     3      1

5      Direct By Mr. Nichols.......................     3      5

6

7

8

9

10                    *    *    *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25