IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDETTE deLEON | ) |
| | ) |
| Plaintiff | ) |
| | ) (Civ. Dkt. 05-126 Erie) |
| vs. | ) |
| | ) |
| CRAWFORD CENTRAL SCHOOL DISTRICT | ) |
| CRAWFORD CENTRAL SCHOOL BOARD | ) Honorable Sean J. McLaughlin |
| | ) |
| Defendants, | ) |
| | ) |
| MICHAEL E. DOLECKI, SUPERINTENDENT, | ) |
| (Suable and Liable Personal Capacity) | ) |
| | ) |
| Defendant, | ) |
| | ) |
| CHARLES E. HELLER, III, | ) |
| ASSISTANT SUPERINTENDENT | ) |
| (Suable and Liable Personal Capacity) | ) |
| | ) |
| Defendant, | ) |

FILED '06 JUN 26 P3:51 CLERK U.S. DISTRICT COURT

## PRETRIAL NARRATIVE

Plaintiff, Claudette deLeon, is a Hispanic female who came from Mexico City to reside in Erie, Pennsylvania when she was 21 years old. In 1986, she graduated from Edinboro University with a Bachelor of Science Degree in Education and certified to teach Spanish. In 1999, she received a Master's Equivalency from the Pennsylvania Department of Education and in 2004, received a Master's in Special Education and Bilingual Education. She presently holds a teaching certificate from the Commonwealth of Pennsylvania. She served as a Spanish teacher at the Meadville Area Senior High School, Meadville, Pennsylvania from January 1991 to April 2003 when she was terminated from her position. In September 1992, she was granted tenure.

Commencing 1994, Plaintiff encountered difficulties when she sought to discipline students and it appears that her disciplinary actions resulted in her receiving an unsatisfactory evaluation in June 1994. She filed a Complaint with the PHRC in June 1994 and the unsatisfactory rating was set aside at an Arbitration Award rendered in August 1995.

In 1996, Plaintiff again encountered difficulty in the workplace due to her efforts to discipline unruly students without the support of the School Administration. At a parent-teacher conference, in March 1996, Plaintiff was denied union representation and was verbally abused by a student's parents and Principal Deshner.

In April 1996, Plaintiff filed another Complaint with PHRC and in June 1996, she received another unsatisfactory evaluation. In August 1997, this negative evaluation was set aside by an Arbitrator. Plaintiff received a series of reprimands in October 1997 and suspended for 3 ½ days.

Continuing difficulty in the workplace took its toll and Plaintiff was beset with severe depression and from October 15, 1997 until December 1998, she was hospitalized three times. From September 1998 until June 1999, she was on medical sabbatical leave. In September 1999, she returned to the classroom only to find that the School Administration had taken away her classroom and her Spanish classes. Her request that her classroom and Spanish classes be returned was denied by Principal Deshner.

In March 2002, while still under doctor's care, Plaintiff was suspended for three days for a medically excused absence, received a negative evaluation for venting her frustration at a meeting with School Administrators. On March 18th, she was directed to undergo a psychiatric exam and in May 2002, she was found able to return to work without restrictions. She filed a third Complaint with the PHRC in March 2002.

From September 2002 until she was suspended, then terminated in April 2003, Plaintiff was greatly pressured in the workplace, suspended in November 2002 and for 10 days in March 2003, and negatively evaluated in April 2002. She was placed on a teaching regimen requiring that she meet expectations and standards that far exceeded those imposed on her co-workers. In April 2003, Plaintiff was fired and given a final unsatisfactory evaluation.

In March 2004, a third Arbitrator ruled for Plaintiff, finding that she was unfairly evaluated, in part on the basis of her medical condition. In January 12, 2005, a fourth Arbitrator

denied three grievances of Plaintiff and in September 2005 sustained Plaintiff's firing. In April 2005, Plaintiff filed this lawsuit.

## CONTESTED ISSUES OF FACT

The pivotal issues in the lawsuit involve violations of Title VII, the ADA, and sections 1981 and 1983 and the PHRA. A more detailed specification of the contested issues is set forth in the Plaintiff's Brief Supporting the Dispositive Motions for Summary Judgment.

Exhibits

The Plaintiff is submitting relevant and appropriate exhibits in support of the issues discussed in the Brief.

Deposition Testimony

Affidavits, deposition testimony, medical reports and letters have been received from many of the individuals whose names are shown on the witness list.

*Caleb Nichols*

*6/26/06*

## **DAMAGES**

I am authorized to represent that the Plaintiff seeks in this lawsuit the amount of back pay, reinstatement in her previous teaching position, and reasonable attorney fees and costs associated with the prosecution and litigation of the case, all of which are documented in Exhibit (I).

Plaintiff also seeks that the unsatisfactory rating that she received in April 2003 be purged from her personnel file.

Further, if the Crawford Central School District filed a educator complaint with the Commonwealth Standards and Professional Practice Commission in 2005 to decertify, that it be withdrawn.

*Caleb Nichols*
6/26/06