## Exhibit (I) – Back Pay

| | |
|---|---|
| **Dock Time** | |
| 2002/2003 School Year 26 days            @ $235.42 | $  6,120.92 |
| Nov. 20, 21, 22, 2002 Suspension 3 days @   235.42 | 706.26 |
| Mar. 12-18, 2003 Suspension 5 days        @   235.42 | 1,177.10 |
| Total Dock Pay | $  8,004.28 |
| | |
| **Lost Pay** | |
| 2003/2004 School Yr. Master's Salary Step 13 | $ 45,875.00 |
| Feb. 2004 Master's +15 Plus $500.00/yr x33%(4 Mo.) | 165.00 |
| 2004/2005 School Yr. Master's +15 Salary Step 14 | 50,061.00 |
| 2005/2006 School Yr. Master's +15 Salary $52.177 | 52,172.00* |
| Total Estimated Lost Pay | $148,374.00 |
| *Estimate Settlement and Return To Work Pay By Jan. 2, 2006 | |
| | |
| **Sick Days** | |
| 03/04   $45,875.00     186  =  $246.64 x 10 days | $    2,466.40 |
| 04/05     50,061.00     186  =  $269.15 x 10 days | 2,691.50 |
| 05/06     52,172.00     186  =  $280.49 x 10 days | 2,804.90* |
| Total Estimated Sick Days | $   7, 962.80 |
| | |
| **Personal Days** | |
| 03/04   $45,875.00     186  =  $246.64 x 3 days | $       739.92 |
| 04/05     50,061.00     186  =  $269.15 x 3 days | 807.45 |
| 05/06     52,172.00     186  =  $280.49 x 3 days | 841.46* |
| Total Estimated Personal Days | $    2,388.83 |
| | |
| Total Lost Pay + Sick + Personal Days | $166,729.91 |
| Estimated Lost Pension @ 10% | 15,627.73 |
| Total Lost Pay & Pension | $182,357.64 |
| | |
| **Education Expense**          (School District is responsible for reimbursement a) | |
| **Mercyhurst College**          (percentage of the education expense.              ) | |
| Loan | $  2,833.00 |
| Loan | 3,333.00 |
| Total Education Expense or 9 credits @           /credit | $  6,166.00 |
| (Total Lost Pay + Pension + Ed. Exp.) | $188,523.64 |
| | |
| **Medical Expense** | |
|     1   - Dr. Mercatoris            (Attach Statement) | $    1,890.00 |
|     2   - Dr. Richards           (     "              "         ) | 320.00 |
|     3   - St. Vincent             (     "              "         ) | 1,693.00 |
|     4   – Lake Women Center   (     "              "         ) | 167.00 |
|     5   - Pulito | 182.00 |

2

| | | |
|---|---|---|
| 6 – Dentist (737.95) | $ | 737.95 |
| 7 – Quiropractic | | 1,595.00 |
| 8 – Prescriptions | | 562.00 |
| 9 – Laboratory | | 167.00 |
| 10 – Dr. Getson (Fem Doctor) | | 254.00 |
| 11 – Radiology | | 87.00 |
| Total Medical Exp. | $ | 7,654.95 |
| Total Lost Pay, Ed Exp., + Medical Exp. | | $ 196,178.58 |
| Pre-Judgment Interest | $ | |
| Post-Investment Interest | $ | |
| **Attorney Fees** | | |
| Atty. – D'Simone (Retainer-Erie) | $ | 4,150.00 |
| Atty. – McNair (Retainer-Erie) | | 750.00 |
| Atty. – Caleb Nichols (approximately) | | 4,000.00 [40,000.00] |
| (plus costs associated with development and litigation of case) | | 8,000.00 |

3