## PLAINTIFF'S WITNESS LIST

(1)  Claudette deLeon, Plaintiff
     11983 Eureka Road
     Edinboro, PA 16412-9626
     (expected to testify as to liability and damages);

(2)  Janine G. Maziarz
     526 Chestnut Street
     Meadville, PA
     (former colleague of Plaintiff who is expected to testify to the abuse to which Plaintiff was subjected in workplace as a teacher at Meadville Area Senior High School, and will testify as to liability);

(3)  Mrs. Deborah Englebaugh
     4596 Whipporwill Drive
     Hermitage, PA 16148
     (formerly taught at Meadville Area Senior High School and was former colleague of Plaintiff and expected to testify to gender-based hostility and discrimination that she experienced in the workplace as a teacher under Principal George Deshner and testify as to liability);

(4)  Jonathan James Smith
     (former student of Plaintiff who is expected to testify regarding Plaintiff's teaching qualities and that she was abused in workplace and testify to liability);

(5)  Sally L. Stanford
     487 Jackson Park Drive
     Meadville, PA 16335
     (former teacher and co-worker of Plaintiff who is expected to testify that Plaintiff was subjected to discrimination in the workplace and testify as to liability);

(6)  Richard Myers
     (former student of Plaintiff who is expected to testify to her teaching qualities and testify as to liability);

(7)  Dr. Byron E. Hillin, Ph.D.
     4108 Zuck Road
     Erie, PA 16506
     (is a clinical psychologist who evaluated Plaintiff on or about March 30, 2005 and concluded that Plaintiff's psychiatric difficulties 1997 or 1998 are directly related to her stress in the workplace, and testify as to liability and damages);

(8)   Dr. Michael Mercatoris, Ph.D.
      462 Chestnut Street
      Meadville, PA 16335
      (is a clinical psychologist who treated Plaintiff for depression for a substantial period and will testify as to liability and damages);

(9)   Dr. Gregory L. Richards, M.D.
      462 Chestnut Street
      Meadville, PA 16335
      (a psychiatrist who treated Plaintiff for depression in conjunction with Dr. Mercatoris and will testify to liability and damages);

      Plaintiff reserves the right to call the following employees of the Defendant School District on cross-examination should the need arise:

(10)  Michael Dolecki, Superintendent

(11)  Charles Heller, III, Assistant Superintendent

(12)  John Higgins, Assistant Principal