## PLAINTIFF'S LIST OF EXHIBITS

Exhibit 1
    Letter of April 28, 1998 from James LaScola, Superintendent, to Claudette deLeon, Plaintiff (Exhibit 1);

Exhibit 2
    Medical Report prepared by Luis Torres, psychotherapist, regarding evaluation of Claudette deLeon on 4/24/98;

Exhibit 3
    Medical Report of Dr. Ronald McFadden, M.D. regarding Claudette deLeon's medical Condition, dated 5/17/02;

Exhibit 4
    Letter dated March 12, 2002 from Dr. Michael Mercatoris to Crawford Central School District;

Exhibit 5
    Approval of Request for Medical Leave of Claudette deLeon;

Exhibit 6
    Claudette deLeon granted 90 days medical leave;

Exhibit 7
    Claudette deLeon found fit medically to return to work;

Exhibit 8
    Claudette deLeon released to return to work, without restrictions;

Exhibit 9
    Arbitration Award rendered by Arbitrator James Duff (Claudette deLeon was grievant In proceeding;

Exhibit 10
    Directive from Superintendent directing Claudette deLeon to undergo psychiatric exam and suspending her in excess of two months;

Exhibit 11
    Dr. Mercatoris' medical excuse excusing Claudette deLeon from work for three (3) days;

Exhibit 12
    Superintendent Dolecki requested Claudette deLeon's resignation;

Exhibit 13

Exhibit 13
: Medical excuse from Dr. Mercatoris to Asst. Superintendent Heller per evaluative meeting attendance by Mrs. deLeon on 3/18/02;

Exhibit 14
: Plaintiff's First and Second Sets of Interrogatories and Defendants' Responses;

Exhibit 15
: Plaintiff authorized to return to work after suspension in March 18, 2002;

Exhibit 16
: Letters of commendation;

Exhibit 17
: Medical evaluation prepared by Dr. Byron Hillin;

Exhibit 18
: Affidavit prepared by Janine Maziopz;

Exhibit 19
: Deposition of Kathleen Bauer.