Dr. Merc copy

Gregory L. Richards, M.D.
Board Certified Psychiatrist

Michael Mercatoris, Ph.D. & Associates, P.C.
462 Chestnut Street • Meadville PA 16335 • 814-336-6308 • FAX 814-337-6067

September 18, 2001

CONFIDENTIAL PSYCHIATRIC EVALUATION

Patient: Claudette DeLeon

Date of Birth: 7/3/53

Date of Evaluation: 9/18/01

Chief Complaint/Reason for Evaluation
This is a 48-year-old, married, Hispanic female presenting for evaluation for depression and anxiety referred by Dr. Mercatoris.

History of Present Illness
This woman has had a long history of anxiety related issues, depressive symptomatology and flamboyant personality. She has had two previous psychiatric hospitalizations at St. Vincent's that occurred in 1998 during the school year and then in July of that same year. She also had been involved with a DUI that involved some alcohol on top of Paxil medications and this created quite a splash at the school where she teaches and in the community. She was on probation after this and successfully completed this. She has been treated on a variety of medications for her symptoms. She is currently on BuSpar 15 mg b.i.d. and Ativan 0.5 mg on a p.r.n. basis that she takes 1-2 times per week by her reports. She has been on previous trials of Serzone that caused increased anger. She had been on Paxil that caused sedation. Prozac made her thought processes confused and Zoloft. She continues to complain of depressive symptomatology and anxiety. She has classic panic attacks where she gets anxious, short of breath, diaphoretic and feels like fleeing. This has caused problems at school also.

Currently a lot of pressures revolve around her performance at school being scrutinized by Mr. Deshner. She states that he has been harassing her and has been trying to get her fired. Evidently last year she had an observation that went well and then towards the end of the school year he came and did another observation when the students were all wired for getting ready for school to end and gave her a bad evaluation. An action plan has been put in place starting this school year for 6 weeks. She is concerned about this. She feels that Mr. Deshner is out to get her and this may very well be the case. The patient is

a Spanish teacher and has taught for Crawford Central for 12 years. Prior to that, she had taught at Mercyhurst for one semester and also for another school district for one semester. She graduated with an education degree from Edinboro University and then got her Masters Degree at Mercyhurst.

In regards to family history of psychiatric problems, she states that her mother was always difficult to get along with. Her father died when she was age 15. She does not know that much about his background. She states that he was murdered in a political fashion in Mexico City. The patient's mother and step-father live in Mexico City. Mother is age 73 and step-father is 76. She has had no contact with them for sometime. She has 2 full sisters and 1 full brother that live in Mexico City. She has a half-brother and half-sister from her mother's second marriage. She is not in touch with any of her relatives and all relatives live in Mexico City with the exception of one sister who lives in Houston. She does not have contact with her as well. She is unaware of any other family history problems.

The patient denies any drug or alcohol history; although, she does have the one DUI as documented. She only drinks 1-2 times per month socially by her reports. She is currently married for the 4th time to her husband who is a Mexican. He is a migrant farm worker. He has problems with alcohol abuse and gets abusive to her when he has been drinking. Otherwise, he treats her well. She has two children from her first marriage, Joseph, age 19, who is in the Army and is stationed in Germany. Her daughter, Kathleen, is age 22, and is currently in college at the University of Edinboro. She lives off campus in Edinboro. Apparently after her divorce of her husband, her son resided with her husband and her daughter was raised by her.

In regards to vegetative signs, the patient sleeps all right. Her appetite is fair by her reports. Physically, she is in good health. She has had a history of having a fibroid tumor in the past. She has had a past hernia repair. She is allergic to Sulfa by her reports. Otherwise, she is in good physical health.

Mental Status

This is an alert, oriented, woman who looks approximately her stated age. She is neatly dressed and groomed. She is oriented to all spheres. Her mood is anxious and slightly depressed. Her affect is a little over reactive, but is appropriate. Her memory, long and short-term, are intact. Her concentration is within normal limits. Her thoughts are goal directed. There is no evidence of active thought disorder. She denies hallucinations or delusions. She denies any suicidal ideation currently, but does admit to this in the past leading to her last hospitalization at St. Vincent's in July, 1998. Insight and judgment are within normal limits.

Diagnoses

Axis I: Panic attacks without agoraphobia.
Axis II: Borderline personality traits.
Axis III: None.
Axis IV: Moderate.
Axis V: 55.

Recommendations

At the present time BuSpar will be increased to 15 mg t.i.d. p.r.n. Ativan will continue at 0.5 mg Celexa trial will be begun at 20 mg daily. Effects and side effects were fully discussed. Individual therapy will continue. The patient will return for reevaluation.

