**EXHIBIT 2**

Commonwealth of Pennsylvania - Public School Employes' Retirement System

PO Box 125
Harrisburg, PA 17108-0125

PSRS-49A (0096)

# Physician's Medical Report

## Notice to Physician

Please include sufficient details of history, physical and diagnostic findings, clinical course, therapy and response to enable a reviewing physician to make an independent determination as to the severity and duration of the impairment. A narrative report can be attached to this form for the following patient:

| Patient's Name | Date of Birth | Social Security Number |
|---|---|---|
| Claudette De Leon | 7/3/53 | 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 |

### 1. History - Give complaints, past and present, dates of first and most recent examinations and frequency of visits.

C/O of ↑ irritability, ↓ concentration, difficulty making decisions, apathy, ↑ feelings of helplessness, hopelessness, and a sense of emptiness. In addition, patient experienced nightmares and flashbacks related to past memories of her past traumatic events. Onset of her symptoms to the past 3-4 yrs. Due to a recent exacerbation of above Sx's patient had her first psychiatric adm. to Saint Vincent Hospital on 3/3/98. R being seeing Mrs. De Leon for out patient psychotherapy since 3/17/98 to the present.

### 2. Physical Findings - Please show all pertinent findings with dates.

| Height | Weight |
|---|---|
| | |

N/A

| 3 | Laboratory and Special Studies - Give results of all pertinent studies including X-rays, ECG's, etc. with dates. When submitting ECG's, please attach a copy of the tracing or a detailed description. |

N/A

| 4 | Diagnoses |

A. Major Depression w/ psychotic features, recurrent (296.3x)
  Post-Traumatic Stress Disorder (309.81)

B.

C.

| 5 | Treatment, Response, and Medication |

Psychotherapy based on a cognitive/behavioral frame work.

| 6 | Evaluation - Please provide your evaluation as to the patient's ability to perform the duties required by his/her public school employment. |

Prognosis is poor - she will not be able to return back to her public school job as at this time is too much stimulation & will trigger another depressive episode & inpatient hospitalization will follow.

| 7 | Certification |

**Reporting Physician's Name:** Luis Torres, ACSW, LCSW, MFT
**Telephone Number:** 1 800 605-0949
**Address:** 225 West 25th St. Suite 307, Erie P.A. 16502
**Speciality:** Psychotherapy.
**Signature:** [signed]
**Date:** 4/29/98

**LUIS TORRES, LCSW, ACSW**
Individual & Family Psychotherapy
225 West 25th St., Suite 307
Medical Arts Building
Erie, Pennsylvania 16502
Evening & Weekend Appointments Available

# ENCOUNTER FORM

Acct #: _____   Birth Date: __/__/__   Home Phone: (814) 754-2587
Name: Claudette DeLeon McCracken   Work Phone: (___) _____

Today's Diagnoses:                  Ongoing Diagnoses:              Insurance Levels:
Major Depression w/ Psychotic Features   _____   _____
_____   _____   _____
_____   _____   _____

**THERAPEUTIC CODES/PROCEDURES:**
__X__ 90844 Ind Psychotherapy: 50 Min.         _____ Marital Psychotherapy: 50 Min.
_____ 90843 Ind Psychotherapy: 20-30 Min.       _____ Marital Psychotherapy: Time: _____
_____ 90841 Ind Psychotherapy: Time: _____

_____ 90847 Fam Psychotherapy: 50 Min.
_____ 90847 Fam Psychotherapy: 90 Min.

**EVALUATIVE CODES/PROCEDURES:**
_____ 90830 Psychological Testing/Evaluation: Time: _____
_____ 90830 Neuropsychological Testing/Evaluation: Time: _____
_____ 90830 Psychological Diagnostic Interview: Time: _____

**OTHER PROCEDURES:**
_____ Canceled   _____ No Show   _____ Other: _____
PROVIDER: Luis Torres, LCSW; ACSW      Lic #007578-L
PROVIDER SIGNATURE: _____
SEEN UNDER THE SUPERVISION OF: Stephen C. Mory, MD - Psychiatrist
NEXT APPT.: MO TU WE TH FR SA         CASH/CHECK# $ 648
6/3/98                                 CHARGE      $ 85.00
AT: 2:30 AM/PM                         PAID        $ 85.00
                                       BALANCE     $ -0-

COMMENTS:

— Stephen C. Mory MD