**EXHIBIT 4**

<u>Michael Mercatoris, Ph.D.</u>
Clinical Psychologist

Michael Mercatoris, Ph.D. & Associates, P.C.
462 Chestnut Street • Meadville PA 16335 • 814-336-6308 • FAX 814-337-6067

March 12, 2002

Re: Claudette DeLeon

To Whom It May Concern:

Claudette DeLeon is currently a patient under the care of myself and Gregory L. Richards, M.D. of this practice for the treatment of recurrent severe depression. Because of her current psychological status I have advised her to take of work from 3/13/02 to 3/17/02. If there are any questions regarding this please feel free to contact this office.

Sincerely,

Michael Mercatoris, Ph.D.
Clinical Psychologist

**CONFIDENTIAL**

# Michael Mercatoris, Ph.D.,
Clinical Psychologist

Michael Mercatoris, Ph.D. & Associates, P.C.
462 Chestnut Street • Meadville PA 16335 • 814-336-6308 • FAX 814-337-6067

CONFIDENTIAL

March 18, 2002



Mr. Charles Heller
Assistant Superintendent
Crawford Central School District

Re:  Claudette DeLeon

Claudette DeLeon continues to be a patient under the combined care of myself and Gregoy Richards, M.D., for the treatment of severe recurrent depression. Based on her current condition I have advised her that it would not be in her best interest psychologically to be involved in an evaluative meeting today at 3:00 PM. If there are any questions regarding this, please feel free to contact this office.

Sincerely,

Michael Mercatoris, Ph.D.
Clinical Psychologist