**EXHIBIT 5**



CRAWFORD CENTRAL SCHOOL DISTRICT
Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731

James C. LaScola, *Superintendent*

Michael E. Dolecki
   *Assistant Superintendent*
Lary L. Williams
   *Director of Curriculum & Instruction*
Nicholas J. Cheropovich
   *Director of Special Services*
Thomas E. Beers
   *Director of Support Services*
William E. Shelvey
   *Business Manager/Board Secretary*

## OFFICE OF THE ASSISTANT SUPERINTENDENT

November 11, 1997

Mrs. Claudette deLeon-McCracken
11983 Eureka Road
Edinboro, PA 16412

Dear Mrs. deLeon-McCracken:

    Please be advised that Crawford Central School District has received a request from your physician, Dr. Gretchen Bybel of the Edinboro Medical Center, to excuse you from work for medical reasons for thirty-three days starting November 11, 1997, and ending January 9, 1998. This request will be granted with your expected date of returning to work scheduled for January 12, 1998.

    Prior to your return to work, a meeting is to be scheduled during the week of January 5-9, 1998, with the school administration. You are encouraged to bring legal representation to this meeting.

    Also, please be informed that upon the use of these sick days, you will have exhausted all remaining sick leave time.

    Do not hesitate to call upon us if we may be of service to you.

Sincerely,

Michael E. Dolecki
Assistant Superintendent

MED/d

**SAINT VINCENT**

**EDINBORO MEDICAL CENTER**
Affiliate of Saint Vincent Health System
450 Erie Street
Edinboro, Pennsylvania 16412
814/734-1618

| John Streiff, MD | William Getson, MD |
| MD-039312-E | MD-057615-L |
| Gretchen Bybel, MD | Julia Roussos, CRNP |
| MD-042190-L | |

For *Claudette Delew-McCracken*

Address _____ Date 11/10/97

Please excuse Claudette from Work due to Medical Reasons x 33 day until 1-12-98

SUBSTITUTION PERMISSIBLE            DR _____

REFILL _____ TIMES                  DEA# _____

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE PRESCRIBER MUST WRITE "BRAND NECESSARY" OR "BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.

9430-14 0397 CPI