**EXHIBIT 6**



**CRAWFORD CENTRAL SCHOOL DISTRICT**

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731

James C. LaScola, *Superintendent*

Michael E. Dolecki
  *Assistant Superintendent*
Lary L. Williams
  *Director of Curriculum & Instruction*
Nicholas J. Cheropovich
  *Director of Special Services*
Thomas E. Beers
  *Director of Support Services*
William E. Shelvey
  *Business Manager/Board Secretary*

## OFFICE OF THE SUPERINTENDENT

January 9, 1998

Claudette deLeon´-McCracken
11983 Eureka Road
Edinboro, PA  16412

Dear Mrs. deLeon´ McCracken:

    This letter is to inform you that I have received your request for 90 days from the Sick Leave Bank in the Crawford Central School District. I have discussed your request with the Crawford Central Education Association and the Association and I will both approve your request for your absence for a period of 90 days beginning January 12, 1998 and ending on May 26, 1998. Your return to work is expected on May 27, 1998 with eleven (11) days of work remaining for the 1997-98 school year.

    We will schedule an appointment at a later date to discuss the eleven (11) days remaining in the 1997-98 school year.

    Please call my office if you have any questions.

Sincerely,

*James C. LaScola*

James C. LaScola
  Superintendent of Schools

JCL/cak

PC:  Mr. Robert Bickart, PSEA UniServ Representative
     Ms. Rebecca DeSimone, Esquire
     Mr. Emil M. Spadafore, Jr., Attorney
     Mrs. Patricia Deardorff, CCEA Grievance Chairperson
     Mr. James Turnbull, CCEA President
     Mr. Michael Dolecki, Ass't. Superintendent
     Mr. George Deshner, Principal
     Payroll Office
     Personnel File