**EXHIBIT 8**

#20

**UPMC Horizon**
*Psychiatric Services*

*A hospital of UPMC Health System*

Ronald D. McFadden, MD
1980 Green Street
Farrell, PA 16121
724-983-7197
Lic.#

Name: Claudette DeLeon   Age: ___
Address: ___   Date: 5/17/02
Refill: ___ times

Rx  Claudette is/was able
to return to work
without restriction as
of 5/3/02. Letter to
follow.

Ron McFadden, MD   DEA#

In order for a brand name product to be dispensed, the prescriber must handwrite "Brand Necessary" or "Brand Medically Necessary" in the space below.

Pres007

**FILE COPY**



RECEIVED MAY 20 2002 CRAWFORD