**EXHIBIT 10**

# CRAWFORD CENTRAL SCHOOL DISTRICT



Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, *Superintendent*

Charles E. Heller III
  *Assistant Superintendent*
Shawn G. Sampson
  *Business Manager/Board Secretary*
Kathy K. Thomas
  *Director of Curriculum & Instruction*
Nicholas J. Cheropovich
  *Director of Special Services*
John M. Bauer
  *Supervisor of Buildings & Grounds*
Richard L. Fraker
  *Coordinator of Technology*

## OFFICE OF THE SUPERINTENDENT

April 25, 2002

Claudette déLeon
11983 Eureka Road
Edinboro, PA  16412

Dear Ms. déLeon:

Please be advised that a psychiatric appointment has been rescheduled for you with Dr. McFadden in Farrell, Pennsylvania, on Friday, May 3, 2002, at 1:30 P.M. The directions to his office are the following:

Take 79 and exit at the Mercer Exit; take Rt. 62 to intersection of Rt. 18 and 62 (at the Shenango Mall); make a left onto Rt. 18 (heading towards West Middlesex); at the corner where there will be a Sheatz and Combine Bros. Restaurant; turn right and go up the hill past the cemetery and turn into the 2nd entrance to UPMC; right onto Memorial Drive; left onto Green Street. It is the Red Cedar Solar Building with a big blue sign "Green Street Building". The office is listed as UPMC Behavior Health.

The phone number for Dr. McFadden's office is 1-724-981-5601. You are encouraged to call my office if you have any questions.

Sincerely,

Michael E. Dolecki
Superintendent of Schools

MED/cak

PC:  Mr. Charles E. Heller, III, Ass't. Superintendent
     Mr. Emil M. Spadafore, Jr., School District Solicitor
     Mrs. Patricia A. Deardorff, C.C.E.A. President
     Personnel File

Sent Certified Mail on April 25, 2002

File:CDrive\MiscMED\ConfidentialFolder\déLeonAppt.McFadden.doc

AN EQUAL RIGHTS AND OPPORTUNITIES SCHOOL DISTRICT