**EXHIBIT 12**

# CRAWFORD CENTRAL SCHOOL DISTRICT



Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, *Superintendent*

Charles E. Heller III
  *Assistant Superintendent*
Shawn G. Sampson
  *Business Manager/Board Secretary*
Kathy K. Thomas
  *Director of Curriculum & Instruction*
Nicholas J. Cheropovich
  *Director of Special Services*
John M. Bauer
  *Supervisor of Buildings & Grounds*
Richard L. Fraker
  *Coordinator of Technology*

## OFFICE OF THE SUPERINTENDENT

March 26, 2002

Claudette déLeon
11983 Eureka Road
Edinboro, PA 16412

Dear Ms. déLeon:

Please be advised that an appointment has been made for you with Dr. Kenneth Bill at the Clarion Psychiatric Center on April 25, 2002, at 1:00 P.M. I am requesting that you call his office as soon as possible and confirm this appointment and provide pertinent information that is required before your visit. The number of Dr. Bill's office is 1-800-253-4906. Your medical insurance should cover all expenses for the appointment. In case the insurance does not cover expenses, Crawford Central will be responsible for costs. If an appointment can be made with a doctor prior to the above date, the District will notify you in writing.

I also would like to reconfirm the District's willingness to consider discussing a paid leave for the remainder of the 2001-2002 school year based upon your resignation as a teacher in the Crawford Central School District.

Please call my office if you have any questions.

Sincerely,

Michael E. Dolecki
Superintendent of Schools

MED/cak

PC:  Mrs. Patricia Deardorff, C.C.E.A. President
     Mr. George Deshner, Principal ~ Meadville Senior High
     Mr. Emil M. Spadafore, Jr., C.C.S.D. Solicitor
     Personnel File

**Sent Certified Mail on March 26, 2002**

File:CDrive|Misc.MED\ConfidentialFile\\CdeLeonDrAppt3-22-02.doc

AN EQUAL RIGHTS AND OPPORTUNITIES SCHOOL DISTRICT