**EXHIBIT 13**



<u>Michael Mercatoris, Ph.D.</u>
Clinical Psychologist

Michael Mercatoris, Ph.D. & Associates, P.C.
462 Chestnut Street • Meadville PA 16335 • 814-336-6308 • FAX 814-337-6067

CONFIDENTIAL

March 18, 2002

Mr. Charles Heller
Assistant Superintendent
Crawford Central School District

Re:   Claudette DeLeon

Claudette DeLeon continues to be a patient under the combined care of myself and Gregoy Richards, M.D., for the treatment of severe recurrent depression. Based on her current condition I have advised her that it would not be in her best interest psychologically to be involved in an evaluative meeting today at 3:00 PM. If there are any questions regarding this, please feel free to contact this office.

Sincerely,

Michael Mercatoris, Ph.D.
Clinical Psychologist

Michael Mercatoris, Ph.D & Associates, P.C.
Psychology, Psychiatry and Counseling Services

462 Chestnut Street • Meadville PA 16335 • 814-336-6308 • FAX 814-337-6067

# FAX COVER PAGE

DATE: 3/18/02

TO: Charles Heller  FAX# 333-8731

FROM: ✓ Michael Mercatoris, Ph.D.
_____ Gregory L. Richards, M.D.
_____ J. Alexander Dale, Ph.D.
_____ Herbert L. Klions, Ph.D.
_____ JW P. Heuchert, Ph.D.
_____ Kathy S. Berkey, M.A
_____ Debra A. Thaler, M.A.
_____ Valerie Nemenz, M. Ed.

PAGES INCLUDING COVER SHEET: 2

NOTES: confidential

If there are any problems or questions concerning this transmission, call 814-336-6308.

## CONFIDENTIAL

The documents accompanying this fax transmission contain confidential information, belonging to the sender, which is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this fax in error, please notify the sender immediately to arrange for the return of these documents.