**EXHIBIT 15**



# CRAWFORD CENTRAL SCHOOL DISTRICT

Instructional Support Center
11280 Mercer Pike
Meadville, Pennsylvania 16335-9504
Telephone: (814) 724-3960
FAX: (814) 333-8731
www.craw.org

Michael E. Dolecki, *Superintendent*

Charles E. Heller III
  *Assistant Superintendent*
Shawn G. Sampson
  *Business Manager/Board Secretary*
Kathy K. Thomas
  *Director of Curriculum & Instruction*
Nicholas J. Cheropovich
  *Director of Special Services*
John M. Bauer
  *Supervisor of Buildings & Grounds*
Richard L. Fraker
  *Coordinator of Technology*

## OFFICE OF THE SUPERINTENDENT

May 20, 2002

Claudette deLeon
11983 Eureka Road
Edinboro, PA  16412

Dear Ms. deLeon:

Based upon the referral from Dr. McFadden you are to return to work on Thursday, May 23, 2002.  Please plan to attend a meeting scheduled for 7:40 A.M. on May 23rd in the Principals Office at Meadville Area Senior High School.

Sincerely,

Michael E. Dolecki
Superintendent of Schools

MED/cak

PC: Mr. Charles E. Heller, III, Ass't. Superintendent
    Mr. George H. Deshner, III, Principal ~ Meadville Senior High
    Mrs. Patricia A. Deardorff, President of CCEA
    Mr. Emil M. Spadafore, Jr., CCSD Solicitor
    Personnel File

**Sent Certified Mail on May 20, 2002**

File:CDrive\MisMED\ConfidentialFolder\\CdeLeonReturnToWork.doc

AN EQUAL RIGHTS AND OPPORTUNITIES SCHOOL DISTRICT