**EXHIBIT 18**

526 Chestnut Street
Meadville, PA
April 22, 2006

To whom it may concern,

From: Janine G. Maziarz
      French-Spanish Teacher, retired.

Subject: Testimony related to colleague Spanish teacher Claudette De Leon.

Ms. De Leon and I have taught together in the Meadville Area School District, at the Senior High School since she transferred from Cochranton Junior-Senior High School until her dismissal.

Her expertise in the Spanish language and Spanish Literature made her an excellent replacement for Gloria Conde, a former Cuban native who was retiring. Ms. De Leon a former Mexican citizen, was more fluent in Spanish than me, a former French citizen with Spanish descendents. I must add that her former music teacher position in Mexico City brought a great deal of cultural points into her classes.

Everyone in the administration was very professional with the then 4 member department. Enthusiasm, motivation and emprovement for all levels (1 to 5) were our goals, encouraged by our principal George Deshner, who was a formidable promotor of foreign languages.

Then one day, Ms. De Leon shared with me that an affluent student's parents brought to the attention of our principal that she had been incorrect in regard to their son. Consequently, a situation developed between Ms. De Leon and our principal and the school board became aware of it at some point. Even though it was not a daily confrontation, it ran its course for 10 years.

I witnessed the pressure which was put on Ms. De Leon. Discipline problems with students were analyzed closely, Ms. De Leon informed me. She followed the rules set by our red student notebook, she took classes for effective discipline and applied them.

I, Mrs. Maziarz became her moral support, her confidant. She had a strong character and she followed all suggestions given to her to the " T". She felt that sometimes she was not believed when she recounted incidents involving students.


EXHIBIT
4/24/06
#1
C. deLeon

Her teaching never changed, her objective of teaching conversational Spanish at its best, and introducing new methods for more efficiency.

When observed by the administration, she followed their recommendations accurately. She shared directives with me. She was worried, overwhelmed by the extra reports she was to turn in to the administration. The assistant principals working a that time increased the pressure on her.

She became a strong target and cried a lot out of despair. She went under medical care for her depression. Her teaching was never neglected, it improved. The students had a routine which they followed well, it was their duty to comply. She shared her techniques with me.

Since she had lost her own classroom and had became again a traveling teacher she taught in my classroom two periods a day. Occasionaly I had to go into that room and her classes always brought out my admiration for her skills.

She shared her concerned about being reprimended for talking in hallways or being late at the cafeteria for study hall, when everybody else were trusted in performing their duties.

When she expressed firmly her plan of action against the school district in a meeting, she was surprised of being accused of raising her hand at Mr. Deshner. She never raised a hand at her children.

It is too common for adults to see all Mexican people as uncivilized, incompetent and uneducated. Ms. De Leon is an American citizen, well educated in the Fine Arts, and promoter of the education of young people, as are her mother and siblings who are strongly involved in schools and teaching.

The above is the information that I have seen and heard while teaching with Ms. De Leon.

Sincerely yours,

*Janine G. Maziarz*
Janine G. Maziarz

Subscribed to before me this 24th day of April, 2006.
(Seal) *Melanie G. Jackson*

My commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Melanie G. Jackson, Notary Public
City of Meadville, Crawford County
My Commission Expires Apr. 24, 2008

Member, Pennsylvania Association of Notaries