**EXHIBIT 19**

COPY

COMMONWEALTH OF PENNSYLVANIA
PENNSYLVANIA LABOR RELATIONS BOARD

RECEIVED
MAR 1 0 1997
By

CRAWFORD CENTRAL EDUCATION       :
ASSOCIATION,                     :
       Complainant      :
                 :
       vs.                      :   Case No. C-96-243-W
                 :
CRAWFORD CENTRAL SCHOOL          :
DISTRICT,                        :
       Respondent       :

## ORAL DEPOSITION OF KATHLEEN BAUER

      The oral deposition of KATHLEEN BAUER was taken on Thursday, February 6, 1997, scheduled to begin at 3:30 p.m. at the law offices of Thomas, Spadafore, Walker & Keenan, L.L.P., 296 Chestnut Street, Meadville, Pennsylvania, pursuant to the Pennsylvania Rules of Civil Procedure.

## APPEARANCES

Representing the Complainant:   JOHN P. JONES, ESQ.
                                PSEA
                                4250 Route 6N
                                Edinboro, Pennsylvania  16412

Representing the Respondent:    EMIL M. SPADAFORE, JR., ESQ.
                                296 Chestnut Street
                                Meadville, Pennsylvania  16335

Official Court Reporter:        JAMES I. McCLEERY
                                COURT REPORTERS
                                Denise L. Vasko
                                1243 Liberty Street, Suite 306
                                Franklin, Pennsylvania  16323

<u>I N D E X</u>

Page

WITNESS

    Kathleen Bauer

        Examination by Mr. Jones  .  .  .  .  .  .  .     3
        Examination by Mr. Spadafore .  .  .  .  .    11

1  (Deposition commenced at

2  (3:55 p.m. with both counsel

3  (present as noted.

4

5

6

7

8  KATHLEEN BAUER, being first duly sworn, testified as follows:

9

10  **EXAMINATION BY MR. JONES:**

11

12  Q    Why don't you spell your last name for the court

13       reporter.

14  A    It's B-A-U-E-R.

15  Q    Kathy Bauer.  Where do you live, Kathy?

16  A    I live at 139 Smith Street, Cochranton, Pennsylvania.

17  Q    What's your position with the Crawford Central School

18       District?

19  A    I'm a learning support teacher, special education.

20  Q    How long have you been in that position?

21  A    This is my twenty-fifth year.

22  Q    Now, Kathy, you gave some testimony at an arbitration

23       hearing regarding incidents on March 12, 1996 with

24       Claudette -- it was at that time Claudette Mitchell --

25       and I wanted to ask you, were you in the office at

| | | |
|---|---|---|
| 1 | | Meadville Area Senior High School on the evening of |
| 2 | | March 12, 1996? |
| 3 | A | I was. |
| 4 | Q | And could you tell us why you were there? |
| 5 | A | I was waiting to make a phone call.  We had arranged |
| 6 | | parent conferences.  I had a message from one of my |
| 7 | | parents concerning the conference that evening, and I |
| 8 | | had to return the phone call and I was waiting to use |
| 9 | | the phone, which was in use. |
| 10 | Q | Who was on the phone? |
| 11 | A | Mary Lynn Peters. |
| 12 | Q | Is she another teacher there at Crawford Central? |
| 13 | A | Yes, she is, the music teacher. |
| 14 | Q | Who else was present at that time, Kathy? |
| 15 | A | Mrs. Smith, the school secretary, was there. |
| 16 | | Dr. Berkebile was behind the counter.  At some point |
| 17 | | then, Mrs. Mitchell came in; Mr. Deshner; and there were |
| 18 | | a set of parents, mother and father, were there; and I |
| 19 | | believe Mrs. Templeton was back near the offices. |
| 20 | Q | Now, about what time was this you said Claudette |
| 21 | | Mitchell came in?  About what time was that? |
| 22 | A | It was six or shortly thereafter.  It was well before |
| 23 | | six-thirty, because my first conference was at six- |
| 24 | | thirty. |
| 25 | Q | And could you tell us, after Ms. Mitchell entered, what |

1      you remember about the events that transpired in the

2      office?

3  A   I guess, when I first took note of what was going on, it

4      was when the conversation became loud.  The parent was

5      yelling at Mrs. Mitchell and Mr. Deshner was also loud

6      and the conversation seemed to be about where and what

7      time this conference had been scheduled for, and

8      Mrs. Mitchell had indicated that she had arranged the

9      conference for six-thirty in her room and Mr. Deshner

10     kept repeating that he had arranged the conference for

11     six o'clock in his office.

