IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDETTE de LEON | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| Vs. | )   (NO. 05-126E) |
| | ) |
| CRAWFORD CENTRAL SCHOOL DISTRICT | ) |
| CRAWFORD CENTRAL SCHOOL BOARD | ) |
| | ) |
| Defendants | ) |
| | ) |
| MICHAEL E. DOLECKI, SUPERINTENDENT | ) |
| | ) |
| Defendant | ) |
| | ) |
| CHARLES E. HELLER, III, ASSISTANT SUPERINTENDENT | ) |
| | ) |
| Defendant | ) |

## **ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion for Sanctions filed by Defendants and hereby issued upon Plaintiff, it is hereby ordered that Attorneys fee for three (3) Motions be awarded to the Defendants for compensation of attorneys fees unnecessarily expended in filing Motions for compliance with the Rules of Civil Procedure and this Honorable Court's Order of June 26, 2006. It is also hereby decreed that Plaintiff remains under an obligation to comply with this Court's Order relative to providing tax returns and shall be fined $100 per day for each day of non-compliance.

BY THE COURT:

_____
J.