# Affidavit

**Roberta Binder Heath, Esquire**

I, Roberta Binder Heath, do hereby solemnly attest and affirm that preparation for the filing of two (2) Motions to Compel and Motion for Sanctions relative to Plaintiffs violating the Honorable Sean J. McLaughlin's June 26, 2006 Order, amount to $1,600.

_____
Roberta Binder Heath, Esquire

Sworn to and subscribed before me this 10th day of July, 2006.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kathryn A. Millward, Notary Public
City Of Altoona, Blair County
My Commission Expires Feb. 4, 2010
Member, Pennsylvania Association of Notaries