```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

# 06000408 - Dm
July 12, 2006

Code    Case #    Qty    Amount
SANDPROC 05-126 E    1    150.00
                          150.00

TOTAL→    150.00

FROM: DALES NICHOLS
      PO BOX 1589
      ERIE PA 16507
```

CA  05-126 E

SANCTION  FEE

$150

receipt # 06 000 408