**Michael Mercatoris, Ph.D. & Associates**
Psychology and Counseling Services
462 Chestnut Street • Meadville, PA 16335 • 814-336-6308 • Fax 814-337-6067

June 23, 2006

Caleb Nichols, Esq.
P.O. Box 1585
Erie, PA 16507

RE:   Claudette deLeon

Dear Mr. Nichols:

I am writing in response to your request for feedback to enumerated questions regarding the treatment of Claudette deLeon through this office.

1. Claudette deLeon was initially seen by this psychologist through this office on 3/5/01. Our billing record indicates that she was last seen on 1/24/05.
2. Mrs. deLeon was seen for individual psychotherapy by this psychologist and for psychotropic medication management by Gregory L. Richard, M.D. of this office.
3. When initially seen by this psychologist, she was given the diagnosis of Major Depression, Recurrent and Panic Disorder with Agoraphobia. On Axis 2, she was given a diagnosis of Personality Disorder, Not Otherwise Specified. When Dr. Richards initially evaluated Mrs. deLeon on 9/18/01 he gave her a diagnosis of Panic Attacks without Agoraphobia and on Axis 2 Borderline Personality Traits.
4. The difficulties that Mrs. deLeon encountered in her work place and the stress associated with that did not cause her disability, but rather exacerbated her disability.
5. As above, I treated Mrs. deLeon with individual outpatient psychotherapy and Dr. Richards treated her with psychiatric medication management. When initially seen, Dr. Richards had prescribed Buspar 15 mg tid prn, Ativan 0.5 mg and Celexa 20 mg. Dr. Richards's last medication note of 6/7/05 indicated Effexor XR 75 mg bid.
6. It is my opinion that Mrs. deLeon's marital difficulties and other difficulties outside the workplace contributed to periodic exacerbation of her disability.

7. It is my opinion that I concur with the evaluation report of Mrs. deLeon prepared by Dr. Hillin. I have not seen any report of evaluation performed by Dr. Luis Torres.

I hope this information is helpful to you. If you have any further questions, please refer to my treatment notes. Further, as I had indicated, I may not be available to serve as an expert witness at the trial.

Sincerely,

Michael Mercatoris, Ph.D.
Clinical Psychologist

MM/lb