**LAW OFFICES OF**
**CALEB L. NICHOLS**

P.O Box 1585  
Erie, PA 16507

Office: (814) 838-1877  
Fax: (814) 456-2601

July 18, 2006

Honorable Sean J. McLaughlin  
U.S. District Judge  
U.S. District Court  
For the Western District of Pennsylvania  
17 South Park Row  
Erie, PA 16501

    **Re: De Leon v. Crawford Central School District , et.al.**
    **United States District Court for the Western District Court of**
    **Pennsylvania No. 05-126E**

Dear Judge McLaughlin:

The Plaintiff Claudette de Leon submits a Memorandum explaining the steps she has taken to fully comply with the Court's Order compelling plaintiff to produce tax returns for the years 2003 thru 2005, together with an affidavit.

On the basis of this submission, plaintiff requests that the Court deny the defendants' Motion for Sanctions for Failure to Comply with the Court Order.

Thank you for you consideration.

Respectfully submitted,

Caleb Nichols  
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CLAUDETTE de LEON

      Plaintiff

Vs.

              (NO. 05-126E)

CRAWFORD CENTRAL SCHOOL DISTRICT
CRAWFORD CENTRAL SCHOOL BOARD

      Defendants

MICHAEL E. DOLECKI, SUPERINTENDENT

      Defendant

CHARLES E. HELLER, III, ASSISTANT
SUPERINTENDENT

      Defendant

        PLAINTIFF'S RESPONSE IN
        OPPOSITION TO DEFENDANTS'
        MOTION FOR SANCTIONS
        FOR FAILURE TO COMPLY WITH
        COURT ORDER

           *Caleb Nichols*
           CALEB NICHOLS
           COUNSEL FOR PLAINTIFF
           CLAUDETTE de LEON

## MEMORANDUM

1. The defendants' Motion For Sanction For Failure To Comply with a Court Order of June 26, 2006 is draconian, unfair, and overreaching. In Paragraph 4 of defendant's Motion For Sanction, there is an acknowledgement by defendants that the plaintiff has produced the documents enumerated herein, and therefore, has for all practical purposes fully complied with the Court's Order.

2. Nevertheless, the defendants have sought to cast a shadow of doubt over the plaintiff's credibility. In particular, the defendants had questioned plaintiff's testimony concerning her work at a club playing piano, and teaching salsa dancing, and taking care of a woman with cancer. Upon further inquiry, the defendants have questioned plaintiff's wage information for 2004 and 2005 tax year.

3. As can be seen from Plaintiff's enclosed affidavit, she did not receive a form W-2 for some of the services she rendered during 2004 and 2005 tax years. It appears that the income that she received during this period was relatively meager and the expenses associated with her earnings may have exceeded her income.

4. Since plaintiff has taken reasonable and bona fide steps to comply with the Court's Order, there is no basis to grant the defendants' Motion For Sanctions that include attorney fees and other requested penalties.

*Caleb Nichols*
7/18/06

July 13, 2006

To Whom It May Concern,

I would like to testify that on the following dates I did not receive any W2 for services rendered during these weeks or months.

On March, 2004 – I did fly to Maryland to take care of an old lady Mrs. Huffmann. I did received $300.00 dollars for the entire amount of time I spent taking care of this lady. The expenses exceeded the earnings since I had to pay for my airplane ticket and the gasoline expense in driving back and forth in the weekend. Mrs. Huffmann claimed that She could not pay me more. I had to go back home to look for another job.

For few months in 2004-2005 I did teach salsa classes and I did play the piano at Latino's Restaurant. I did not receive any W2 or any other proof of income earned. I spent more in gasoline driving back and forth for the little work I did The expenses exceeded the earnings. The owner of Latino's was struggling. He didn't have too much business.

Sincerely,

*Claudette de Leon*
Claudette de Leon

Commonwealth of Pennsylvania
County of Erie

Subscribed and sworn to before me this 13th day of July, 2006. Personally appeared Claudette de Leon.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LISA ROSS-DELUCA, NOTARY PUBLIC
MILLCREEK TWP., COUNTY OF ERIE
MY COMMISSION EXPIRES MAY 2, 2008