| | | | |
|---|---|---|---|
| Case #: 200204267D | Subject Area: Employment | **Complainant** | **Respondent** |
| Filing Date: 10/29/2002 | Office: Pittsburgh | Claudette De Leon | Crawford Central School District |
| Docket Date: 02/26/2003 | Intake Staff: Leslie Cooley | 11983 Eureka Road | 11280 Mercer Pike |
| Closing Date: 06/29/2005 | Investigator: Robert Flipping | Edinboro PA 16412 | Meadville PA 16335-9504 |
| Docket #: | Attorney: Michael Smith | (814)734-2587 | (814)724-3960 |
| RFI #: | Status: Closed | | |
| | | | |
| Priority: Normal | Category: Dual Filed | **Complainant Attorney** | **Respondent Attorney** |
| EEOC #: 17FA361991 | Last Activity: Document Received - Other | Caleb Nichols | Carl Beard |
| HUD #: | Submitted To: Pam Turk | P O Box 1585 | Andrews Wagner and Beard |
| Court Docket #: | | Erie PA 16507 | 3366 Lynwood Dr. |
| | | (814)838-1877 | Altoona PA 16602 |
| | | | (814)943-3304 |

**Counts**

Employment(Harassment (different treatment))--Retaliation(Filed a PHRC Complaint)
Employment(Harassment (different treatment))--Ancestry(Hispanic)
Employment(Discipline (suspension w/o pay 3day))--Retaliation(Filed a PHRC Complaint)
Employment(Suspension)--Ancestry(Hispanic)

**Related Cases**

Case checked out to CMS Lite?
In Court?
Preliminary Hearing?
Civil Tension Incident?
Special Circumstances?

Probable Cause Approved?
Accommodation Requested?
Notes in Case?
Special Service?


EXHIBIT 96A

ATTN ROBIN HEATH, ESQ.

http://hr0cms/cms4/CaseSummary.asp?NewCaseID=200204267&SessionID=1032        8/25/2006

| | | | |
|---|---|---|---|
| Case #: 1994122840 | Subject Area: Employment | Complainant | Respondent |
| Filing Date: 11/14/1994 | Office: Pittsburgh | Claudette Mitchell | Crawford Central School District |
| Docket Date: 12/29/1994 | Intake Staff: Robert Galiardi | 11983 Eureka Road | R R 9 Box 462 |
| Closing Date: 07/19/1995 | Investigator: E Dwayne Cooper | Edinboro PA 16412 | Route 102 |
| Docket #: E71573D | Attorney: | (814)734-9612 | Meadville PA 16335 |
| RFI #: | Status: Closed | | (814)336-1121 |

| | | | |
|---|---|---|---|
| Priority: Normal | Category: Dual Filed | Complainant Contact | |
| EEOC #: 17F950764 | Last Activity: Assign Intake Person - Assign Intake Person | Merritt Mitchell | |
| HUD #: | | 667 S Main Street | |
| Court Docket #: | Submitted To: E Dwayne Cooper | Cambridge Springs PA 16403 | No Primary Role Chosen |
| | | (814)398-2862 | |

**Counts**
Employment(Discipline)--National Origin(Hispanic)
Employment(Harassment)--National Origin(Hispanic)
Employment(Terms and Conditions)--National Origin(Hispanic)
Employment(Discipline)--National Origin(Mexican)
Employment(Harassment)--National Origin(Mexican)
Employment(Terms and Conditions)--National Origin(Mexican)

**Related Cases**

Case checked out to CMS Lite?
In Court?
Preliminary Hearing?
Civil Tension Incident?
Special Circumstances?

Probable Cause Approved?
Accommodation Requested?
Notes in Case?
Special Service?

| | | | |
|---|---|---|---|
| Case #: 199512850D | Subject Area: Employment | Complainant | Respondent |
| Filing Date: 02/02/1996 | Office: Pittsburgh | Claudette Mitchell | Crawford Central Sch |
| Docket Date: 06/12/1996 | Intake Staff: Charles Howard | 11983 Eureka Rd | Dist |
| Closing Date: 04/08/1998 | Investigator: David Thomas | Edinboro PA 16412 | R R 9 Box 462 |
| Docket #: E77717D | Attorney: | (814)734-9612 | Rt 102 |
| RFI #: | Status: Closed | | Meadville PA 16335 |
| | | | (814)336-1121 |

| | | | |
|---|---|---|---|
| Priority: Normal | Category: Dual Filed | Complainant Attorney | |
| EEOC #: 17F962087 | Last Activity: Assign Intake Person - Assign Intake Person | John Jones | |
| HUD #: | | Pa State Education Assoc | No Primary Role |
| Court Docket #: | Submitted To: David Thomas | 4250 Rt 6 N | Chosen |
| | | P O Box 818 | |
| | | Edinboro PA 16412 | |
| | | (814)734-3757 | |

**Counts**
Employment(Terms and Conditions)--National Origin(Mexican)
Employment(Terms and Conditions)--Retaliation(Retaliation)
Employment(Terms and Conditions)--Race(Other)

**Related Cases**

Case checked out to CMS Lite?
In Court?
Preliminary Hearing?
Civil Tension Incident?
Special Circumstances?

Probable Cause Approved?
Accommodation Requested?
Notes in Case?
Special Service?

Case #: 200202691D  
Filing Date: 09/10/2002  
Docket Date: 09/20/2002  
Closing Date: 06/29/2005  
Docket #:  
RFI #:  

Subject Area: Employment  
Office: Pittsburgh  
Intake Staff: Leslie Cooley  
Investigator: Robert Flipping  
Attorney: Michael Smith  
Status: Closed  

Complainant  
Claudette G. DeLeon  
11983 Eureka Road  
Edinboro PA 16412  
(814)734-2587  

Respondent  
Crawford Central School District  
11280 Mercer Pike  
Meadville PA 16335-6260  
(814)724-3960  

Priority: Normal  
EEOC #: 17FA262126  
HUD #:  
Court Docket #:  

Category: Dual Filed  
Last Activity: Document Received - Other  
Submitted To: Pam Turk  

Complainant Attorney  
Caleb Nichols  
P.O. Box 1585  
Erie PA 16507  
(814)838-1877  

Respondent Attorney  
Carl Beard  
Andrews Wagner and Beard  
3366 Lynnwood Dr.  
P.O. Box 1311  
Altoona PA 16603-1311  
(814)943-7926  

Counts  
Employment(Suspension)--Disability - Has a Disability(Depression)  
Employment(Suspension)--Ancestry(Hispanic)  
Employment(Suspension)--National Origin(Mexico)  
Employment(Suspension)--Retaliation(Filed a PHRC Complaint)  
Employment(Performance Appraisal Negative)--Disability - Has a Disability(Depression)  
Employment(Performance Appraisal Negative)--Ancestry(Hispanic)  
Employment(Performance Appraisal Negative)--National Origin(Mexico)  
Employment(Performance Appraisal Negative)--Retaliation(Filed a PHRC Complaint)  
Employment(Performance Improvement Plan)--Disability - Has a Disability(Depression)  
Employment(Performance Improvement Plan)--Ancestry(Hispanic)  
Employment(Performance Improvement Plan)--Retaliation(Filed a PHRC Complaint)  
Employment(Performance Improvement Plan)--National Origin(Mexico)  

Related Cases  

Case checked out to CMS Lite?  
In Court?  
Preliminary Hearing?  
Civil Tension Incident?  
Special Circumstances?  

Probable Cause Approved?  
Accommodation Requested?  
Notes in Case?  
Special Service?