IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAUDETTE DELEON,<br>    Plaintiff,<br><br>Vs.<br><br>CRAWFORD CENTRAL SCHOOL<br>DISTRICT, et. al.,<br>    Defendants. | Civil Action No. 05-126 Erie |

**O R D E R**

AND NOW, to wit, this 26th day of September, 2006, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter,

IT IS HEREBY ORDERED that this case is marked administratively closed. The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation. It appears no further action is required by the Court at this time.

    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: all parties of record. nk