IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


CLAUDETTE DeLEON
        Plaintiff

    v.                    CIVIL ACTION NO. 05-126 ERIE

CRAWFORD CENTRAL SCHOOL
DISTRICT, et al.,
        Defendants



              SETTLEMENT



        Proceedings held before the HONORABLE

        SEAN J. McLAUGHLIN, U.S. District Judge,

        in Judge's Chambers, U.S. Courthouse, Erie,

        Pennsylvania, on Wednesday, September 20, 2006.




APPEARANCES:
        CALEB L. NICHOLS, Esquire, appearing on behalf
        of the Plaintiff.

        ROBERTA BINDER HEATH, Esquire, appearing on

behalf of the Defendants.

Ronald J. Bench, RMR - Official Court Reporter

2

1          P R O C E E D I N G S

2

3          (Whereupon, the following on the record

4   proceedings began at 4:33 p.m., on Wednesday, September 20,

5   2006, in Judge's Chambers.)

6

7          THE COURT:  All right, let's go on the record.

8   The court is advised that a tentative settlement agreement has

9   been reached in this case.  Let me explain what I understand to

10   be the terms, then I will get that confirmed with the various

11   parties.  My understanding is that in return for the payment of

12   $100,000, the plaintiff has agreed to release and forever

13   discharge the defendant from all claims and causes of action

14  arising out of this lawsuit filed at Civil Action No. 05-126

15  Erie.

16        I'm now going to turn over to both the plaintiff and

17  plaintiff's counsel to confirm that; is that correct, Ms.

18  DeLeon?

19        MS. DeLEON:  That's correct.

20        THE COURT:  Mr. Nichols, is that correct?

21        MR. NICHOLS:  As I understand, that's correct, sir.

22        THE COURT:  And my understanding, also, is that the

23  defendant is willing to pay the sum of $100,000 in return for a

24  full and complete release relative to all the claims raised at

25  this term and number, is that correct?


                                3


1        MS. HEATH:  That is correct.

2        THE COURT:  Now, the only contingency here is that

3  inasmuch as the $100,000 is being paid partially by the

4  insurance carrier and partially by the school district, Mr.

5  Dolecki, who is the superintendent who was with us here today

6  but had to leave to attend a meeting, has to obtain formal

7  board approval of the school district's portion of the

8  settlement payment.  I have been informed by Mr. Dolecki and

9  counsel for the defendant has informed me that it is

10  anticipated that that is going to occur, he has no reason that

11  it won't.  But until it does, the case can't be officially

12  settled.  But I wanted to get this contingency on the record.

13         I'm going to direct that as soon as defense counsel

14  hears on Tuesday that that has been confirmed, you let us know.

15  And then we will administratively close the case.  And you

16  folks can go ahead and exchange your releases.

17         In the unlikely event that if for some reason that

18  isn't approved by the board, recognizing that this is

19  contingent, then we're back to square one.  Then the lawsuit

20  will proceed if for some reason they can't get the authority.

21  But it appears to me that in all likelihood, based upon what

22  I've been told, that they will.

23         I would also suggest that you give Mr. Nichols -- do

24  you have his phone number?

25         MS. HEATH:  Yes.


                              4



1         THE COURT:  Give Mr. Nichols a call first thing on

2  Tuesday whenever it is reasonably convenient for you.  And

3  then, as I said, you get back to us, fair enough?

4         MS. HEATH:  I will do that.

5         THE COURT:  All right, thank you, counsel.

6

7         (Whereupon, at 4:36 p.m., the Settlement proceedings

8  were concluded.)

9

10

11                    - - -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

1          C E R T I F I C A T E

2

3

4

5      I, Ronald J. Bench, certify that the foregoing is a

6   correct transcript from the record of proceedings in the

7   above-entitled matter.

8

9

10

11

12   _____

13   Ronald J. Bench

14

15

16

17

18

19

20

21

22

23

24

25