Gregory L. Richards, M.D.
Board Certified Psychiatrist

# CURRICULUM VITAE

## GREGORY L. RICHARDS, M.D.

### PERSONAL

Date of Birth: October 13, 1953
Martial Status: Married, 3 children

### LICENSURE

1982 State of Connecticut Department of Health Services
No. 22157 (Status expired)

1992 Commonwealth of Pennsylvania
MD-048730-L

### CERTIFICATION

1986 Board Certified Psychiatry and Neurology

### PROFESSIONAL EXPERIENCE

1/01 – Present
Private Practice – General Psychiatrist
**Michael Mercatoris, Ph.D. & Associates P.C.**
462 Chestnut St.
Meadville, Pa 16335

12/01 – Present
Contracted Psychiatrist
**Hermitage House Youth Services**
P.O. Box 748
Edinboro, Pa 16412

9/01 – Present
Contracted Psychiatrist
**Allegheny College**
North Main Street
Meadville, Pa 16335

| | |
|---|---|
| 8/04 - Present | Contracted Psychiatrist<br>**Stairways Behavioral Health**<br>Counseling Services of Crawford County<br>115 West Spring Street<br>Titusville, Pa 16354 |
| 10/06 – Present | Contracted Psychiatrist<br>**Stairways Behavioral Health**<br>16332 Conneaut Lake Road<br>Meadville, Pa 16335 |
| 7/04 – Present | Contracted Psychiatrist<br>**Beverly Healthcare**<br>81 Dillon Drive<br>Titusville, Pa 16354 |
| 8/04 – 9/05 | Contracted Psychiatrist<br>**Stairways Behavioral Health**<br>138 East 26th St<br>Erie, Pa 16504 |
| 1/01 – 4/04 | Contracted Psychiatrist<br>**UPMC Behavioral Health Network**<br>464 Pine Street<br>Meadville, Pa 16335 |
| 7/99 – 6/03 | Medical Director of Psychiatric Services<br>**Bethesda Children's Home**<br>15667 State Highway 86<br>Meadville, Pa 16335 |
| 7/99 – 1/01 | Medical Director of Psychiatric Services<br>**Bethesda Community Care**<br>464 Pine Street<br>Meadville, Pa 16335 |
| 1995 – 6/99 | Meadville Director of Psychiatric Services<br>**Meadville Medical Center**<br>Meadville, Pa 16335 |
| 12/92 – 1995 | Staff Psychiatrist<br>**Meadville Medical Center**<br>Meadville, Pa 16335 |

| | |
|---|---|
| 7/91 – 12/92 | Adolescent Inpatient Services Director<br>**Institute of Living**<br>Hartford, CT |
| 4/90 – 12/92 | Director, Adolescent Partial Hospitalization<br>**Institute of Living**<br>Hartford, CT |
| 1989 – 12/92 | Assistant Professor<br>**University of Connecticut Medical School**<br>Farmington, CT |
| 1984 – 12/92 | Staff Psychiatrist<br>**Institute of Living**<br>Hartford, CT |
| 1986 – 1990 | Unit Chief – Young Adolescent Unit<br>**Institute of Living**<br>Hartford, CT |
| 1984 – 1986 | Assistant Director of HMO Services<br>**Kaiser Permanente**<br>East Hartford, CT |
| 1984 – 12/92 | Private Practice – General Psychiatrist<br>Hartford, CT |
| 1982 – 1985 | Unit Administrator – Fuller I (General Adult Psychiatry<br>**Institute of Living**<br>Hartford, CT |

**RESIDENCY TRAINING**

| | |
|---|---|
| 1983 –1984 | Chief Resident<br>Institute of Living<br>Hartford, CT |
| 1980 – 1984 | Institute of Living<br>Hartford, CT |

**EDUCATION**

| | |
|---|---|
| 1976 – 1980 | Tulane University Medical School – M.D.<br>New Orleans, LA |

| | |
|---|---|
| 1971 – 1975 | Allegheny College – B.S. Biology<br>Meadville, PA |

**HONORS/AWARDS**

| | |
|---|---|
| 1983 | Tulane Memorial Psychiatric Award |
| 1971 – 1975 | Alden Scholar – Allegheny College |
| 1974 | Phi Beta Kappa |

**ORGANIZATIONS**

Institute of Living Association
American Psychiatric Association
Past President of the Resident Association, Institute of Living
American Society for Adolescent Psychiatry