12 Q   Okay.  And what kicked off, or what started, this

13     discussion, let's say?

14 A   I think, just when she came in to find out, you know,

15     what was going on there with the conference time.  I'm

16     not sure if they called her from her room or how that

17     was -- how that happened, but she -- The parents were

18     waiting and Claudette came into the office and was

19     greeted by Mr. Deshner and the parents.  They were

20     waiting.

21 Q   Now, you said, "the parent."  How was the parent

22     communicating, like in what tone of voice?

23 A   He was loud and he was angry and very short, using --

24     I think what drew my attention was, he was using some

25     fairly inappropriate language for a public place like

```
 1        that, and I knew he was angry just by his tone.

 2   Q    Okay.  And how was -- How would you characterize how

 3        Mr. Deshner was responding to this?

 4   A    At first I didn't pay much attention to him.  He was

 5        talking and I wasn't aware of the conversation until he,

 6        you know, he got very adamant, very loud, also, and I

 7        don't know if he was loud trying to talk over the

 8        parent, who was even louder, but he was -- he was very

 9        angry, you know, appearance, and just trying to get his

10        point across, and I think probably he was trying to move

11        them to the office -- into the office -- from the -- or

12        his office from that main office lobby there.

13   Q    And what was he saying?

14   A    He wanted -- He said that the conference was scheduled

15        for six o'clock in his office and he wanted it to take

16        place right now.  He wanted to move the conference back

17        there.

18   Q    Now, you said the parent was using inappropriate

19        language, talking very loud, possibly yelling.

20   A    Uh-huh.

21   Q    Was -- Did anyone try to put a stop to that?

22   A    As far as anyone else in the office?

23   Q    Yes.

24   A    Not that -- other than Mrs. Peters going over to ask if

25        she could be the representative in the meeting.
```

1    Claudette had repeatedly asked for a building rep to sit

2    in the conference with her, and Mary Lynn then hung up

3    the phone and looked at me and asked if she should go

4    over, and I said yes.  I couldn't because I had a parent

5    conference coming up, and she was just on the phone with

6    her parent who had canceled, so she had some free time,

7    so she went over to ask if she should represent and came

8    back and indicated, no, that she was not permitted to do

9    that at the time.

10   Q    Did Mary Lynn at that time have any position in the

11        Association?

12   A    We both had served as building reps, and, so, we were

13        familiar with the process and could have served in that

14        capacity.

15   Q    Now, how was everyone standing in the office?  You said

16        there was an outer office.  Why don't you tell us how

17        everyone was standing.

18   A    When you come in the office, you're faced with a

19        counter, a long counter, that runs pretty much the

20        length of the office, and I was behind that counter.

21        The phone and the computer and everything the faculty

22        uses is behind that.  To the left, as you come in the

23        office, there's a group of seating, and the parents had

24        been sitting in those seats there.  Claudette was pretty

25        much standing, when she came in, in front of the door,

1      and Mr. Deshner was standing to her right, in front of

2      the mailboxes.  Dr. Berkebile was behind the counter and

3      so was Mrs. Smith.

4  Q   And as this -- as the interaction between these people

5      went forward, how did they end up standing in relation

6      to each other?

7  A   Mrs. Mitchell was in the center and the parent was very

8      close to her left side and Mr. Deshner was on the right

9      side.

10  Q   How close, relatively?

11  A   Probably a foot, maybe less.  Very close proximity.

12  Q   Now, this -- You said that Ms. Mitchell had asked for a

13      union representative.

14  A   Yes.

15  Q   There was some talking back and forth.  About how long

16      did this go on?

17  A   Maybe five to seven minutes, total, you know, from the

18      time they came in until they dispersed.

19  Q   And how did it -- You said they dispersed.  How did that

20      end?  Did Ms. Mitchell leave the --

21  A   I wasn't sure exactly what happened.  Yes, she left, and

22      I wasn't sure if she was upset or just exactly where she

23      went at that point.

24  Q   And was there -- Besides the parents and the people

25      you've mentioned, was there anyone else in the office as

```
 1        far as parents or students?
 2   A    I can't -- Offhand, I can't remember if there was anyone
 3        there present, but the attendant's window was open and
 4        there were parents, you know, passing by in the outer
 5        hall from the office.
 6   Q    All right.  Now, if a principal was going to participate
 7        in a parent conference with you, how much notice do you
 8        get of that, if any?
 9   A    It depends.  I usually set the conferences in my own
10        situation and I usually ask the principal to attend, so
11        I set the time and the place, usually.
12   Q    Has there ever been times when a principal wanted on
13        their own to participate, you didn't ask them?
14   A    Sometimes a parent would call a principal and ask for
15        some type of a conference to be set up, and at that
16        point the principal will then set it and notify me that
17        the parent was coming in at such-and-such a time.
18   Q    Now, when you have a principal in a parent conference,
19        what role do they normally serve?
20   A    Usually, a mediator.  In my case with IEPs, they are the
21        legal facilitator for the school district, and I would
22        imagine in any parent conference, at least that I've
23        been involved with, they act in the role of mediator or
24        facilitator of the meeting.
25   Q    And just finally, Kathy, the events that we discussed
```

```
 1      and you just testified to, what are your thoughts on how

 2      that situation was handled?

 3

 4                     MR. SPADAFORE:  I'm going to object

 5      to this.  I mean, you can ask her a precise question,

 6      but I'm going to object to the form of the question.

 7

 8   Q  How about:  Kathy, do you feel that the situation was

 9      handled properly?

10

11                     MR. SPADAFORE:  My objection to that

12      is, this is for the arbitrator -- or the hearing officer

13      -- this is for the hearing officer to decide, not for

14      Mrs. Bauer to decide.

15

16   Q  Mr. Spadafore's objection will be noted on the record,

17      so you can go ahead and answer that question.  Did you

18      feel that the situation was handled properly?

19   A  I think it was -- and just in my opinion, I would hope

20      that it would never happen to me.  I was not involved in

21      it and I was pretty intimidated, and I thought it was

22      unfortunate because of parent conference night and other

23      people in the vicinity to hear that.

24

25                     MR. JONES:  That's all I have for
```

1      Kathy.

2                           MR. SPADAFORE:   Thank you.

3

4   **EXAMINATION BY MR. SPADAFORE:**

5

6   Q    Kathy, to set up the stage for the hearing officer:   It

7        would be fair for me to say, would it not, that this

8        particular night was parent conference night?

9   A    Yes, it was.

10  Q    And that in Crawford Central School District, that means

11       that all parents are invited to come into the school and

12       talk to the teachers; is that correct?

13  A    Not all parents.  The teacher chooses the parents that

14       they wish to see and then we send letters and follow-up

15       phone calls to arrange the time and place of the

16       meeting.

17  Q    That's right, not all parents, but parents can request a

18       conference by attending an open house and signing up for

19       a conference --

20  A    Absolutely.  Yes.

21  Q    And then after the parent conferences or open house or

22       at another time, parents can request a conference or the

23       teacher can request a conference.

24  A    That's true.

25  Q    So this is a night that is generally open to the public;

1    isn't that correct?

2  A   (Witness nods head affirmatively.)

3  Q   And it's true, is it not, that on this particular night,

4      a number of parents -- I mean, there's generally a good

5      turnout for this event, for conference night; isn't that

6      right?

7  A   Yeah.  I would say that most of the parents that are

8      contacted make some effort to come in.

9  Q   And on this particular night in March, it's true, is it

10     not, that the conferences actually started -- the parent

11     conferences actually were scheduled to start at six-

12     thirty?

13 A   That's correct.

14 Q   And yet you saw Mrs. Mitchell walk into the principal's

15     office at six o'clock.

16 A   I don't know if it was exactly six.  It was before six-

17     thirty, between six and six-thirty.

18 Q   And isn't it true that at the beginning of this

19     encounter, Mr. Deshner was not angry and upset when he

20     was standing in the front office?

21 A   I didn't hear the conversation.  He was talking with, I

22     believe, the parent before Mrs. Mitchell got there, and

23     I was unaware of the conversation.  As I said, I was

24     waiting for the phone and I was doing something on the

25     computer while I was waiting, so I didn't hear a

1       conversation.

2    Q  So it would be fair for me to say that neither the

3       parent nor Mr. Deshner were raising their voice or angry

4       at that point?

5    A  No, they were not.

6    Q  So the answer is, yes, it would be fair for me --

7    A  Yes, it would be fair.  I'm sorry.

8    Q  That's okay.  That was a bad question.  Now, let me ask

9       you -- Now, when Mrs. Mitchell came in, there was some

10      discussion about where this conference was to have taken

11      place, as you stated earlier; isn't that right?

12   A  Yes.

13   Q  And it's true, is it not, that Mr. Deshner had said,

14      "Let's get this conference started, please come into my

15      office"?

16   A  Yes.

17   Q  And it's true, is it not, that the office where this

18      occurred is in a very public area?

19   A  It is.

20   Q  And would it not be better, in your opinion, based on

21      what you observed that night, to have moved all the

22      parties into a private office for a discussion?

23   A  Yes.

24   Q  And when Mr. Deshner requested that the parties move

25      into his office, isn't it a fact that Mrs. Mitchell

14

1      refused the order of her principal to go into his

2      office?

3  A   She requested representation.

4  Q   She did not move into his office, as she was requested.

5  A   No, she did not.

6  Q   In fact, she refused on three separate occasions, did

7      she not?

8  A   I believe it was several, anyway, repeatedly.

9  Q   Now, when she requested union representation, it's true

10     that the parent explicitly said, "I don't want a union

11     representative in this parent conference"; isn't that

12     true?

13  A   That's true.

14  Q   And Mr. Deshner heard the parent say that, apparently.

15     Wasn't that apparent?

16  A   Yes.

17  Q   So Mr. Deshner is now confronted with a teacher who will

18     not move into his office and with a parent who said, "I

19     do not want a union representative in this parent

20     conference"; is that correct?

21  A   Uh-huh.

22  Q   Now, Mr. Deshner then ordered, in a loud voice,

23     everybody to move into his office; is that correct?

24  A   Yes.

25  Q   And isn't it true that the parent was yelling and was

1       aggressive?

2   A    Yes, it's true.

3   Q    And isn't it true that the parent said, "Let's cut this

4       bullshit out and get this conference started right now"?

5   A    That is true.

6   Q    Faced with that, that's when Mr. Deshner gave the order

7       to move into his office; is that true?

8   A    Uh-huh.

9   Q    Now, after Mr. Deshner did that and moved into the

10      office, do you know whether Mrs. Mitchell went into the

11      office or did she leave the room at that time?

12   A    I think she left the office.  I don't know where she

13      went.  She left that area right there.

14   Q    Now, you've been a union representative for how long?

15   A    I have only served -- I served one year as a union rep.

16   Q    And you've been at the high school for how many years?

17   A    Twenty-five.

18   Q    And in all of that time, have you ever been asked to

19      attend a parent conference as a union representative?

20   A    No, I have not.

21   Q    As a teacher for twenty-five years, have you ever been

22      involved in a difficult parent-teacher conference in

23      which Mr. Deshner was involved?

24   A    I have been involved in many.

25   Q    And how would you describe Mr. Deshner's behavior as a

1      mediator, or as mediating disputes, between parents and

2      teachers?

3  A    In my personal situation, he was always an asset to my

4      conferences, you know.  He knew the legal law of special

5      education and IEPs and he was always very helpful in

6      supporting the program and the staff and helping to have

7      the parents understand the situation.

8  Q    So would you say that Mr. Deshner is very good at being

9      a -- at mediating disputes between parents and teachers?

10  A    Yes, I would say that, from my standpoint.

11  Q    Based on your experience, only your experience.

12  A    Right, right.

13  Q    Now, have you been involved in parent conferences where

14      there is a guidance counselor involved?

15  A    Yes, I have.  In fact, most of my conferences have a

16      guidance counselor present.

17  Q    And, in fact, wouldn't it be fair for me to say that the

18      normal course and practice in parent conferences is to

19      have a guidance counselor involved, specifically the

20      guidance counselor who oversees that student?

21  A    If we're talking about the student's academic progress,

22      it's very appropriate.

23  Q    And Mr. Bowser is a guidance counselor, is he not?

24  A    Yes, he is.

25  Q    Are you aware that Mr. Bowser was called into the Hogan

17

1    meeting with Mrs. Mitchell?

2  A    I became aware of that long after the fact, after that

3    evening was over.

4

5                    MR. SPADAFORE:  That's all I have.

6                    MR. JONES:  I don't know if we can

7    stipulate to this but Bowser is not in the union.

8                    MR. SPADAFORE:  Yes, that's correct.

9                    MR. JONES:  Not in the union, not in

10    the unit.

11                    MR. SPADAFORE:  But he is a guidance

12    counselor at Meadville Area Senior High.

13                    MRS. BAUER:  Yes, he is.

14

15                            (Deposition concluded at

16                            (4:15 p.m.

17

18

19

20

21

22

23

24

25

<u>CERTIFICATION</u>

I, Denise L. Vasko, do hereby certify that the foregoing typewritten pages contain a full, true and correct transcription of my shorthand notes taken upon the occasion set forth in the caption hereof, as reduced to typewriting by me or under my direction.


Witness my hand this  4th  day of  March  ,  1997 , A.D.


_Denise L. Vasko_

Denise L. Vasko

Notary Public

Court Reporter

# LAWYER'S NOTES

| PAGE | LINE | |
|------|------|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |